IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Civ. Case No. _____ |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE APPENDIX FOR MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Jane Doe, through her undersigned attorneys, respectfully moves to file the Appendix in Support of the Motion for Preliminary Injunction. This Appendix is separated into three parts to comply with this Court's 30MB filing limit.

Respectfully submitted this 6th day of December, 2023.

*/s/ David Utter*
David J. Utter
Georgia Bar Number: 723144
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone

1

(912) 236-1884 Facsimile
david@claibornefirm.com

*/s/ Christopher J. Murell*
Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

Sterling Marchand *
Scott Novak *
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Francesca Eick *
Katie Jeffress *
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
francesca.eick@bakerbotts.com
katie.jeffress@bakerbotts.com

Hannah Roskey *
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
hannah.roskey@bakerbotts.com

Nicholas F. Palmieri *
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
Nick.palmieri@bakerbotts.com

D Dangaran *
Miriam R. Nemeth *
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

*Attorneys for Plaintiff*

**\* Motions for admission *pro hac vice* to be filed**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES** has been prepared in accordance with the font type and margin requirements of Local Rule 5.1, using a font type of Times New Roman and a point size of 14.

Dated: December 6, 2023

*/s/ David Utter*

*/s/ Christopher J. Murell*