# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

JANE DOE,

     Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS et al.,

         Defendants.

Civ. No.

## APPENDIX IN SUPPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

| Exhibit | Title | Appendix |
|---------|-------|----------|
| Exhibit 1 | Declaration of D Dangaran in Support of Plaintiff's Motion for Preliminary Injunction | p. 3–5 |
| Exhibit 2 | Affidavit of Jane Doe | p. 6–54 |
| Exhibit 3 | Expert Declaration of Dr. Isabel S. Lowell, M.D., M.B.A. | p. 55–81 |
| Exhibit 4 | Expert Declaration of Dr. Jeehea Sonya Haw, M.D. | p. 82–121 |
| Exhibit 5 | Expert Declaration of Dr. Jens Urs Berli, M.D. | p. 122–167 |
| Exhibit 6 | Georgia Department of Corrections Standard Operating Procedure 507.04.68 – Management and Treatment of Transgender Offenders | p. 168–175 |

| Exhibit 7 | Georgia Department of Corrections Standard Operating Procedure 507.04.07 – Scope of Treatment Services | p. 176–180 |
|---|---|---|
| Exhibit 8 | Jane Doe Partial Grievance Documents | p. 181–208 |
| Exhibit 9 | Jane Doe Letter to Centurion Health | p. 209–216 |
| Exhibit 10 | Declaration of Aries Hinson | p. 217–235 |
| Exhibit 11 | Declaration of Ronnie Fuller | p. 236–246 |
| Exhibit 12 | Sealed Jane Doe Excerpted Medical Records | p. 247 |
| Exhibit 13 | Sealed Prior Case | p. 248 |
| Exhibit 14 | Excerpt from DSM-5 | p. 249–253 |

**EXHIBIT 1**

**DECLARATION OF D
DANGARAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

JANE DOE,

     Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS et al.,

     Defendants.

Civ. Case No.
_____

**DECLARATION OF D
DANGARAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

Under 28 U.S.C. § 1746, I, D Dangaran, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the Director of Gender Justice at Rights Behind Bars and one of Ms. Jane Doe's attorneys in this action against the Defendants. I am admitted to the bar of Massachusetts, BBO # 708195. My motion for admission *pro hac vice* is pending.

3. The purpose of this declaration is to offer documentary evidence in support of Plaintiff's motion for a preliminary injunction.

4. Copies of certain grievance documents exchanged between Ms. Doe and the Georgia Department of Corrections ("GDC") are attached as Exhibit 8. Ms. Doe provided some of these documents to me by mail on April 17, 2023 and June 23,

4

2023.  A former attorney investigating Ms. Doe's case provided me some of these documents via online file transfer on April 3, 2023.

5.  A photocopy of a letter Ms. Doe wrote to Centurion Health is attached as Exhibit 9.  Ms. Doe sent me this copy on June 23, 2023.

6.  Copies of certain documents from Ms. Doe's GDC medical record are attached as Exhibit 12.  Ms. Doe provided some of these documents to me by mail on June 23, 2023.  A former attorney investigating Ms. Doe's case provided some of these documents via online file transfer on April 3, 2023.  And GDC provided me with medical records on June 30, 2023, August 4, 2023, and September 26, 2023, in response to an Open Records requests.  Any additional materials would be in possession of the GDC and its officials.  Although I requested further mental health records that would appear in her institutional file, GDC rejected this request pursuant to O.C.G.A. §§ 42-5-36(c), 50-18-71(a).

Respectfully submitted,

D Dangaran

_____

D Dangaran
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C.  20001-0506                Date: December 4, 2023
(202) 455-4399
d@rightsbehindbars.org

*Attorney for Plaintiff*

**EXHIBIT 2**

**AFFIDAVIT OF JANE DOE**

**REDACTED**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

JANE DOE,

     Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS; COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR SHARON LEWIS, in her official and individual capacities; PHILLIPS STATE PRISON WARDEN DESHAWN JONES, in his official and individual capacities; SERGEANT JAMAL KINTE ROBERTS, in his individual capacity; MHM CORRECTIONAL SERVICES, INC., d.b.a. MHM SERVICES, INC.; CENTURION HEALTH; STATEWIDE MENTAL HEALTH DIRECTOR CHAD I. LOHMAN, in his official capacity; PHILLIPS STATE PRISON MENTAL HEALTH DIRECTOR RHONDA BILLINGS, in her official and individual capacities; DR. SKIBINSKI, in her official and individual capacities; DR. CLEARY, in her individual capacity; DR. BOWLING, in his individual capacity; NURSE PRACTITIONER SIDNEY MOORE, in his individual capacity; DR. W. AUSBORN, in his individual

Civ. Case No. _____

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

capacity; JEREMY LANE, in his
individual capacity; WELLPATH LLC;
PHILLIPS STATE PRISON MEDICAL
DIRECTOR LATONYA JAMES, in her
official and individual capacities; DR.
ANTHONY MULLOY, in his official
and individual capacities; WELLPATH
HEALTH SERVICES
ADMINISTRATOR JEWELLANN
CLARKE, in her official and individual
capacities,

      Defendants.

## AFFIDAVIT OF JANE DOE

I, Jane Doe, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.    I am a 55-year-old transgender woman. My date of birth is August 4, 1968.

2.    I have identified as a woman since childhood—around six or seven years old. From that very young age, I became upset when my family and the broader community forced me to live as a boy on a daily basis. My distress led to low self-esteem; throughout my adolescence, I suffered from depression, anxiety, and frustration from living as a boy even though I felt like I was a girl. I dressed in my mother's clothing when no one was around to feel at peace. I always looked forward to Halloween, when I would be able to dress as a female with minimal

resistance.

3.      In 1988, when I was around 20 years old, I began living and expressing myself as a woman publicly.  I worked as a limousine driver and dressed in women's clothing.  Some of my passengers saw me and treated me as a woman, and I began to finally feel accepted.  I wanted to complete my transition through surgical reassignment.

4.      When I think of what it means to be transgender, I think of both my physical transition and my social transition.  Physical transition might include bodily changes that are caused by HRT or surgical interventions.  And my social transition means being seen and treated by others around me as a woman.

5.      My incarceration in 1992 put a halt to my efforts to fully transition, both physically and socially.

6.      I have been in the custody of the Georgia Department of Corrections (GDC) for over thirty years.  For that entire period, I have been housed only in men's facilities.

7.      I do not have a clear recollection of each of my dates of transfer, but I have been incarcerated in about ten facilities, sometimes going back to a facility I had previously been detained in.  My previous facilities include: Valdosta State Prison, Rutledge State Prison, Lee State Prison, Central State Prison, Baldwin State Prison, Georgia Diagnostic and Classification Prison, Johnson State Prison, Georgia

3

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

State Prison, Ware State Prison, Wheeler State Prison, and Autry State Prison.  I have tried in this affidavit to provide the name of the facility where I was located when a particular event occurred.  Since 1996, when I was raped in Georgia State Prison, my housing has been limited to facilities that serve people with a Level III Mental Health status.  The rape markedly exacerbated my mental health conditions, which caused the change in my mental health status.

8.      I am currently being detained in Phillips State Prison, where I have been housed since around April 11, 2022.

9.      From my understanding, Georgia contracts with two different companies to provide medical services for people in GDC custody: Wellpath LLC (Wellpath) provides medical care, including surgical care and primary care; and MHM Services, Inc. (MHM) provides mental health care.  MHM's parent company is called Centurion Health.  The primary care physicians, psychiatrists, psychologists, and counselors I have interacted with while in GDC custody, even when they are GDC medical staff, are employed by one of these third-party contractors, to the best of my knowledge at this time.

### My Gender Dysphoria Diagnosis and GDC's Responses

10.      In January 1992, when I was out on parole following a previous period of incarceration, I attempted to castrate myself by removing my testicles, in an effort to complete my transition.  I was seeing a psychologist, Dr. Dean Black, who refused

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

to write me a referral for gender-affirming surgery because of his religious beliefs. I couldn't switch psychologists; I was required to see him because of parole. I experienced so much anguish by Dr. Black's outright refusal that I lacerated my scrotum. When I was at work, I went to the bathroom and I took a razor blade and cut my scrotum sack and it bled profusely. A friend of mine—an administrative assistant who worked for me who has since died—saw me bleeding and took me to Gwinnett Medical, where I received sutures for the cuts.

11.    I was diagnosed with a gender identity disorder in 1993 by the clinical director at Valdosta State Prison. *See* Sealed Exhibit 12, Jane Doe Excerpted Medical Records ("Exhibit 12"), at 17–19. In September 1994, another psychiatrist found that I had a history of "transsexualism." *Id.* at 20–21. I was uncomfortable being assigned the male sex and felt a strong need to change my body parts to align them with my identity as a woman.

12.    I received individual and group psychotherapy to support my anxiety and depression related to this discomfort with my body throughout my stints in different facilities in the GDC through 2022. From 1992 through 2015, I did not receive any gender-affirming care besides this mental health care. As I describe below, I also received HRT from late 2015 through 2019, before my medical care providers stopped my treatment. My regular access to psychotherapy care stopped in December 2022 when I filed a *pro se* complaint regarding my HRT cessation.

5

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

13.     Despite receiving mental health care, at times, the stress and unease about my body has caused me to self-harm.  In 1994, I made lacerations to my face.  On July 8, 1998, I attempted suicide by asphyxiation.  *Id.* at 11–12.  I wrote a suicide letter to my mother saying I feared for my life living with men in prison and that all I wanted was to be transferred from the Lee State Prison.  And later in 1998 or 1999, I attempted suicide by making lacerations to my wrists during my first stay in Phillips State Prison.

14.     GDC medical staff also diagnosed me with hypertension, COPD, and asthma in 2009.  GDC medical staff were aware of these diagnoses and their severity.  They even prescribed me with an oxygen tank for about seven years.  In 2009, when I was in Augusta State Medical Prison, Dr. Blanchard said I needed to be housed in a pulmonary dorm that was air conditioned to get away from secondhand smoke in most prisons.  *See id.* at 22–23.  I was transferred to Hays State Prison instead of receiving an internal transfer.  Dr. Blanchard reiterated in 2013 that, on her recommendation, I needed an environmentally controlled housing assignment. *See id.* at 24–25.  Physician Assistant Rosemary Johnson wrote an order in my medical record when I was at Reedsville in 2013 stating that I must be housed in a unit with central heating and air.  But I have not been housed in compliance with these orders or recommendations.

15.     On October 19, 2015, my treating psychologist, Dr. Duane Harris,

6

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

diagnosed me with gender dysphoria while I was in Johnson State Prison. *See id.* at

26–27.

16.    Gender dysphoria is the feeling of distress that might occur in people

whose gender identity differs from their sex assigned at birth.  According to the

American Psychiatric Association, it is a

> marked    incongruence    between    one's
> experienced/expressed gender and assigned gender, of at
> least six months' duration, as manifested by at least two or
> more" of a few criteria, including:
>
> - A    marked    incongruence    between    one's
>   experienced/expressed gender and primary and/or
>   secondary sex characteristics . . .
> - A strong desire to be rid of one's primary and/or
>   secondary sex characteristics because of a marked
>   incongruence with one's experienced/expressed gender
>   . . .
> - A strong desire for the primary and/or secondary sex
>   characteristics of the other gender
> - A strong desire to be of the other gender . . .
> - A strong desire to be treated as the other gender . . .
> - A strong conviction that one has the typical feelings
>   and reactions of the other gender . . .
>
> The condition is associated with clinically significant
> distress or impairment in social, occupational, or other
> important areas of functioning.

Am. Psych Ass'n, *Diagnostic and Statistical Manual of Mental Disorders*, 1, 452–

53 (5th ed. 2013).

17.    I notified medical staff of my desire to start hormone replacement

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION**

therapy (HRT) as soon as I received my gender dysphoria diagnosis. *See* Exhibit 12, at 28–29. In November 2015, medical staff referred me to see an endocrinologist. *Id.* at 30–33. I was able to begin some HRT right away, even before seeing the endocrinologist. *See id.* at 34–38.

18.     On January 13, 2016, while I was housed in Johnson State Prison, I first met with Dr. Anthony Mulloy, an endocrinologist and Wellpath employee contracted to work across GDC facilities, who discussed and prescribed me my full regimen of HRT. *Id.* To the best of my memory, this was the first time I had seen an endocrinologist while in GDC, even though the Department had been aware of my gender dysphoria diagnosis and need for treatment for over two decades by that time.

19.     Dr. Mulloy initially prescribed me with 2 mg of estradiol, taken orally each day, and 50 mg of spironolactone, also taken as oral medication each day. Estradiol is a feminizing hormone, and spironolactone is a testosterone blocker. I began taking spironolactone in November 2015, and I started estradiol in late January–early February 2016. These gender-affirming hormone treatments continued without interruption through May 2019. My dosage was gradually raised over that time to 10 mg of transdermal estradiol, which I received every other week, and a daily 200 mg dose of spironolactone, which I received as oral medication. *See id.* at 39–40.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

20.    My care providers ran labs every three months or so to monitor my blood pressure and other health risks.  It seemed like my doctors didn't think my preexisting pulmonary conditions were an issue.  As of September 2018, Dr. Raymond Moody evaluated me and found that my hypertension was in good control. *Id.* at 41-42.

21.    In 2015 and 2016, my mental health counselors Buttler and Shivers in Johnson State Prison provided me with extensive information regarding gender-affirming interventions as discussed in the World Professional Association for Transgender Health (WPATH) Standards of Care, which recommends that prisons allow transgender people like myself to access medical care and to socially transition.

22.    According to the WPATH Standards of Care, "social transition" is the process of transgender people beginning and continuing to express our gender identity in ways that are authentic and socially perceptible.  E. Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 Int'l J. of Transgender Health S1, S104, S107 (2022).  Social transition for a transgender woman like myself in institutional settings includes having hairstyles that affirm my gender such as through wigs, grooming products like make-up, women's clothing and undergarments, and proper pronouns and chosen name used by others.  Social transition reduces gender dysphoria, depression, anxiety, self-

9

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

harm ideation and behavior, and suicidal ideation and attempts.

23.    I did not ever have access to make-up, nail polish, or other beauty products that would allow me to maintain a feminine look. Instead, GDC officials punished me for expressing my gender through tailoring my clothes and using homemade nail polish I created out of floor wax. They took the wax and colored pencils that I used to make nail polish. They also seized clothing that I had tailored to fit my body contours. Nonetheless, I still would like access to these items so that I can express my femininity. I currently do not have access to make-up, women's clothing, women's hygiene products such as women's scented lotions and nail polish, or regular shaving products to keep my facial and body hair controlled. I want to be able to access everything on the women's commissary item list. I also want my family to be able to order women's items from the GDC's special package program on my behalf. Finally, when my hair grew out and I refused to cut it, back in 2015, officers held me down and shaved it, saying, "we don't care if you're a woman or not, you're shaving your head." They shaved my head bald even though I could have it as long as six inches.

24.    As a result of my HRT, I developed breasts; my baldness slowed; my facial and body hair was suppressed; fat redistributed around my thighs, hips, and buttocks; and my penis and testicles reduced in size. Because my physical transition led me to develop breasts, GDC staff provided me with brassieres in 2016 while at

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Johnson State Prison.  GDC staff also gave me women's underwear.  As a result of this physical and social transition, my distress was reduced.

25.     Though I appreciated my feminine traits that developed while I began HRT, I still wanted gender-affirming surgery to remove my testicles.  I have requested gender-affirming surgery ever since receiving my gender dysphoria diagnosis in 2015.  *See* Exhibit 12, at 43–44.

26.     Two of my treating physicians at Johnson State Prison assessed me and discussed gender-affirming surgery with me.  By April 2016, Dr. McKinnon, a psychiatrist, stated that I would benefit from consideration for gender reassignment surgery because it would decrease the distress that I felt from being in the wrong body and hopefully decrease my recurrent self-injurious behavior and thoughts of self-mutilation.

27.     From April to May 2016, I informed a number of doctors and nurses that I was thinking about cutting off my penis and wanted vaginoplasty.  *Id.* at 43–46.  That same year, Dr. Ausborn, a psychologist at Johnson State Prison, said that I had a persistent need for gender-affirming care; Dr. Ausborn found specifically that I was a candidate for surgery.  *See id.* at 47–48.  Dr. McKinnon and Dr. Ausborn's assessments came while I was actively on HRT, and both doctors believed I needed more treatment than HRT offered.  But, even with these two recommendations, none of the Defendants provided me with the surgery I had been requesting and needed.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

28.    This repeated denial for surgery frustrated me and made me feel desperate.  In or around June 2016, I filed a grievance for consideration for gender-affirming surgery, but GDC administrative officials, namely Dr. Sharon Lewis, denied it.  I filed the grievance and appeal while I was at Johnson State Prison.  Because of the final denial, I attempted suicide by asphyxiation in February 2017 in Baldwin State Prison.  *See id.* at 13–14.  I felt like GDC would never allow me to access gender-affirming surgery, which I so desperately needed—and still need—in order to manage my gender dysphoria distress.

## My Distressing Experience in GDC Custody Since HRT Was Discontinued in June 2019

29.    Things got even worse on or around June 4, 2019, when my primary care physician at Georgia State Prison suddenly—and as a total surprise to me—discontinued my feminizing hormone therapy, first ending my estradiol regimen, then ending my spironolactone.  *Id.* at 49–50.  Even though I had been getting tested in labs regularly, the primary care physician informed me that he believed my health risks (including my age, risk for blood clotting, and stroke) were too high to continue taking estradiol, which raised my blood pressure.  I listened to his medical advice and very reluctantly accepted his recommendation that I discontinue HRT.

30.    I did not request this change in my treatment status, as the doctor indicated in my medical records.  That isn't accurate.  I wanted to speak with my endocrinologist, Dr. Mulloy, about this change in my care, as the specialist on these

12

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

issues and the specialist that initially prescribed me the HRT I had been taking and thriving under for years. I filed somewhere between 15 and 25 sick call requests to the medical unit, asking to be seen by Dr. Mulloy. My mental health counselor, Ms. Henderson, even advocated on my behalf and asked the medical department to schedule an appointment for me to see Dr. Mulloy, but the medical department refused to send escorts to have me visit the medical unit from my cell. My requests lasted for about two years, from 2019 to 2021.

31.    The primary care physician's decision to suddenly discontinue HRT—rather than tapering it off slowly to allow my body to adjust—threw my body into physical turmoil and caused me intense anguish and panic throughout that process, as I saw the feminine attributes that were so important to my sense of self disappear. Over a span of two months following the discontinuation of HRT, I experienced numerous masculinizing changes to my body that regressed my gender transition. My facial and chest hair grew back, my breasts reduced, my testicles and penis grew, and the fatty tissue around my thighs, hips, and buttocks abated. I also experienced vomiting as a result of the quick cessation of hormones.

32.    When I saw these changes occur, I felt depressed and hopeless again. To make matters worse, GDC placed me in lockdown in July 2019. When I use the term lockdown, I mean a form of solitary confinement in which I am allowed to keep all of my property. We use it interchangeably with "segregation" or "involuntary

13

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

administrative protective custody" because they're all the same conditions of confinement despite having different statuses on the classification sheet. These are all akin to TIER I Status. This is different from TIER II status, in which all of your items are taken away from you. We also call that "isolation." I was placed in lockdown because my ex-lover, incarcerated in Valdosta State Prison, killed a boy who may have been involved in orchestrating my rape in 2018 (described below). I have remained in lockdown at different facilities continuously since then. GDC guards would not let me out of my cell for anything. They did not take me to call outs. I therefore missed any opportunities to see my endocrinologist that medical might have scheduled during that time. According to my medical records, I refused an opportunity to see my endocrinologist in late July 2019 and on August 16, 2019. But I did not refuse; GDC guards would not let me leave my cell, so I was prevented from attending the appointments.

33.    From within the solitary confinement cell, my hormones reversed fully. I couldn't deal with it. My depression plummeted because I was not getting proper mental health care. I tried to escape from the painful future I could see for myself in a more masculine body by attempting suicide again through asphyxiation, in December 2019. I had thought about suicide for a long time, including since my last attempt in 2017, but had held on to hope for long enough that I didn't try again. This time when I tried to hang myself, I thought it was my best option. I receive

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

psychotropic medications daily to reduce symptoms of this distress and coexisting mental health concerns.

34.    GDC didn't change anything after my suicide attempt.  They left me in the same cell; I was not taken to a crisis stabilization unit.  This only exacerbated my feelings of hopelessness and devastation about my future.  Since that suicide attempt, I have had serious pain in my neck that requires Narco to treat and that doctors tell me will manifest as arthritis as I continue to age.[1]

35.    Following my 2019 suicide attempt, I regained some hope with the loving phone calls, letters, and visits from my Mom, who has been one of my main supports throughout my transition.  I picked up the resolve to try again.  On March 27, 2020, still in solitary confinement at Georgia State Prison, I petitioned to restart my feminizing hormone therapy.  I figured that the risks were worth it if it could help me stay alive and abate my suicidal thoughts and attempts.

---

[1] I first informed Dr. James that I had neck pain in June 2023.  She scheduled an X-Ray and an MRI by August 2023.  Dr. James said, "I'm not a specialist, but it looks like you'll need surgery."  She also said, "Now *this* is a serious medical need," which I took to mean she found my need for gender-affirming surgery was not.  By September I had appointments with three specialists.  This experience shows me exactly how irregular it is for GDC to have drawn out my gender-affirming surgery and other gender-affirming care requests as long as they have (as I continue to detail below).
    In September 2023, two neurologists, Dr. Christopher Edwards and Dr. Kinchen, told me I need to have neck surgery because I have a herniated bulging disk. But when I was brought into the hospital on October 23, 2023, they told me my body was healing on my own and that I would not need surgery anymore.

15

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

36.    But on May 19, 2020, a nurse practitioner in Georgia State Prison evaluated me, then denied my request and instead vaguely said only that HRT was "not recommended due to health." *See* Exhibit 12, at 51–52.    Though I do not remember his name, this male nurse practitioner had seen me for my pulmonary cardiac issues a lot before.    He was my regular physician for those issues. Specifically, my physician gave me this contraindication to restarting my hormone therapy because he believed that my history of hypertension and pulmonary issues meant that taking hormones could increase to some extent (though he did not say how much) the risk of stroke, heart attack, or blood clots.    I advocated for myself against this contraindication and even stated that I would consent to take on any additional risks because I wanted to restart HRT.    Yet this primary care physician prevented me from continuing HRT despite my clear request and consent.

