**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

JANE DOE,

     Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS et al.,

         Defendants.

Civ. No.

<u>**APPENDIX IN SUPPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**</u>

| Exhibit | Title | Appendix |
|---------|-------|----------|
| Exhibit 1 | Declaration of D Dangaran in Support of Plaintiff's Motion for Preliminary Injunction | p. 3–5 |
| Exhibit 2 | Affidavit of Jane Doe | p. 6–54 |
| Exhibit 3 | Expert Declaration of Dr. Isabel S. Lowell, M.D., M.B.A. | p. 55–81 |
| Exhibit 4 | Expert Declaration of Dr. Jeehea Sonya Haw, M.D. | p. 82–121 |
| Exhibit 5 | Expert Declaration of Dr. Jens Urs Berli, M.D. | p. 122–167 |
| Exhibit 6 | Georgia Department of Corrections Standard Operating Procedure 507.04.68 – Management and Treatment of Transgender Offenders | p. 168–175 |

| Exhibit 7 | Georgia Department of Corrections Standard Operating Procedure 507.04.07 – Scope of Treatment Services | p. 176–180 |
|---|---|---|
| Exhibit 8 | Jane Doe Partial Grievance Documents | p. 181–208 |
| Exhibit 9 | Jane Doe Letter to Centurion Health | p. 209–216 |
| Exhibit 10 | Declaration of Aries Hinson | p. 217–235 |
| Exhibit 11 | Declaration of Ronnie Fuller | p. 236–246 |
| Exhibit 12 | Sealed Jane Doe Excerpted Medical Records | p. 247 |
| Exhibit 13 | Sealed Prior Case | p. 248 |
| Exhibit 14 | Excerpt from DSM-5 | p. 249–253 |

that aligning a person's primary and secondary sex characteristics with the person's gender identity (self-identified sex) is <u>the most effective</u> treatment for gender dysphoria. This is accomplished through a combination of hormone replacement therapy, hair removal, and surgery.[14]

17.    The details of treatment for gender dysphoria—as with other health conditions—depend on the severity and nature of the patient's symptoms as well as the patient's overall individual health. A combination of hormones and social transition may suffice to manage relatively mild cases.[15] However, for many transgender people "surgery is essential and medically necessary to alleviate their gender dysphoria" because "relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity."[16]

18.    For all individuals suffering from gender incongruence, safe social transition—which includes the use of appropriate pronouns, legal gender and name

---

[14] W.C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, J Clin. Endocrinol Metab., 2017 Nov 1;102(11):3869-3903; Erratum in: J Clin Endocrinol Metab. 2018 Feb 1;103(2):699; Erratum in: J Clin Endocrinol Metab. 2018 Jul 1;103(7):2758-2759; Jens Berli et al., *What Surgeons Need to Know About Gender Confirmation Surgery When Providing Care for Transgender Individuals: A Review*, JAMA Surg. 2017 Apr 1;152(4):394-400.

[15] W.C. Hembree et al., *supra* n. 15; M. Hadj-Moussa, D. Ohl, & W. Kuzon Jr., *Evaluation and Treatment of Gender Dysphoria to Prepare for Gender Confirmation Surgery*, Sex Med Rev. 2018 Oct.;6(4):607-17.

[16] R. Ettner, *Care of the elderly transgender patient*, Current Opinion in Endocrinology and Diabetes, 2013, 20(6), 580-584 (2013); Ettner, R. & Wylie, K., *Psychological and social adjustment in older transsexual people*, Maturitas, 74(3), 226–29 (2013).

8

change, and ability to safely express their gender—are further imperative means to mitigate gender dysphoria.[17]

19.    The plaintiff's medical history is consistent with a marked and sustained gender incongruence.  Based on a review of her medical history, it is my professional medical opinion that Ms. Doe qualifies for and in fact requires a multi-modal therapeutic approach including hormones and surgery.

**B.    Gender-Affirming Surgery is Standard and Medically Necessary Treatment for Gender Dysphoria.**

20.    There is no accepted alternative that is cheaper and equally effective to treat gender dysphoria than gender-affirming surgery and hormone treatment. Attempts at changing the inherent gender identity to align with the phenotype have been explored and clearly demonstrated to not be effective and instead lead to an increase in depression, suicidality, substance abuse, loss of relationship, family estrangement, and post-traumatic stress response.[18] Also see the United States Joint Statement Against Conversion Efforts that has been endorsed by the American Medical Association.[19] Further, gender-affirming surgery has been studied and

---

[17] S. Weyers et al., *Long-term assessments of the physical, mental and sexual health among transsexual women*, J. Sex. Med., 2009, 6(3), 752–60; M. Verbeek et al., *Experiences with stigmatization among transgender individuals after transition: A qualitative study in the Netherlands*, Int'l J. Transgender Health, 2020, 21:2, 220-223; K. Seelman, *Transgender adults' access to college bathrooms and housing and the relationship to suicidality*, Social Work Faculty Publications, 2016, at 64.

[18] J.L. Turban et al., *Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults*, JAMA Psychiatry, 7(1):68-76 (2020).

[19] United States Joint Statement Against Conversion Efforts, Aug. 23, 2023, *available at* https://usjs.org/usjs-final-version/ (last visited Nov. 15, 2023); W. Byne, *Regulations restrict practice of*

9

found to be effective, with an acceptable risk profile and beneficial health outcomes, as a treatment modality to alleviate gender dysphoria.[20]

21.    The most frequently performed gender-affirming surgery procedures for transfeminine individuals are: genital gender affirming surgery ("gGAS"), gender affirming breast augmentation ("GABA"), and facial gender affirming surgery ("FGAS"). These areas of the human body are most dramatically affected by the effects of testosterone and estrogen during fetal development (gGAS) and adolescence (GABA/FGAS). The intent of surgery is to either reverse the effects of unwanted cross-sex hormone exposure during adolescence (GABA/FGAS) and/or reconstruct the anatomical configuration and function of the opposite phenotype (gGAS).

22.    **Genital Gender Affirming Surgery:** The external and internal genito-urinary anatomy and associated gonads are an intricate system of tissues and organs that play a vital role in reproduction, sexual, urinary, and psychosocial function. For transfeminine individuals, unless a medical contraindication exists, the creation of a vagina includes: orchiectomy, removal of penile tissue, creation of a clitoris, creation of a vaginal canal, creation of external and internal labia, shortening of the urethra. The preoperative course includes hair removal of the perineal and scrotal area in

---

conversion therapy, LGBT Health, 3(2), 97-99 (2016).

[20] WPATH SOC 8th version, *supra* n. 1.

order to utilize this tissue to create the vaginal canal. The therapeutic approach serves two main indications: First, through orchiectomy (removal of testes), a major source of testosterone is eliminated and decreases the need for anti-androgen medication substitution. In some individuals, an orchiectomy is performed separately from a vaginoplasty, in case of an expected longer delay prior to undergoing vaginoplasty and to provide relief.[21] Secondly, through gGAS, the external and internal genito-urinary anatomy are more closely aligned with that of a non-transgender female. Both aspects are critical in alleviating or eliminating gender dysphoria.

23.    Outcome studies after gGAS have consistently demonstrated a high degree of patients' satisfaction, good sexual outcomes, maintenance of urinary function, and an acceptable and manageable risk profile.[22] Safe and good outcomes from gGAS are dependent on access to appropriate preoperative preparation that includes electrolysis for hair removal, pre-habilitation with pelvic floor therapy, and postoperative care that includes pelvic physical therapy and access to a clean and safe space for daily dilations.[23]

---

[21] M.C. Hehemann & T.J. Walsh, *Orchiectomy as Bridge or Alternative to Vaginoplasty*, Urol. Clin. North Am. 2019 Nov;46(4):505-510; Horbach, et al., *Outcome of vaginoplasty in male-to-female transgenders: a systematic review of surgical techniques*, J. Sex. Med., 2015; 12:1499-1512.

[22] Horbach et al., *supra* n. 22 (finding the following rates of satisfaction: Depth: 76% - 100%; Appearance: 90% - 100%; Improvement in quality of life: 7.9 (scale -10 – 10); Happiness: 8.7 (scale 0 – 10); Life is easier: 83.1%).

[23] D.D. Jiang et al., *Implementation of a Pelvic Floor Physical Therapy Program for Transgender Women Undergoing Gender-Affirming Vaginoplasty*, Obstet. Gynecol. 2019 May;133(5):1003-1011.

24.     The plaintiff has extensively and consistently demonstrated the medical need and even attempted to self-castrate in order to alleviate the impact of harmful testosterone exposure. In the absence of access to gGAS, and without any other suitable medical alternative, there is a high likelihood that future self-harm will occur in an attempt to self-treat. For individuals not suffering from gender dysphoria, this imperative drive to treatment may appear as a mental health illness; however, consider a large, painful abscess and lack of access to care as an equivalent example. Most individuals—regardless of their mental health status—would most likely attempt to lance the pathology themselves to alleviate suffering.

25.     **Gender-Affirming Breast Augmentation:** The key anatomic differences between non-transgender ("cis-women") and transfeminine individuals suffering from incongruence of their chest proportions—aside from the lack of full breast development—include:   broader chest conformation, increased muscle development, and nipple areolar position.[24] Cisgender women are more likely to present with an ectomorph body type and transgender patients with an endomorph body type, with significantly larger chest measurements, based on a single-center,

---

[24] A.C. Nauta et al., *Differences in Chest Measurements between the Cis-female and Trans-female Chest Exposed to Estrogen and Its Implications for Breast Augmentation*, Plast. Reconstr. Surg. Glob. Open., 2019 Mar 13;7(3):2AC; Jens Berli et al., *What Surgeons Need to Know About Gender Confirmation Surgery When Providing Care for Transgender Individuals: A Review*, JAMA Surg. 2017 Apr 1;152(4):398A.

