IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: 1:23-cv-05578-MLB |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING SUMMONS TO BE ISSUED BY THE CLERK OF COURT

COMES NOW PLAINTIFF, by and through undersigned counsel and gives notice to the

Court that Plaintiff is filing the following Summons to be issued by the Clerk of Court.

| | |
|---|---|
| 1 | Anthony Mulloy- GDC Central |
| 2 | Chad Lohman- GDC Central |
| 3 | Dr. Bowling- GDC Central |
| 4 | Ga. Department of Corrections |
| 5 | Randy Sauls- GDC Central |
| 6 | Sharon Lewis- GDC Central |
| 7 | Tyrone Oliver- GDC Central |
| 8 | Centurion Health |
| 9 | Chad Lohman- Centurion |
| 10 | Dr. Bowling- Centurion |
| 11 | Dr. Cleary- Centurion |
| 12 | Dr. Skibinski- Centurion |
| 13 | Dr. W. Ausborn- Centurion |
| 14 | Jeremy Lane- Centurion |
| 15 | MHM- Centurion |
| 16 | Rhonda Billings- Centurion |
| 17 | Sidney Moore- Centurion |
| 18 | DeShawn Jones -PSP |
| 19 | Dr. Cleary-PSP |
| 20 | Dr. Skibinski-PSP |
| 21 | Jamal Kinte Roberts-PSP |
| 22 | Jewellann Clarke-PSP |

| 23 | Latonya James-PSP |
|----|-------------------|
| 24 | Rhonda Billings-PSP |
| 25 | Anthony Mulloy- Well Path |
| 26 | Jewellann Clarke- Well Path |
| 27 | Latonya James- Well Path |
| 28 | Well Path |

Respectfully submitted, this 7th day of December, 2023.

/s/ David Utter
David J. Utter
Georgia Bar Number: 723144
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

/s/ Christopher J. Murell
Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

Sterling Marchand *
Scott Novak *
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Francesca Eick *
Katie Jeffress *
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672

francesca.eick@bakerbotts.com
katie.jeffress@bakerbotts.com

Hannah Roskey *
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
hannah.roskey@bakerbotts.com

Nicholas F. Palmieri *
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
Nick.palmieri@bakerbotts.com

D Dangaran *
Miriam R. Nemeth *
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

*Attorneys for Plaintiff*

**\* Motions for admission pro hac
vice to be filed**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all

counsel of record and filed electronically with the Clerk of Court's CM/ECF system.

This 7th day of December, 2023.

/s/ *David J. Utter*
DAVID J. UTTER