IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jane Doe,<br><br>  Plaintiff,<br><br>v.<br><br>Georgia Department<br>of Corrections, *et al.*,<br><br>  Defendants. | Civil Action No. 1:23-cv-5578-MLB |

**DECLARATION OF ANTHONY MULLOY, D.O.**

1. I am Dr. Anthony Mulloy, an endocrinologist providing medical services to offenders in the custody of Georgia Department of Corrections (GDC).

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. I was awarded my degree of osteopathic medicine in 1984 from the Chicago College of Osteopathic Medicine in Chicago, Illinois. I then completed a residency in internal medicine at Waterbury Hospital in Waterbury, Connecticut. Following a fellowship in metabolic and endocrine disease at the Medical College of Georgia in Augusta, Georgia, I was employed as a faculty member at the Medical College of Georgia with the Board of Regents of the University System of Georgia

from July 1990 until I retired in June 2016. During this time, I held multiple education, research, and clinical and administrative positions. In August 2016, after I retired, I was rehired part-time by Augusta University as Professor Emeritus.

4. I have been a practicing endocrinologist since 1990, with my clinical work involving multiple areas of endocrinology. My work in transgender healthcare has primarily been within the GDC as a contract physician. I am not employed by Wellpath. I do not receive direct compensation from Wellpath for my services. My salary is paid by Augusta University.

5. In my role as a physician providing clinical services to the GDC, I have served inmate populations in GDC custody via telehealth and in person. Since the Covid-19 pandemic, I have been providing clinical services remotely via telehealth. I typically average five to six, half-day telehealth clinics each month. Telehealth involves seeing patients at multiple prisons throughout the state using virtual appointments. As a consulting physician, I make recommendations regarding the inmate's endocrine care. For example, at those appointments, I assess how the inmate is feeling, recommend laboratory tests, radiology imaging, and medication as indicated. At these telehealth encounters I do not have access to the electronic medical record and need to rely on the information provided to me before the telemedicine encounter and on what is shared with me during the encounter by the inmate and clinic personnel at the site where the encounter is occurring.

6. Transgender hormone treatment was recommended for Doe in 2016, pursuant to the Endocrine Society 2009 Guidelines and later the Endocrine Society 2017 Guidelines. Prior to 2019, endocrinology clinical care was provided to Doe at the Augusta State Medical Prison in Grovetown, Georgia. My review of clinical notes from January 2016 to July 2018 revealed that Doe was initially treated with oral estradiol and oral spironolactone (a testosterone blocker). Doe was later changed to estradiol injections. Circulating levels of estradiol and testosterone were regularly monitored and the doses of these medications were adjusted to maintain levels recommended in the Endocrine Society Guidelines. Laboratory results reported from May 30, 2018 showed an estradiol level of 162 pg/ml (optimal range is 100-200 pg/ml) and a testosterone level of 8 ng/dl (optimal range is less than 50 ng/dl).

7. A non-endocrine note dated January 15, 2019 indicates Doe could not be seen for the January 16, 2019 endocrine visit because the requested laboratory tests were not done. Laboratory tests were ordered on January 17, 2019. Laboratory results reported from January 25, 2019 were an estradiol level of 103 pg/ml (optimal range 100 - 200 pg/ml) and testosterone level of 11 ng/dl (optimal level is less than 50 ng/dl).

8. A non-endocrine note dated August 16, 2019 indicates Doe refused her endocrinology appointment and the refusal was signed on July 31, 2019.

9. In 2019, Doe's hormone replacement therapy (HRT) medications were reportedly discontinued by a healthcare provider due to concerns of Doe's elevated blood pressure. I did not discontinue her medications.

10. From in or around 2019 until 2023, I did not see Doe. That may at least be in part to the Covid pandemic.

11. Providing clinical care to inmates in prison is much different than in the community setting. Inmates may refuse to come for their clinic appointments, facilities go on lockdown for security concerns, and lack of security staff can cause inmates to not have security escorts to bring them to their clinic visits. Additionally, legally required counts of inmates can make it difficult for inmates to come for their visits when scheduled.

12. I saw Doe again during a telehealth visit on March 15, 2023. She did not have a scheduled appointment but I saw her anyway. Prior to making a disposition about restarting the hormone therapy, I wanted to look into specific issues relating to transgender male to female medical therapy and hypertension.

13. During a telehealth visit on April 26, 2023, Doe expressed concern over restarting estradiol at that time. She was interested in restarting the testosterone blocker spironolactone. I recommended restarting spironolactone 100mg orally each day.

14. During a telehealth visit with Doe on July 26, 2023, I recommended restarting estradiol at a dose of 8mg intramuscularly every two weeks. It cannot be assumed that any new or changed dose of estradiol is appropriate or inappropriate without laboratory testing. Once the estradiol was restarted, I planned to monitor the circulating levels of estradiol and titrate the estradiol dose up or down as indicated by the levels. This is the practice I follow with all transgender inmates I provide clinical care to. The proper dose of estradiol is the dose needed to get and maintain the estradiol level in the widely accepted target range of 100-200 pg/ml (2017 Endocrine Society Guidelines). Each inmate is unique so there is no "one dose fits all."

15. During a telehealth visit with Doe on September 13, 2023, I recommend restarting the estradiol 8mg intramuscularly every two weeks as it had reportedly been discontinued prior to that visit. I did not discontinue the estradiol and was not aware that it had been discontinued until this telehealth visit on September 13 2023.

16. During a telehealth visit with Doe on November 1, 2023, I recommended decreasing the dose of estradiol to 6mg intramuscularly every two weeks. This was done because Doe's estradiol level on October 18, 2023 was 339.0 pg/ml, which was above the optimal range of 100-200 pg/ml. In my professional judgment and consistent with the 2017 Endocrine Society Guidelines, this was a medically appropriate adjustment. The total testosterone level on October 18, 2023

5

was reported to be less than 3 ng/dl. The target range is less than 50 ng/dl. Both the estradiol and testosterone levels demonstrate that the restarting doses of estradiol and spironolactone were not inadequate. If they were, the estradiol level would have been less than 100 pg/ml and the testosterone level greater than 50 ng/dl.

17.   Throughout my clinical care of Doe, I have considered her individual needs and adjusted her treatment plan accordingly. I based my decisions about her treatment on close review of her medical history, regular testing and review of her laboratory values, and the Endocrine Society Guidelines.

18.   I do not believe I am in a position to decide whether GDC will provide gender affirming surgeries to inmates or not.

19.   I have provided the information in this declaration based on the information available to me regarding my clinical care of Doe.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of January, 2024

DocuSigned by:
*Anthony Mulloy*
D909E2FE12214B2...