UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR SHARON LEWIS, in her official and individual capacities; PHILLIPS STATE PRISON WARDEN DESHAWN JONES, in his official and individual capacities; SERGEANT JAMAL KINTE ROBERTS, in his individual capacity; MHM CORRECTIONAL SERVICES, INC., d.b.a. MHM SERVICES, INC.; CENTURION HEALTH; STATEWIDE MENTAL HEALTH DIRECTOR CHAD I. LOHMAN, in his official capacity; PHILLIPS STATE PRISON MENTAL HEALTH DIRECTOR RHONDA BILLINGS, in her official and individual capacities; DR. SKIBINSKI, in her official and individual capacities; DR. CLEARY, in her individual capacity; DR. BOWLING, in his individual capacity; NURSE PRACTITIONER SIDNEY MOORE, in his individual capacity; | CIVIL ACTION FILE NUMBER:<br><br>1:23-cv-05578 |

| | |
|---|---|
| DR. W. AUSBORN, in his individual capacity; JEREMY LANE, in his individual capacity; WELLPATH LLC; PHILLIPS STATE PRISON MEDICAL DIRECTOR LATONYA JAMES, in her official and individual capacities; DR. ANTHONY MULLOY, in his official and individual capacities; WELLPATH HEALTH SERVICES ADMINISTRATOR JEWELLANN CLARKE, in her official and individual capacities,<br><br>        Defendants. | |

### DECLARATION OF TIFFANY NICOLE PARKS, MD

COMES NOW the undersigned, Tiffany Nicole Parks, MD, and states the following:

1. I am Dr. Tiffany Nicole Parks and I currently serve as Wellpath's Statewide Medical Director.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the facts stated herein and know them to be true, and I give this declaration freely and for use as evidence in the case styled *Jane Doe v. Georgia Department of Corrections et al.*, Case No. 1:23-cv-05578, pending in the U.S. District Court for the Northern District of Georgia, Atlanta Division.

3. I am a Doctor of Medicine and licensed to practice medicine in the State of Georgia. I graduated from the American University of Antigua School of Medicine in Antiqua, West Indies, with a Doctor of Medicine. I completed residency training at the University of Alabama Internal Medicine in Montgomery, Alabama, in July 2012.

4. From September 2021 until present, I have continuously been employed at Wellpath as either the statewide Medical Director or Assistant Medical Director for Georgia. Prior to that, I was employed as a Regional Medical Director for the states of Georgia, Florida and Louisiana.

5. Part of my job duties as statewide Medical Director for Wellpath include serving as the clinical lead for the Wellpath and Georgia Department of Corrections contract, training the Regional Medical Directors, and assisting Medical Directors with treatment questions. In this role, one of my job responsibilities is to present cases to the Wellpath gender dysphoria committee.

6. The Georgia Department of Corrections Summary of HealthCare Benefits provides guidance to Wellpath health care providers for treatment for incarcerated patients.

7. Among the healthcare services that are considered medically necessary, eligible, and available to GDC inmate patients and incarcerated probationers are:

> N. "Gender Dysphoria: Services and procedures relating to a diagnosis of gender dysphoria will be provided in accordance with GDC policy and require the

approval of GDC's Statewide Medical Director and/or Mental Health Director."

AA. "Sex Transformation: Surgical and non-surgical treatment relating to sex transformation will be evaluated on a case-by-case basis and in accordance with GDC SOP's."

8.  All inmates, including Plaintiff Jane Doe, have an individualized treatment plan.

9.  When an incarcerated patient is asking their treating physician for gender reassignment surgery, the patient must first receive a gender dysphoria diagnosis from a mental health professional.

10. After an incarcerated patient is diagnosed with gender dysphoria the patient is then referred to endocrinology. Endocrinology will then treat the patient and give their opinion, recommendation and proposed treatment.

11. If the patient continues to want gender reassignment surgery after consultation with both mental health and endocrinology, then the patient will be referred to Wellpath's gender dysphoria committee.

12. The statewide Medical Director makes the presentation to the gender dysphoria committee and the committee makes a recommendation. That recommendation would then be provided to the GDC's Statewide Medical Director and/or Mental Health Director per the Department of Corrections Summary of Benefits Manual.

13. In Plaintiff's case, Jane Doe was already diagnosed with gender dysphoria prior to Plaintiff's transfer to Phillips State Prison in April 2022.

14. Plaintiff has an individualized treatment plan specifically for gender dysphoria that includes hormone replacement therapy (HRT) and psychotherapy.

15. Plaintiff has routine appointments with Dr. Mulloy, an endocrinologist, for HRT.

16. Dr. Latonya James is the treating physician of the Plaintiff as the Medical Director at Phillips State Prison. It is my understanding that Dr. James was not aware that Plaintiff Jane Doe still wanted reassignment surgery until this lawsuit was filed in December 2023.

17. In December 2023, I received from Dr. James a request from Plaintiff for a consult for breast implants and a consult for surgery of gender reassignment.

18. Plaintiff Jane Doe has not been denied gender reassignment surgery at this time. The request is being processed and will be presented to the Wellpath gender dysphoria committee.

19. After it is presented to the Wellpath gender dysphoria committee, a recommendation will be made, per previously referenced summary of benefits, to the GDC statewide Medical Director who then will make the decision on the consult requests.

20. The remaining requested relief by Plaintiff Jane Doe regarding transfer to another facility and specific commissary items within the jail is not within my scope of employment.

This 31st day of January 2024.

_____
TIFFANY NICOLE PARKS, MD