IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Jane Doe,<br><br>            Plaintiff,<br>v.<br><br>Georgia Department<br>of Corrections, *et al.*,<br><br>            Defendants. | Civil Action No. 1:23-cv-5578-MLB |

## DECLARATION OF SHERRI SKIBINSKI, PSY.D.

1. I am Sherri Skibinski, a psychologist employed by MHM Correctional Services, LLC.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. I earned an MS in Counselor Education from the State University of New York at Brockport in 1992, an MS in Clinical Psychology from Nova Southeastern University in 1994, and a Psy.D. in Clinical Psychology from Nova Southeastern University in 1998. I have been regularly involved in the provision of mental health services in correctional facilities since 1998.

4. Since 2021, my duties have included the provision of mental health services at Phillips State Prison. As requested by Plaintiff Jane Doe, I provided mental health services to her from May 27, 2022 to February 27, 2023 to address her concerns relating to her diagnosis of gender dysphoria.

5. Plaintiff Jane Doe has an individualized treatment plan that specifically includes gender dysphoria in the diagnoses being addressed.

6. Plaintiff Jane Doe's treatment plan for those diagnoses provides for, and Plaintiff Jane Doe receives, counseling sessions by a mental health counselor under my supervision and additional sessions by a psychologist as requested.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of January, 2024

*Sherri Skibinski, PsyD*
Sherri Skibinski, Psy.D.