37.    That denial threw me into a deep depression.    It was, and continues to be, a dark time for me.    My emotions began to spiral out of control.    I felt like I was on the verge of an emotional collapse.    My gender dysphoria got much worse when I was removed from HRT and then even worse when I was forced to stay off it.    I haven't been myself.    I feel a deep sense of self-loathing.    Seeing my body change back to a masculine form has caused me despair, hopelessness, panic attacks, episodes of hysteria, suicidal ideation and attempts, sleep deprivation, loss of appetite, fatigue, and self-injurious behavior.    I can't connect with my peers because

16

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

of how sad I feel. I get upset looking at myself in the mirror because I look so different than I did while on HRT and I look so far from the woman I am. I struggle when bathing, combing my hair, brushing my teeth, washing my clothes, and doing other simple daily activities that most people take for granted, because doing these activities constantly reminds me of my discordant physique.

38.    I had used various coping mechanisms to manage the intense feelings of self-loathing and need to correct my body using my own methods (i.e., to self-harm) since I first attempted self-castration in 1992. I turned back to those old coping methods again in 2020, after processing the news that I would not be able to get back onto HRT based on my medical providers' contraindication and refusal. To stave off thoughts of hurting myself, including with a targeted attack of my gonads, I slam my head against the wall frequently. I do so repeatedly, until blood trickled from my forehead. I once knocked my tooth out from doing it forcefully. I self-harm because it helps me to refocus my thinking when I have suicidal thoughts. I still self-harm in various ways today; I have bruises on my arms from trying to restructure my thinking. I would estimate that I self-harm daily at this point. I don't think I would self-harm to this extent if my gender dysphoria were properly treated.

39.    Before I stopped taking HRT in 2019, I felt more comfortable in my body, more pretty, and more feminine. I felt closer to myself than I have for the rest of my time in GDC custody. I yearn for that feeling again, but I don't know if it will

17

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

come without surgical changes.

## Pursuing Gender-Affirming Surgeries to Remedy My Gender Dysphoria

40.    Once I received a contraindication for HRT, I doubled down in my efforts to obtain gender-affirming surgeries in an attempt to maintain my feminine gender expression.  From mid-2019 into early 2022, I was in solitary confinement in Georgia State Prison.  The GDC staff there did not allow me access to forms to make formal requests for gender-affirming care.  I was able to speak with mental health counselors who visited my cell, and I told them that I wanted to be back on HRT and to talk with doctors about gender-affirming surgery, but they didn't create any medical appointments for me.  Georgia State Prison was horrible for many reasons, and this lack of care was one of them.  I was transferred out about a month before the facility was shut down.

41.    After GDC officials transferred me to Ware State Prison in January 2022, and subsequently to Phillips State Prison in April 2022, I submitted medical requests for surgeries to help my outward appearance return to what it looked like when I was on HRT, since my doctors had indicated that the hormonal option was no longer available to me.

42.    Specifically, I submitted medical requests for the following gender-affirming surgeries: an orchiectomy, voice feminization surgery, facial feminization surgery, laser hair removal, breast augmentation surgery, liposuction at the waist,

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

and buttock augmentation. The orchiectomy would minimize the testosterone in my body by removing my testicles, while the other surgeries would help to restore my body shape to what it looked like when feminizing hormones redistributed weight across my body.

43.    I also made requests for non-surgical gender-affirming commissary items that I thought could help me express myself and be perceived as a woman: breast pads, buttock pads, hair removal cream, and a wig. I felt these items could help me look closer to how I looked when I was on my full dosage of feminizing hormones. Hair removal cream would help me remove my facial and body hair, possibly permanently, which would remedy some of my gender dysphoria.

44.    There was some movement after I filed the requests at Ware State Prison. I was evaluated by a psychiatrist named Dr. Cleary, an MHM employee, on February 17, 2022. She referred me to an endocrinologist, but GDC did not properly schedule me to see Dr. Mulloy. I would go up to see him, but he would not evaluate me because he would say I wasn't scheduled. Other times, when I did have an appointment scheduled, I was not brought up in time. This continued until April 2023, over a year later.

45.    This delay—again—raised real fears in me that GDC and my treating physicians would not move quickly enough to help me get the care I needed. I had already waited so long to remove my testicles so I could feel like my body is a

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

woman's body.  I was exhausted from all of the fighting I had to do.  And I hated how my face and body looked.  Soon all of the thoughts filled my head like a whirlwind and took up all of my attention.  My days were filled with thinking about how much I couldn't stand my own body.  That's what gender dysphoria feels like. I was so desperate to make the awful feelings go away.  As these feelings built, I knew that it meant my distress from my gender dysphoria was getting worse.

46.    I wanted to prevent myself from hurting myself in ways I would regret, so, on March 1, 2022, I slammed my head against the wall.  I think that was the time I slammed my head so hard that I knocked one of my teeth out.

47.    On March 9, I wrote a message to the mental health unit manager, Jeremy Lane, saying my emotional pain from my gender dysphoria distress caused me to take self-injurious behavior and have thoughts of self-castration again.  I didn't receive a response.

48.    I again wrote to Mr. Lane and Dr. Cleary on March 21, 2022, requesting a psychological assessment for emasculation surgery and breast augmentation surgery.  I had a tele-psych meeting in my cell with Dr. Cleary on March 24, 2022 and learned from Dr. Cleary that she had received my letters and my request for surgery.

49.    On March 30, 2022, a virtual treatment team meeting with Dr. Ausborn, Mr. Lane, Dr. Cleary, and Nurse Practitioner Sidney Moore was held.  I was not in

20

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

attendance. My understanding is that most of these doctors work at multiple facilities across Georgia. I believe this treatment meeting only happened because of my March 21st letter to Dr. Cleary and Mr. Lane. Following this treatment team meeting, Dr. Cleary told me that she could not conduct a clinical assessment and referral for the surgeries I had requested because the higher ups at MHM forbid them from performing psychological assessments for gender-affirming surgery. Dr. Cleary stated that when she challenged her MHM superiors as to why conducting such an evaluation was impermissible, she was told, "You must follow our rules or find somewhere else to work."

50.     As a result of this update, I became suicidal because I believed I would never be able to get the surgery or other medical care I needed to live in a gender-affirming way. I knew I wasn't doing well and I tried to manage my feelings the only way I knew how. That's when I slammed my head against the wall for the second time in 2022, sometime at the end of March or beginning of April.

51.     After this incident, on or around April 6, 2022, GDC mental health staff evaluated my mental health and enhanced my level of mental health services to Level III, "inpatient, supportive living," pursuant to GDC Standard Operating Procedure (SOP) 508.16. GDC staff put me in a suicide safety vest and placed me on strip cell observation status.

52.     About five days later, on April 11, 2022, I was transferred to Phillips

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

State Prison, where I was admitted to their medical crisis stabilization unit and placed on long-term suicide prevention status in solitary confinement conditions.

53.    While at Phillips, I continued to advocate for myself, to no avail. On May 6, 2022, I sent a message to my new mental health counselor, Mr. Teale, explaining my severe gender dysphoria and thoughts of self-castration and emphasizing my need for gender-affirming surgery. I didn't hear back from him.

54.    On May 13, 2022, I met with Nurse Moore in person when he visited Phillips State Prison and once again requested an evaluation for emasculation surgery and breast augmentation. Nurse Moore told me that GDC is unwilling to permit these types of surgeries, so they could not provide me with an assessment. Nurse Moore also said that if I were willing to pay for these surgical procedures, then they could do the assessment and get the surgery approved. I didn't know if Nurse Moore was serious or not, but I told Nurse Moore that I could not afford to pay. I begged Nurse Moore to do something to help me, because Nurse Moore, of all people, witnessed my anguish and saw my transition and regression. His words upset me even more, though, because I knew I needed the surgeries, and now, according to Nurse Moore, it seemed there was no reason why GDC wouldn't provide me with an assessment except the cost.

55.    On May 22, 2022, I wrote to Dr. Bowling, a psychologist and clinical director at Phillips State Prison, requesting assessment for the surgeries. He did not

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

respond.  On May 27, 2022, I met with Dr. Skibinski, the attending psychologist at Phillips State Prison, and stated my need for the surgeries.  She claimed that she was not qualified to evaluate me for such procedures.  She told me that GDC had directed her and MHM not to conduct evaluations for surgery, but instead to work closely with me and other incarcerated trans individuals to develop coping skills.  I remember thinking that she clearly did not understand how gender dysphoria felt or my urgent need for some sort of medical care to help me cope.  Dr. Skibinski said she had no control over the policies established between the GDC and MHM senior executives.

56.    After we met, I wrote to Dr. Skibinski on May 29, 2022 and reemphasized my need for surgery.  I did not receive a response.

57.    Frustrated by these fruitless attempts, I filed a grievance with the Warden of Phillips State Prison, DeShawn Jones, on May 31, 2022, addressing the unwillingness of Drs. Cleary, Skibinski, and Bowling and Nurse Moore to assess me for gender-affirming surgery.  Prison staff denied this grievance on July 19; I appealed the same day, arguing that the decisions to deny me a psychological evaluation for emasculation surgery and breast augmentation were based on a blanket ban.  Prison staff denied my appeal on August 5, 2022.  *See* Exhibit 8, Jane Doe Partial Grievance Documents ("Exhibit 8"), at 2–6.

58.    On June 1, 2022, I sent letters and health service requests to GDC

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Commissioner Ward and GDC Medical Director Sharon Lewis asking for facial feminization surgery, laser hair removal treatments, liposuction of my waist, buttocks augmentation, and surgical hair reconstruction. I filed a grievance on June 21, 2022 (Grievance No. 340235) when the GDC medical department ignored these requests. *See id.* at 7–9. Warden Jones denied this grievance on July 15, 2022 because, in his words, GDC did not have a contract to provide "cosmetic surgery." *Id.* at 10. I appealed this denial on July 28, and prison staff denied my appeal on August 5, 2022. *See id.* at 11.

59.    On June 21, 2022, Dr. Bowling met with me and said he was not qualified to assess me for emasculation surgery and breast augmentation. I asked him in that same conversation if he had previously assessed, diagnosed, and referred other patients with gender dysphoria for treatment, and he said yes. I expressed my confusion as to why he would not be able to do the same for me, and he avoided giving me a clear response. Instead, I remember quite vividly the awfully transphobic words he told me: "If you were to attempt self-castration again, maybe while at the hospital, they'll just go ahead and cut your gonads out." I was, and remain, shocked that a medical professional would tell me something so violent, especially knowing how much anxiety and distress my gender dysphoria causes me and my history of attempting suicide and self-castration in desperate times. I am dismayed that this is the quality of medical care that GDC is willing to offer

24

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

transgender people behind bars.

60.    But I didn't let Dr. Bowling get me down.  I persevered in my self-advocacy and kept trying to reach someone who would do something to help me.  I wrote letters to those who I thought could review Dr. Bowling's statements.  I knew that, like Dr. Cleary, he was contracted to work at GDC, but employed by MHM.  Thus, I wrote to his MHM administrators on June 29, to Commissioner Ward and Medical Director Lewis on July 5, and to Centurion Health, the parent company of MHM, on July 14.  *See* Exhibit 9, Jane Doe Letter to Centurion Health.  But none of them got back to me.

61.    Things felt so futile that on July 17, 2022, I made a new self-castration attempt to remove my testicles.  I tied threads of nylon strings that I had intertwined around the base of my testicles as tightly as I could, with the hope that it would ultimately sever my testicles from my body.  *See* Exhibit 12, at 15–16.  My goal was to eliminate the source of my testosterone that causes my distress—to eliminate this organ from eyesight and from my body.  I knew this method of self-castration is extremely painful and dangerous; it restricts blood flow to the genitalia, causing my penis to gradually reduce in size, and possibly causes more serious health issues.  But I struggled to care about those issues—I just wanted so badly for my male genitalia to disintegrate.  As a result of the strings I tied onto my body, a bloody laceration developed around my scrotum, causing my testicles to become swollen

25

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

and infected.  A stench arose, and the pain was extremely intense.  *See id.*

62.    I was in agonizing pain for five days.  There would be times that the pain was so intense, the only way to describe it is if somebody took a crochet needle and stuck it in my testicles.  If I sat down for longer than about 30 seconds, I would get sharp sensations in the bottom portion of my testicles and was forced to stand.  I could not sleep due to intense throbbing in my testicles.

63.    Because of the immense pain I was in, during a routine visit by counselor Teale to my cell door, I told counselor Teale what I had done, and he called for a medical unit.  Officer Martin, a multi-functional correctional officer who worked with mental health, picked me up from my cell.  She brought me to the hospital floor of Phillips.

64.    At the hospital unit, I received emergency medical attention to remove the nylon strings.  Physician Assistant (PA) Karen B. Ivey said she didn't know how I could handle the pain for five days.  PA Ivey asked me to rate my pain on a scale of 1 to 10, and I said 100.  I had blood all over my underwear as the doctor removed it and tried to take the string off, but it was so unbearable that even touching my testicles sent searing pain across the area.  The doctors gave me a shot for the pain and had to surgically remove the nylon strings because they had embedded beneath my skin, which had begun to grow over it.

65.    After the surgery, my care plan required poultice changes, anti-

26

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

inflammatory medication, and an extended placement in an acute care unit in the prison for a week. I also received daily pain medication. Even so, on several occasions for the next two weeks, the excruciating pain would be so significant that it would bring me to tears. Even up to a month afterwards, I would experience short, intense pain, almost like being electrocuted. This crippling pain would stop me in my tracks and prevent me from doing anything, including making quick or sustained movements.

66.    My desperation at my ongoing situation led me to regress from the thirty years of progress I have made and hope to continue making. I felt the need to take this serious and horrifying step because I felt that the MHM and Wellpath medical professionals and GDC administrators were doing nothing to treat my gender dysphoria. Desperate to self-treat my gender dysphoria since the medical officials in charge of my care wouldn't and feeling like I had few other options after Dr. Bowling's statements, I took this extreme act and tried to endure the pain.

67.    I was in excruciating pain for two weeks after that, followed by sensitivity and bouts of crippling pain for several months. I have a scar that is about six inches long at the base of my scrotum and lingering pain that prevents me from sitting on firm surfaces for a long period of time. Even today, the longest I can sit down without feeling any pain is about 10 to 15 minutes. There have been times during my callouts to medical or mental health that officers order me to sit down,

27

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

but I can't because of the excruciating pain from my self-castration attempt. The pain is not as intense as it was before, but it's significant enough to disrupt what I'm doing. When I'm seated, I have to turn my body a lot to shift weight from the area.

68.    Only after my self-castration attempt did the MHM medical staff at Phillips State Prison finally provide me with an assessment for gender-affirming surgery. In late 2022, I met with two psychiatrists employed by MHM, Dr. Jordan Howard and Dr. Frady, who provided me with evaluations for surgery. I met Dr. Frady first, on or around July 28, 2022. Then within a week or so of meeting him, I met Dr. Howard three times, first in August, then again in September and October.

69.    Dr. Howard conducted two evaluations. First, we discussed transfer to a women's facility. Dr. Howard found that I met the "criteria for gender dysphoria" and recommended: "affording her basic accommodations impacting her gender appearance may translate to a significant reduction in self-injurious behavior and minimize the patients notable distress related to her gender identity." *See* Exhibit 12, at 10.

70.    Dr. Howard's second evaluation focused on my readiness for surgery. Ultimately, Dr. Howard determined in his evaluation that: "I do believe she has capacity regarding the pursuit of gender affirming treatment" and that my "comorbid psychiatric issues . . . are not actively distracting her from appreciating the benefits, risks, and realities surrounding gender affirming treatment." *See id.* at 6–7. I told

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Dr. Howard that my sole reason for pursuing gender-affirming surgery was to alleviate the distress I felt from my gender dysphoria. Dr. Howard said that Wellpath wanted him to ask me follow-up questions to see how I was feeling. Dr. Howard asked me some questions that seemed odd to me, such as whether I wanted to go to a women's prison so that I could have sex with women (which I denied).

71.    Dr. Howard misstated my feelings about non-surgical interventions in his written evaluation, however. He wrote: "Ms. Cassidy anticipates surgery will significantly diminish, if not fully resolve, her dysphoria. Acknowledges there are other feminization procedures she would love to have but suggests she is content with non-surgical solutions. Example provided was being given a wig versus having any sort of hair procedures. Denies any thoughts or intent in pursuing other feminization procedures but revisits the desire to have access to female toiletress [sic], bras, panties, and pads for her buttock and chest to convey a feminine build." *See id.* at 6. To be clear, I would not be content with non-surgical solutions. I tried to convey to Dr. Howard that I wanted to pursue the gender-affirming commissary items and my surgical transition simultaneously.

72.    During this second meeting, we again discussed the benefits of being in a female facility, where I could outwardly present and live as my true self. I felt that being in a female facility would be better for my mental and physical health, as I explain further below.

29

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

73.    Finally, Dr. Frady, a psychologist employed by MHM, evaluated me and sent a recommendation for surgery to Wellpath, the medical service provider that I believe contracts with GDC for surgical care, and to my GDC gender dysphoria treatment committee.    Dr. Frady recommended that I (1) remain on suicide prevention status; (2) receive gender-affirming items like breast pads, buttock pads, and wigs; (3) receive gender-affirming surgery; and (4) receive ongoing support with medication management. *See* Exhibit 12, at 53–54.

74.    Dr. Frady read his recommendation aloud to me on January 3, 2023 during a virtual appointment.    Dr. Skibinski was also present.    He told me that his evaluation was in my mental health records.    *See id.*

75.    That same day, I met with my GDC gender dysphoria treatment committee: Warden Jones, Dr. Skibinski (the attending psychologist at Phillips State Prison), Ms. Rhonda Billings (Mental Health Director at Phillips State Prison), and Ms. Jewellann Clarke (the Health Services Administrator of Wellpath).    The group had gathered to discuss my request for surgery.    Although Dr. Frady and Dr. Howard had recommended that I receive this surgery, my GDC gender dysphoria treatment committee denied the surgery for non-medical reasons.

76.    First, Dr. Skibinski noted that I had recommendations from Drs. Howard and Frady for gender-affirming treatment.    Warden Jones said that the group had discussed it amongst themselves and determined that nothing in the policy

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

allows me to have surgery. They said it was over their heads—that the GDC higher ups would not provide these clinically indicated surgeries because GDC doesn't do gender-affirming surgeries. When I contested the decision, Warden Jones and Ms. Billings said, "Why can't you accept the status quo?"

77. Frustrated by the result, I filed a grievance on January 5, 2023 challenging the GDC gender dysphoria treatment committee's failure to provide me with a definitive answer regarding the specific surgeries recommended by Dr. Frady. *See* Exhibit 8, at 14–17. I received the denial of my grievance from Warden Jones on March 3 and appealed the same day; the GDC Office of Health Services denied my appeal on April 13, 2023. *See id.* at 18–20.

78. The GDC gender dysphoria treatment committee also hindered my social transition. I requested gender-affirming items that would help to restore my physical appearance to what it looked like while I was taking feminizing hormones. Specifically, on January 3, 2023, I asked my GDC gender dysphoria treatment committee for buttock pads, breast pads, hair removal cream, and a synthetic wig (because my balding head made me feel really dysphoric) following Dr. Frady's recommendations that I receive all these items. The committee denied these requests, too.

79. I filed a grievance on January 12, 2023 regarding the GDC gender dysphoria treatment committee's denial of breast and buttock pads, hair removal

31

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

cream, and a wig. *See id.* at 21–23. Warden Jones denied this grievance on February 16; I appealed it on February 23, and the GDC Office of Professional Standards (OPS) denied the appeal on April 13. *See id.* at 24–27.

80.    At long last and due to my tireless self-advocacy since my primary care physician at Georgia State Prison removed me from HRT nearly four years earlier, I met once again with my endocrinologist, Dr. Mulloy, on or around April 26, 2023. Dr. Mulloy reiterated that the combination of my age, hypertension, and cardiac and pulmonary issues put me at higher risk when taking hormones, but this was just a generalized concern that he advanced. He did not specifically say how high my risk might be or provide other information to help me make an informed choice about my medical care.

81.    I pushed Dr. Mulloy to put me back on HRT, in hopes that some gender-affirming medical care would lessen my consuming and damaging gender dysphoria. Dr. Mulloy said that he would put me back on spironolactone, at a lower dose (100mg compared to the 200mg dose I was on previously). He told me, "Don't expect any feminine changes." He told me that although spironolactone blocks testosterone, it is not a feminizing hormone. I restarted the dose on April 28, 2023, but to this day I have not experienced any significant changes from it in the same way I did on the previous dose—my sex parts have not reduced in size like they did before.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

82.    Dr. Mulloy also said that he would be willing to consider prescribing me 1mg of estradiol.  But he pointed out that it would not be a high enough dosage to make any changes; it would take about 20mg of estradiol to see feminizing effects.

83.    After my attorneys submitted a letter to GDC in July, I saw Dr. Mulloy again on July 26, 2023.  He told me he decided I should be put on 8mg of estradiol every two weeks.  He refused my request to increase my spironolactone dosage to 200mg, saying he would see me again in three months.

84.    During that consultation, Dr. Mulloy told me GDC "would never do these surgeries."  Dr. Latonya James, Medical Director at Phillips State Prison, was at this meeting too and agreed.  Dr. James said: "We know that the GDC would never provide those surgeries, so the lawyers will have to hash that out."  Dr. Mulloy agreed and said: "We do not have a contract for these types of surgeries and it has been the policy of GDC to not provide these surgeries."