12

2-year study of transgender and cisgender patients seeking breast augmentation.[25] Cis-women usually have a shorter, more conical thorax, a greater amount of mammary and axillary fat, a more discrete inframammary fold farther from the nipple, and more fat at the intersection of the muscles in the thorax. In contrast, the testosterone-exposed chest is wider, with stronger and more developed pectoralis muscles; broader shoulders; a less defined, higher inframammary fold; a shorter distance between the nipple areolar complex (NAC) and inframammary fold; a wider sternum; smaller, more oval, and more laterally positioned nipples; a tighter chest envelope; tauter skin; and less breast tissue.[26]

26.     Further, in transgender patients, testosterone exposure during adolescence and the exogenous estrogen administered during the transition process, before gender affirmation surgery, can result in an underdeveloped breast mound and tissue with an incongruous proportion of chest width to breast size.[27] Surgical treatment to alleviate this incongruence usually involves implantation of a silicone breast implant and/or fat grafting. A physical examination by a surgeon with experience in gender-affirming surgery can formally establish the medical necessity

---

[25] A.C. Nauta et al., *supra* n. 25, at 2CB, 3A, 4A.

[26] K. Claes et al., *Chest Surgery for Transgender and Gender Nonconforming Individuals*, Clin. Plast. Surg., 2018 Jul;45(3):370B; R. Bluebond-Langner et al., *Top Surgery in Transgender Men: How Far Can You Push the Envelope?*, Plast. Reconstr. Surg.. 2017 Apr;139(4):873e-882e; A.C. Nauta et al., *supra* n.25, at 4AB, 6.

[27] S.K. Narayan et al., *Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies*, Ann. Transl. Med., 2021 Apr;9(7):408B; A.C. Nauta, supra n. 25, at 1A.

through objective measurements and examination of the breast development under exogenous estrogen supplementation.

27.    Ideally the patient has undergone a consistent hormone treatment for 12 months prior to GABA. In a majority of individuals the exogenous estrogen treatment does not lead to a Tanner stage 4-5 breast development and GABA is indicated to form the breast.

28.    Based on the plaintiff's body habitus and reported minimal breast development, GABA is very likely indicated as part of the treatment to alleviate the plaintiff's gender dysphoria.

29.    **Facial Gender-Affirming Surgery:** The face is the most visible marker of gender. We carry the face into the world and, unlike breasts or genitals, we do not cover the face with clothes or bind it.[28] When a transfeminine individual goes through endogenous puberty, testosterone changes both structural and soft tissue aspects of her face. Changes include growth of facial hair, development of an Adam's apple, and changes to the bones and cartilage of the forehead/ brow, jaw, and nose.[29] Gender expression (i.e. make up, hair piece) alone cannot camouflage

---

[28] *See* Alex Dubov & Liana Fraenkel, *Facial Feminization Surgery: The Ethics of Gatekeeping in Transgender Health*, Am. J. Bioethics, Dec. 2018, at 5 ("[Facial feminization Surgery ("FFS")] accomplishes a number of outcomes that [gender reassignment surgery ("GRS")] alone cannot deliver. While GRS is most commonly associated with transition, it has minor impact on how other recognize and respond to a person's gender. Genitals are hidden from the vast majority of daily encounters. If the ultimate goal of MtF transition is for the patient to be recognized by others as a woman, then the most profound change can be achieved by focusing on what others see the most—the face.").

[29] *Cf.* Devin Coon et al., *Facial Gender Surgery: Systematic Review and Evidence-Based Consensus*

14

**136**

the effects of testosterone on facial structure. These visible changes result in a transfeminine face being perceived as male by herself and others, both of which can be an extreme source of gender dysphoria.[30] A 2010 study indicates that FGAS contributes to an improvement in quality of life for trans women.[31] On the contrary, having a face that continues to be perceived as male puts transgender women and transfeminine people at risk for both psychological and physical harm.[32]

30.    FGAS is a set of procedures that treats the symptoms of gender dysphoria by "[a]ddressing masculine characteristics of the brows, nose, mandible, and chin."[33] The areas that are most frequently affected by testosterone—and thus crucial areas of reconstruction—include but are not limited to the forehead, nose,

---

*Guidelines from the International Facial Gender Symposium*, 149 Plastic & Reconstructive Surgery 212, 219 (2022) (discussing an objective of FGAS as the treatment of "features affected by exposure to testosterone during puberty"). Eric Plemons profiled women through their process of surgical transition, where he noted that one surgeon's "approach was recuperative of the prepubescent face [the patient] once had." Eric Plemons, *The Look of a Woman: Facial Feminizaiton Surgery and the Aims of Trans-Medicine* 52–53 (2017).

[30] S.A. Reza Nouraei et al., *The Role of Nasal Feminization Rhinoplasty in Male-to-Female Gender Reassignment*, 9 Archives of Facial Plastic Surgery 318, 318 (2007) (describing an objective of medical and surgical interventions for gender dysphoria as "aligning the patient's physical appearance with his or her perceived sex").

[31] Tiffiny A. Ainsworth & Jeffrey H. Spiegel, *Quality of Life of Individuals with and Without Facial Feminization Surgery or Gender Reassignment Surgery*, 19 Quality Life Res. 1019, 1023 (2010).

[32] Shane D. Morrison et al., *Prospective Quality-of-Life Outcomes after Facial Feminization Surgery: An International Multicenter Study*, 145 Plastic & Reconstructive Surgery 1449, 1500 (2020) ("[F]acial feminization surgery plays a critical role in gender affirmation of many transfeminine people. The face is one of the most visible external purveyors of gender, and typically 'masculine' features can make it difficult for transfeminine people to be perceived as their correct gender. The resulting misinterpretation by others as male or undesired 'outing' as transgender may not only exacerbate mental health sequelae of facial gender dysphoria, but also may worsen external discrimination stemming from transphobia. Therefore, perhaps more so than with other types of gender-affirming surgery, facial feminization surgery may protect transgender women from real bodily harm.").

[33] *Id.*

15

midfacial volume, upper lip length, jawline, and Adam's apple (trachea). Alterations of the osseous and cartilaginous facial structural and soft tissue components are manifold and each face differs in needs for the various techniques. At its core, FGAS aims to remove as many typically male secondary sex characteristics to decrease the ability of the general public to identify the patient by their sex assigned at birth, which in turn reduces gender dysphoria.[34]

31.    FGAS is an effective treatment for gender dysphoria. It has been shown that FGAS increases the likelihood that an individual will be perceived as a phenotypical woman.[35] Studies have shown that patients perceive their face as more congruent with their gender identity after FGAS.[36] It has also been shown that the face is significantly more likely perceived as female by others following FGAS,[37] which in turn alleviates gender dysphoria by decreasing the occurrence of misgendering and harassment.[38]

---

[34] Dubov, *supra* n. 29, at 4 (explaining that "[t]he objective of [FGAS] is to decrease gender dysphoria by aligning the facial features of gender with the inward identification of gender" such that "the face will be recognized as belonging to the female gender" to decrease dysphoria symptoms).

[35] Mark Fisher et al., *Facial Feminization Surgery Changes Perception of Patient Gender*, 40 Aesthetic Surgery Journal 2020, 703, 708–09 (concluding that before FGAS even with use of hormone therapy and typically female hair and makeup, patients were perceived as female approximately half the time, but that after FGAS, "patients were significantly more likely" to be perceived as female by the public).

[36] Coon, *supra* n. 30, at 213 ("Seven studies . . . specifically assessed patients' perceptions of their postsurgical face and change in self-perceived femininity; 235 of 295 patients (80 percent) reported feeling more feminine as a result of surgery . . . .").

[37] Fisher, *supra* n. 36, at 703 ("Patients after FFS are more likely to be identified as female and with greater confidence than before surgery. This is despite preoperative female hormone therapy, and nonsurgical methods that patients use to feminize their appearance.").

[38] *Cf.* Morrison, *supra* n. 33, at 1500 (noting that FGAS may have the effect of protecting transgender

16

32.    FGAS is not cosmetic. Unlike cosmetic surgery, undertaken for aesthetic reasons, FGAS is performed to treat a diagnosis of gender dysphoria and all its psychological, somatic, and social repercussions. Reconstructive FGAS alters the structure of the face to correct effects of testosterone. One systemic review identified core FGAS surgeries as including forehead contouring, rhinoplasty, genioplasty, and laryngeochondroplasty.[39] The review concluded that these FGAS surgeries "are not cosmetic, are medically necessary, and should be covered by insurance" as they "address the most common concerns and are shown to (a) make the face more feminine to observers and may decrease misgendering; (b) improve patient-reported facial perception and quality of life; and (c) cannot be dismissed as 'cosmetic,' as they arise solely from either the effect of testosterone on facial development or iatrogenic sequelae."[40] In other words, FGAS is not a matter of making patients more beautiful. Instead, with FGAS, the patient's face goes from one that is misperceived as male to one that is recognized as female by herself and others, which has a significantly positive effect on gender dysphoria.[41]

33.    Medical opinions of professional societies, standards of care ("SOC"), and literature hold gender-affirming surgery to not only be an appropriate medical

---

women from discrimination and undesired outing, causing gender dysphoria).