85.    On August 23, 2023, Dr. James surprisingly removed me from HRT once again, preventing me from getting my estradiol shot, based on her reading of my blood pressure.  I felt depressed when she withheld the hormone dose.  I feel like self-castrating again because this feels like it will never end.  I'm tired of everything.  I just wish something could get figured out so that I could move forward with my life instead of going backwards. Around September 13, 2023, Dr. Mulloy suddenly restarted my estradiol at a dosage of 8mg every two weeks.  I did not see any real

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

physical changes from this dosage.  Hair continues to grow all over my body.  I have not had any breast growth, and my testicles and penis have not reduced in size.  It feels as though I am not taking any HRT at all.  Nonetheless, Dr. Mulloy backtracked and reduced my dosage again around November 1, 2023.  I am now receiving only 6mg of estradiol every two weeks and 100 mg of spironolactone every day.  I asked for higher dosages, and Dr. Mulloy said that he "does not go above 20 mgs" for anyone, and that he gives the same dosage to all transgender patients in GDC.  Dr. Mulloy reported that my estrogen level was around 300.  He said, "Your estradiol level is way too high.  It needs to be right at 100."  He also discussed taking me off spironolactone, but he decided not to do that at the time. Since restarting hormone therapy in 2023, I have not seen any feminizing changes to my appearance.  I continue to suffer from intense gender dysphoria symptoms every day.  I have considered putting an end to this miserable existence.  This is an ongoing nightmare I can never wake up from.  I cry daily because none of my care is working and I feel so much self-loathing towards the way my body looks.  I'm constantly reminded of my gender dysphoria throughout my day, especially when I shower.  I'm struggling to get my anxious and racing thoughts under control.

### GDC Should Transfer Me to a Women's Facility for My Safety and Social Transition

86.    I no longer feel safe in men's facilities.  I was repeatedly raped and physically assaulted by GDC guard ███████ at the Georgia Diagnostic and

34

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Classification Prison, a men's facility, from October 2010 through October 2011 and April 14, 2012 until May 2012. I filed a *pro se* lawsuit against Officer ███, and I won in a trial by jury. *See* Sealed Exhibit 13, Prior Case. The state refused to pay the award, saying ███ acted outside of his discretionary authority.

87.    I am misgendered and treated with transphobic remarks multiple times a day by guards at Phillips State Prison. I have come to expect that I will be harassed about my gender as a daily occurrence. This damages my emotional and mental health even though I try to rise above it. It is impossible to describe how much these constant put-downs grate on my soul. I feel like the prison and its staff are denying my very existence. I try to be kind and respectful to everyone I interact with, but I am not given that courtesy in return. I live in constant fear that at any point, a rude remark will turn into something more aggressive and violent, as it did in the past with Officer ███.

88.    Another officer, Sgt. Kinte, makes transphobic and demeaning remarks to me and Aries Hinson, the other trans woman who was housed in the same area with me. He has actively refused to give Ms. Hinson her meal tray before.

89.    The harm in men's facilities unfortunately comes from other incarcerated people as well as officers. Valdosta was overrun with gang members. While at that prison, I tried to go to protective custody, but the Lieutenant—whose name I can't remember—refused my request because he assumed I owed money to

35

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

someone. I approached him on the sidewalk while I was at breakfast one morning. He told me, "Get your faggot ass back to the building." Sometime in April 2018, another trans woman, Joseph Pagen, was killed in that very facility by a gang member she was forced to live with. We were friends, and I was devastated and extremely worried for my safety after what happened to her.

90. As I mentioned above, I was raped at knifepoint on April 20, 2018 by an incarcerated person in Valdosta State Prison. The man, who was a member of a gang, came into my cell holding a knife and forced me to have anal sex with him. The rape caused a laceration of about half an inch, tearing my rectum. The medical officials who did the original assessment referred me to a doctor, saying I needed to get stitches; their paperwork indicated that I had active bleeding. *See* Exhibit 12, at 55–56. But the GDC medical unit did not ever call me up to get treatment, so the pain continued. He violently slammed my face into the wall, and I had a laceration of about half an inch that required me to get stitches. The rape stopped when another incarcerated person and a close friend ran my rapist out of my cell.

91. The rape affected me intensely. That day, I didn't want to come out of my cell and didn't want to eat. I even missed pill call. For a time afterwards, I lived in constant fear. I would sleep under the bed in fear of being raped again. I wouldn't enjoy television in the dorm room because I was anxious that another person might assault me. I was crying and upset about it constantly, and other incarcerated people

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

had to calm me down.  I finally decided to report it in a call-out form to the Valdosta

State Prison medical unit on May 18, 2018.  Over a month later, my anus would still

bleed sometimes from the injury.  *See id.*

92.     That traumatic experience was not my last; I was sexually assaulted

again in August 2018.  Another incarcerated man came into my cell while I was

asleep, threw a blanket over my face, disguised his voice, and raped me.  I was

physically assaulted again in on January 12, 2019, also in Georgia State Prison.  This

time, another incarcerated person grabbed my neck, pushed me against the wall, and

attempted to pull my pants down.  I fought back, bruising my right knuckle, and was

able to get him off of me. *See id.* at 57–58.

93.     I have been in solitary confinement since July 2019, but I have been

living in a cell with no functioning lock since April 2022.  I have made Phillips State

Prison officials aware of this security issue numerous times, including through a

formal grievance and appeal. *See* Exhibit 8, at 12–13.  Phillips State Prison officials

admitted that the lock is faulty or missing, but they did not acknowledge that I want

it replaced, nor did they make any efforts to replace the lock until very recently.

GDC staff put another padlock on my cell sometime around October 24, 2023.  I

remain worried that this padlock is not strong enough to keep me safe.  I have seen

men in Phillips State Prison beat padlocks off other doors with tools, and I remain

worried every day that they will break my lock and leave me vulnerable again.  Other

37

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION**

people in Phillips State Prison carry knives and openly use drugs. I have seen some people light trash cans on fire. Some of these same men proposition me for sex, and I am scared of this looming threat to my safety.

94.    I have been robbed before because people know they can enter my cell. I was robbed once by another incarcerated person who brandished a knife while I was in my cell. I was so scared that the person would attack me that I didn't stand in his way. People have also taken my things twice while I was called out of my cell for medical or mental health visits. I sleep with all my property under my bed, covered with a blanket, in fear of being robbed again.

95.    I am afraid that, at any time, someone could come into my cell to attack and rape me, or even try to kill me. I am scared every day for my physical safety.

96.    The U.S. Department of Justice visited Phillips State Prison in May 2023. Their visit prompted Phillips officials to move me to a different unit. There, many locks also did not work. At least four men entered my cell and propositioned me for sex. I fought off their advances, but on May 21, 2023, one man who threatened me ended up violently assaulting Ms. Hinson in the cell next to me. Though that man has been transferred, I fear that because my cell has no lock on it, others may find a way to access me next.

97.    After Ms. Hinson's assault, Sgt. Kinte was taunting me and Ms. Hinson again. When I stood up for both of us, Sgt. Kinte told me I was going to hell and

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

said, "I've got something for you, you little bitch."  I took this to mean that he would physically assault me, permit someone else to assault me, continue to harass me, or not feed me.

98.    I tried to file a Prison Rape Elimination Act (PREA) complaint about Sgt. Kinte's behavior, but GDC officials did not support me through or allow me to complete the process.  From my experience and understanding, usually the PREA process works this way: First, you file a verbal or written PREA complaint.  You can file this by speaking with someone or by using a tablet, kiosk, or telephone.  But in our unit, we don't have tablets, and someone tore the kiosk off the wall so it has been missing for about a year.  And until very recently (well after I tried reporting the incident), we did not have telephone access for about nine months.  Next, GDC staff calls you into the office to complete a PREA form and interview you about the situation.   After that, a member of security interviews you, and finally OPS interviews you.

99.    I completed the first step.  Ms. Hinson and I reported Sgt. Kinte's behaviors to unit manager Edwards, Lieutenant Shields, and the counselors at Phillips State Prison.  The unit manager asked us to write statements, which we did. We also sent a signed letter about it to Warden Jones.  *See* Exhibit 12, at 59–62.  Lt. Shields and unit manager Edwards told us they would call us back to do some paperwork—completing the second step in the PREA process—but they never did.

39

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

We brought it up repeatedly.  The counselors were making rounds in the housing unit when we told them about what happened.  The counselors told us they would call us up to the mental health offices and start the process, but they never did.  Finally, Warden Jones said he would handle it, but didn't ever speak with us extensively or conduct the full PREA process.  Sgt. Kinte didn't come to our housing unit for four to five days, but he then returned.  He is now a lieutenant.  I don't think the Warden took any meaningful actions to address Sgt. Kinte's harassment of me.

100.   After Ms. Hinson was assaulted, Warden Jones ordered padlocks with keys to secure our two doors.  After the padlocks were put on our doors, Sgt. Kinte removed both of them, putting me and the other trans woman here at great risk.  He lied about removing the locks, but he was caught in the lie.  Courtney McDay, Deputy Warden of Care and Treatment, investigated why the locks went missing.  Deputy Warden McDay reviewed security cameras and saw Sgt. Kinte take the locks off.  When she confronted him about it, he said he didn't do it.  But Deputy Warden McDay had already seen the cameras, so she knew he was lying.

101.   When the DOJ visited in May 2023, Phillips officials made short-term changes to my living situation and my gender-affirming clothing items that would make it seem as if my social transition has been supported.  Two days before their visit, I received two sets of panties and bras.  Deputy Warden McDay at Phillips State Prison informed me that I was entitled to five, but the facility was allowed to

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

give me three minimum, so they were going to give me three. Yet I received only two pairs. I want the full amount of underwear that I am able to have—that all women can have. GDC officials also temporarily put up shower curtains, but then took them down after the DOJ visit.

102. I frequently go over a week without a shower. And when I do shower, the men I pass by yell at me with a flurry of transgender and homophobic slurs because I am not given private shower time. None of the staff in the segregation unit observe us during our showers or make sure we are safe from other people.

103. Further, none of the locks on the showers work, and there are no shower curtains. One incarcerated person who cleans up the unit touched my breast while standing at the shower door as I was waiting for an officer to escort me back to my cell from the showers. I complained about it, but Phillips guards did nothing. Other incarcerated people and officers can look at my body when I shower, and they often make fun of me and threaten me. People say transphobic and sexually suggestive things to me, such as, "Come here girl. Give me some head. Let me see them tits." They put me and Ms. Hinson in constant fear that they are going to do something to harm us. It feels like it's only a matter of time.

104. I have spoken with counselors in the past about transferring to a women's facility, including in 2021. I spoke about it with Dr. Skibinski and Dr. Howard more recently. And in the summer of 2023, I spoke about my strong interest

41
**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

in being transferred to a women's facility with Warden Jones in Phillips State Prison.

105.    As I stated above, a pulmonologist had recommended I live in a unit with central heating and air in 2009 and reiterated it in my medical record in 2013. *See* Exhibit 12, at 22–25.  On June 8, 2023, Dr. James wrote a profile for me that mandates such a housing assignment because of my COPD and asthma.  The written profile from Dr. James is a message from Wellpath to GDC that I *must* be housed in a unit with central heating and air.  *Id.* at 22–23.

106.    I have discussed my housing needs with Warden Jones, who asked me to write a Witness Statement Form about it.  Sometime between June 8 and June 22, Counselor Cooper came to my cell and said I would need to provide a statement about being on protective custody.  Warden Jones and I spoke afterwards, and he advised me to include my desire for transfer to a women's facility in this form. Warden Jones said that he did not think Phillips is a good facility for me to come out of solitary confinement.  I submitted the form at some point between June 8 and June 22.  I did not receive a response until about five months later, on October 11, 2023. In that response, Deputy Warden McDay rejected my request flat out.  I have appealed that rejection and am waiting on a response to my appeal.

107.    Living in a women's facility will remove some of the daily oppression I feel living among men.  I will not feel out of place and vulnerable when using the shower.  I will be better able to socially transition surrounded by women, where I

42

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

will be called "she" like everyone else and will have access to female clothing and hygiene items. I do not want to live in terror every day. That should not be part of my sentence. I want to be able to live as the transgender woman I am without fear of retaliation or violence.

### Four Years of Solitary Confinement Has Deteriorated My Mental Health

108. I have been in solitary confinement consistently since July 2019. That means that January 2024 will mark four and a half years of consistent solitary confinement.

109. I first filed a grievance regarding my prolonged solitary confinement back in October 2020 when I was still in Georgia State Prison. I felt downtrodden, suicidal, and anxious. I watched seven people in that solitary confinement ward—out of the thirteen cells there—commit suicide. My feelings of depression were all-consuming, and I had thoughts of self-castration because I wasn't being treated for my gender dysphoria. I had given up. I thought that maybe if I filed the grievance, GDC officials would let me out. But my grievance and my appeal were denied. John Moore Jr., the OPS officer who answered the appeal to my grievance, said the record shows that I was placed on involuntary administrative protective custody for the safety of the prison and myself and that I would remain there until further notice. He did not explain the basis for this safety concern, and I certainly felt less emotionally safe in solitary confinement.

43

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

110.   I filed another grievance on the week of May 30, 2023 in Phillips State Prison.  I filed this because I was not receiving proper care for my gender dysphoria, and I noticed a number of other physical problems.   My muscles have been deteriorating, as I have not been able to move around like before.  I suffer severe joint pain in my neck, back, and hips.  I am seeing things out of the corners of my eyes.   I just recently, due to eyesight deterioration, started wearing required prescription glasses.   My ability to communicate effectively with the staff has deteriorated because I don't have regular conversations with people.  I have lost weight because GDC staff do not feed us reasonably adequate food.  Being dead feels like it would be better than staying in this setting.

111.   I do not think GDC staff have any reason to continue to hold me in solitary confinement.  But I never received any responses from the Warden or GDC staff in response to my May 2023 grievance.   GDC staff missed the deadline to respond, but they refused to let me appeal it, in accordance with SOP 227.02, saying they have not issued a response yet.  I attempted to file an appeal, but they did not accept it; they sent it back to me.  Deputy Warden McDay's grievance response on October 11, 2023 also rejected this request.  I have appealed and await a response.

112.   I have not had a segregation hearing in a very long time.  GDC staff member Stan Sheppard made the last decision to keep me in solitary confinement in 2022 while I was in Ware State Prison, and I appealed that decision on or around

44

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

February or March 2022. Shepard used a two-year-old disciplinary report to place me on TIER status, which is effectively the same thing as solitary confinement, so nothing changed in my material living conditions. I recall that my appeal was upheld; Otis Stanton said that I would be returned to population. But I have not been, now over a year and a half later.

113. My mental health has deteriorated since I was placed in solitary confinement over four years ago. This is because I have very little ability to interact with other people on a daily basis, even to receive the basic services I need in the prison. I have no access to outdoor recreation, and no regular access to the yard. For a long time, about six to ten months, GDC staff did not allow us to access the yard because there were no locks on the 15 x 10 foot cage for us outdoors. They finally welded locks to the cage, but we did not go outside from around June 2023 through late September 2023 due to extreme heat. Before that, we went about ten months without going outside. Since GDC has put solid metal plates on the back windows of our cells, we cannot even see outside anymore. I do not see a sunrise or sunset. I sometimes sit inside in total darkness if another incarcerated person causes an electrical fuse to blow out from overloading the circuit with plug-in appliances, popping the sockets for lights. This happens about once a week. Between April 2022 and June 2023, it was happening every day.

114. These four years in solitary confinement have been demeaning: guards

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

harass me because I'm in solitary and because I'm transgender.  GDC officials often do not feed me, making me bang on the door to get a tray.  And when I do get food, it's often compromised.  At the end of January 2023, for example, I begged Officer Johnson, the corrections officer working the second shift, to bring my breakfast tray. I had to beg, banging on the door for about ten to fifteen minutes, before he brought the tray.  When he finally brought it to me, he told me, "Here's your tray, you fucking faggot."  He then spat in it and threw it on the floor outside of my cell where I couldn't get it.  After that, I told Deputy Warden of Security Crowder about it, and he said he would get me a tray, but I never got one.  I didn't eat that morning.

115.   I feel like I live every day in torture.  Solitary confinement has made my suicidal thoughts get worse.  I have thought about suicide a lot—particularly in the past year.  Since my attempt to tie off my testicles in July 2022, I have continued to think about ways to castrate myself if I won't be able to access surgery.

116.   Right now, I receive no meaningful psychotherapy.  Since I filed my *pro se* complaint in December 2022, the psychologist, Dr. Skibinski, stopped seeing me.  Dr. Skibinski said, "I can't do this anymore because you're talking about suing, so I can't see you anymore."  I've missed call-outs for counselors because GDC staff refuse to schedule them properly.

117.   I have only been provided two segregation hearings in four years, in stark contrast with GDC Standard Operating Procedure (SOP) 209.06(e), to reassess

46

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

my need for segregation.  I received a TIER status hearing, as well.

118.    Then-Acting Statewide Mental Health Director Ducklinger visited me in Phillips State Prison while I was in solitary in January or February 2023.  He said to me and counselor Teale that he would look at my situation and try to get me out of solitary confinement and that I had been on lockdown far too long.  He never followed up with me as he said he would after meeting with me once, and I have been in continued lockdown since.

## Conclusion

119.    If I can't access a consistent, higher dosage of estradiol, surgical changes, or both, I will continue to endure the painful existence in my masculine body.  I have suffered immense harm over a baseless policy banning access to surgical care.  I have already been fighting for four years for the medical care I need just to live on a daily basis, and it is so tiring to think of the decades more that I will have to fight for this senselessly hard-to-access and critical treatment until I die.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**Respectfully,**



Dated: _____ November 18 _____, 2023

**EXHIBIT 3**

**EXPERT DECLARATION OF
DR. ISABEL S. LOWELL, M.D.,
M.B.A.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>     Defendants. | Civ. Case No. _____ |

## EXPERT DECLARATION OF DR. ISABEL S. LOWELL, M.D., M.B.A.

I, Isabel S. Lowell, M.D., M.B.A., hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify.

2. I have been retained by counsel for Plaintiff Jane Doe as an expert in connection with the above-captioned litigation.

3. I have actual knowledge of the matters stated herein. If called to testify in this matter, I will testify truthfully and based on my expert qualifications and opinions.

4. I am submitting my expertise in support of Ms. Doe's[1] claims against the Georgia Department of Corrections and its agents for injuries against her person

---

[1] This declaration uses feminine pronouns to refer to Ms. Doe, consistent with her gender identity, her preference, modern judicial and common practice, and the advice of mental health professionals who work with transgender individuals.

1

resulting from the denial of medically necessary gender-affirming care in connection with her diagnosis of gender dysphoria.

5.  In preparing this report, I reviewed Ms. Doe's medical records, including her original diagnosis of gender dysphoria in 2015.  I also conducted a medical consultation of Ms. Doe via video on July 18, 2023, that lasted approximately 60 minutes.  Additionally, I sent a list of medical questions to ask Ms. Doe to Ms. Doe's counsel, which Ms. Doe's counsel asked Ms. Doe on November 19, 2023; I reviewed notes and listened to an audio recording of the meeting.

### BACKGROUND AND QUALIFICATIONS

6. I am the Founder of and a Provider at QMed, LLC and the Attending Hospitalist at Maine Medical Center and Family Medicine Residency Program. I am also an Adjunct Assistant Professor of Family Medicine at Emory University's School of Medicine.

7.  I received my medical degree from the University of Connecticut School of Medicine in Farmington, Connecticut in 2010. I received my M.B.A. from the Goizueta Business School at Emory University in Atlanta, Georgia in 2016. I completed my residency in Family Medicine in Lawrence, Massachusetts.

8.  I have been licensed to practice medicine since 2010 and am currently licensed to practice in Georgia, Maine, Vermont, New Hampshire, Kentucky, Virginia, West

Virginia, North Carolina, South Carolina, Tennessee, Florida, Alabama, and Texas. I have been Board Certified in Family Medicine since 2013.

9.  I am a member of the American Academy of Family Physicians, the Georgia Academy of Family Physicians, the Gay and Lesbian Medical Association, and the World Professional Association for Transgender Health.

10. I have extensive experience working with patients with gender dysphoria. I have been treating patients with gender dysphoria since 2014.

11. I have presented as an expert in my field at more than a dozen professional conferences and have received numerous teaching awards while at Emory University. As part of my practice, I stay current on medical research and literature relating to the care of transgender persons and patients diagnosed with gender dysphoria. Last year, I received the National Gay and Lesbian Medical Association Achievement Award recognizing my commitment to providing gender-affirming care to underserved communities throughout the southeastern states.

12. I have submitted written testimony in another case, as well as written and oral testimony in a separate case, but I have not previously testified as an expert in either deposition or at trial. I am being compensated at an hourly rate of $300 per hour for preparation of expert declarations and reports and $500 per hour for time spent conducting in-person work, such as giving a deposition or trial testimony. My

3

compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

13. A true and accurate copy of my Curriculum Vitae is attached hereto as Exhibit A. It documents my education, training, research, and years of experience in this field.

## EXPERT OPINIONS

### A. Gender Dysphoria Is a Serious Medical Condition.

14. The term "gender identity" is a well-established concept in medicine, referring to one's internal sense of oneself as belonging to a particular gender. Nearly all human beings develop this elemental internal conviction of belonging to a particular gender, such as male or female.

15. At birth, infants are typically classified as male or female. This classification becomes the person's birth-assigned sex.

16. Typically, persons born with the external physical characteristics associated with males psychologically have a male gender identity (in other words, identify as male), and persons born with the external physical characteristics associated with females have a female gender identity (in other words, identify as female). However, for transgender individuals, this is not the case. Instead, for transgender individuals, the sense of one's gender—one's gender identity—differs from the birth-assigned sex, giving rise to a sense of being "wrongly embodied."

17. For some, the incongruence between gender identity and assigned gender does not create significant distress. However, for others, the incongruence results in gender dysphoria, a serious medical condition characterized by a clinically significant and persistent feeling of distress and discomfort with the gender they were identified as at birth (their "assigned gender" or "birth-assigned sex").[2]

18. In 1908, the American Psychiatric Association ("APA") introduced the diagnosis Gender Identity Disorder ("GID") in the third edition of the *Diagnostic and Statistical Manual of Mental Disorders* ("DSM-III"). The GID diagnosis was maintained in a revised version of DSM-III, known as DSM-III-R (1987), as well as in DSM-IV which was issued in 1994.