[39] *Id.*

[40] *Id.* at 222.

[41] *Id.*

treatment but the most definitive treatment that is effective at treating gender dysphoria associated with phenotypical incongruence. WPATH expressly names all the outlined gender-affirming surgery procedures as medically necessary surgeries in both the seventh version (2011) of the SOC[42] and in the eighth version of the SOC (2022).[43]

34.    Transgender care is not a regional or national phenomenon, but a global health need, and accordingly studies on the importance of gender-affirming surgery have been published around the world. The literature supports that gender-affirming surgery allays gender dysphoria and is safe, with an acceptable safety profile.[44]

35.    Hormone therapy can be used as an adjunct to GAS but is not a replacement. Hormones cannot change the effects of exposure to testosterone on structural components of the body. The same is true of non-hormonal, non-surgical treatments such as adopting typically female makeup, hairstyles, and accessories. As a result, for many transfeminine individuals, gender-affirming surgery is the only way to align their phenotype with their self-identified sex. It is a crucial and

---

[42] Coleman, *supra* n. 7, at 54–55, 57 (discussing the medical necessity of surgical interventions and listing facial feminization surgery as a surgical procedure).

[43] WPATH SOC 8th version, *supra* n. 1, at S129–30, S136.

[44] R. Gupta, *Gender Affirmation in India-The Current State of Knowledge, Management, Legal and Legislative Situation*, Indian J. Plast. Surg., 2022 Jun 29;55(2):139-143; R. Bränström & J.E. Pachankis, *Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study*, Am. J. Psychiatry, 2020 Aug 1;177(8):727-734; Erratum in: Am J Psychiatry, 2020 Aug 1;177(8):734; K.Y. Chao et al., *Prevalence and Comorbidity of Gender Dysphoria in Taiwan, 2010-2019*, Arch. Sex Behav., 2023 Apr;52(3):1009-1017.

irreplaceable component of treating gender dysphoria.

36.    Based on the above outlined review of gender-affirming surgery, my review of the plaintiff's medical record including review of mental health assessments and a direct interview with the plaintiff, it is clear that she has longstanding, sustained, and well-established gender incongruence. I will defer to my mental health colleagues to comment on the diagnostic criteria for gender dysphoria as it pertains to the plaintiff. The lack of access to appropriate medical care to treat gender dysphoria has significantly impacted the health of the plaintiff as extensively documented in the medical records. The sequelae of untreated gender dysphoria include, but are not limited to, depression, self-mutilation, and suicide attempts.

37.    Gender dysphoria is not a disease that is self-limited and time-limited. In my practice I have done gender-affirming surgeries on patients up until the age of 80, as the distress caused by gender incongruence is unrelenting and the benefits of surgery sustained. In the absence of urgently needed medical care, which includes gender-affirming surgery, mental health and its implication on somatic health can be expected to continue to deteriorate.

38.    It is my opinion that should the plaintiff receive medical attention for gender dysphoria, specifically to include the gender-affirming surgeries discussed above, she stands a very good chance of being alleviated from persistent suicidal

risk.

## III. EXPERT OPINIONS REGARDING THE GDC'S EXCLUSION OF GENDER-AFFIRMING SURGERY

39.    For all the reasons outlined above, it is my expert opinion that gender-affirming surgery meets definition of medical necessity. There is no medical or scientific basis to exclude it from medical care provided for people in prison.

### A.    Gender-Affirming Surgery is Medically Necessary.

40.    Medical necessity can be defined as any healthcare services that a physician, hospital, or other covered professional or facility provider, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing, or treating an illness, injury, disease, or its symptoms, and that are: 1. in accordance with generally accepted standards of medical practice in the United States; 2. clinically appropriate, in terms of type, frequency, extent, site, and duration; and considered effective for the patient's illness, injury, disease, or its symptoms; and 3. not primarily for the convenience of the patient, physician, or other healthcare provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results for the diagnosis or treatment of that patient's illness, injury, or disease, or its symptoms.

Gender-affirming surgery fits squarely within this definition.[45]

41.    Gender dysphoria is an illness or disease.[46] A physician "exercising prudent clinical judgment" would provide gender-affirming surgery to the plaintiff for purposes of treating her gender dysphoria.

42.    Gender-affirming surgery accords with generally accepted standards of medical practice in the United States. As explained above, WPATH publishes Standards of Care that all of the major medical professional societies, including the American Medical Association, recognize as authoritative.[47] WPATH has long included gender-affirming surgery as medically necessary for the treatment of gender dysphoria.

43.    WPATH's Standards of Care are themselves grounded in a rigorous review of scientific evidence. And a solid—and growing—body of medical literature, as cited in part herein, demonstrates that gender-affirming surgery is a clinically appropriate and effective treatment for gender dysphoria. Indeed,

---

[45] S. Singer, S. et al., *Decreasing variation in medical necessity decision making. Appendix B. Model language*, developed at the "Decreasing Variation in Medical Necessity Decision Making" Decision Maker Workshop in Sacramento, CA, March 11-13, 1999; National Academies of Sciences, Engineering, and Medicine, *Perspectives on Essential Health Benefits: Workshop Report* (2012), *available at* https://doi.org/10.17226/13182 (last visited Nov. 15, 2023). The definition that is used here can found in similar permutations inside insurance plans. *See, e.g.*, BlueCross BlueShield of N. Carolina, Corp. Med. Policy, Nov. 2022, *available at* https://www.bluecrossnc.com/content/dam/bcbsnc/pdf/providers/policies-guidelines-codes/policies/commercial/medical/medical_necessity_3.pdf (last visited Nov. 15, 2023).

[46] Am. Psychiatric Ass'n, *supra* n. 4, at 451–53 (defining gender dysphoria); *see also ICD-11 for Mortality and Morbitity Statistics*, WHO, https://icd.who.int/browse11/l-m/en#/http://id.who.int/icd/entity/90875286 (last visited Sept. 19, 2022) (defining gender incongruence).

[47] WPATH SOC 8th version, *supra* n.1.

developments in literature brought the level of evidence close to the maximal level of evidence that can be attained for surgical procedures.

44.    Gender-affirming surgery is not for the convenience of the patient, nor her health care providers. Gender-affirming surgeries are safe, and the complications are minimal. However, patients spend several weeks recovering, during which time they will have swelling, discomfort, and a period of inability to work or perform other day-to-day activities. Patients countenance these inconveniences because their health care providers have determined that gender-affirming surgery is the best way to treat their diagnosed medical condition.

45.    Gender-affirming surgery is not the more costly option amongst alternatives that can produce equivalent results. There are, in fact, no services that can produce equivalent therapeutic results. As discussed above, testosterone exposure, especially during puberty, causes significant changes to the body and face. Hormones cannot undo changes that testosterone causes to facial structure, hair growth, and chest proportions, for example. Nor can grooming strategies such as makeup alone. Gender-affirming surgery—by contrast—can, which allows it to produce superior therapeutic results from those alternative interventions.

46.    Exclusion of gender-affirming surgery from the medical services provided by the Georgia Department of Corrections contravenes WPATH's recommendations, peer reviewed literature, and U.S. standards of medical practice,

all of which recognize the importance of gender-affirming surgery in treating gender dysphoria.[48]

47.    Indeed, the medical basis to cover, rather than exclude, gender-affirming surgery is so strong that other private insurers[49] and government health plans increasingly routinely cover gender-affirming surgery procedures.

48.    In conclusion, it is my professional opinion that gender-affirming surgery is medically necessary and there is no legitimate medical basis to prevent the plaintiff from accessing this medically necessary care.

49.    I hold each of the opinions expressed in this declaration with a reasonable degree of scientific certainty, based on the materials I have reviewed and on my education, experience, and knowledge. I reserve the right to supplement, amend, or modify my opinions upon review of further information, including, but not limited to, testimony, documents, and reports I receive after the date of this declaration.

---

[48] *See* Dubov & Fraenkel, *supra* n. 29, at 6 (labeling genital surgery medically necessary but FGAS cosmetic is "in direct opposition to the scientific community's understanding of gender identity," contravenes the WPATH SOC, and is also at odds with the American Medical Association house of delegates policies' definitions of medically necessary versus cosmetic care).