19. In 2013, with the publication of DSM-V, the GID diagnosis was removed, and a new diagnostic term was added: Gender Dysphoria.[3] This new diagnostic term was based on significant changes in the understanding of the condition of individuals whose birth-assigned sex differs from their gender identity. The term was intended to acknowledge that gender incongruence, in and of itself, does not constitute a mental disorder.  Nor is an individual's identity disordered. Rather, the diagnosis is based on the distress or dysphoria that some transgender people experience because of the incongruence between birth-assigned sex and gender identity and the social

---

[2] American Psychiatric Association, *The Diagnostic and Statistical Manual of Mental Disorders*, 5th ed. (2013).

[3] *Id.*

5

challenges that ensue. The DSM-V explained that the outdated GID diagnosis connoted "that the patient is 'disordered.'"[4] With the revisions, the APA explained, "[i]t is important to note that gender nonconformity is not in itself a mental disorder. The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition."[5]

20. The diagnostic criteria for Gender Dysphoria in adults in DSM-V are as follows:

- A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

  o A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics.

  o A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender.

  o A strong desire for the primary and/or secondary sex characteristics of the other gender.

---

[4] *Id.*

[5] *Id.*

o   A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

o   A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

o   A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

•   The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

21. Symptoms experienced by those with gender dysphoria can be severe and debilitating. In the absence of proper treatment, people with gender dysphoria may experience significant distress, depression, self-mutilation, self-castration, and suicidality.[6]

22. Transgender adults are significantly more at risk of death by suicide than the general population, especially when they are denied gender-affirming healthcare. For example, one study consisting of the largest survey of transgender people in the U.S. to date found that "transgender adults have a prevalence of past-year suicide

---

[6] *See, e.g.*, E. Coleman *et al.*, *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, INTL. J. OF TRANSGENDER HEALTH, S106 (Sept. 15, 2022), available at https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644 ("Standards of Care").

7

ideation that is nearly twelve times higher, and a prevalence of past-year suicide attempts that is about eighteen times higher, than the U.S. general population."[7]

## B. Gender-Affirming Healthcare Is Medically Necessary to Treat Gender Dysphoria.

23. Gender-affirming healthcare aims to treat gender dysphoria "by aligning a transgender person's physical body and gender presentation with their gender identity."[8]

24. Gender-affirming healthcare is medically necessary[9]—in other words, "needed to diagnose or treat an illness, injury, condition, disease or its symptoms and that meet[s] accepted standards of medicine."[10]

25. The World Professional Association for Transgender Health ("WPATH") is the premier organization for gender-affirming healthcare standards and transgender health. The standards of care for treatment of Gender Dysphoria are currently set forth in the WPATH *Standards of Care for the Health of Transexual, Transgender and Gender-Nonconforming People* (8th Version 2022) ("Standards of Care"). The

---

[7] Jody L. Herman *et al.*, *Suicide Thoughts and Attempts Among Transgender Adults: Findings from the 2015 U.S. Transgender Survey*, 1 (Sept. 2019), available at https://williamsinstitute.law.ucla.edu/wp-content/uploads/Suicidality-Transgender-Sep-2019.pdf.

[8] *Outlawing Trans Youth: State Legislatures and the Battle over Gender-Affirming Healthcare for Minors*, 134 HARV. L. REV. 2163, 2165 (2021).

[9] *See, e.g.,* Standards of Care.

[10] U.S. Center for Medicare & Medicaid Services, *Medically necessary*, https://www.healthcare.gov/glossary/medically-necessary/ (last visited Oct. 23, 2022).

8

WPATH–promulgated Standards of Care are the internationally recognized guidelines for the treatment of persons with gender dysphoria and inform medical treatment throughout the world. The American Medical Association, the Endocrine Society, the American Psychological Association, the American Psychiatric Association, the World Health Organization, the American Academy of Family Physicians, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology, and the American Society of Plastic Surgeons all endorse treatment protocols in accordance with the Standards of Care.[11]

26. As set out in the Standards of Care, many transgender individuals with gender dysphoria undergo a medically indicated and supervised gender transition in order to ameliorate the debilitation of gender dysphoria and live life consistent with their gender identity. The Standards of Care recommend, *inter alia*, one or more of the following protocol components of evidence-based gender affirming care for treatment of those experiencing gender dysphoria:

- Changes in gender expression and role (which may involve living part- or full-time in another gender role, consistent with one's gender identity);[12]

---

[11] *See, e.g.*, American Medical Association Resolution 122 (A-08) (2008); American Psychological Association, *Policy Statement on Transgender, Gender Identity, and Gender Expression Nondiscrimination* (2009).

[12] *See, e.g.*, Standards of Care at 11.5.

9

- Hormone therapy to feminize or masculinize the body;[13]

- Surgery to change primary and/or secondary sex characteristics (*e.g.*, breast/chest, external and/or internal genitalia, facial features, body contouring);[14]

- Psychotherapy for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support; improving body image; or promoting resilience.[15]

27. The Standards of Care apply to all patients without regard to carceral status. Notably, the National Commission on Correctional Healthcare cites the WPATH Standards of Care and recommends that healthcare systems "follow accepted standards developed by professionals with expertise in transgender health" and determine gender-affirmative treatment for prisoners with gender dysphoria "on an individualized case-by-case basis."[16]  WPATH also clearly recommends in SOC-8 that "health care professionals responsible for providing gender-affirming care to individuals residing in institutions (or associated with institutions or agencies)

---

[13] Standards of Care at 12.20–21.

[14] Standards of Care at 12.19.

[15] Standards of Care at 7.8–7.10.

[16] *See* NCCHC Policy Statement, *Transgender and Gender Diverse Health Care in Correctional Settings* (Oct. 18, 2009; reaffirmed with revision Apr. 12, 2015, and Nov. 1, 2020), https://www.ncchc.org/transgender-and-gender-diverse-health-care

recognize the entire list of recommendations of the SOC-8 apply equally to people living in institutions."[17]

28. The evidence-based benefits of gender-affirming healthcare include improved psychological outcomes such as increased quality of life and decreased depression, suicidal ideation and suicide attempts, and anxiety.[18] In fact, individuals diagnosed with gender dysphoria "who wanted, and subsequently received, hormone therapy and/or surgical care had a substantially lower prevalence of past-year suicide thoughts and attempts than those who wanted hormone therapy and surgical care and did not receive them."[19]

Hormone Therapy

29. For transgender women[20] such as Ms. Doe, medically necessary hormone therapy typically consists of the prescription of estrogen taken in combination with a testosterone blocker. As the Standards of Care note, "[t]he consequences of . . . lack of initiation of hormone therapy when medically necessary include a significant likelihood of negative outcomes, such as surgical self-treatment by autocastration, depressed mood, increased gender dysphoria, and/or suicidality."[21]

---

[17] Standards of Care at S104.

[18] *See, e.g.,* Wilson Baker *et. al*, *Hormone therapy, mental health, and quality of life among transgender people: A systematic review*, J. OF THE ENDOCRINE SOCIETY, 1-16 (2021).

[19] Herman*, supra*, at 5.

[20] A transgender woman was assigned the male sex at birth but has a female gender identity.

[21] Standards of Care at S106.

11

30. Estradiol and Spironolactone are typical medications prescribed for such treatment. Estradiol is an estrogen pill that causes breast development and body fat redistribution, typically producing noticeable physical changes within three to six months. Spironolactone is a testosterone blocker that can provide more immediate relief. These safe medications have been used for decades to treat gender dysphoria, among many other things. For example, Estradiol is regularly prescribed to help reduce menopause symptoms, and Spironolactone is used as a treatment for high blood pressure and heart failure. I routinely prescribe these medications in combination for patients I treat to help alleviate their gender dysphoria.

<u>Gender Expression & Role</u>

31. Changes in gender expression and role, also known as the "real life experience" or "social transition," are an important part of medical treatment as well.

32. Facilitating changes in gender expression and role is considered <u>medical</u> treatment because, as the Standards of Care note, "[t]hese elements of gender expression and social transition, individually or collectively as indicated by the individual's needs, reduce gender dysphoria/incongruence, depression, anxiety, self-harm ideation and behavior, suicidal ideation and attempts" while "enhanc[ing] well-being and functioning."[22]

---

[22] *Id.* at S107 (internal citations omitted).

33. Changes in gender expression and role may include dressing, grooming, and presenting oneself in a manner consistent with one's gender identity. Specifically, the Standards of Care recommend that, "[t]o allow for expressing gender identity," patients with gender dysphoria be "allowed to wear gender congruent clothing and hairstyles, to obtain and use gender-appropriate hygiene and grooming products, to be addressed by a chosen name or legal last name (even if unable to change the assigned name legally yet), and to be addressed by a pronoun consistent with one's identity."[23]

## C. The Georgia Department of Corrections Does Not Uphold the Standards of Care.

35. Ms. Doe's treatment is inadequate. Ms. Doe should be reevaluated for whether she can receive higher dosage levels of hormone therapy than she is currently receiving. Previously, medical staff prescribed hormone therapy to Ms. Doe between 2015 to 2019. She was receiving a testosterone blocker called spironolactone, 200mg daily, as well as 20 mg weekly of a feminizing hormone called estradiol. However, Ms. Doe's triglyceride levels, hypertension, and preexisting pulmonary and cardiac issues led medical staff to stop any form of hormone therapy treatment suddenly and completely in 2019.

---

[23] *Id.*

13

36. Since stopping this particular hormone therapy regimen, Ms. Doe has experienced masculinizing physical changes that have significantly exacerbated her gender dysphoria, which causes her substantial mental harm on a daily basis and puts her at risk of substantial physical harm as well. As the World Professional Association for Transgender Health's Standards of Care note, "[t]he consequences of . . . lack of initiation of hormone therapy when medically necessary include a significant likelihood of negative outcomes, such as surgical self-treatment by autocastration, depressed mood, increased gender dysphoria, and/or suicidality."[24] Although Ms. Doe is now receiving spironolactone, her current dosage levels are not enough to alleviate her gender dysphoria, and she suffers from significant mental anguish.

**D. The Georgia Department of Corrections Should Provide Ms. Doe With Gender-Affirming Healthcare.**

34. Based on my review of Ms. Doe's medical records and the medical consultation I conducted of Ms. Doe on July 18, 2023, I reaffirm Ms. Doe's diagnosis of gender dysphoria that she originally received in 2015. Ms. Doe clearly meets the DSM-V's diagnostic criteria for gender dysphoria. Additionally, she clearly exhibits symptoms of severe anxiety due to her gender dysphoria and GDC's denial of the necessary gender-affirming treatment.

---

[24] *Id.* at S106.

14

35. During our medical consultation on July 18, 2023, Ms. Doe told me that she first realized she is a woman around age 7. She would wear her mother's clothes in secret and has wanted to transition "more than anything her whole life."

36. Ms. Doe received the diagnosis of gender dysphoria in 2015, after evaluation by Dr. Mulloy. At that time, she was started on hormone therapy including estradiol and spironolactone. Her doses were adjusted up appropriately over a period of months until she was taking Spironolactone, 200mg daily, and Estradiol, 10mg injection every other week. She felt much better on these medicines with significant improvement of her gender dysphoria symptoms.

37. In 2019, Ms. Doe's blood pressure was noted to be mildly elevated on two isolated occasions, once on a very hot day, and a second time during transport. Despite otherwise excellent control of her high blood pressure with only one antihypertensive agent, her hormone therapy was stopped completely on the recommendation of her primary care physician. No effort was made to monitor her blood pressure, increase her single medication (which was not at the maximum dose), nor add another antihypertensive agent.

38. Since 2019, Ms. Doe has been completely without treatment for her gender dysphoria until March 2023, when she was re-evaluated by Dr. Mulloy. He reported that estrogen will exacerbate hypertension, therefore recommended only spironolactone, without any estrogen, or possibly a very low dose of 1mg estradiol

15

daily. However, according to the University of California, San Francisco Transgender Care and Treatment Guidelines, "A meta-analysis of lipids and blood pressure in transgender people using hormone therapy found a mean increase in… systolic blood pressure of 1.7mmHg (95% CI 0.2 to 3.3)… all other lipid and blood pressure parameters showed no statistically significant change. Such statistically significant changes have small effect sizes and are of questionable clinical significance, especially in the context of primary prevention."[25]  (The standard oral dose is 6-8mg estradiol daily.)  Estrogen therapy is a critical component of hormone therapy, and without it, Ms. Doe's dysphoria is unlikely to improve.  Indeed, Ms. Doe stated to me that she "would rather die than not have estrogen."

39. While estrogen does carry a slight risk of increased blood pressure, this is a small risk and can be managed with blood pressure medications. Review of the patient's records shows very well controlled blood pressure with only one antihypertensive agent (verapamil). I see no contraindication to restarting estrogen at typical dosing with no need for decreased doses.  I recommend restarting a full dose of estradiol, such as 6mg oral daily or 5-10mg injection every week, monitoring blood pressures, and titrating verapamil or add additional agents if needed.

---

[25] Asa Radix and Madeline B. Deutsch, University of California, San Francisco Transgender Care and Treatment Guidelines – Cardiovascular disease, (June 17, 2016), https://transcare.ucsf.edu/guidelines/cardiovascular#:~:text=%5B10%5D%20A%20meta%2Dana lysis,0.2%20to%203.3)%2C%20and%20mean.

16

40. Based on Ms. Doe's labs from March 1, 2023, her testosterone was 731 ng/dL, which is very elevated.  Per the Endocrine Society Guidelines, the goal for treatment of Gender Dysphoria is below 55 ng/dL.[26] Her estrogen level was 25 pg/mL, and the conservative goal I use is between 100-200 pg/mL, with some patients' levels up to 300 pg/mL. These target levels are based on the average Estradiol levels for premenopausal cisgender women, which is not clearly defined and varies widely throughout the menstrual cycle (ranging between 50-500 pg/mL, with exact ranges based on the specific lab doing the test, for example, Quest Lab's range is 51-601 pg/mL).  I expect that her spironolactone dose will need to be increased, probably to 200-300mg daily to suppress testosterone fully but would wait on lab results to adjust it.  Per the WPATH and UCSF guidelines, the maximum recommended daily dose is a total of 400mg daily (typically given as 200mg twice daily).  Her labs from January 25, 2019 show Testosterone of 11 ng/dL (at goal) and Estradiol of 103 pg/mL (low end of target range).  At that time she was on appropriate doses of treatment and was feeling much better.

41. Ms. Doe's current treatment is severely inadequate, to the point that it puts her health at risk.  She is currently prescribed 6mg injections of Estradiol every two weeks, which is a very low dose for injections under this timeframe.  According to

---

[26] Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, Gooren LJ, Meyer WJ, Spack NP, et al., *Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline*, J. CLIN. ENDOCRINOLOGY & METAB. 2009 Jun 9;94(9):3132-54.

the UCSF Transgender Care and Treatment Guidelines, the lowest acceptable dose for treatment is 10mg every two weeks, and a typical standard dose is 20mg every two weeks. The maximum recommended dose is 40mg every two weeks. She is taking less than a quarter of the recommended dose. As described above, standard doses would be safe and appropriate for someone with Ms. Doe's other medical conditions as long as her blood pressure is well controlled, which it has been. It is also important to note that Ms. Doe is on a medium dose of only one antihypertensive medicine, so there is a lot of room to increase her dose or add a second medicine if her blood pressure were to increase at any point. It is also worth noting that she has not had any side effects or adverse effects of Estrogen treatment recently nor during her previous episode of treatment.

42. Ms. Doe reports taking 100mg Spironolactone daily to block her testosterone. Typical doses for Spironolactone are 200-400mg daily. The dose should be adjusted based on lab tests, increasing the dose until her testosterone is less than 55ng/dL. I do not have access to recent lab results, but given the severity of her symptoms, I strongly suspect her current Spironolactone dose is inadequate. (Of note, Spironolactone also reduces blood pressure slightly, so it would be beneficial in the management of her blood pressure.)

43. Given this markedly underdosed treatment, it is not surprising that Ms. Doe is not having any results from her treatment. She reports no feminizing effects, and

18

her symptoms of Gender Dysphoria are severe. She is currently having thoughts of self-castration. She describes the inconsistent treatment that keeps getting taken away as "a nightmare I can never wake up from." Her other symptoms include anxiety, depression, racing thoughts, and self-loathing to the point that she is so upset that she cries every day. She has started wetting her bed due to the severity of her distress. She has recurrent thoughts about how she would accomplish auto-castration, including plans for how to handle the pain and self-medicate. She is also having thoughts about suicide.

44. Until 2019 when her hormone therapy was suddenly stopped, Ms. Doe had been feeling much better on Estradiol, 10mg injections weekly (still in the low to medium recommended dosing range.). She describes, "I felt at peace with myself because I could see what I really was manifesting itself in a physical form." At that time, her Spironolactone dose was 200mg daily, which is also in the recommended dose range.

45. Ms. Doe has not been given appropriate access to her mental health counselor, and reports that "they don't take me to mental health when I'm scheduled." Given Ms. Doe's frequent suicidal thoughts, it is very dangerous for her to be denied adequate mental health care. She repeatedly describes "not being able to continue" with her life because of her lack of access to appropriate treatment.

46. It is urgent and imperative that Ms. Doe's doses be increased at least to the standard low/medium doses recommended in the guidelines. This would be very safe even with her other medical conditions. Failure to do so continues to put not only her wellbeing, but her life, at risk.

47. In order to fulfill the Department's professional and legal obligations to the people in the care and custody of Phillips State Prison and to effectively treat Ms. Doe's medical conditions, I urge the Department to find a medical professional with expertise in gender-affirming care who can appropriately treat Ms. Doe's gender dysphoria.

48. Ms. Doe repeatedly requested that Dr. Mulloy refer her for surgical consultation for an orchiectomy (removal of the testicles) and other feminizing surgeries. Based on the WPATH Standards of Care 8 recommendations, Ms. Doe clearly meets the criteria for orchiectomy.[27] However, she reported that Dr. Mulloy "does not recommend surgical treatments" and will only provide hormone therapy. He refused to make any referrals for consultation regarding standard surgeries, despite repeated requests. WPATH, UCSF, and Endocrine Society guidelines all recommend Orchiectomy as a standard procedure to treat gender dysphoria. Additionally, after orchiectomy, Ms. Doe would no longer require any testosterone-blocking medications.

---

[27] *See* Standards of Care at S257.

20

49. Ms. Doe would benefit significantly from voice therapy, and I would recommend starting with that prior to consideration for any vocal chord surgery.

50. While Ms. Doe meets criteria for breast augmentation surgery, I would recommend waiting until she has had appropriate estrogen treatment for at least 1-2 years, then reassess her dysphoria regarding her breasts if she has not had sufficient development.

51. To treat Ms. Doe's gender dysphoria, it is imperative and urgent that Ms. Doe receive treatment with appropriate doses of hormone therapy as soon as possible.

52. Until Ms. Doe develops additional breast tissue, it is imperative and urgent that GDC allow her to pad her bra so that she can present as her true gender, thereby further alleviating her gender dysphoria. Every day GDC refuses to provide this necessary medical care to Ms. Doe causes her extreme psychological distress that threatens her mental and physical wellbeing.

53. To treat Ms. Doe's gender dysphoria, it is imperative and urgent that Ms. Doe have consistent, uninterrupted access to hair removal products, such as shaving products and hair removal cream. The growth of body hair for a transgender woman like Ms. Doe causes her extreme psychological distress and exacerbates her gender dysphoria symptoms in a manner that could be life-threatening.

21

54. It is also imperative that Ms. Doe have access to feminine makeup products, butt padding until she achieves feminizing fat redistribution, and a wig until her hair becomes longer.

55. The risks of delaying the above treatment for Ms. Doe's gender dysphoria include severe psychological suffering, self-harm, and suicide.

## CONCLUSION

56. In summary, based on my expert opinion, review of Ms. Doe's medical records, and meetings with Ms. Doe, I reaffirm her diagnosis of gender dysphoria. To immediately help alleviate Ms. Doe's gender dysphoria, which is causing her severe psychological harm to the point of suicidality, it is medically necessary, imperative, and urgent that GDC provide her with gender-affirming medical treatment, including, but not limited to, hormone therapy, consultation for surgery, bra and butt padding, access to hair removal products, makeup, and a wig.

57. I hold each of the opinions expressed in this declaration with a reasonable degree of scientific certainty, based on the materials I have reviewed and on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this declaration.

22

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___12|1|23___                        _____
                                                          ISABEL S. LOWELL, M.D., M.B.A.