[49] Ledibabari M. Ngaage et al., *Gender Surgery Beyond Chest and Genitals: Current Insurance Landscape*, 40 Aesthetic Surgery J. NP202, NP204 (2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _12/2/2023_

_____
Jens Urs Berli, M.D.

24

**EXHIBIT A**

**CURRICULUM VITAE OF DR.
JENS URS BERLI, M.D.**

# CURRICULUM VITAE

# OREGON HEALTH & SCIENCE UNIVERSITY

**11/2/2023**

**Jens Urs Berli, M.D.**

| | |
|---|---|
| **Academic Rank:** | **Division Head & Associate Professor** |
| **Department/Division:** | **Division of Plastic & Reconstructive Surgery** |
| | **Oregon Health & Science University** |
| **Professional Address:** | **3181 SW Sam Jackson Park Rd.** |
| | **L352A** |
| | **Portland, OR 97239** |
| **E-Mail Address:** | **berli@ohsu.edu** |

## II. EDUCATION

**Undergraduate and Graduate:**

2003            Preclinical studies in Human Medicine

University of Fribourg

Fribourg, Switzerland

*No degree associated with this in Switzerland*

2007            Medical Degree

University of Zürich

Zürich, Switzerland

2008            Thesis for the degree of Doctor in Medicine

University of Zürich

Zürich, Switzerland

| | |
|---|---|
| 2023 | Health Care MBA |
| | Oregon Health & Science University/Portland State University |
| | Portland, Oregon |

**Postgraduate:**

| | |
|---|---|
| 2009 | Internship & 2nd year Residency, General Surgery |
| | Department of Surgery |
| | Triemli Hospital |
| | Zürich, Switzerland |
| 2012 | Internship & 2nd year Residency, General Surgery |
| | Department of Surgery |
| | Johns Hopkins School of Medicine |
| | Baltimore, Maryland, USA |
| 2015 | Residency, Plastic & Reconstructive Surgery |
| | Department of Plastic & Reconstructive Surgery |
| | Johns Hopkins School of Medicine & University of Maryland |
| | Baltimore, Maryland, USA |
| 2016 | Administrative Chief Resident |
| | Department of Plastic & Reconstructive Surgery |
| | Johns Hopkins School of Medicine & University of Maryland |
| | Baltimore, Maryland, USA |

**Certification:**

| | |
|---|---|
| 11/11/2017 | American Board of Plastic Surgery, #9094 |

**Licenses:**

| | |
|---|---|
| 10/23/2007 | Swiss Medical License, active, (no number) |
| 9/1/2009 | Danish Medical License, active, 08D9C |
| 2/16/2016 | State of Oregon Medical License, active, MD175607 |
| 5/12/2016 | D.E.A. License, active, certification number available on request |

## III. PROFESSIONAL EXPERIENCE

**Academic:**

2023 − Present          Division Head, Plastic & Reconstructive Surgery

2020 − Present          Associate Professor of Surgery
                        Division of Plastic & Reconstructive Surgery / Department of Surgery
                        Oregon Health & Science University
                        Portland, Oregon, USA

2016 − 2020             Assistant Professor of Surgery
                        Division of Plastic & Reconstructive Surgery / Department of Surgery
                        Oregon Health & Science University
                        Portland, Oregon, USA

**Administrative:**

2019 − 2024             Residency Program Director
                        Division of Plastic & Reconstructive Surgery / Department of Surgery
                        Oregon Health & Science University
                        Portland, Oregon, USA

2020 - 2024             Gender Fellowship Program Director

                        Division of Plastic & Reconstructive Surgery / Department of Surgery
                        Oregon Health & Science University
                        Portland, Oregon, USA

2016 − 2019             Associate Residency Program Director
                        Division of Plastic & Reconstructive Surgery / Department of Surgery
                        Oregon Health & Science University
                        Portland, Oregon, USA

**Hospital / Clinical Appointments:**

12/2009 - 05/2010       District Physician
                        Uummannaq Regional Hospital,
                        Uummannaq, Greenland

CV Berli JU 2020                                                                              **3**

150

**Other:**

| | |
|---|---|
| 4/2017 | Invited Professor, Adjunct Faculty |
| | Mt. Sinai Hospital |
| | New York City, USA |

**International Visiting Physician Observerships within Plastic & Reconstructive Surgery:**

| | |
|---|---|
| 9/2014 | University Hospital Zuerich |
| | Zürich, Switzerland |
| 10/2014 | University Hospital Ghent |
| | Ghent, Belgium |
| 10/2014 | Rigshospitalet |
| | Copenhagen, Denmark |
| 04/2016 | Preecha Aesthetic Institute |
| | Bangkok, Thailand |
| 07/2016 | Facial Team |
| | Marbella, Spain |
| 07/2016 | St. Peter Andrology |
| | London, England |
| 07/2016 | Belgrade Gender Confirmation Center |
| | Belgrade, Serbia |
| 08/2016 | University Hospital Ghent |
| | Ghent, Belgium |
| 03/2017 | St. Peter Andrology |
| | London, England |

# IV. SCHOLARSHIP

**Areas of Research/Scholarly Interest:**

Transgender Health Care

Gender affirming surgery

Surgical education

CV Berli JU 2020                                                                         4

**Grants and Contracts:**

*Completed*

<u>Title</u>: Differences in Preoperative evaluation and Implant Choice in Trans Female Individuals - Single Surgeon Outcomes. <u>Source</u>: Allergan Inc. <u>Amount</u>: $ 20'000 <u>Role</u>: Principal Investigator; PI: myself. % Effort: 3%; <u>Timeframe</u>: 3/2018 – 3/2019

*Completed*

<u>Title</u>: Differences in Preoperative evaluation and Implant Choice in Trans Female Individuals - Single Surgeon Outcomes. <u>Source</u>: Allergan Inc. <u>Amount</u>: $ 20'000 <u>Role</u>: Principal Investigator; PI: myself. % Effort: 3%; <u>Timeframe</u>: 3/2018 – 3/2019

**Publications/Creative Work:**

*\*Denotes Trainee*

<u>Peer-reviewed original research</u>

1.  Navsaria PH, **Berli JU**, Edu S, Nicol AJ. Non-operative Management of Abdominal Stab Wounds--An Analysis of 186 patients. South African Journal of Surgery. 2007 Nov;45(4):128–30–132. PMID: 18069579
    ***Contributed to study design and performed the entire data collection and analysis***

2.  Schurr UP, **Berli JU**, Berdajs D, Hausler A, Dzemali O, Emmert M, et al. Incidence and Risk factors for Pacemaker Implantation Following Aortic Valve Replacement. Interactive Cardiovascular and Thoracic Surgery. 2010 Nov;11(5):556–60. PMID: 20805253

    ***Performed the entire data collection and analysis. Doctoral thesis written on this topic.***

3.  Pang J, Broyles JM, **Berli JU**, Burreta K, Shridharani SM, Rochlin DH, Efron JE, Sacks JM. Abdominal versus Thigh Based Reconstruction of Perineal Defects in Cancer Patients. Dis Colon Rectum. 2014 Jun;57(6):725-32. PMID: 24807597

4.  Broyles JM, **Berli JU**, Eckhauser F, Singh D, Lee WP, Sacks JM. Functional Abdominal Wall Reconstruction Using an Innervated Abdominal Wall Vascularized Composite Tissue Allograft: A Cadaveric Study and Review of Literature. J Reconstr Microsurg. 2015 Jan;31(1):39-44. PMID: 25184615
    ***Performed all the cadaveric dissections and co-authored the discussion and introduction***

5.  **Berli JU**, Montgomery JR, Segev DL, Ratner L, Maley WR, Cooper M, Melancon JK, Burdick J, Desai NM, Dagher NN, Lonze BE, Nazarian S, Montgomery RA. Surgical Management of Early and Late Ureteral Complications after Renal Transplantation: Techniques and Outcomes. Clin Transplant. 2015 Jan;29(1):26-33. PMID: 25312804

6.  Singh D, Mavrophilipos V, Zapora JA, **Berli JU**, Broyles J, Chopra K, Sabino J, Matthews J, Buckingham B, Maddox J, Bluebond-Langner R, Silverman R. Novel Technique for Innervated Abdominal Wall Vascularized Composite Allotransplantation: A Separation of Components Approach. Eplasty. 2014 Sep;14: e34. PMID: 25328567

7.   Susarla S, **Berli JU**, Kumar A. Midfacial Volumetric and Upper Lip Soft Tissue Changes after Le Fort I Advancement of the Cleft Maxilla. J Oral Maxillofac Surg. 2015 Apr;73(4):708-18. PMID: 25649014

8.   **Berli JU**, Thomaier L, Zhong S, Quinones A, Huang J, Lim M, Weingart, Brem, Gordon C. Immediate Single Stage Cranioplasty Following Calvarial Resection for Benign and Malignant Neoplasms using Customized Craniofacial Implants. J Craniofac Surg. 2015 Jul;26(5):1456-62. PMID: 26163837http://dx.doi.org/10.1016/j.joms.2014.10.033 DOI: http://dx.doi.org/10.1016/j.joms.2014.10.033 DOI: http://dx.doi.org/10.1016/j.joms.2014.10.033 DOI: http://dx.doi.org/10.1016/j.joms.2014.10.033

9.   Bluebond-Langner, **Berli JU**, Chopra K, Singh D, Fischer B. Top Surgery in Transgender males: How Far Can We Push The Envelope. Plast Reconstr Surg. 2017 Apr;139(4):873e-882e. PMID: 28250658 *Co-first author – paper won best U.S. paper award 2018 by "Plastic & Reconstructive Surgery" (Journal with highest impact factor in the field)*

10.  Morrison S, Chong J, Dy G, Grant D, Wilson S, Brower J, Vedder N, **Berli JU**, Friederich J on behalf of Transgender Educational Study Group. Educational Exposure to Transgender Patient Care in Plastic Surgery Training. Plast Reconstr Surg. 2016 Oct;138(4):944-53. PMID: 27307319

11.  Cherubino M, **Berli JU**, Turri-Zanoni M, Battaglia P, Maggiulli F, Corno M, Tamborini F, Montrasio E, Castelnuovo P, Valdatta L. Sandwich Fascial Anterolateral Thigh Flap in Head and Neck Reconstruction. Evolution or Revolution. Plast Reconstr Surg Glob Open. 2017 Jan 17;5(1):e1197. PMID: 28203499.