23

**EXHIBIT A**

**CURRICULUM VITAE OF DR.
ISABEL S. LOWELL, M.D.,
M.B.A.**

# ISABEL S. LOWELL, MD, MBA

izzylowell@gmail.com
www.linkedin.com/in/izzylowell
(917) 620-1991

---

# FAMILY PHYSICIAN

FOUNDER, QMED, *DECATUR, GA*                                      7/17-CURRENT
- Telemedicine clinic providing care to transgender patients across the Southeast

ATTENDING HOSPITALIST, MAINE MEDICAL CENTER/FAMILY MEDICINE RESIDENCY   12/21-CURRENT

HOSPITALIST, PIEDMONT HOSPITAL, *ATLANTA, GA*, provide fill-in coverage as needed   6/18-6/21

ADJUNCT ASSISTANT PROFESSOR OF FAMILY MEDICINE, EMORY UNIVERSITY       7/17-CURRENT

HOSPITALIST, *EMORY MIDTOWN HOSPITAL*                               11/16-7/17

ASSISTANT PROFESSOR, *EMORY UNIVERSITY*                              9/13-7/17
- Assistant Program Director: administrative, curriculum development, teaching responsibilities
- Attending Physician: supervise residents and students in clinic and hospital settings
- Started The Gender Clinic at Emory to care for Transgender patients

ICU HOSPITALIST, *LAWRENCE GENERAL HOSPITAL*                         7/13-8/13

INTERN & RESIDENT PHYSICIAN, *GREATER LAWRENCE FAMILY MEDICINE RESIDENCY*   7/11-6/13

---

# LEADERSHIP

FOUNDER, QMED, LLC (QUEERMED.COM)                                   7/17-CURRENT
- Sole owner and founder of telemedicine practice serving transgender and nonbinary people across the Southeast in 11 states

PATIENT-CENTERED MEDICAL HOME, TEAM LEADER                          1/14-1/15
- Led clinical team to achieve Level 3 NCQA Medical Home recognition

CHIEF RESIDENT, *GREATER LAWRENCE FAMILY MEDICINE RESIDENCY*         7/12-6/13
- Addressed Resident and Faculty needs, liaison between Administration and Residents

MEMBERSHIPS:                                                        CURRENT
- American Academy of Family Physicians & Georgia Academy of Family Physicians
- Gay and Lesbian Medical Association
- World Professional Association for Transgender Health

---

# PRESENTATIONS AND RESEARCH

| | |
|---|---|
| TRANSGENDER MEDICINE PRESENTATIONS TO MEDICAL SCHOOLS/RESIDENCY PROGRAMS | 2016-CURRENT |
| LAVENDER LAW EXPERT PANEL | 2020 |
| AAFP NATIONAL CONFERENCE, MAIN STAGE PRESENTER | 2019 |
| TRANSGENDER MEDICINE, UNIVERSITY OF CONNECTICUT SCHOOL OF MEDICINE | 2019-CURRENT |
| TRANSGENDER MEDICINE, NATIONAL WEBINAR, AAFP | 2019 |
| TRANSGENDER MEDICINE SEMINAR FOR GA TECH FACULTY & STAFF | 2018 |
| TRANSGENDER MEDICINE TRACK, GAFP, ORGANIZER | 2016 |
| TRANSGENDER MEDICINE FOR THE NON-ENDOCRINOLOGIST, EMORY GRAND ROUNDS | 2016 |
| UNDERSTANDING YOUR TRANSGENDER CLIENT: MEDICAL TRANSITION | 2016 |
| PRACTICE TRANSFORMATION: PCMH LEADERSHIP CURRICULUM | 2014 |
| QUANTIFICATION OF NORMAL POSTPARTUM BLEEDING, NAPCRG CONFERENCE | 2011-2012 |

Updated May, 2023

# AWARDS

| | |
|---|---|
| AFMRD/NAPCRG/CFPC FAMILY MEDICINE RESIDENT AWARD FOR SCHOLARSHIP | 2012 |
| OUTSTANDING TEACHING RESIDENT AWARD | 2013 |
| STFM 2013 RESIDENT TEACHER AWARD | 2013 |
| TEACHING AWARD FOR EXCELLENCE IN INPATIENT FACULTY TEACHING | 2014 |
| TEACHING AWARD FOR EXCELLENCE IN ADVISING FAMILY MEDICINE RESIDENTS | 2014 |
| TEACHING AWARD FOR EXCELLENCE IN INPATIENT FACULTY TEACHING | 2015 |
| TEACHING AWARD FOR EXCELLENCE IN ADVISING FAMILY MEDICINE RESIDENTS | 2015 |
| TEACHING AWARD FOR EXCELLENCE IN INPATIENT FACULTY TEACHING | 2016 |
| TEACHING AWARD FOR EXCELLENCE IN INPATIENT FACULTY TEACHING | 2017 |
| DEAN'S LIST, GOIZUETA BUSINESS SCHOOL | 2015 |
| HONOR COUNCIL AWARD FOR PROMOTING DIVERSITY, GOIZUETA BUSINESS SCHOOL | 2015 |
| "HIDDEN GEM" AWARD FOR LEADERSHIP AND PATIENT ADVOCACY | 2015 |
| NATIONAL WHO'S WHO AMONG AMERICAN BUSINESS SCHOOLS | 2016 |
| BETA GAMMA SIGMA | 2016 |
| AWARD FOR COMMUNITY SERVICE, GOIZUETA BUSINESS SCHOOL | 2016 |
| CORE VALUE AWARD FOR RIGOR, GOIZUETA BUSINESS SCHOOL | 2016 |
| HIGHEST ACADEMIC ACHIEVEMENT AWARD, GOIZUETA BUSINESS SCHOOL | 2016 |
| "POETS AND QUANTS," BEST AND BRIGHTEST EMBA'S, CLASS OF 2016 | 2016 |
| GOIZUETA BUSINESS SCHOOL CENTENNIAL HONOREE | 2019 |
| https://www.goizuetabeyond.com/story/when-family-medicine-becomes-lifesaving-work/ | |
| DAN BRADLEY HUMANITARIAN AWARD, HUMAN RIGHTS CAMPAIGN | 2020 |
| GLMA NATIONAL ACHIEVEMENT AWARD | 2022 |

# EDUCATION

| | |
|---|---|
| GOIZUETA BUSINESS SCHOOL, EMORY UNIVERSITY (MBA), *Atlanta, GA* | 9/14-5/16 |
| Graduated first in class | |
| UNIVERSITY OF CONNECTICUT SCHOOL OF MEDICINE (MD), *Farmington, CT* | 8/06-6/10 |
| COLUMBIA UNIVERSITY (POST-BACCALAUREATE), *New York, NY* | 9/03-6/05 |
| WILLIAMS COLLEGE (BA, ART HISTORY & ENGLISH), *Williamstown, MA* | 9/98-6/02 |
| All-American Rower & Scholar Athlete (1999, 2000, 2001, 2002) | |

SELECTED LONG-DISTANCE RACES

- Boston Marathon, 1998, 2011, 2012
- New York Marathon, 1998, 1999, 2004 (top 100)
- Florence, Italy Marathon, 2000
- Appalachian Hut Traverse (56 miles), 2001
- Skate-athon (84 miles, current record holder) 2005
- Hartford Marathon, 2007, x2 (52 miles) 2008, 2009
- Pemigewasset Wilderness Loop (32 miles), 2009
- New Hampshire Marathon, 2010 & 2011
- Rhode Island 6-Hour Ultramarathon, 2010 (3rd place)
- JFK 50 Mile Ultramarathon, 2011

ONGOING

- Wakefield 12-Hour Ultra (62 miles) 2012 (1st place)
- Coastal 50K Ultramarathon, 2012
- NE Challenge: 5 Marathons/5 days, 2013 (1st place)
- Harbison 50K Ultramarathon, 2014
- Black Toe 12-hour Ultramarathon, 2015
- Coyote Ridge 50K Ultramarathon, 2015 (1st place)
- Tortoise and Hare 50K, 2016 (1st place), 2017, 2018
- Stroll in the Park, 8-hour race, 41 miles, 2019
- COVID by myself at home marathon, 2020 (1st place)
- Maine Marathon, 2021

**EXHIBIT 4**

**EXPERT DECLARATION OF DR.
JEEHEA SONYA HAW, M.D.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

JANE DOE,

     Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.

Civ. Case No. _____

**EXPERT DECLARATION OF JEEHEA SONYA HAW, M.D.**

I, Dr. Jeehea Sonya Haw, M.D., hereby declare as follows:

1.  I am a clinical endocrinologist with expertise in the diagnosis, treatment and long-term management of gender dysphoria. I am an Associate Professor of Medicine at Emory University and the Co-Founder and Medical Director of the Gender Center, a multidisciplinary center of care for gender expansive patients founded in 2017. I have extensive training and experience treating transgender and gender diverse adults in my clinical practice and engage in research, medical education and quality improvement programs on this topic.

2.  I have been retained by counsel for Plaintiff Jane Doe to provide the Court with my expert evaluation and opinion regarding the treatment of gender dysphoria provided to Jane Doe by the Defendants. This declaration includes information on

(i) scientific information and standards of care for individuals living with gender dysphoria; and (ii) my summative review and evaluation of Jane Doe's treatment for gender dysphoria, which includes my live virtual interview with Jane Doe and an in-depth review of her medical files. I have actual knowledge of the matters stated herein and could and would so testify if called as a witness.

## I.  QUALIFICATIONS

3.  I am a licensed physician in the state of Georgia, board certified in Internal Medicine and Endocrinology, Diabetes & Metabolism. My areas of specialty are in transgender medicine and diabetes care. I received my Medical Degree from the Medical College of Wisconsin in 2008 and completed residency in a joint Internal Medicine & Pediatrics program at the University of Minnesota in 2012. I then furthered my training with a fellowship in Endocrinology, Metabolism and Lipids at Emory University, which I completed in 2014.

4.  In the past 10 years of practicing medicine, I have diagnosed and managed or continue to manage between 300-350 individuals with gender dysphoria. Throughout this time, I have also given lectures and presentations on the diagnosis and treatment of gender dysphoria to medical schools, medical residency programs and regional and national scientific society conferences.

5.  I have served as a primary investigator on a grant-awarded research study focusing on best practices for transgender individuals in the Atlanta area. I have also

participated as an investigator on several National Institutes of Health-awarded multicenter clinical research studies examining risk and incidence of HIV acquisition among trans feminine adults. Resulting from this work, I have published several articles in reputable peer-reviewed journals as can be reviewed in **APPENDIX A**.

6.  I have not worked on any prior court cases as an expert witness.

7.  A true and accurate copy of my Curriculum Vitae providing a comprehensive summary of my education, training and career-related experiences in addition to my lectureships, grant awards and publications is attached as **APPENDIX A.**

## II. COMPENSATION

8.  My consulting fee for this case is $400.00 per hour for medical records review and drafting of this report; and $500.00 per hour for any in-person work such as interviews with the plaintiff, depositions or oral testimony related to this case. My compensation does not depend on the outcome of this case, the opinions I express, or the testimony I may provide.

## III.    DATA REVIEWED

9.  To curate my review and opinions on this specific case, I have used data from several sources in addition to my personal extensive clinical experience. I am up to date and have a thorough understanding of the medical and scientific literature on gender dysphoria. This includes but is not limited to national and international

medical society guidelines, such as the *Endocrine Treatment of Gender Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline* (2017) and the World Professional Association of Transgender Health (WPATH) guidelines, *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8* (2022). I have also used relevant, high-impact peer-reviewed scientific papers. Attached as **APPENDIX B** is a bibliography of the relevant literature I have used to provide my expert declaration.

10. In addition, I have reviewed copious chronicled medical records on this Plaintiff dating back to 2015 to the present, compiled by the Georgia Department of Corrections (GDC) and provided to me by the Plaintiff's counsel.

11. I have also conducted a virtual one-on-one interview and assessment of the Plaintiff.

### IV.    GENDER DYSPHORIA: TREATMENT AND MANAGEMENT

12. Gender dysphoria is defined as the distress and unease experienced by individuals whose gender identity is incongruent from their designated sex assigned at birth. Gender dysphoria is recognized by the American Psychiatric Association 5th edition of the DSM-5, which added "gender dysphoria" as a diagnosis in 2013. There are many national and international clinical guidelines established and adopted by reputable medical and scientific communities, including the World Professional Association of Transgender Health (WPATH), Endocrine Society,

American Medical Association, American Psychological Association, American Psychiatric Association, American Academy of Family Physicians, American Public Health Association, American College of Obstetrics and Gynecology, American Society of Plastic Surgeons and the World Health Organization.

13. The treatment and management for gender dysphoria is set forth in the WPATH and Endocrine Society guidelines that clearly state the following general remarks regarding healthcare professionals:

- Healthcare professionals who assess and treat gender dysphoria should be qualified, have the expertise, and be knowledgeable in the care of transgender and gender diverse people. And if this is not possible, healthcare professionals should seek out and work closely with a professional who is experienced in gender dysphoria.

- Healthcare professionals treating gender dysphoria should undergo continuing education on transgender health, become members of relevant professional bodies, attend professional meetings and seminars and consult with other healthcare professionals with relevant experience and engage with the transgender community.

- Healthcare professionals should liaise with professionals from different disciplines within the field of transgender health for consultation and referral. These may include mental health professionals, endocrinologist, primary care providers, surgeons, and voice and communication specialists.

14. Transgender and gender diverse individuals have individualized needs and goals for gender transition. It is important for healthcare professionals to understand the specific needs of each transgender patient to better individualize their care. Some transgender persons may only need hormone therapy to treat their gender dysphoria, whereas others may need only gender-affirming surgery, and yet others may need both hormone therapy and surgical treatments to fully treat their gender dysphoria.

15. <u>Hormone Therapy</u>: The various options, safety, risks and benefits of feminizing hormone therapy regimens to treat gender dysphoria are clearly stated in the WPATH and Endocrine Society guidelines, amongst others. Generally, feminizing hormone therapy include an estrogen, either via parenteral (injections), transdermal (patches) or oral (pills) routes. Some may also desire a "testosterone blocker" to lower endogenous testosterone effects. The first line and most used agent for this purpose in the U.S. is spironolactone.

      a. Estrogen-based therapy does incur potential risk of venous thromboembolism (VTE) or blood clot disorders, cardiovascular disease (CVD) including heart attacks, and stroke. Hypertension, or high blood pressure, is also a possible risk factor. The exact risk for these adverse effects continues to be studied and appears to vary depending on the type of estrogen used, duration of therapy and underlying risk factors.

b. Based on research data showing increased risk of VTE with oral estrogens, the most updated guidelines recommend the use of transdermal estrogen (patches) for trans feminine persons >45 years of age, at which time the risk for CVD increases for the general population. Transdermal estrogen has been deemed safe to use even in those who have had a prior personal history of a blood clot.

c. Data specifically on the role of estrogen on blood pressure is still underway. There are a number of studies that show an association of estrogen use and increased blood pressure, but whether this is clinically significant remains to be seen. The type of estrogen and duration of use also seems to be important variables, with oral estrogen associated with higher blood pressure compared to transdermal estrogen.

16. <u>Mental Health Therapy</u>: Mental health care is integral to supporting the medical and surgical treatment of gender dysphoria. Transgender and gender diverse persons suffer disproportionately from mental health conditions compared to cisgender persons. A study by the Williams Institute at UCLA School of Law shows that 81% of transgender adults have thought about suicide, 42% have attempted suicide and 56% have engaged in non-suicidal self-harm in their lifetime. Hormone treatment for gender dysphoria is correlated with improved quality of life and decrease in depression and anxiety.

17. <u>Surgical Therapy</u>: Surgical treatment for transgender individuals is highly individualized, taking into consideration the heterogeneity of individuals and their needs. Certain gender-affirming surgeries can be done before starting on hormone therapy (e.g., mastectomy for those assigned female at birth), while others require a certain length of exposure to hormones prior to the surgery (e.g., breast augmentation for those assigned male at birth). For gonadectomy (i.e., surgical removal of reproductive organs), it is recommended that transgender adults have tolerated at least 6 months of hormone therapy. Studies report that individuals who have undergone gender-affirming surgeries demonstrate improvement in both depression and anxiety scores.

18. Access to gender-affirming care, both medical and surgical care, has been associated with significant reduction in the risk of suicide attempts.

19. The WPATH Standards of Care Version 8 has set forth guidelines for transgender and gender diverse individuals who reside in institutions, including correctional facilities. Copied below are the exact recommendations as stated in these guidelines. These recommendations underscore that incarcerated persons do not have the access that non-institutionalized persons have to obtain medically necessary gender-affirming care on their own. And as such, incarcerated persons must be supported in being able to receive the medically appropriate standard of care for treating gender dysphoria.

20.

---

**Statements of Recommendations**

11.1- We recommend health care professionals responsible for providing gender-affirming care to individuals residing in institutions (or associated with institutions or agencies) recognize the entire list of recommendations of the SOC-8 apply equally to people living in institutions.

11.2- We suggest institutions provide all staff with training on gender diversity.

11.3- We recommend medical professionals charged with prescribing and monitoring hormones for TGD individuals living in institutions who need gender-affirming hormone therapy do so without undue delay and in accordance with the SOC-8.

11.4- We recommend staff and professionals charged with providing health care to TGD individuals living in institutions recommend and support gender-affirming surgical treatments in accordance with the SOC-8 when sought by the individual, without undue delay.

11.5- We recommend administrators, health care professionals, and all others working in institutions charged with the responsibility of caring for TGD individuals allow those individuals who request appropriate clothing and grooming items to obtain such items concordant with their gender expression.

11.6- We recommend all institutional staff address TGD individuals by their chosen names and pronouns at all times.

11.7- We recommend institutional administrators, health care professionals, and other officials responsible for making housing decisions for TGD residents consider the individual's housing preference, gender identity and expression, and safety considerations rather than solely their anatomy or sex assignment at birth.

11.8- We recommend institutional personnel establish housing policies that ensure the safety of TGD residents without segregating or isolating these individuals.

11.9- We recommend institutional personnel allow TGD residents the private use of shower and toilet facilities upon request.

---

# V. CLINICAL ASSESSMENT OF THE PLAINTIFF JANE DOE

21. Jane Doe is a 55-year-old transgender woman, assigned male at birth. I conducted a one-hour long virtual one-on-one interview with Jane Doe on September 1, 2023, while she was at the Phillips State Prison in Buford, Georgia. During this interview, Jane Doe was in a private room with sufficient internet, video and audio capabilities that allowed for an uninterrupted assessment.

## A. Relevant Medical and Gender Transition History

22. Jane Doe has a known medical and psychiatric history of hypertension, chronic obstructive pulmonary disease, gender dysphoria, bipolar disorder, and post-traumatic stress syndrome. Many of these conditions were diagnosed after she

entered the prison system as she was 23 years of age when initially incarcerated. I will not go into the adequacy of her treatment of these conditions other than those relevant to this case.

23. Jane Doe has a persistent and consistent history of gender incongruence since the age of 6 years old. She and her biological brother were adopted at a young age by a family who belonged to the Church of Jesus Christ of Latter-Day Saints. Despite the conservative religious community she grew up in, Ms. Doe felt more comfortable expressing herself femininely-dressing in her mom's clothing and playing with "girl" toys at 6-7 years old. She would dress up as a "woman" for Halloween and feel more like her true self. As a teenager, she wore her grandmother's perfume and makeup and began to feel a stronger desire to be a woman. At 18 years old, she worked as a limousine chauffer dressed as a woman. She came out as a transgender woman at 19 years old, at which time she was ex-communicated from her religious community and was rejected by her parents. She purchased feminizing hormones off the street due to her severe distress and gender dysphoria.

**B. Gender Dysphoria Treatment While Incarcerated**

24. Jane Doe was imprisoned for three years in 1988 (when she was around 20 years old), during which time she was not given hormone therapy. She was released on parole and assigned a psychologist for her gender dysphoria. Her assigned psychologist refused to recommend hormone therapy or any further treatment for

her gender dysphoria. This triggered her first attempt at self-castration, which was unsuccessful.

25. Since being incarcerated at the age of 23 years, Ms. Doe has consistently and repeatedly requested treatment for her gender dysphoria. It was not until November 2015 when she was 47 years old that she was seen by an endocrinologist, Dr. Anthony Mulloy and prescribed spironolactone, a testosterone blocker. And approximately three months later, she was started on estradiol, a feminizing hormone.

26. This significant delay of 25 years in gender-affirming care in an individual with such severe gender-related distress can cause traumatic mental health outcomes, such as suicide attempts. Ms. Doe has had three suicide attempts since being incarcerated, the first of these in 1998, when she was 30 years of age. The other suicide attempts occurred in 2017 and 2019.

27. Jane Doe has been prescribed various doses of spironolactone and estradiol from 2015-2019, which is often the case for patients with gender dysphoria, as the goal is to achieve specific goal hormone levels of estradiol and testosterone that are deemed safe by the various guidelines. She was prescribed both oral estradiol and parenteral (injections) estradiol at different points in time, which is not unusual. While on hormone therapy, Ms. Doe recalls feeling happier with more stable moods, especially as she was able to pass as a woman.

28. However, hormone therapy alone is not always sufficient to alleviate gender dysphoria for many people. Hormones alone do not dramatically change reproductive organs, such as the testicles and phallus, which are often a targeted source of distress and gender dysphoria. This was the case for Ms. Doe. While on hormone therapy, Ms. Doe persistently requested gender-affirming surgical treatment, namely orchiectomy (i.e., testicular removal) and vaginoplasty (i.e., creating a novel vaginal pouch). In 2017, she attempted suicide again after being denied her request for these surgeries.

29. All hormone therapy was discontinued on Ms. Doe in June 2019 due to concerns of elevated blood pressure, thought to be exacerbated by estrogen therapy. Since this time, Ms. Doe has suffered from extremes of gender-related distress with yet another suicide attempt in 2019 and an attempt at self-castration in July 2022.

30. Mental health services appear to be inconsistent and ineffective at Ms. Doe's current prison facility, although she has been evaluated by both psychologist Dr. Frady on July 28, 2022, and psychiatrist Dr. Howard on October 21, 2022, regarding her gender dysphoria in the past. Dr. Howard has stated that Ms. Doe has the mental capacity to pursue bottom surgery, and Dr. Frady has recommended restarting hormone therapy, as well as gender-affirming surgeries for suicide prevention. When I spoke with Ms. Doe on September 1, 2023, she had not seen a psychiatrist in over 6 months, and the counselor assigned to her was attempting to perform their therapy

from outside the locked doors of Ms. Doe's prison room, where anyone around this public space could hear.

31. This year, Ms. Doe was restarted on both spironolactone and estradiol in April and July, respectively. However, the estradiol was discontinued in August 2023 due to concerns once again of elevated blood pressures. It is relevant to note that Ms. Doe has been followed by the same endocrinologist who has been prescribing her hormone therapy since 2015.

**C. Clinical Assessment**

32. During my interview with Jane Doe, she was focused and gave a detailed account of her history, answering all questions appropriately and with logged data regarding her blood pressure readings and when her hormone therapy was started/stopped. Her language and speech were natural and fluent, with good insight. She was engaged and maintained appropriate eye contact, affect and body language throughout the interview. I was able to corroborate her history with the medical records I received, and I am confident that my opinions rendered hereafter are reliable to a reasonable degree of medical certainty.

**D. Concerns Regarding the Adequacy of Gender-Affirming Treatment**

33. I have many serious concerns about the disrupted and insufficient gender-affirming care that Ms. Doe has received from GDC. It is obvious to me that she has not been treated by providers with expertise in gender-affirming care. Like so many

other gender diverse individuals who suffer from severe gender dysphoria and have attempted suicide, I believe Ms. Doe's extreme experiences of gender dysphoria that have triggered her self-injurious behavior could have been mitigated by earlier initiation of and consistent use of hormone therapy. In addition, upon reviewing her history especially of repeated attempts at self-castration and consistent requests for gender affirming surgery, it is obvious to me that it is medically necessary that Ms. Doe receive both medical and surgical gender-affirming therapies to fully alleviate her gender dysphoria.