12.  Jiang D, Witten J, **Berli JU**, Dugi D 3rd. Does Depth Matter? Factors Affecting Choice of Vulvoplasty Over Vaginoplasty as Gender-Affirming Genital Surgery for Transgender Women. J Sex Med. 2018 Jun;15(6). PMID: 29706578

13.  Esmonde N*, Heston A*, Ramlie E*, Jedrzejewski B*, Annen A*, Guerriero J, Hansen J, **Berli JU**. What is Non-binary and What do I need to know? A Primer for Surgeons providing Chest Surgery for Transgender patients. Aesthet Surg J. 2019 Apr 8;39(5): PMID: 30007346

14.  Jiang DD, Gallagher S, Burchill L, **Berli JU**, Dugi D 3rd. Implementation of a Pelvic Floor Physical Therapy Program for Transgender Women Undergoing Gender-Affirming Vaginoplasty. Obstet Gynecol. 2019 May;133(5):1003-1011. PMID:30969210

15.  Nauta AC, Baltrusch KM*, Heston AL*, Narayan SK*, Gunther S*, Esmonde NO*, Blume KS*, Mueller RV, Hansen JE, **Berli JU**. Differences in Chest Measurements between the Cis-female and Trans-female Chest Exposed to Estrogen and Its Implications for Breast Augmentation. Plast Reconstr Surg Glob Open. 2019 Mar 13;7(3):e2167. 2019 Mar. PMID: 3104412

16.  Ngaage LM, McGlone KL, Xue S, Knighton BJ, Benzel CA, Rada EM, Coon D, **Berli J**, Rasko YM. Gender Surgery Beyond Chest and Genitals: Current Insurance Landscape. Aesthet Surg J. 2020 Mar 23;40(4):NP202-MP210. PMID: 31883267

17.  Danker S, Annen AW, Cylinder I, Esmonde NO, **Berli JU**. Technical Description and Microsurgical Outcomes in Phalloplasty Using the Deep Inferior Epigastric Artery and Locoregional Veins. Plast Reconstr Surg. 2020 Aug;146(2):196e-204e. PMID: 32740595

18.  Jazayeri HE, Lopez J, Sluiter EC, O'Brien-Coon D, Bluebond-Langner R, Kuzon WM Jr, **Berli JU**, Monstrey SJ, Deschamps-Braly JC, Dorafshar AH, Schechter LS. Discussion: Promoting Centers for Transgender Care. J Oral Maxillofac Surg. 2021 Jan;79(1):3-4. PMID: 33091402

19.    Chen W, Cylinder I, Najafian A, Dugi DD 3rd, **Berli JU**. An Option for Shaft-Only Gender-Affirming Phalloplasty: Vaginal Preservation and Vulvoscrotoplasty, A Technical Description. Plast Reconstr Surg. 2021 Feb 1;147(2):480-483. PMID: 33565834

20.    Danker S, **Berli JU**. Reply: Technical Description and Microsurgical Outcomes in Phalloplasty Using the Deep Inferior Epigastric Artery and Locoregional Veins. Plast Reconstr Surg. 2021 April 1;147(4):714e-715e. PMID: 33764938

21.    Narayan SK, Hontscharuk R, Danker S, Guerriero J, Carter A, Blasdel G, Bluebond-Langner R, Ettner R, Radix A, Schechter L, **Berli JU**. Guiding the conversation—types of regret after gender-affirming surgery and their associated etiologies Ann Transl Med. 2021 Apr;9(7):605. PMID: 33987303

22.    Hougen HY, Dugi DD 3rd, **Berli JU**, Sajadi KP. Outcomes of Transperineal Gender-Affirming Vaginectomy and Colpocleisis. Female Pelvic Med Reconstr Surg. 2021 May 1;27(5):300-303. PMID: 32205556

23.    **Berli JU**, Monstrey S, Safa B, Chen M. Neourethra Creation in Gender Phalloplasty: Differences in Techniques and Staging. Plast Reconstr Surg. 2021 May 1;147(5):801e-811e. PMID: 33890903

24.    Peters BR, McCreary E, Putnam CA, **Berli JU**. Shaft-only Phalloplasty: Technical Modifications to Optimize Aesthetics. Plast Reconstr Surg Glob Open. 2021 Jun;9(6): e3645. PMID: 34168941

25.    Cylinder I, Heston A, Carboy J, Jedrzejewski B, Peters B, **Berli JU**. Partial Flap Loss in Gender Affirming Phalloplasty. J Reconstr Microsurg. 2021 Jul 20. PMID: 34284503

26.    Ngaage LM, Xue S, Borrelli MR, Safa B, **Berli JU**, Bluebond-Langner R, Rasko YM. Gender-Affirming Health Insurance Reform in the United States. Ann Plast Surg. 2021 Aug 1;87(2):119-122. PMID: 33470627

27.    Anghel EL, Jedrzejewski B, Radu S, Dewey EN, Howell LK, Berli JU. Nationwide Resident Access to Elective Rotations: A Survey Study. Ann Plast Surg. 2022 Jul 1;89(1) 3-7. PMID: 34670969

28.    Peters BR, Annen AA, **Berli JU**, Gallagher S, Smigelski C, Kahn LH, Skelton HE. Neurosensory Re-education following Gender-affirming Phalloplasty: A Novel Treatment Protocol. Plast Reconstr Surg Global Open. 2022 Oct 24;10(10):e4616. PMID: 36299822

29.    Peters BR, Sikora Z, Timmins BH, **Berli JU**. Nerve morbidity at the radial forearm donor site following gender-affirming phalloplasty. Plast Reconstr Aesthet Surg. 2022 Oct;75(10):3836-3844 PMID: 36058834

30.    Peters BR, Richards HW, **Berli JU**. Optimizing Innervation in Radial Forearm Phalloplasty: Consider the Posterior Antebrachial Cutaneous Nerve. Plast Reconstr Surg. 2023 Jan 1;151(1):202-206. PMID: 36576827

31.    Najafian A, Cylinder I, Jedrzejewski B, Sineath C, Sikora Z, Martin L, Dugi D, Dy G, **Berli JU**. Ehlers-Danlos syndrome: prevalence and outcomes in gender affirming surgery - a single institution experience. Plastic and Aesthetic Research – in print

32.    Togioka B M, Harriman K A, Ye S, et al. (October 30, 2023) Frequency and Characteristics of Postoperative Neuropathy in Individuals on Gender-Affirming Hormone Therapy Undergoing Gender Affirmation Surgery: A Retrospective Cohort Study. Cureus 15(10): e47988. doi:10.7759/cureus.47988

Peer-Reviewed systematic literature reviews:

1.  Shridharani SM, **Berli JU**, Manson PN, Tufaro AP, Rodriguez ED. Evidence-based Medicine versus Experience-based Medicine in Plastic Surgery: The Role of Postoperative Antibiotics in Mandible Fractures - A Systematic Review of the Literature and International Survey. Annals of Plastic Surgery. 2014 Mar;28. PMID: 24691320

    ***Performed and designed the systematic review, co-authored >50% of the manuscript***

2.  **Berli JU**, Broyles JM, Lough D, Shridharani SM, Rochlin D, Cooney DS, et al. Current concepts and systematic review of vascularized composite allotransplantation of the abdominal wall. Clinical Transplantation. 2013 Nov;27(6):781–9. PMID: 24102820

3.  **Berli JU**, Capitan L, Simon D, Bluebond-Langner R, Plemons E, Morrison S. Facial Gender Confirmation Surgery – Review of the Literature and Recommendations for Version 8 of the WPATH Standards of Care. International Journal of Transgenderism, 2017 Apr:1-7. PMID: 28753146

Peer-Reviewed reviews:

1.  **Berli, JU**, G. Knudson, L. Fraser, V. Tangpricha, R. Ettner, F. M. Ettner, J. D. Safer, J. Graham, S. Monstrey, and L. Schechter. What Surgeons Need to Know About Gender Confirmation Surgery when Providing Care for Transgender Individuals: A Review. JAMA surgery 152, no. 4 (2017): 394. PMID: 28196182

2.  Morrison S, Kolnik S, Massie J, Crowe C, Dugi D, Friedrich J, Pham T, **Berli JU**, O'Keefe G, Bulger E, Maier R, Mandell S. Injury in the Transgender Population: What the Trauma Surgeon needs to know. J Trauma Acute Care Surg. 2018 Oct;85(4):799-809. PMID: 30256770

3.  Esmonde N*, Najafian A*, Penkin A, **Berli JU**. The role of facial gender confirmation surgery in the treatment of gender dysphoria. J Craniofac Surg. 2019 Apr 4. PMID 31033766

4.  Heston AL*, Esmonde NO*, Dugi DD3rd; **Berli JU**. Review of Surgical Techniques and Considerations During Phalloplasty. Transl Androl Urol. 2019 *In Print*

5.  Lane, M; Sluiter, EC; Morrison, SD; Coon, D; Gast, KM; **Berli, JU**; Kuzon, WM; Phalloplasty: understanding the chaos Plastic and Aesthetic Research. 2020;7

6.  Cylinder, I; Heston, A; Jedrzejewski, B; Sikora, Z; Peters, B; **Berli, JU**; Partial flap loss in transgender phalloplasty using the anterolateral thigh or forearm-a systematic literature review Plastic and Aesthetic Research 2020;7

Peer-reviewed opinions / commentary / reply:

1.  Zelken J, **Berli JU**. Coffee and Tea after Microsurgery – Why not? Ann Plast Surg. 2015 Feb;74(2):139. PMID: 25590256

2.  **Berli JU**, Knudson G, Schechter L. Gender Confirmation Surgery and Terminology in Transgender Health – Reply. JAMA Surgery, 2017 Jul 19.doi: 10.10001/jamasurg.2017.2347. PMID: 28350658

3.  Capitán L, Simon D, **Berli JU**, Bailón C, Bellinga RJ, Santamaría JG, Tenório T, Sánchez-García A, Capitán-Cañadas F. Facial Gender Confirmation Surgery: A New Nomenclature. Plast Reconstr Surg. 2017

Jul. PMID: 28753146

4.  **Berli JU.** Discussion: Genital Gender-Affirming Surgery in Transgender Men in the Netherlands from 1989 to 2018: The Evolution of Surgical Care. Plast Reconstr Surg 2020 Jan;145(1):162e-163e. PMID: 31881625

5.  S Danker, **JU Berli**. Reply: Technical Description and Microsurgical Outcomes in Phalloplasty Using the Deep Inferior Epigastric Artery and Locoregional Veins. Plastic and Reconstructive Surgery 147 (4), 714e-715e

6.  **Berli JU.** Commentary on Neourethra Creation in Gender Phalloplasty: Differences in Techniques and Staging. Plast Reconstr Surg 2022 Jul. PMID: 358116084

7.  **Berli JU**. Reply: Neourethra Creation in Gender Phalloplasty: Differences in Techniques and Staging. Plast Reconstr Aesthet Surg. 2022 Sep 1;150(3):705e-706e.