34. Ms. Doe's gender dysphoria stems from an excess of testosterone and a relative lack of estrogen in her body, physical conditions which hormone therapy and gonadectomy can help alleviate. Regarding her hormone therapy and concern for elevated blood pressure, there are safer forms of estradiol (e.g., transdermal patches) that can be used with much less risk on both blood pressure and blood clot disorders. Ms. Doe has never been prescribed estradiol patches, though at her current age this is the standard of care. In addition, there is ample room to intensify her blood pressure regimen to appropriately control her blood pressures. In summary, it was not necessary to have ever stopped hormonal therapy for Ms. Doe. Therefore, Ms. Doe's past removal from hormone therapy treatment was conducted in a manner that defies medically acceptable standards of care.

35. Regarding her requests for gender-affirming surgeries, this has been denied multiple times at different prison facilities despite recommendations from mental health professionals who recommend this as a medical necessity to treat her gender dysphoria. There are a variety of surgical options that could result in significant relief of gender dysphoria. For example, it would be very easy to find a local urologist to perform a standard orchiectomy, which I believe would render much relief and benefit for Ms. Doe. The degree of gender dysphoria related to one's genitals varies individually amongst transgender adults. For Ms. Doe, she has shown significant dysphoria about her phallus and testicles specifically as evidenced by her multiple attempts at self-castration. One of these attempts was in the setting of being on hormone therapy, which demonstrates the need for bottom surgery for full relief of her gender dysphoria and that medications alone are insufficient for Ms. Doe. This is common for many transgender adults, and the standard of care in these situations is for these individuals to receive both hormone therapy, which is a life-long treatment, and gender-affirming surgeries.

36. Jane Doe was and continues to be inappropriately housed in a male facility now for three decades. The trauma she has suffered as a consequence of this decision is egregious and wished upon no one. The WPATH guidelines state the importance of ensuring the safety of institutionalized transgender persons without isolating or segregating them and of making housing decisions based on gender

identity/expression and not solely sex assigned at birth. Ms. Doe has been placed in isolation for months which is inappropriate and likely detrimental to her mental health.

37. Ms. Doe has also been denied female clothing, wigs, pads and other supplemental accessories to aid in her gender dysphoria. These would have been always beneficial, but especially when she was off all hormone therapy, to provide her with ways to express her true gender identity.

## VI.    CONCLUSIONS AND OPINIONS

38. Jane Doe has struggled for over three decades to effectively transition to her true gender identity within the prison system of Georgia. She has a consolidated history of gender dysphoria as determined by multiple different providers within the GDC. She exceeds all standard of care requirements for both hormone therapy and gender-affirming surgery to treat her severe gender dysphoria. In continuing to deny these treatments, Ms. Doe will continue to experience severe gender dysphoria, and I am concerned this lack of treatment will lead to additional attempts at self-harm. During my one-on-one meeting with Ms. Doe, she mentioned that her gender dysphoria was worsening as she had been taken off hormones again, so she had begun to consider another self-castration attempt. More recently, I understand Ms. Doe has been restarted on hormone therapy, but that she continues to experience severe gender dysphoria with worsening anxiety, depression and thoughts of self-

castration. As is true for many gender diverse people, Ms. Doe requires BOTH hormone therapy AND gender-affirming surgery to fully treat her gender dysphoria. She is in desperate need for immediate, medically necessary gender-affirming genital surgery and consistent, continued hormone therapy.

39. I would recommend Ms. Doe also be seen and managed by medical and mental health providers with expertise in gender-affirming care. If this had been the case in the past, I am confident that much if not all of the disruption in her hormone therapy could have been avoided, and she could have been much further along in her transition. There are a growing number of medical providers and clinics in the state of Georgia with expertise in gender-affirming care that are able to provide this care to people in prison, and as such this should not be inordinately difficult to do.

40. Jane Doe has persistent, severe gender dysphoria. The diagnosis is clear, and the necessary treatment is curative. Ms. Doe urgently needs gender-affirming genital surgery and appropriate hormone therapy to effectively treat her severe gender dysphoria.

41. I hold each of the opinions expressed in this declaration with a reasonable degree of scientific certainty, based on the materials I have reviewed and on my education, experience and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents and reports I receive after the date of this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  11/29/2023          _____
                                  JEEHEA SONYA HAW, M.D.

**APPENDIX A**

**CURRICULUM VITAE OF
DR. JEEHEA SONYA HAW,
M.D.**

**EMORY UNIVERSITY SCHOOL OF MEDICINE
CURRICULUM VITAE**

Revised: *June 2023*

1. **Name:** Jeehea Sonya Haw, MD

2. **Office Address**:  Emory University School of Medicine
Division of Endocrinology, Metabolism and Lipids
69 Jesse Hill Jr Drive S.E.
Glenn Memorial Building, Rm 208
Atlanta, GA 30303
Telephone:     (404) 778-1688dd

3. **E-mail Address:** jhaw@emory.edu

4. **Current Titles and Affiliations**:

    a. Academic Appointments:

    *i.* Primary Appointments:

    Associate Professor of Medicine, Division of Endocrinology, Metabolism and Lipids, Emory University, School of Medicine; 2022 – present

    b. Clinical Appointments:

    Medical Director, Gender Center, Grady Memorial Hospital; 2017—Present

    c. Other Administrative Appointments:

    Associate Program Director, Endocrinology Fellowship Program; Emory University, School of Medicine; 2020 –2023

    Program Director, Endocrinology Fellowship Program; Emory University School of Medicine; 2023- present

5. **Previous Academic Appointments:**

    Instructor, Division of Endocrinology, Metabolism and Lipids, Emory University, School of Medicine; 2014-2016

    Assistant Professor of Medicine, Division of Endocrinology, Metabolism and Lipids, Emory University, School of Medicine; 2016 – 2022

6. **Licensures/Boards:**

    Georgia State Board of Medical Examiners, Issued 2014

J. Sonya Haw                                June 2022                                1

**7. Specialty Boards:**

Internal Medicine, American Board of internal Medicine (ABIM) 2015
Endocrinology, Diabetes, and Metabolism Board Certification (ABIM) 2017

**8. Education:**

B.S., B.A. Texas Christian University 1999-2004
M.D., Medical College of Wisconsin 2004-2008

**9. Postgraduate Training:**

Internship and Residency in Internal Medicine and Pediatrics, University of Minnesota, Minneapolis, Minnesota, Bradley Benson (Program Director), 2008-2012

Clinical Fellowship, Endocrinology, Metabolism and Lipids, Emory University, Atlanta, Georgia, Vin Tangpricha (Program Director), 2012-2014

Chief Fellow, Endocrinology, Metabolism and Lipids, Emory University, Atlanta, Georgia, Vin Tangpricha (Program Director), 2013-2014

**10. Continuing Professional Development Activities:**

Junior Faculty Development Program, 2015-2016
Learning to be Better Teachers Workshop, 2016
Mentoring Workshop, Department of Medicine, 2018
Woodroof Health Educators Academy Teaching Fellowship , 2021-2022

**11. Committee Memberships:**

a. National and International:
1. Member, NIH: NIDDK and JDRF Preventing Early Renal Loss (PERL) Study Steering Committee, 2014 – present

2. Elected Advisor, American Diabetes Association, Public Health and Epidemiology Interest Group, 2020 –2022

3. Member, Type 1 Diabetes Exchange Quality Improvement Collaborative, Data Governance Committee, 2021 –present

4. Member, Association of Program Directors in Endocrinology, Diabetes and Metabolism, Diversity, Equity, and Inclusion Subcommittee, 2021- 2022

5. Member, Association of Program Directors in Endocrinology, Diabetes and Metabolism, Health Equity Committee, 2021-2022

6. Member, Association of Program Directors in Endocrinology, Diabetes and Metabolism, Curriculum Committee, 2022 –present

b.  Institutional:
1. Chair, Fellowship Program Evaluation Committee, Division of Endocrinology, Metabolism and Lipids, 2015 – present; Chair 2019- 2023

2. Endocrinology Fellowship Core Faculty, 2016- 2023

3. General Internal Medicine Residency Core Faculty, Division of Internal Medicine, 2016- present

4. General Internal Medicine Residency CCIC, 2016- 2021

5. Department of Medicine, Mentoring Subcommittee, 2017-2021

6. Department of Medicine, Diversity, Equity and Inclusion Council, 2019-present


**12. Peer Review Activities:**

a.  Grants:

1.  Regional:
1.  Grant Application Reviewer, Georgia Center for Diabetes Translational Research, P30 Pilot Grant Award Program, 2019-2020

b.  Manuscripts:

i.   Vascular Health and Risk Management, 2014
ii.  Journal of Clinical and Translational Endocrinology (JCTE), 2014-2020
iii. Endocrine Practice, 2014-2015
iv.  Population Health Metrics, 2016
v.   British Medical Journal (BMJ) Open Diabetes, Research & Care, 2017-2020
vi.  Journal of General Internal Medicine (JGIM), 2018
vii. Pediatrics, 2019
viii. Acta Endocrinologica, 2020
ix.  The Journal of the American Medical Association (JAMA), 2020
x.   PLOS One, 2021
xi.  Nature Communications, 2023
xii. Nature Medicine, 2023

c.  Conference Abstracts:

1.  National and International:

American Diabetes Association 76th Scientific Sessions, New Orleans, LA, Abstract Reviewer, 2016

American Diabetes Association 77th Scientific Sessions, San Diego, CA, Abstract Reviewer, 2017

American Diabetes Association 79th Scientific Sessions, San Francisco, CA. Abstract Reviewer, 2019

American Diabetes Association 80th Scientific Sessions, (virtual due to COVID-19). Abstract Reviewer, 2020

American Diabetes Association 80th Scientific Sessions. Abstract Reviewer, 2022

American Diabetes Association 81st Scientific Sessions. Abstract Reviewer, 2023

## 13. Honors and Awards:

a. Standing Ovation Award, Medical College of Wisconsin, 2008
b. Presidential Poster Award, Endocrine Society Annual Conference, 2013
c. Emory University, Endocrinology Fellows Faculty Teaching Award, Best at Grady, 2016
d. Emory University, Endocrinology Fellows Faculty Teaching Award, Best at Grady, 2018
e. Emory University, Endocrinology Fellows Faculty Teaching Award, Overall Best 2019
f. Emory University, Endocrinology Fellows Faculty Teaching Award, Best at Grady 2019
g. Emory University, Woodruff Health Educators Academy Teaching Fellowship, 2021-2022
h. Emory University, Endocrinology Fellows Faculty Teaching Award, Best at Grady, 2021
i. Emory University, Endocrinology Fellows Faculty Teaching Award, Overall Best, 2021
j. Emory University, Endocrinology Fellows Faculty Best Mentor Award, 2021
k. Emory at Grady Team-Based Award, 2021
l. Emory School of Medicine Educator Appreciation Day Recognition, 2022
m. Emory University, School of Medicine Hidden Gem Award, 2022
n. Emory University, Endocrinology Fellows Faculty Teaching Award, Best at Grady, 2022
o. Emory University, Endocrinology Fellows Faculty Teaching Award, Overall Best, 2022
p. Emory University, Endocrinology Fellows Faculty Teaching Award, Best at Grady, 2023

## 14. Society Memberships:

a. American Diabetes Association, 2012 – present
b. Endocrine Society, 2012 – present
c. American Association of Clinical Endocrinology, 2012 – 2018, 2020, 2022—present
d. World Professional Association for Transgender Health, 2016- 2021
e. Academy of Health, 2019- 2020
f. Association of Program Directors in Endocrinology, Diabetes and Metabolism, 2020 – present

## 15. Clinical Service Contributions:

a. Medical Director, Co-Founder, Gender Center at Grady Memorial Hospital, 2017 – present;

    i.   Clinical director for a multidisciplinary clinic focused on providing gender-affirming care for transgender and gender-diverse individuals.

    ii.   As part of this effort, we provided cultural competency training for clinical staff and created a novel residency curriculum that was implemented in 2018 for the Internal Medicine Residency.

b. Physician Lead, Diabetes Prevention Program (DPP), Grady Health Systems, Diabetes Center, 2020 –2021;
    a. Certified as a national DPP Lifestyle Coach
    b. Our team at Grady has built the DPP program within the Diabetes Center at Grady for adults with pre-diabetes, working to implement broadly (curtailed by COVID-19 in 2020-2021).

c. Primary Investigator, Type 1 Diabetes (T1D) Exchange Quality Improvement (QI) Collaborative, 2021—2023
    a. Leading a QI team at Grady to improve the care of adolescents and adults with Type 1 Diabetes
    b. Type 1 Diabetes Exchange QI Collaborative is a national collaborative of 40+ institutions working together to implement data sharing and QI initiatives to improve outcomes for pediatric and adult patients with T1D.

d. Primary Investigator, Type 2 Diabetes (T2D) Exchange Quality Improvement (QI) Collaborative, 2023—Present
    a. Leading a QI team at Grady to improve the care of adolescents and adults with Type 2 Diabetes (expansion of T1D Exchange)

**16. Community Outreach:**

a. General:
    1. Camp Kudzu, Camp for kids with Type 1 Diabetes, Medical/Clinician volunteer, 2016
    2. Emory University, undergraduate faculty-in-residence program on transgender care, 2018
    3. Clarkston Community Health Clinic, organized an Endocrine Clinic for this free clinic for immigrants and refugees in Clarkston, GA, 2019 –present
    4. ENDO Cares, co-lead the organization of a community health fair in Clarkston, GA. June 2022.

17. **Formal Teaching:**

 a. Graduate Programs:

    i.  <u>Medical Student Teaching</u>:
    1) Lecturer, School of Medicine, MS1 Human Developmental Biology Section, Emory University, 2016- present, 2hr/year
    2) Small Group Moderator, MS2 Diabetes Section, Emory University School of Medicine, 2018- present, 2hr/yr
    3) Lecturer, MS4 Capstone lecture on Transgender health, Emory University School of Medicine, 2019, 1hr/yr

    ii.   <u>Residency Programs</u>:
1) Internal Medicine, core lecture series, 2015 – 2017, 1hr/yr
2) Guest Speaker, Emergency Medicine Core Conference, 2016, 1hr/yr
3) Internal Medicine Ambulatory Rotation, Transgender Health lectures, 2019 – 2020, 2hr/yr
4) Internal Medicine Ambulatory Rotation, topic-based lecture, 2020, 2022, 2023, 3-10hrs/yr

    iii.   <u>Fellowship Programs</u>:
1) Endocrinology, Metabolism and Lipids, core lecture series, 2014 – present, 1hr/yr
2) Developed and organized endocrinology fellows' core didactics for each year, 2020 –present, 10hr/yr
3) Implemented Health Equity Curriculum for endocrinology fellowship, 2022—present, 10hr/yr

b. Other Categories:

    i.   Lecturer, Physician Assistant Endocrinology lecture series, Emory University 2014–2015, 1hr
    ii.   Guest Lecturer, HLTH 320 Nutrition and Chronic Disease class, Emory University, 2019, 1.5hr

## 18. Supervisory Teaching:

a. Fellowship Program:
1. Farah Kahn, 2014-2018; Assistant Professor, Division of Endocrinology, University of Washington, Seattle WA

2. Kristina Cossen, 2016—2018; Assistant Professor, Pediatric Endocrinology, Emory University

3. Jacqueline Reyes Diaz, 2018- 2021; Pediatric Endocrinology Fellow, Research Committee

4. Shirley Hao, 2021-2023; Pediatric Endocrinology Fellow, Research Committee

b. Residency Program:

1. Karen Sayad, Emory Internal Medicine Residency Coaching Program, 2017-2019, Pulmonary Critical Care Fellow

2. Caitlin Taylor, Emory Internal Medicine Residency Coaching Program, 2018-2019, Hematology/Oncology Fellow

3. Austin Rim, Emory Internal Medicine Residency Coaching Program, 2019- 2022, Cardiology Fellow

c.  PhD and Graduate Dissertation Committees:
1.  MK Findley, 2016—2018; PhD candidate, Nell Hodgson Woodruff School of Nursing, Dissertation Committee

2.  Rachel Wolf, 2017- 2021; PhD candidate, Nell Hodgson Woodruff School of Nursing, Dissertation Committee

3.  Ashley Fischer, 2022- Present; MA candidate, Department of Nutrition, Byrdine F. Lewis College of Nursing and Health Professionals, Georgia State University, Thesis Advisor

d.  Other:
Supervision of visiting medical students/residents:
1) Prachi Jain, 2015, postdoctoral research associate at NIH,
2) Santosh Kale, 2015, Internal Medicine Resident
3) Diba Debnath, 2016, medical student, King's College London, UK
4) Dhatri Malipeddi, 2017, Internal Medicine Resident
5) Siddhartha Kancharla, 2017, Internal Medicine Resident
6) Ashruta Patel, 2017, Internal Medicine Resident
7) Sreevatsan Kalangi, 2018, medical student, applying for residency
8) Karthik Chamarti, 2019, medical student, applying for IM residency
9) Chany Damian Ozuna, 2019, Geriatrics Fellow
10) Tania Ramos, 2020, Endocrinologist at Clinique Saint Michel, Paris, France

**19. Lectureships, Seminar Invitations, and Visiting Professorships:**

a.  Regional:

1)  "Emory Latino Diabetes Education Program," Southern Regional Dietetic Internship Program, Georgia State University, 2015

2)  "Prevention of Type 2 Diabetes," Georgia Department of Public Health, webinar series for healthcare providers in Georgia, 2015

3)  "Combatting Clinical Inertia: A Stepwise Approach to Diabetes Management," CME lecture for primary care providers at Mercy Care Clinic and Four Corners Clinic, 2015 – 2016

4)  "Disparities in Diabetes Care," CME webinar lecture for primary care providers, 2017

5)  "Endocrine Pearls," ABIM Board Review Course, Emory University, 2018, 2019

b.  Institutional:

J. Sonya Haw                    June 2022                    7

1) "Teaching Patients about Hyperglycemia and Hypoglycemia," Diabetes Education Course, as part of Emory Diabetes Education and Training Academy, Emory University, 2013 – present

2) "Diabetes Prevention; Past, Present and Future," Endocrine conference, Endocrinology, Metabolism and Lipids, School of Medicine, Emory University, 2015

3) "Race, Class and Genes: The Fates of Health Disparities in Diabetes," Endocrine Conference, Endocrinology, Metabolism and Lipids, School of Medicine, Emory University, 2017

4) "Transgender HealthCare; the Nexus of Health, Education, and Advocacy," Endocrine Conference, Endocrinology, Metabolism and Lipids, School of Medicine, Emory University, 2018

5) "Type 1 Diabetes: General overview of diagnosis and treatment," CME Webinar (for primary care in Georgia), Emory Diabetes Education and Training Academy, Emory University, 2019

6) "Obesity Pathophysiology," Hubert Department of Global Health, Guest Lecture for HLTH 320 Nutrition and Chronic Disease, Emory University, 2019

7) "Caring for Transgender and Gender non-conforming patients: What you need to know about sex hormones" Department of Obstetrics and Gynecology Grand Rounds, Emory University, Jan, 2020

8) "Approaches to Gender Affirming Care" Stephanie V. Blank Center for Safe and Healthy Children, Children's Healthcare of Atlanta, Joint Meeting, October, 2020.

**20. Invitations to National/international, Regional and Institutional Conferences:**
   **a. National and International:**
   *i.* "Transgender Health, what a gynecologist needs to know," 125th Annual Meeting and Scientific Assembly of the National Medical Association, Obstetrics and Gynecology Section, (Virtual due to COVID-19), August 2020 (CME activity)

   *ii.* "Social Determinants of Health," Type 1 Diabetes Exchange Collaborative Learning Session, (Virtual due to COVID-19), June 2021 (CME activity)

   *iii.* "Introducing Health Equity Curriculum: Association of Program Directors of Endocrinology and Metabolism," American Academy of Clinical Endocrinology Annual Meeting, San Diego, May 2022.

   *iv.* "Transition of Pediatric to Adult Care in Transgender Kids," American Academy of Clinical Endocrinology Annual Meeting, San Diego, May 2022 (CME Activity).

***v.*** "How Faculty Bias Impacts the Evaluation of Learners." ENDO 2022, Atlanta, June 2022.

***vi.*** "Let's get it right! Real Conversations with the Transgender Community— A panel discussion." Association of Women's Health, Obstetric and Neonatal Nurses, Denver, June 2022.