Peer-reviewed case reports:

1.  Chen S, Mattei P, **Berli JU**, Shores J. Myxofibrosarcoma with Associated Mycobacterium Infection. Eplasty. 2014 Jun;7;14: ic18. PMID: 24966999
    ***Author of the first manuscript draft, submission***

2.  **Berli JU**, Campbell WN, Katz RD. Coccidioidomycosis causing osteomyelitis of the hand in an immunocompetent patient. Hand (N Y). 2015 Sep;10(3):562-4. PMID: 26330797

3.  **Berli JU**, Zelken J, Schuyler K, Naslund M, Rasko Y. Ectopic Hydrocele After Testicular Transposition. Urology. 2016 Apr;90: e9-e13. PMID: 26801808

4.  Jedrzejewski B*, Annen A*, **Berli JU**, Sullivan SR, Taylor HO. Pseudoaneurysm of the superficial temporal artery – two case reports of a rare entity. Craniomaxillofacial Trauma Reconstruction Open 2018;2: e70–e75

Peer-Reviewed Abstracts

*Podium Presentations*

1.  **Berli JU**, Zhong S, Thomaier L, S, Huang J, Quiñones-Hinojosa A, Lim M, Weingart J, Brem H, Gordon CR. Immediate Single Stage Cranioplasty following Calvarial Resection for Benign and Malignant Skull Neoplasms using Customized Craniofacial Implants. 54th annual scientific meeting of the Midwestern Association of Plastic Surgeons. Chicago, Il, May 2015

2.  **Berli JU**, Bluebond-Langner, Chopra K, Singh D, Fischer B. Top Surgery in Transgender males: How Far Can We Push the Envelope World Professional Association for Transgender Health (WPATH) conference, Amsterdam, June 2016

3. **Berli JU**, Morrison S, Chong J, Dy G, Grant D, Wilson S, Brower J, Vedder N, Berli JU, Friederich J on behalf of Transgender Educational Study Group. Training in Transgender Patient Care − A National Survey of Plastic Surgery and Urology Residents and Residency Programs. World Professional Association for Transgender Health (WPATH) conference, Amsterdam, June 2016

4. Lopez, J, Regina S.C, Major M, **Berli JU**, Bello RJ, Ahn ES, Mundinger GS, Medina M, Dorafshar A. Computer-Aided Design and Manufacturing in Non-Syndromic Cranial Vault Reconstruction Is Not Associated with Improved Surgical Outcomes. ACS annual conference. Washington D.C. August 2016

5. Stone L*, **Berli JU**, Hansen J. Management of Occult Breast Cancer in the Female to Male Transgender Population. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

6. Wan E, Siotos C, Bello R, Lo A, Seal S, **Berli JU**, Cooney C, Rosson G, Redett R. Quality of Life and Health Outcomes after Genital Gender Confirmation Surgery: A Systematic Review of the Global Experience. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

7. Penkin A, **Berli JU**, Dugi DD, Blenning C, Connely K, Guerriero J, Baunach C, Shaffer L. OHSU Journey to a Transgender Health Program. Mini Symposium. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

8. Morrison S, Chong J, Dy G, Grant D, **Berli JU**, Wilson S, Brower J, Vedder N, Berli JU, Friederich J on behalf of Transgender Educational Study Group. Training in Transgender Patient Care − A National Survey of Plastic Surgery and Urology Residents and Residency Programs. United States Professional Association for Transgender Health conference, Los Angeles, CA, February 2017

9. Morrison TH*, Hansen J, Narayan S*, Esmonde N*, **Berli JU.** The Effect of Improved Health Insurance Coverage on Access to Gender Affirming Surgeries for Transgender Patients at OHSU between 2012 and 2017. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

10. Danker S*, Narayan S*, Bluebond-Langner R, Schechter L, **Berli JU**. A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

11. **Berli JU,** Coon D**.** State of the Union Facial Feminization U.S. and Europe. Mini-Symposium. World Professional Association for Transgender Health conference, Buenos Aires, Argentina, November 2018

12. Esmonde N*; **Berli JU.** What Surgeons Need to Know about Non-Binary Patients. World Professional Association for Transgender Health, Buenos Aires, Argentina, November 2018

13. Narayan S*; **Berli JU.** Detransition − International Surgeons Experience. World Professional Association for Transgender Health, Buenos Aires, Argentina, November 2018

14. Annen A*, Danker S*, Esmonde N*, Narayan S*, **Berli JU**. Use of DIEA System for Free Flap Phalloplasty. American Society for Reconstructive Microsurgery meeting, Palm Springs, CA, February

2019

15.  Danker S*, Annen A*, Esmonde N*, Narayan S*, **Berli JU**. Use of DIEA System for Free Flap Phalloplasty. Northwest Society Plastic Surgery, Annual meeting, Kauai, HI, March 2019

     ***Selected as best regional conference presentation and will be presented again at our national (ASPS) meeting by invitation September 2019***

16.  Najafian A, Jedrzejewski B, Cylinder I, Dy G, Dugi D, **Berli JU**. Ehlers Danlos and Gender Affirming Surgery − prevalence and outcomes. WPATH virtual conference, November 2020

17.  Berli JU. Invited comment in favor of Gender Affirming Surgical Care Statement by American Society of Plastic Surgeons. American Society of Plastic Surgeons annual meeting, Austin, TX, October 2023.

*Posters*

1.  **Berli JU**, Broyles JM, Lough D, Shridharani SM, Rochlin D, Cooney DS, Lee WP, Brandacher G, Sacks JM. Systematic Review and Current Concepts of Abdominal Wall Vascularized Composite Allograft Transplantation. Abdominal wall reconstruction conference, Washington D.C., 2013

2.  **Berli JU**, Pang J, Broyles JM, Burreta K, Shridharani SM, Rochlin DH, Efron JE, Sacks JM. Abdominal versus Thigh Based Reconstruction of Perineal Defects in Cancer Patients. Plastic Surgery Research Council, New York City, 2014

3.  Mavrophilipos VD, Zapora JA, **Berli JU**, Broyles J, Chopra K, Sabino J et al. Novel Technique For Innervated Abdominal Wall Vascularized Composite Allotransplantation: A Separation of Components Approach. World Transplant Congress, San Francisco, 2014

4.  **Berli JU**, Zelken J, Calva D, Bluebond-Langner R, Redett R. Aesthetic Standards and Refinements in First Stage Phalloplasty Design. World Professional Association for Transgender Health (WPATH) conference, Amsterdam, June 2016

5.  Esmonde N*, Dugi D, Hansen J, Sajadi K, **Berli JU**. Staged Phalloplasty Pathway. American Society for Reconstructive Microsurgery, Phoenix, AR, February 2018

6.  Esmonde N*, Morrison T*, Narayan S*, Hansen J, Penkin A, Guerriero J, Shaffer L, Dugi D3, **Berli JU**. Fiscal Impact of a New Gender Confirming Surgery Program. Oregon Health & Science University Experience 2015 − 2018. World Professional Association for Transgender Health (WPATH) conference, Buenos Aires, November 2018

Non-peer-reviewed articles

1. Lynch, JM*, O Meara, SK, J. **Berli, JU**, Zelken J, and Redett, RJ. Novel Glansplasty Design in a 25-year-old Male Born with Bladder Exstrophy. 2016 Irish Journal of Medical Science, vol. 185, pp. S266-S266. 236

   *I assisted a visiting medical student (first author) with her scholarly project on glansplasty design.*

2. **Berli JU,** Brandacher G. Surgical Residency in the United States — A Personal European Perspective. European Surgery June 2016, Volume 48, Issue 3, pp 149—154. Print ISSN: 1682-8631

Non-peer-reviewed invited reviews:

1. **Berli JU**. Contributing author. Johns Hopkins ABSITE Review Manual, 2nd Edition 2014, Meguid RA, Van Arendonk KJV, Lipsett PA. 2nd Edition. Philadelphia: Lippincott, Williams and Wilkins, 2013. ISBN-13 978-1451173321.