**b. Regional:**

***i.*** "Caring for Transgender and Gender non-conforming patients," American Association of Clinical Endocrinology (AACE) Georgia Chapter Annual Meeting, 2020

***ii.*** "Diabetes and Blood Glucose Management in the Hospital: Standards and What's New?" 21st Annual Southern Hospital Medicine Conference, October 2020 (*cancelled due to COVID-19*)

***iii.*** "Feminizing Gender Affirming Care Overview" Trans Ally Health Symposium, August 2023

**21. Abstract Presentations at National/International, Regional, and Institutional Conferences:**

a. <u>National and International:</u>

1) **\*JS Haw,** SL Jackson, DE Olson, MK Rhee, Q Long, D Barb, AV Mohan, AM Tomolo, PI Watson-Williams, LS Phillips. *Chronic poor diabetes control in a large integrated healthcare system.* Endocrine Society Annual Meeting, San Francisco, California, June 2013 (poster)

2) **\*JS Haw**, MK Findley, ES Cha, MS Faulkner, F Khan, S Markley, AS Alexopoulos, S Paul, MK Ali. *Hyperglycemic emergencies in young adults with diabetes in an inner-city county hospital.* American Diabetes Association 76th Scientific Sessions, New Orleans, Louisiana, June 2015 (poster)

3) Karla I. Galaviz, Audrey N. Straus, Mary Beth Weber, Jingkai Wei, Alysse Kowalski, **J. Sonya Haw**, K. M. Venkat Narayan, and Mohammed K. Ali. *Individual- vs. community-level diabetes prevention: which approach is more effective for weight loss in the real world?* International Diabetes Federation-World Diabetes Congress, Vancouver, Canada, December 2015 (poster)

4) Karla I. Galaviz, Audrey N. Straus, Mary Beth Weber, Jingkai Wei, Alysse Kowalski, **J. Sonya Haw**, K. M. Venkat Narayan, and Mohammed K. Ali. *Preventing diabetes in the real world: Global evidence on the effectiveness of weight loss interventions,* International Diabetes Federation-World Diabetes Congress, Vancouver, Canada, December 2015 (poster, with discussion)

5) Karla I. Galaviz, Audrey N. Straus, Mary Beth Weber, Jingkai Wei, Alysse Kowalski, **J. Sonya Haw**, K. M. Venkat Narayan, and Mohammed K. Ali. *Do lifestyle interventions to prevent diabetes in real-world settings reduce fasting blood glucose globally?* International Diabetes Federation-World

6) Diabetes Congress, Vancouver, Canada, December 2015 (poster, with discussion)

7) *__J. Sonya Haw__, Limin Peng, Francisco, J. Pasquel, Priyathama Vellanki, Maya Fayfman, Georgia Davis, Guillermo E. Umpierrez. *Racial and Socioeconomic Disparities in Meeting Goals of Care in Adults with Type 1 Diabetes.* American Diabetes Association 78th Scientific Sessions, Orlando, FL, June 2018 (Oral Presentation, *presenter)

8) Priyathama Vellanki, Limin Peng, Neil Dhruv, Clementina Ramos, __J. Sonya Haw__, Rodolfo J. Galindo, Georgia Davis, Maya Fayfman, Francisco J. Pasquel, Guillermro E. Umpierrez.Characteristics and Mortality of Recurrent Diabetic Ketoacidosis (DKA) in Adults and Children with Type 1 Diabetes (T1D). American Diabetes Association 78th Scientific Sessions, Orlando, FL, June 2018 (Poster)

9) Saumeth Cardona, Rodolfo J. Galindo, Katerina G. Tsegka, Maria A. Urrutia, Priyathama Vellanki, Maya Fayfman, __J. Sonya Haw__, Francisco J. Pasquel, Limin Peng, Guillermo E. Umpierrez. Simplified Transition Algorithm from Intravenous to Subcutaneous Insulin in Nondiabetic Cardiac Surgery Patients with Stress Hyperglycemia. American Diabetes Association 78th Scientific Sessions, Orlando, FL, June 2018 (Poster)

10) Rodolfo J. Galindo, Francisco J. Pasquel, Katerina G. Tsegka, Saumeth Cardona, Neil Dhruv, Priyathama Vellanki, Maya Fayfman, __J. Sonya Haw__, Alexandra Migdal, Shailesh Nair, Heqiong Wang, Guillermo E. Umpierrez. Clinical Characteristics and Outcomes in Patients Admitted with Diabetic Ketoacidosis (DKA) and End-Stage Renal Disease (ESRD). American Diabetes Association 78th Scientific Sessions, Orlando, FL, June 2018 (Poster)

11) Maya Fayfman, Dara Mize, Daniel Rubin. Isabela Anzola, Maria Urrutia, Clementina Ramos, Francisco Pasquel, __Sonya Haw__, Priyathama Vellanki, Heqiong Wang, Katherine Joyce, Abhijana Karunakaran, Bonnie Abury, Rita Weaker, Lavanya Viswanatha, Shuchie Jaggi, Rodolfo Galindo, Guillermo Umpierrez. *Safety and Efficacy of Exenatide Therapy for the Management of Hospitalized Patients with Type 2 Diabetes—Exenatide Hospital Trial.* American Diabetes Association 78th Scientific Sessions, Orlando, FL, June 2018 (Poster)

12) *Karla I. Galaviz, Mary Beth Weber, Unjali Gujral, Jingkai Wei, Kara Suvada, __J. Sonya Haw,__ K.M. Venkat Narayan, Mohammed K. Ali. *Do Diabetes Prevention Treatments Promote Regression to Normal Glucose Regulation? A network meta-analysis.* American Diabetes Association 80th Scientific Sessions, June 2020 (Oral Presentation, *presenter)

13) *M. Agustina Urrutia, M. Citlalli Perez-Guzman, Yi Guo, M. Florencia Scioscia, K. Walkiria Zamudio, Isabel Anzola, Bonnie Albury, Saumeth Cardona, __J. Sonya Haw__, Rodolfo Galindo, Maya Fayfman, Georgia Davis, Alexandra Migdal, Priyathama Vellanki, Guillermo E. Umpierrez, Francisco J. Pasquel. *Home diabetes regimen and admission HbA1c as predictors of hospital glycemic control: A pooled analysis of inpatient clinical trials.* American Diabetes Association 80th Scientific Sessions, June 2020 (Oral Presentation, *presenter)

14) S. Hafeez, **J.S. Haw**, *A Catecholamine Secreting Tumor in a Pregnant Patient with Von-Hippel-Lindau: A Case Report.* EMBRAACE 2020, the AACE 29th Annual Scientific & Clinical Congress,  (Poster)

15) John O-Connell Knight, Priyathama Vellanki, **J. Sonya Haw**. *Primary Hyperparathyroidism Presenting as Acute Necrotizing Pancreatitis and Diabetic Ketoacidosis in Type 2 Diabetes.* Endocrine Society Annual Scientific Meeting, ENDOOnline 2020 (Poster)

16) Teg Uppal, Gail Fernandes, **J. Sonya Haw**, Megha Shah, Sara Turbow, Swapnil Rajpathak, K.M. Venkat Narayan, Mohammed K. Ali. *Association of Demographic Factors with Emergency Department Use Among Adults with Diabetes, 2009-2017.* American Diabetes Association 80th Scientific Sessions, June 2020 (Poster)

17) Teg Uppal, **J. Sonya Haw**, Megha Shah, Sara Turbow, K.M. Venkat Narayan, Mohammed K. Ali**.** *Preventable and Other Emergency Department Use in Adults with and without Diabetes, 2009-2017.* American Diabetes Association 80th Scientific Sessions, June 2020 (Poster)

18) Clemetina Ramos, Rodolfo J. Galindo, Saumeth Cardona, Bonnie S. Albury, Omolade Oladejo, Francisco J. Pasquel, Priyathama Vellanki, Maya Fayfman, Alexadnra Migdal, Georgia Davis, **J. Sonya Haw**, Limin Peng, Guillermo Umpierrez. *A Randomized Study to Evaluate the Efficacy of Insulclock Pen Device in Insulin-treated Patients with Uncontrolled Type 2 Diabetes.* American Diabetes Association 80th Scientific Sessions, June 2020 (Poster)

19) Teg Uppal, Gail Fernandes, **J. Sonya Haw**, Megha Shah, Sara Turbow, Puneet Chehal, Swapnil Rajpathak, K.M. Venkat Narayan, Mohammed K. Ali. *Variation in Ambulatory Care Sensitive Condition-Related Emergency Department Use Among Adults with Diabetes between 2008-2014.* American Diabetes Association 81st Scientific Sessions, June 2021 (Poster)

20) Nudrat Noor, Halis K. Akturk, Marisa Desimone, Marina Basina, Nicole Rioles, Saketh Rompicherla, Jeehea Sonya Haw, Lauren Golden, Osagie Ebekozien, *The Effect of Obesity on HbA1c Among Adults with Type 1 Diabetes: A U.S. Based Multi-Center Study.*  American Diabetes Association 81st Scientific Sessions, June 2022 (Poster)

21) Emma Ospelt, Nudrat Noor, J. Sonya Haw, Georgia Davis, Susan Hsieh, Ruth S. Weinstock, David W. Hansen, Kristina Cossen, Kathryn L. Fantasia, Ines Guttmann-Bauman, Vandana Raman, Berhane Seyoum, Osagie Ebekozien, *Food Insecurity in People with Type 1 Diabetes and Glycemic Outcomes*, American Diabetes Association 82nd Scientific Sessions, June 2023 (Poster)

22) Khemaporn Lertdetkajorn, J. Sonya Haw, Jamie Elizabeth Paysour, *Atypical Presentation of Birt-Hogg-Dube Syndrome with poorly differentiated follicular thyroid cancer and paraganglioma,* Endocrine Society Annual Scientific Meeting, 2023 (Poster)

b.  Institutional:

1) **\*JS Haw,** SL Jackson, DE Olson, MK Rhee, Q Long, D Barb, AV Mohan, AM Tomolo, PI Watson-Williams, LS Phillips. *Chronic poor diabetes control in a large integrated healthcare system.* Emory University 6th Annual Department of Medicine Research Day, Atlanta, Georgia, October 2013 (poster)

## 22. Research Focus:

My research interest is to understand the causes of health inequities, particularly racial and socioeconomic disparities, in order to mitigate gaps in care and outcomes. I have focused on two distinct populations; 1) adolescents and adults with diabetes and 2) transgender, gender non-binary and gender diverse adults.

## 23. Grant Support:

a. Active Support:
   1. Federally Funded:

      Site Co-I, NIH-NIMH/NIAID/NICHD, *Enhanced COhort methods for HIV Research and Epidemiology (ENCORE) among transgender women in the United State (PI: Andrea Wirtz),* R01AI172092, $176,398; 07/01/2022 – 06/30/2027

   2. Privately Funded:

      Site PI, *Type 2 Diabetes Exchange Quality Improvement Collaborative*, T1D Exchange Collaborative (PI: Osagie Ebekozien), $50,000; 01/15/2023- 01/14/2025

      Site Co-I, *Expanding T1DES pilot to a public hospital setting at Grady,* Helmsley Foundation (PI: Tina Davis), $323,392.00, 4/1/2023- 3/30/2025

b. Completed Research Support:
   i. Federally Funded:

      Co-I, NIH-NIMH/NIAID/NICHD, *American Cohort to Study HIV Acquisition among Transgender Women in High Risk Areas*, 1UG3AI133669-01, $1,458,347; 07/01/2017 – 06/30/2022

      Co-I, NIH-NIDDK and JDRF, *Preventing Early Renal Loss in Type 1 Diabetes (PERL)*, UC4, $531,970; 11/01/2014 – 6/30/2019

   ii. Private Foundation Funded:

      M-P.I., Emory Medical Care Foundation, *Improving access to and quality of care for transgender patients in the Grady Healthcare System,* $30,000; 2016-2018

      Co-I, Merck, *Health Disparity in Healthcare Resource Utilization in Diabetes*, VEAP 8234, $389,045; 08/02/2019 – 08/01/2021

2. **Bibliography:**

a. Published and Accepted Research Articles (clinical, basic science, other) in Refereed Journals:

1. **Haw JS**, Narayan KM, Ali MK: Quality improvement in diabetes--successful in achieving better care with hopes for prevention. Annals of the New York Academy of Sciences 2015;1353:138-151

2. **Haw JS**, Farrokhi F, Smiley D, Peng L, Reyes D, Newton C, Pasquel FJ, Vellanki P, Umpierrez GE: Comparison of Basal Insulin Regimens on Glycemic Variability in Noncritically Ill Patients with Type 2 Diabetes. Endocr Pract 2015;21:1333-1343

3. Pasquel FJ, Gomez-Huelgas R, Anzola I, Oyedokun F, **Haw JS**, Vellanki P, Peng L, Umpierrez GE: Predictive Value of Admission Hemoglobin A1c on Inpatient Glycemic Control and Response to Insulin Therapy in Medicine and Surgery Patients With Type 2 Diabetes. Diabetes care 2015;38:e202-203

4. Olson DE, Zhu M, Long Q, Barb D, **Haw JS**, Rhee MK, Mohan AV, Watson-Williams PI, Jackson SL, Tomolo AM, Wilson PW, Narayan KM, Lipscomb J, Phillips LS: Increased cardiovascular disease, resource use, and costs before the clinical diagnosis of diabetes in veterans in the southeastern U.S. Journal of general internal medicine 2015;30:749-757

5. **Haw JS**, Tantry S, Vellanki P, Pasquel FJ: National Strategies to Decrease the Burden of Diabetes and Its Complications. Current diabetes reports 2015;15:65

6. Reyes-Umpierrez D, Davis G, Cardona S, Pasquel FJ, Peng L, Jacobs S, Vellanki P, Fayfman M, **Haw S**, Halkos M, Guyton RA, Thourani VH, Umpierrez GE, Cde: Inflammation and Oxidative Stress in Cardiac Surgery Patients Treated to Intensive vs. Conservative Glucose Targets. J Clin Endocrinol Metab 2016:jc20163197

7. Fayfman M, Vellanki P, Alexopoulos AS, Buehler L, Zhao L, Smiley D, **Haw S**, Weaver J, Pasquel FJ, Umpierrez GE: Report on Racial Disparities in Hospitalized Patients with Hyperglycemia and Diabetes. J Clin Endocrinol Metab 2016;101:1144-1150

8. Alexopoulos AS, Fayfman M, Zhao L, Weaver J, Buehler L, Smiley D, Pasquel FJ, Vellanki P, **Haw JS**, Umpierrez GE: Impact of obesity on hospital complications and mortality in hospitalized patients with hyperglycemia and diabetes. BMJ Open Diabetes Res Care 2016;4:e000200

9. **Haw JS**, Galaviz KI, Straus AN, Kowalski AJ, Magee MJ, Weber MB, Wei J, Narayan KMV, Ali MK: Long-term Sustainability of Diabetes Prevention Approaches: A Systematic Review and Meta-analysis of Randomized Clinical Trials. JAMA internal medicine 2017;177:1808-1817

10. Cha E, **Haw JS**, Faulkner MS: 20 Things You Didn't Know About Type 2 Diabetes in Emerging Adults. J Cardiovasc Nurs 2017;32:317-320

11. Umpierrez GE, Cardona S, Chachkhiani D, Fayfman M, Saiyed S, Wang H, Vellanki P, **Haw JS**, Olson DE, Pasquel FJ, Johnson TM, 2nd: A Randomized Controlled Study Comparing a DPP4 Inhibitor (Linagliptin) and Basal Insulin (Glargine) in Patients With Type 2 Diabetes in Long-term Care and Skilled Nursing Facilities: Linagliptin-LTC Trial. Journal of the American Medical Directors Association 2018;19:399-404 e393

12. Rhee MK, Safo SE, Jackson SL, Xue W, Olson DE, Long Q, Barb D, **Haw JS**, Tomolo AM, Phillips LS: Inpatient Glucose Values: Determining the Nondiabetic Range and Use in Identifying Patients at High Risk for Diabetes. The American journal of medicine 2018;131:443 e411-443 e424

13. Galaviz KI, Weber MB, Straus A, **Haw JS**, Narayan KMV, Ali MK: Global Diabetes Prevention Interventions: A Systematic Review and Network Meta-analysis of the Real-World Impact on Incidence, Weight, and Glucose. Diabetes care 2018;41:1526-1534

14. Davis G, Fayfman M, Reyes-Umpierrez D, Hafeez S, Pasquel FJ, Vellanki P, **Haw JS**, Peng L, Jacobs S, Umpierrez GE: Stress hyperglycemia in general surgery: Why should we care? Journal of diabetes and its complications 2018;32:305-309

15. Magee MJ, Salindri AD, Kyaw NTT, Auld SC, **Haw JS**, Umpierrez GE. Stress Hyperglycemia in Patients with Tuberculosis Disease: Epidemiology and Clinical Implications. Current diabetes reports. 2018;18(9):71.

16. Magee MJ, Salindri AD, Gujral UP, Auld SC, Bao J, **Haw JS**, Lin HH, Kornfeld H. Convergence of non-communicable diseases and tuberculosis: a two-way street? Int J Tuberc Lung Dis. 2018 Nov 1;22(11):1258-1268. doi: 10.5588/ijtld.18.0045. PMID: 30355404; PMCID: PMC6281291.

17. Gianella S, **Sonya Haw J**, Blumenthal J, Sullivan B, Smith D. The Importance of Human Immunodeficiency Virus Research for Transgender and Gender-Nonbinary Individuals. Clinical infectious diseases : an official publication of the Infectious Diseases Society of America. 2018;66(9):1460-1466.

18. Cardona S, Gomez PC, Vellanki P, Anzola I, Ramos C, Urrutia MA, **Haw JS**, Fayfman M, Wang H, Galindo RJ, Pasquel FJ, Umpierrez GE: Clinical characteristics and outcomes of symptomatic and asymptomatic hypoglycemia in hospitalized patients with diabetes. BMJ Open Diabetes Res Care 2018;6:e000607

19. Afkarian M, Polsky S, Parsa A, Aronson R, Caramori ML, Cherney DZ, Crandall JP, de Boer IH, Elliott TG, Galecki AT, Goldfine AB, **Haw JS**, Hirsch IB, Karger AB, Lingvay I, Maahs DM, McGill JB, Molitch ME, Perkins BA, Pop-Busui R, Pragnell M, Rosas SE, Rossing P, Senior P, Sigal RJ, Spino C, Tuttle KR, Umpierrez GE, Wallia A, Weinstock RS, Wu C, Mauer M, Doria A; PERL Study Group. Preventing Early Renal Loss in Diabetes (PERL) Study: A Randomized Double-Blinded Trial of Allopurinol-Rationale, Design, and Baseline Data. Diabetes Care. 2019 Aug;42(8):1454-1463. doi: 10.2337/dc19-0342. Epub 2019 Jun 11. PMID: 31186299; PMCID: PMC6647051.

20. Galaviz KI, Ali MK, **Haw JS**, Magee MJ, Kowalski A, Wei J, Straus A, Weber MB, Vos T, Murray C, Narayan KMV. The Estimating effectiveness from efficacy taxonomy (EFFECT): A tool to estimate the real-world impact of health interventions. Diabetes

Res Clin Pract. 2020 Jan;159:107751. doi: 10.1016/j.diabres.2019.05.030. Epub 2019 May 29. PMID: 31152807; PMCID: PMC6883153.

21. Wolf RA, **Haw JS**, Paul S, Spezia Faulkner M, Cha E, Findley MK, Khan F, Markley Webster S, Alexopoulos AS, Mehta K, Alfa DA, Ali MK. Hospital admissions for hyperglycemic emergencies in young adults at an inner-city hospital. Diabetes Res Clin Pract. 2019 Nov;157:107869. doi: 10.1016/j.diabres.2019.107869. Epub 2019 Sep 24. PMID: 31560962; PMCID: PMC6914263.

22. Wirtz AL, Cooney EE, Chaudhry A, Reisner SL, American Cohort To Study HIVAATW: Computer-Mediated Communication to Facilitate Synchronous Online Focus Group Discussions: Feasibility Study for Qualitative HIV Research Among Transgender Women Across the United States. Journal of medical Internet research 2019;21:e12569

23. Galeano-Valle F, **Haw JS**: Erythematous Rash in a Transgender Patient: A Quiz. Acta Derm Venereol 2019;99:623-624

24. Fayfman M, Galindo RJ, Rubin DJ, Mize DL, Anzola I, Urrutia MA, Ramos C, Pasquel FJ, **Haw JS**, Vellanki P, Wang H, Albury BS, Weaver R, Cardona S, Umpierrez GE: A Randomized Controlled Trial on the Safety and Efficacy of Exenatide Therapy for the Inpatient Management of General Medicine and Surgery Patients With Type 2 Diabetes. Diabetes care 2019;42:450-456

25. Campbell SH, Flint KL, **Haw JS**, Davis GM, Vellanki P. Glycemic Control During Gender-Affirming Therapy in a Patient With Type 1 Diabetes. Clin Diabetes. 2019 Oct;37(4):398-400. PMID: 31660018; PMCID: PMC6794227.

26. Wei J, Galaviz KI, Kowalski AJ, Magee MJ, **Haw JS**, Narayan KMV, Ali MK. Comparison of Cardiovascular Events Among Users of Different Classes of Antihypertension Medications: A Systematic Review and Network Meta-analysis. JAMA Netw Open. 2020 Feb 5;3(2):e1921618. PMID: 32083689; PMCID: PMC7043193.

27. Stevenson MO, Sineath RC, **Haw JS**, Tangpricha V. Use of Standardized Patients in Endocrinology Fellowship Programs to Teach Competent Transgender Care. J Endocr Soc. 2020;4(1):bvz007.

28. Doria A, Galecki AT, Spino C, Pop-Busui R, Cherney DZ, Lingvay I, Parsa A, Rossing P, Sigal RJ, Afkarian M, Aronson R, Caramori ML, Crandall JP, de Boer IH, Elliott TG, Goldfine AB, **Haw JS**, Hirsch IB, Karger AB, Maahs DM, McGill JB, Molitch ME, Perkins BA, Polsky S, Pragnell M, Robiner WN, Rosas SE, Senior P, Tuttle KR, Umpierrez GE, Wallia A, Weinstock RS, Wu C, Mauer M; PERL Study Group. Serum Urate Lowering with Allopurinol and Kidney Function in Type 1 Diabetes. N Engl J Med. 2020 Jun 25;382(26):2493-2503.

29. Gujral UP, Johnson L, Nielsen J, Vellanki P, **Haw JS**, Davis GM, Weber MB, Pasquel FJ. Preparedness cycle to address transitions in diabetes care during the COVID-19 pandemic and future outbreaks. BMJ Open Diabetes Res Care. 2020 Jul;8(1):e001520. doi: 10.1136/bmjdrc-2020-001520. PMID: 32690631; PMCID: PMC7385737.

30. Wirtz AL, Cooney EE, Stevenson M, Radix A, Poteat T, Wawrzyniak AJ, Cannon CM, Schneider JS, **Haw JS**, Case J, Althoff KN, Humes E, Mayer KH, Beyrer C, Rodriguez AE, Reisner SL; American Cohort To Study HIV Acquisition Among Transgender Women (LITE) Study Group. Digital Epidemiologic Research on Multilevel Risks for HIV Acquisition and Other Health Outcomes Among Transgender Women in Eastern and Southern United States: Protocol for an Online Cohort. JMIR Res Protoc. 2021 Apr 26;10(4):e29152. PMID: 33900202; PMCID: PMC8111508.

31. Zatloff JP, von Esenwein SA, Cook SC, Schneider JS, **Haw JS**. Transgender-Competent Health Care: Lessons from the Community. South Med J. 2021 Jun;114(6):334-338. PMID: 34075422.