2. **Berli JU**, Merbs S, Grant M. Reconstruction of Periorbital Soft Tissue Defects. Facial Plast Surg. 2014 Oct;30(5):561-9. doi: 10.1055/s-0034-1395264. Epub 2014 Nov 14. PMID: 25397712

3. Esmonde N*, Bluebond-Langner R, **Berli JU**. Phalloplasty Flap-Related Complication. Clin Plast Surg. 2018 Jul;45(3):415-424. PMID:29908631

4. **Berli JU**, Loyo M. Gender-confirming Rhinoplasty. Facial Plast Surg Clin North Am. 2019 May;27(2):251-260. PMID: 30940391

5. Narayan SK*, Morrison T*, Dugi DD 3rd, Mosser S, **Berli JU**. Gender Confirmation Surgery for the Endocrinologist. Endocrinol Metab Clin North Am. 2019 Jun;48(2). PMID: 31027548

6. Danker S*, Esmonde N*, **Berli JU**. Staging in Phalloplasty. Clinics of Urology. *In Print*.

Book Chapters

1. **Berli JU**, Redett R. Pelvic and Urogenital Reconstruction in Flaps and Reconstructive Surgery. Chapter 19. Editor: FuChan W, Samir M. 2nd Edition. 2016. Elsevier. London.

2. **Berli JU**, Plemons E. The Importance of Facial Gender Confirmation Surgery. Gender Confirmation Surgery 2020, pp 91-97. Springer, Cham

3. **Berli, JU**; Plemons, E. Secondary Sex Characteristics and Their Role in Gender Dysphoria Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. 2020, pg. 91. Springer Nature

4. Penkin, A; **Berli, J**; Dugi, D; Preoperative Preparation and Perioperative Considerations for Gender-Affirming Genital Surgery Urological Care for the Transgender Patient pps 37-44, 2021. Springer, Cham

5. Najafian, A; Fattahi, T; Carboy, J; **Berli, J**; New Trends in Forehead and Brow Lift Integrated Procedures in Facial Cosmetic Surgery 575-584, 2021 Springer, Cham

6. Morrison S, **Berli JU**, Kuzon W. Gender Affirmation Surgery. Nelligan 5th Edition. In editing process

7. **Berli JU,** Putnam C, Scull D, Dy G. Bottom Surgery. Affirmed. Amazon.com

8. Farrulla M, **Berli JU. Gender affirming chest surgery. Grabbs and Smith. In editing process**

Electronic Publications

1.  **Berli JU**. Complicated Total Phalloplasty in a Patient with Previous Simple Metoidioplasty − Case Report. Plastic Surgery Educational Network. May 2019

2.  **Berli JU,** Lipira A, Howell L. Parascapular free flap for pediatric foot reconstruction − Case Report. Plastic Surgery Educational Network. May 2020

3.  **Berli JU**. Delayed ALT phalloplasty − Case Report. Plastic Surgery Educational Network. May 2020

4.  **Berli JU**. Groin coverage − SNIPS. Plastic Surgery Educational Network. 2022


**Invited Lectures, Conference Presentations or Professorships:**

International and National

1.  **Berli JU**. Surgery in the Times of Patient Migration, Ethics vs. Economy. 19th Berner Surgical Symposium, Bern, Switzerland, June 2008

2.  **Berli JU**. Surgical Education: A Transatlantic Perspective. Grand Rounds. University Hospital Zuerich, Switzerland, October 2014

3.  **Berli JU**. The Next Brick in the Wall − Abdominal Wall VCA. Grand Rounds Lecture, University Hospital Ghent, Belgium, October 2014

4.  **Berli JU.** Gender Surgery − a Plastic Surgery Frontier. Grand Rounds lecture, University of Insubria, Varese, Italy. July 2016

5.  **Berli JU**. Why Facial Gender Confirmation Surgery May be the Most Important Confirming Procedure United States Professional Association for Transgender Health biannual conference. Los Angeles, CA, February 2017

6.  **Berli JU.** The Role of social media for a Young Academic Surgeon**.** American Association of Plastic Surgeons, Austin Tx, March 2017

7.  **Berli JU.** Facial Feminization and Bottom Surgery**.** American Association of Plastic Surgeons, Austin Tx, March 2017

8.  **Berli JU.** Phalloplasty, Department of Plastic Surgery Grand Rounds, Mt. Sinai Hospital, New York City, NY, April 2017

9.  **Berli JU**. Facial Gender Confirmation Surgery. American Society of Plastic Surgeons, the Meeting, Orlando Fl, October 2017

10. **Berli JU**. Lessons Learnt from Setting up an Academic Phalloplasty Program. NYU Microsurgical Course, NYU, New York City, NY, November 2017

11.     **Berli JU**. Adjunct Procedures for Phalloplasty. NYU Microsurgical Course, NYU, New York City, NY, November 2017

12.     **Berli JU**. Facial Gender Confirmation Surgery − Some Thoughts. World Professional Association for Transgender Health - Live Surgical Conference, Mt. Sinai Hospital, New York City, NY, April 2018

13.     **Berli JU**. The Big Ben Method − Staging of Phalloplasty. World Professional Association for Transgender Health - Live Surgical Conference, Mt. Sinai Hospital, New York City, NY, April 2018

14.     **Berli JU**. Gender Surgery in the United States. Scandiplast Conference, Copenhagen, Denmark, June 2018

15.     **Berli JU**. Getting to the Bottom of Gender Surgery. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

16.     **Berli JU**. The Business End of Gender Surgery. American Society of Plastic Surgeons annual meeting, Chicago, IL, September 2019

17.     **Berli JU**. Phalloplasty Options. American Urology Association annual meeting, Chicago, Il, April 2019
        *Moderator of the phalloplasty session*

18.     **Berli JU**. Essential components of setting up a gender program. Association of Academic Plastic Surgeons, San Diego, CA, April 2022

19.     **Beril JU**. Technical tricks to optimize radial forearm donor site, WPATH, Montreal, Canada, September 2022

*Virtual*

1.     **Berli JU**. Top Surgery Options for Transgender Individuals. Louisiana State University, Plastic Surgery Grand Rounds, September 2020

2.     **Berli JU**. Facial Feminization − Controversies and Consensus. Plastic Surgery the Meeting, October 2020.

3.     **Berli JU**. Phalloplasty Options. World Professional Association for Transgender Health Biannual Meeting, November 2020

4.     **Berli JU**. Phalloplasty − A Journey from East to West. Johns Hopkins School of Medicine, Plastic Surgery Grand Rounds, February 2021

5.     **Berli JU**. Facial Feminization

6.     **Berli JU**. Phalloplasty − Consensus and Controversy. Harvard School of Medicine, Plastic Surgery Grand Rounds, Virtual, April 2021

7.     **Berli JU**. Phalloplasty − to pee or not to pee. University of Zuerich, Switzerland, Grand Rounds, Virtual, April 2022

8.     **Berli JU**. Phalloplasty Defined. University of California San Francisco, Resident lecture, Virtual, May 2022

9.     **Berli JU**. Journeys. University of Miami, Grand Rounds, October 2022

Regional and Local Invited Presentations

1.      **Berli JU.** Gender Confirmation Surgery**.** Women's Health Symposium, Eugene, Oregon, September 2016

2.      **Berli JU.** Gender Bottom Surgery. CME course, Group Health, Seattle, WA, December 2016

3.      **Berli JU.** Overview of OHSU Transgender Health Program. Northwest Society Plastic Surgery, Annual meeting, Honolulu, HI, March 2018

4.      **Berli JU.** Setting up a Phalloplasty Program in the Pacific Northwest. Northwest Society Plastic Surgery, Annual meeting, Honolulu, HI, March 2018

5.      **Berli JU**, Dugi DD. Gender Confirmation Surgery. World Professional Association for Transgender Health Global Education Initiative Course, Oregon Health & Science University, Portland, OR September 2019

        ***This course was organized by myself in conjunction with the Transgender Health Program and WPATH.***
        ***>70 National and international participants came to OHSU for this two-day course.***

6.      **Berli JU.** Pane; discussion: How to Become a Gender Surgeon, American Society for Reconstructive Microsurgery, Carlsbad, CA, January 2022

7.      **Berli JU.** My way is the best way – Staged phalloplasty. American Society for Reconstructive Microsurgery, Carlsbad, CA, January 2022

8.      **Berli JU.** Abdominal Based butterfly Flap. World Society of Gender Surgeons, San Diego, CA, January 2022

9.      **Berli, JU.** Shaft only Phalloplasty Options. World Society of Gender Surgeons, San Diego, CA, January 2022

10.     **Berli, JU.** Gender Affirming Surgery – Plastic Surgery perspective. ECHO Educational Session, January 2022

11.     **Berli JU**. Gender Affirming Surgery and Trauma. 33rd Annual Northwest States Trauma Conference, Sunriver, OR, May 2022

12.     **Berli JU**. Back to the Future – Reconstructive Surgery after Trauma. 33rd Annual Northwest States Trauma Conference, Sunriver, OR, May 2022

13.     **Berli JU**. Gender Affirming Surgery. PNW OB/GYN Conference, Portland, OR, October 2022

14.     **Berli JU**. Caring for Transgender Patients: Where Surgery Meets Cancer Genetics. OHSU Molecular and Medical Genetics Grand Rounds, Portland, OR, November 2022

Institutional Invited Presentations

1. **Berli JU.** Gender Confirmation Surgery at Oregon Health & Science University. Department of General Surgery, Oregon Health & Science University Grand Rounds, March 2017

2. **Berli JU.** Gender Confirmation Surgery at Oregon Health & Science University. Division of Infectious Disease / Department of Medicine Grand Rounds. Oregon Health & Science University, March 2017