32. Malone, J. Resiner, SL, Cooney, E, Poteat, T, Cannon, C, Schneider, J, Radix, A, Mayer, KH, **Haw, JS**, Althoff, KN, Wawrzyniak, AJ, Beyrer, C, Wirtz, AL. Perceived HIV Acquisition Risk and Low Uptake of PrEP Among a Cohort of Transgender Women with PrEP Indiciation in the Eastern and Southern United States. J Acquir Immune Defic Syndr, 2021; 00:1-9

33. Salindri, AD, **Haw, JS**, Amere, GA, Alese, JT, Umpierrez, GE, Magee, MJ. Latent tuberculosis among patients with and without type-2 diabetes mellitus: Results from a hospital case-control study in Atlanta. BMC Research Notes, 2021

34. Demeterco-Berggren C, Ebekozien O, Rompicherla S, Jacobsen L, Accacha S, Gallagher MP, Todd Alonso G, Seyoum B, Vendrame F, **Haw JS**, Basina M, Levy CJ, Maahs DM. Age and Hospitalization Risk in People With Type 1 Diabetes and COVID-19: Data From the T1D Exchange Surveillance Study. J Clin Endocrinol Metab. 2022 Jan 18;107(2):410-418. doi: 10.1210/clinem/dgab668. PMID: 34581790; PMCID: PMC8500098.

35. Galaviz KI, Weber MB, Suvada K BS, Gujral UP, Wei J, Merchant R, Dharanendra S, **Haw JS**, Narayan KMV, Ali MK. Interventions for Reversing Prediabetes: A Systematic Review and Meta-Analysis. Am J Prev Med. 2022 Apr;62(4):614-625. doi: 10.1016/j.amepre.2021.10.020. Epub 2022 Feb 10. PMID: 35151523.

36. Uppal TS, Chehal PK, Fernandes G, **Haw JS**, Shah M, Turbow S, Rajpathak S, Narayan KMV, Ali MK. Trends and Variations in Emergency Department Use Associated With Diabetes in the US by Sociodemographic Factors, 2008-2017. JAMA Netw Open. 2022 May 2;5(5):e2213867. PMID: 35612855; PMCID: PMC9133946.

37. Turbow SD, Uppal TS, **Haw JS**, Chehal P, Fernandes G, Shah M, Rajpathak S, Ali MK, Narayan KMV. Trends and Demographic Disparities in Diabetes Hospital Admissions: Analyses of Serial Cross-Sectional National and State Data, 2008-2017. Diabetes Care. 2022 Jun 2;45(6):1355-1363. doi: 10.2337/dc21-1837. PMID: 35380629.

38. Cooney EE, Reisner SL, Saleem HT, Althoff KN, Beckham SW, Radix A, Cannon CM, Schneider JS, **Haw JS**, Rodriguez AE, Wawrzyniak AJ, Poteat TC, Mayer KH, Beyrer C, Wirtz AL; American Cohort To Study HIV Acquisition Among Transgender Women (LITE) Study Group. Prevention-effective adherence trajectories among transgender

women indicated for PrEP in the United States: a prospective cohort study. Ann Epidemiol. 2022 Jun;70:23-31; PMID: 35398255; PMCID: PMC9167788.

39. Ebekozien O, Mungmode A, Buckingham D, Greenfield M, Talib R, Steenkamp D, **Haw JS**, Odugbesan O, Harris M, Mathias P, Dickinson JK, Agarwal S. Achieving Equity in Diabetes Research: Borrowing From the Field of Quality Improvement Using a Practical Framework and Improvement Tools. Diabetes Spectr. 2022 Summer;35(3):304-312. doi: 10.2337/dsi22-0002. Epub 2022 Aug 15. PMID: 36072814; PMCID: PMC9396719.

40. Malek R, Shibli-Rahhal A, Correa R, Szmuilowicz ED, Morgan F, Luthra P, Sirisena I, Gianoukakis A, Smooke Praw S, Lieb DC, **Haw JS**, Mayson SE. An Assessment of Diversity, Inclusion, and Health Equity Training in Endocrinology Fellowship Programs in the United States. Endocr Pract. 2022 Nov;28(11):1159-1165. doi: 10.1016/j.eprac.2022.08.010. Epub 2022 Aug 17. PMID: 35985561.

41. Wolf RA, **Haw JS**, Martyn KK, Kimble LP. Diabetes Care Provider Perceptions Regarding Emerging Adults' Diabetes Self-Management Influences and Patient-Provider Visit Interactions Within a Safety-Net Hospital. Clin Diabetes. 2022 Winter;41(1):90-101. doi: 10.2337/cd21-0075. Epub 2022 May 26. PMID: 36714255; PMCID: PMC9845076.

42. Wolf RA, Martyn KK, **Haw JS**, Kimble LP. Emerging Adults with Diabetes in Safety-Net Care: Self-Management Influences and Patient-Provider Interactions. West J Nurs Res. 2023 May 7:1939459231172587. doi: 10.1177/01939459231172587. Epub ahead of print. PMID: 37151107.

43. Wirtz AL, Humes E, Althoff KN, Poteat TC, Radix A, Mayer KH, Schneider JS, **Haw JS**, Wawrzyniak AJ, Cannon CM, Stevenson M, Cooney EE, Adams D, Case J, Beyrer C, Laeyendecker O, Rodriguez AE, Reisner SL; American Cohort to Study HIV Acquisition Among Transgender Women (LITE) Study Group. HIV incidence and mortality in transgender women in the eastern and southern USA: a multisite cohort study. Lancet HIV. 2023 May;10(5):e308-e319. doi: 10.1016/S2352-3018(23)00008-5. Epub 2023 Feb 28. PMID: 36868260; PMCID: PMC10164681.

44. Chehal PK, Uppal TS, Turbow S, Fernandes G, **Haw JS**, Shah MK, Rajpathak S, Narayan KMV, Ali MK. Continuity of Medication Use by US Adults With Diabetes, 2005-2019. JAMA Netw Open. 2023 Jan 3;6(1):e2253562. doi: 10.1001/jamanetworkopen.2022.53562. PMID: 36716032; PMCID: PMC9887500.

**b.   Manuscripts Submitted:**

Srinidhi Bharadwaj, Sagarika Das, MPH, Jason S. Schneider, MD, Limin Peng, PhD, J. Sonya Haw, MD, A comparative analysis of sociobehavioral outcomes among transgender women living with and without HIV.

**c.   Review Articles:**

1. **Haw JS**, Tantry S, Vellanki P, Pasquel FJ: National Strategies to Decrease the Burden of Diabetes and Its Complications. Current diabetes reports 2015;15:65

2. **Haw JS**, Narayan KM, Ali MK: Quality improvement in diabetes--successful in achieving better care with hopes for prevention. Annals of the New York Academy of Sciences 2015;1353:138-151

3. Fayfman M, **Haw S**: Diabetes in Racial and Ethnic Minorities in the United States: Individualizing approaches to diagnosis and management. Curr Diabetes Rev 2016

4. Magee MJ, Salindri AD, Kyaw NTT, Auld SC, **Haw JS**, Umpierrez GE: Stress Hyperglycemia in Patients with Tuberculosis Disease: Epidemiology and Clinical Implications. Current diabetes reports 2018;18:71

5. Magee MJ, Salindri AD, Gujral UP, Auld SC, Bao J, **Haw JS**, Lin HH, Kornfeld H: Convergence of non-communicable diseases and tuberculosis: a two-way street? The international journal of tuberculosis and lung disease : the official journal of the International Union against Tuberculosis and Lung Disease 2018;22:1258-1268

6. Gianella S, **Haw JS**, Blumenthal J, Sullivan B, Smith D: The Importance of Human Immunodeficiency Virus Research for Transgender and Gender-Nonbinary Individuals. Clinical infectious diseases : an official publication of the Infectious Diseases Society of America 2018;66:1460-1466

7. **Haw JS,** Shah M, Turbow S, Egeolu M, Umpierrez G. Diabetes Complications in Racial and Ethnic Minority Populations in the USA. Curr Diab Rep. 2021 Jan 9;21(1):2. PMID: 33420878; PMCID: PMC7935471.

**d. Book Chapters:**

1. **Haw, JS**, Rushakoff, R. Umpierrez, GU. Diabetic Ketoacidosis and Hyperglycemic Hyperosmolar State. In: Draznin, B, ed. Managing Diabetes and Hyperglycemia in the Hospital Settings, American Diabetes Association, 2016.

**e. Published Abstracts:**

1. **Haw, JS**, Phillips LS. Chronic Poor Diabetes Control in a Large Integrated Healthcare System. Endocrine Reviews. Vol 34. June 2014.

**3. Contributions Not Otherwise Noted:**
   a. Ambulatory clinic and Inpatient consult service schedule organizer for Endocrinology faculty at Grady, Emory University, 2019 –present

   b. Internal Medicine Residency Y-block rotation in Endocrinology schedule organizer, Emory University, 2020 –present

## APPENDIX B - REFERENCES

1.  E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, D. H. Karasic, G. A. Knudson, S. F. Leibowitz, H. F. L. Meyer-Bahlburg, S. J. Monstrey, J. Motmans, L. Nahata, T. O. Nieder, S. L. Reisner, C. Richards, L. S. Schechter, V. Tangpricha, A. C. Tishelman, M. A. A. Van Trotsenburg, S. Winter, K. Ducheny, N. J. Adams, T. M. Adrián, L. R. Allen, D. Azul, H. Bagga, K. Başar, D. S. Bathory, J. J. Belinky, D. R. Berg, J. U. Berli, R. O. Bluebond-Langner, M.B. Bouman, M. L. Bowers, P. J. Brassard, J. Byrne, L. Capitán, C. J. Cargill, J. M. Carswell, S. C. Chang, G. Chelvakumar, T. Corneil, K. B. Dalke, G. De Cuypere, E. de Vries, M. Den Heijer, A. H. Devor, C. Dhejne, A. D'Marco, E. K. Edmiston, L. Edwards-Leeper, R. Ehrbar, D. Ehrensaft, J. Eisfeld, E. Elaut, L. Erickson-Schroth, J. L. Feldman, A. D. Fisher, M. M. Garcia, L. Gijs, S. E. Green, B. P. Hall, T. L. D. Hardy, M. S. Irwig, L. A. Jacobs, A. C. Janssen, K. Johnson, D. T. Klink, B. P. C. Kreukels, L. E. Kuper, E. J. Kvach, M. A. Malouf, R. Massey, T. Mazur, C. McLachlan, S. D. Morrison, S. W. Mosser, P. M. Neira, U. Nygren, J. M. Oates, J. Obedin-Maliver, G. Pagkalos, J. Patton, N. Phanuphak, K. Rachlin, T. Reed, G. N. Rider, J. Ristori, S. Robbins-Cherry, S. A. Roberts, K. A. Rodriguez-Wallberg, S. M. Rosenthal, K. Sabir, J. D. Safer, A. I. Scheim, L. J. Seal, T. J. Sehoole, K. Spencer, C. St. Amand, T. D. Steensma, J. F. Strang, G. B. Taylor, K. Tilleman, G. G. T'Sjoen, L. N. Vala, N. M. Van Mello, J. F. Veale, J. A. Vencill, B. Vincent, L. M. Wesp, M. A. West & J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644

2.  Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline [published correction appears in J Clin Endocrinol Metab. 2018 Feb 1;103(2):699] [published correction appears in J Clin Endocrinol Metab. 2018 Jul 1;103(7):2758-2759]. J Clin Endocrinol Metab. 2017;102(11):3869-3903. doi:10.1210/jc.2017-01658

3.  Connelly PJ, Marie Freel E, Perry C, et al. Gender-Affirming Hormone Therapy, Vascular Health and Cardiovascular Disease in Transgender Adults [published correction appears in Hypertension. 2020

Apr;75(4):e10]. *Hypertension*.                    2019;74(6):1266-1274.
doi:10.1161/HYPERTENSIONAHA.119.13080

4.  Balcerek MI, Nolan BJ, Brownhill A, et al. Feminizing Hormone Therapy
    Prescription Patterns and Cardiovascular Risk Factors in Aging Transgender
    Individuals in Australia. *Front Endocrinol (Lausanne)*. 2021;12:667403.
    Published 2021 Jul 13. doi:10.3389/fendo.2021.667403

5.  Turino Miranda K, Kalenga CZ, Saad N, et al. Gender-affirming estrogen
    therapy route of administration and cardiovascular risk: a systematic review
    and narrative synthesis. *Am J Physiol Heart Circ Physiol*. 2022;323(5):H861-
    H868. doi:10.1152/ajpheart.00299.2022

6.  Kidd JD, Tettamanti NA, Kaczmarkiewicz R, et al. Prevalence of substance
    use and mental health problems among transgender and cisgender U.S. adults:
    Results from a national probability sample. *Psychiatry Res*. 2023;326:115339.
    doi:10.1016/j.psychres.2023.115339

7.  Zaliznyak M, Yuan N, Bresee C, Freedman A, Garcia MM. How Early in Life
    do Transgender Adults Begin to Experience Gender Dysphoria? Why This
    Matters for Patients, Providers, and for Our Healthcare System. Sex Med.
    2021 Dec;9(6):100448. doi: 10.1016/j.esxm.2021.100448. Epub 2021 Oct 31.
    PMID: 34731778; PMCID: PMC8766261.

**EXHIBIT 5**

**EXPERT DECLARATION
OF DR. JENS URS BERLI,
M.D.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JANE DOE,

      Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

Civ. Case No. _____

## EXPERT DECLARATION OF JENS URS BERLI, M.D.

I, Jens Urs Berli, M.D., declare as follows:

## I.    INTRODUCTION

1.    I am a surgeon and associate professor at Oregon Health & Science University's Division of Plastic & Reconstructive Surgeries. I specialize in gender-affirming surgeries for transgender patients.

2.    I have been retained by the plaintiff in the above-captioned matter to provide my expert opinion on the medical necessity of providing gender-affirming surgery and care to the plaintiff to treat her longstanding gender incongruence and associated gender dysphoria.

3.    Extensive practice in the field, academic work, knowledge of the

1

standards of practice, and discussions with hundreds of transgender patients inform my expert opinion that gender-affirming surgery is medically necessary and critical to the well-being and safety of transgender women and transfeminine people.[1]

### A.    Background & Qualifications

4.    I am a board-certified plastic surgeon and professor with expertise providing surgical treatment for gender dysphoria. In addition to completing undergraduate and graduate medical training at the University of Zurich and a partial surgery residency in Zurich, Switzerland, I completed a full residency in plastic & reconstructive surgery at Johns Hopkins School of Medicine in Baltimore, Maryland. Presently, I am the division chief, an associate professor of surgery, the residency and gender fellowship program director at Oregon Health & Science University (OHSU).

5.    My medical practice is devoted to transgender health, specifically gender-affirming surgery. In the past six years, I have performed both masculinizing and feminizing gender-affirming surgeries on over 2,000 transgender patients.

6.    Gender affirming surgery is also my scholarship focus. I have co-authored more than 40 peer-reviewed journal articles and book chapters on gender-affirming surgery. I am an associate editor of the journal of Plastic & Reconstructive

---

[1] E. Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, Int'l J. Transgender Health, 2022 Sep 6;23(Suppl 1):S1-S259 (hereinafter WPATH SOC 8th version).

2

Surgery and the International Journal of Transgender Health. A list of my authorships, editorial roles, and reviewerships are included in my curriculum vitae ("CV"), which also further documents my education and years of expertise in the field. A true and accurate copy of my CV is attached hereto as Exhibit A. I have also lectured nationally and internationally on the topic of gender-affirming surgery for the past seven years.

7.    I am active in professional associations including the American Society of Plastic Surgery, American Council of Academic Plastic Surgeons, and the World Professional Association for Transgender Health (WPATH). I served on the Surgical Chapter Committee for WPATH and co-authored the international Standards of Care, Version 8 guidelines.[2] The WPATH's Standards of Care are based on the best available science and expert professional consensus. I am also the vice-chair of the faculty development committee for the Global Education Initiative for WPATH.

8.    I have been retained by counsel for plaintiff Jane Doe ("plaintiff") to provide the Court with my expert evaluation and opinion regarding the medical necessity of treating the plaintiff's gender dysphoria. This declaration provides my opinions and conclusions, including (i) scientific information regarding gender dysphoria and its impact on the health and well-being of individuals living with gender dysphoria; (ii) information regarding best practices and the accepted

---

[2] *Id.*

3

standards of care for individuals living with gender dysphoria; and (iii) the results of my review of the plaintiff's medical record and virtual interview. I have actual knowledge of the matters stated herein and could and would so testify if called as a witness. In addition to the materials cited herein, I have relied in preparing this report on my training and years of research and clinical experience as set out in my CV and on the materials listed therein. In addition, I have reviewed the complaint and Ms. Doe's extensive medical records, and I have interviewed the plaintiff to further support my professional opinions.

9.      The materials I have relied upon in preparing this expert report are the same types of materials that experts in my field regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available.

10.      I am being compensated for my work on this matter at a discounted rate of $400 an hour. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## II.   DISCUSSION/EXPERT   OPINIONS   ON   GENDER-AFFIRMING SURGERY

### A.   Background on Transgender People & Gender Dysphoria

11.   Transgender is a term used to describe people whose gender identity differs from the biologic sex they were born with ("phenotype"), specifically the genital and gonadal phenotype present at birth. During development, additional secondary sex characteristics develop and most markedly so during adolescence. Those include but are not limited to: changes to the cranio-facial skeleton, breast development, muscular growth, body fat distribution, hair growth.[3]

12.   Many transgender people experience gender dysphoria.[4] People diagnosed with gender dysphoria experience clinically significant distress or impairment stemming from the incongruence between their gender identity and their phenotypical sex. Severe gender dysphoria is a deeply scarring condition. It limits people from being able fully to partake in the human experience and often gives rise

---

[3] *Id.*

[4] *See* Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders* 451–53 (5th ed. 2013). Diagnostic criteria for gender dysphoria are found in the World Health Organization's International Classification of Diseases ("ICD") under the name gender incongruence, *ICD-11 for Mortality and Morbidity Statistics: Gender Incongruence*, WORLD HEALTH ORG. (Feb. 2022), https://icd.who.int/browse11/l-m/en#/http%3a%2f%2fid.who.int%2ficd%2fentity%2f411470068, and in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders*, Am. Psychiatric Ass'n, *supra* n.4, at 452–53. Gender incongruence is no longer considered a mental disorder by the World Health Organization. *Gender Incongruence and Transgender Health in the ICD*, WORLD HEALTH ORG., https://www.who.int/standards/classifications/frequently-asked-questions/gender-incongruence-and-transgender-health-in-the-icd#:~:text=ICD%2D11%20has%20redefined%20gender, incongruence%20of%20childhood%E2%80%9D%2C%20respectively.

5

to co-occurring mental health and somatic problems. These manifestations can be exacerbated by societal repercussions, stigmatization, and physical and emotional assaults. Further, in severe cases of gender dysphoria—and in the absence of adequate medical, surgical, and mental health care—self-harm, self-mutilation, suicidal ideation, and suicide are well established negative health outcomes of this disease.[5]

13.     Gender incongruence and associated distress has been well established in the plaintiff's medical history. While suicidality in the prison population can be elevated, the reviewed documentation of the plaintiff's medical history very clearly documents the direct link from the plaintiff's self-mutilation and suicidality to her gender incongruence and lack of access to appropriate medical care. Her first documented attempt at self-castration is dated back to 1992.

14.     The World Professional Association for Transgender Health (WPATH) is a professional and educational organization devoted to transgender health.[6] WPATH's mission is to "engage in clinical and academic research to develop evidence-based medicine and strive to promote a high quality of care for transsexual,

---

[5] E. Marshall et al., *Non-suicidal self-injury and suicidality in trans people: A systematic review of the literature*, Internal Rev. Psychiatry, 2016;28(1):58-69; A. Beck et al., *Relationship between hopelessness and ultimate suicide: A replication with psychiatric outpatients*, Am. J. of Psychiatry, 147(2) (1990).

[6] Eli Coleman, et al., *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, WORLD PROF'L ASSOC. FOR TRANSGENDER HEALTH, 1 (7th ed.), https://www.wpath.org/media/cms/Documents/SOC%20v7/SOC%20V7_English2012.pdf?_t=161366934 1 (hereinafter WPATH SOC 7th version); WPATH SOC 8th version, *supra* note 1, at S5.

6

transgender, and gender-nonconforming" people.[7] WPATH publishes standards of care ("SOC") for treating gender dysphoria. The SOC are updated periodically, with eight versions published since 1979.[8] WPATH's standards of care "are based on the best available science and expert professional consensus."[9]

15.     The broader medical and scientific community recognizes WPATH as establishing the authoritative standards for treatment of transgender people with gender dysphoria. The American Medical Association,[10] American Psychological Association,[11] American College of Obstetricians and Gynecologists,[12] and the American Academy of Family Physicians[13] all recognize that surgical treatments to bring the body's genitals and secondary sex characteristics into alignment with the patient's self-identified sex are medically necessary treatments for gender dysphoria.

16.     The current evidence incorporated in the WPATH SOC recommend

---

[7] *Mission and Vision*, WPATH, https://www.wpath.org/about/mission-and-vision (last visited Sept. 14, 2022).

[8] Standards of Care Version 8, WPATH, https://www.wpath.org/publications/soc (listing the years in which the past versions were published).

[9] Standards of Care Version 8, WPATH, https://www.wpath.org/publications/soc.

[10] *Clarification of Medical Necessity for Treatment of Gender Dysphoria*, American Medical Association, https://policysearch.ama-assn.org/policyfinder/detail/gender%20surgical?uri=%2FAMADoc%2FHOD-185.927.xml (last visited Sept. 16, 2022).

[11] *Transgender, Gender Identity, and Gender Expression Non-Discrimination*, American Psychological Association (2008), https://www.apa.org/about/policy/transgender.pdf.

[12] *Health Care for Transgender and Gender Diverse Individuals*, Am. Coll. of Obstetricians & Gynecologists (Mar. 2021), https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals.

[13] *Care for the Transgender and Gender Nonbinary Patient*, Am. Academy of Family Physicians (July 2022), https://www.aafp.org/about/policies/all/transgender-nonbinary.html.