3. **Berli JU.** Gender Confirmation Surgery − On the Other Side of the Curtain. Department of Anesthesia Grand Rounds. OHSU, April 2018

4. Milano CE, **Berli JU**. The Case for Gender-Affirming Health Care. Marquam Hill Lecture Series. Oregon Health & Science University, March 2019

5. Esmonde N*, **Berli JU**. Gender Confirmation Surgery. What the emergency provider needs to know. Division of trauma, critical care and acute care surgery/Department of Surgery. Trauma Grand Rounds Oregon Health & Science University, April 2019

6. **Berli JU.** Phalloplasty − Full Circle. Division of Plastic Surgery Grand Rounds, Virtual, July 2021

7. **Berli, JU**. Setting up a Gender Affirming Program at an Academic Medical Center, University of Southern California, Virtual, January 2022

8. **Berli, JU**. Systematic Approach to Facial Feminization Surgery, Department of Otolaryngology Grand Rounds, Oregon Health & Science University, June 2022

<u>In the News</u>

1. Oregonian, May 2016: https://www.oregonlive.com/transgender-health/2016/05/ohsu_jens_berli.html
2. Wall Street Journal, 2016: https://www.wsj.com/articles/with-insurers-on-board-more-hospitals-offer-transgender-surgery-1474907475
3. Zwivel.com 2017: https://www.zwivel.com/blog/trans-women-facial-feminization-surgery/
4. Mercury, May 2019: https://www.portlandmercury.com/feature/2019/04/25/26368127/the-future-of-trans-healthcare-is-in-portland
5. Mtfsurgery.net May 2019: https://www.mtfsurgery.net/trans-breast-augmentation-surgeon-experience.htm
6. Lillia's Weekly Wednesday's Podcast: https://www.youtube.com/watch?v=ZoCyv1QvqnE
7. Allure, June 2021; https://www.allure.com/story/top-surgery-mastectomy-difference
8. Portland Monthly, Winter 2021/2022 https://www.pdxmonthly.com/doctors/type/surgery-transgender

# V. SERVICE

**Membership in Professional Societies:**

2015 − Present          World Professional Association for Transgender Health (WPATH)

| 2017 – Present | United States Association for Transgender Health (USPATH) |
| 2019 – Present | American Society of Plastic Surgery (ASPS) |
| 2019 - Present | American Society of Reconstructive Microsurgery (ASRM) |
| 2019 - Present | American Council of Academic Plastic Surgeons (ACAPS) |
| 2023 - Present | OHSU Mackenzie Surgical Society |

**Granting Agency Review Work:**

N/A

**Editorial Activity**

| Plastic and Reconstructive Surgery | Contributing Editor |
| Plastic and Reconstructive Surgery Global Open | Editorial board |
| International Journal of Transgender Health | Editorial board |
| Transgender Health | Associate Editor |

**Reviewer Activities:**

**Publons: Total review >200**

| 2012 - Present | JAMA Surgery |
| 2017 - Present | Plastic and Reconstructive Surgery |
| 2017 - Present | International Journal of Transgenderism |
| 2016 - Present | Plastic and Reconstructive Surgery, Global open |
| 2016 - Present | Sexual Medicine Reviews |
| 2018 - Present | Journal of Urology |
| 2018 - Present | Annals of Plastic Surgery |
| 2018 - Present | Aesthetic Surgery Journal |
| 2020 – 2022 | Plastic and Aesthetic Research |
| 2020 – 2022 | Annals of Translational Medicine |
| 2021 | Indian Journal of Plastic Surgery |
| 2021 | British Medical Journal |
| 2023 – Present | Transgender Health |
| 2023 - Present | Journal of American College of Surgeons |
| 2023 - Present | Associate Editor, Transgender Health |

2023 - Present            New England Journal of Medicine

**Committees:**

International/National:

**ACAPS American Council of Academic Plastic Surgeons**

2022 - 2023              Nominating Committee
                         Mission Statement Task Force

2021 - 2023              PSCA task force committee
                         Medical student outreach committee (co-chair)

2020-present             Global Health Committee (co-chair)

2019 - 2020              Nominating Committee

**ASPS, American Society of Plastic Surgeons**

2021-2023                Resident Curriculum Development Committee, Section Editor Gender Surgery

                         Annual Meeting Educational Program Committee

2020                     In-Service Examination Subcommittee

                         Scientific program review committee, Plastic Surgery the Meeting

2018 – 2022              Plastic Surgery Educational Network Committee (**Section Editor for Microsurgery**)

2018 – 2022              Co-Chair International Visiting Scholar Committee

**WPATH World Professional Association for Transgender Health**

2018 – 2022              Standards of Care Version 8, surgical chapter committee, World Professional Association
                         for Transgender Health

                         *This committee consisting of 9 members is updating the international guidelines
                         around surgical treatment for patients suffering from gender dysphoria. These
                         guidelines are used by most insurance companies and legislators in the United States
                         to determine coverage benefits for patients. The guidelines are updated approximately
                         every 10 years.*

2018                     Scientific program review committee biannual meeting 2018, World Professional
                         Association for Transgender Health.

2019, 2021               Scientific program review committee biannual meeting, United States Professional
                         Association for Transgender Health.

2021                     Faculty Development Committee, Global Education Initiative, World Professional
                         Association for Transgender Health

**Medical Lead**

<u>Regional</u>

N/A

<u>Institutional</u>

| | |
|---|---|
| 2013 – 2015 | House Staff Patient Safety and Quality Council representative, Johns Hopkins Hospital, Baltimore, MD |
| 2016 - 2021 | Transgender Health Program Advisory Board, OHSU |
| 2018 - 2021 | Diversity and Inclusion Committee, General Surgery Department, OHSU |
| 2019 - Present | Oregon Transgender Health Research Collaborative |
| | ***This collaborative group was created and is currently spearheaded by me. It includes researchers from various fields and institutions around Oregon (PSU, OCHIN, Kaiser, OHSU). It includes community members, medical students, researchers, and clinical faculty. >20 members*** |
| 2020 – Present | Transgender Health Program Leadership Committee |
| 2019 – 2020 | Transgender Health Program – Regret and Detransition work group |

<u>Departmental</u>

| | |
|---|---|
| 2016 - Present | Gender Surgery Research Group |
| 2016 - Present | Plastic Surgery Residency Clinical Competency Committee |
| 2018 - 2023 | Grand Rounds Planning Committee, Division of Plastic Surgery |
| 2016 – Present | Residency Admission Committee |

**Community Service:**

| | |
|---|---|
| 2005 | Women's Health, medical mission. Guillé Association (German), Itapecerica de Serra, Sao Paulo, Brazil |
| 2013 | Cleft lip/palate, medical mission. Medical Mission Group (USA), Puerto Barrios, Guatemala |
| 2015 | District Physician, Uummannaq Hospital, Greenland. |
| 2016 | Cleft lip/palate, medical mission. Changing Children's Lives (USA), Ubonrathchanthani, Thailand |
| 2016 | Q&A on gender surgery at Q center (local transgender community center) |
| 2017 – Present | Teaching monthly patient education classes on masculinizing genital surgery. A collaboration with Kaiser Permanente |
| 2018 | Q&A on gender surgery at Q center (local transgender community center) |

**Health Policy and Advocacy Service**:

| | |
|---|---|
| 2015-2016 | Oregon Health Authority – Health Evidence Review Committee |
| | Provided written expert testimonies to assist in further expansion of the Oregon Health Plan to include chest feminization and presurgical hair removal. Both of which are now included. |
| 2017 | Choo E, **Berli J**U. Doctors say repealing the affordable care act would devastate the transgender community. Quartz online article. https://qz.com/890149/doctors-say-repealing-the-affordable-care-act-would-devastate-the-transgender-community/ |
| 2018 | Oregon Health Authority – Medical Assistance Programs |
| | Provided an oral testimony and provided evidence-based literature to the review committee in order to advocate for exception criteria for facial gender confirmation surgery through the Oregon Health Plan. https://www.oregon.gov/oha/HSD/OHP/Policies/172-0745-05022018.pdf |
| 2021 | World Professional Association for Transgender Health – Insurance Education. |
| | Development of educational material and participation in insurance education on coding for gender affirming procedures in California based on Senate bill 855 |
| 2023 | Transgender Legal Defense & Education Fund, Inc. Transgenderlegal.org Expert report regarding facial gender affirmation surgery coverage (Virginia) |

Unique clinical skills: Gender surgery

**Honors and Awards for Scholarship, Service and Education**

| | |
|---|---|
| 2016 | Resident Teaching Award, Department of Plastic & Reconstructive Surgery, Johns Hopkins School of Medicine, Baltimore, Maryland |
| 2017 | Professional Staff Award, Transgender Health Program, Oregon Health & Science University |
| 2018 | Alan Seyfer Teaching Award, Division of Plastic & Reconstructive Surgery, Oregon Health & Science University |
| 2018 | Best 2018 United States Paper Award, Plastic and Reconstructive Surgery |
| 2021 | Top Doctor: Surgery – Transgender, Portland Monthly Magazine |
| 2022 | Top Doctor: Surgery – Transgender, Portland Monthly Magazine |
| 2022 | Top 100 Reviewer Plastic and Reconstructive Surgery (Peer-Reviewed Medical Journal) |
| 2023 | Top 100 Reviewer Plastic and Reconstructive Surgery (Peer-Reviewed Medical Journal) |