# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JANE DOE,

        *Plaintiff,*

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, *et al.*,

        *Defendants.*

Case No. 1:23-cv-5578-MLB

# DEFENDANTS' DISCLOSURE OF EXPERT REPORT OF STEPHEN B. LEVINE, M.D.

# **Table of Contents**

I.      Summary of Opinions ........................................................................4

II.     Credentials ......................................................................................6

III.    Background on the Field ................................................................11

   A.    The Biological Baseline of the Binary Sexes ...............................11

   B.    Definition and Diagnosis of Gender Dysphoria .........................16

IV.     Transgender identity is not biologically based. ...........................17

   A.    No theory of biological basis has been scientifically validated................18

   B.    Large changes across time and geography in the epidemiology of transgender identification are inconsistent with the hypothesis of a biological basis for transgender identity. ...................................19

   C.    Disorders of sexual development (or DSDs) and gender identity are very different phenomena, and it is an error to conflate the two. .....................23

   D.    Studies of individuals born with DSDs suggest that there may be a biological predisposition toward *typical* gender identifications, but they provide no support for a biological basis for *trans*gender identification. .25

V.      Scientific Methodologic Problems Concerning Gender Conforming Surgery for Community Dwelling Trans Women Throughout the World .................26

VI.     Considerations When Dealing with Transgendered Women Inmates ..........46

VII.    Widespread medical uncertainty regarding GCS is evident given recent studies purporting to demonstrate mental health benefits for GCS. .............52

VIII.   WPATH's "Standards of Care" are simply guidelines. ...............................57

IX.     The Concept of Medical Necessity ...............................................62

X.      Final Thoughts .............................................................................70

XI.     References....................................................................................71

# EXPERT REPORT OF STEPHEN B. LEVINE, M.D.

1.    I, Stephen B. Levine, M.D., have been retained by the State of Georgia to provide expert testimony in the above-captioned case, *Doe v. Georgia Department of Corrections*, et al., No. 1:23-cv-5578-MLB (N.D. Ga.). I have been asked to review various court documents and the current medical literature regarding transgender medicine to provide opinions regarding (1) the efficacy of Gender Conforming Surgery (GCS) and other treatment options for individuals with gender dysphoria, (2) the current medical consensus, if any, concerning GCS, as determined by a review of relevant medical literature, and (3) whether an institution's denial of GCS as a treatment option falls within the accepted standards of care for the care of prisoners diagnosed with gender dysphoria.

2.    In rendering these opinions, I have reviewed the publications listed in the references portion of this report and other documents related to this case, including: the Complaint in this case; the memorandum in support of Plaintiff's motion for a preliminary injunction; a summary of the facts underlying Plaintiff's convictions; Plaintiff's declaration; various policies of the Georgia Department of Corrections relating to the care and treatment of transgender prisoners; and the expert declarations of Isabel S. Lowell, Jeehea Sonya Haw, and Jens Urs Berli.

# I.        Summary of Opinions

3.        The basis and reasons for each opinion is set forth in the body of this report.

4.        **Opinion 1:**  The determination of whether Gender Conforming Surgery (GCS) is "medically necessary" begins with a patient's desire.  Doctors do not recommend GCS to a trans person in the community or in prison who does not initially request it.  It then rests on physician belief in GCS's efficacy (including vaginoplasty's efficacy) in significantly improving gender dysphoria, mental health, and social-vocational function.  There is significant debate within the medical community, based on existing evidence, whether these desired effects are often realized.  The rates of improvement on these parameters from successful anatomic restructuring of the genitalia have not been scientifically verified.

5.        **Opinion 2:**  The rate, degree, and duration of long-term harms and benefits remain uncertain after 60 years of genital reconstruction of trans women. Two recent studies, designed to measure mental health benefits, have failed to demonstrate the results that are widely claimed for surgery.  Nonetheless, these surgeries are recurrently represented as both safe and effective.

6.        **Opinion 3:**  A refusal by a treatment provider or an institution to offer GCS is an acceptable difference of medical opinion within the appropriate standard of care for treating individuals with Gender Dysphoria in or outside of prison

settings. Many American institutions endorse GCS despite its lack of demonstrated efficacy. Groups that have looked at the existing data supporting GCS have concerns that the rush to surgery may prove to be a medical misadventure.

7.    **Opinion 4:**  WPATH's historical policy recommendations that GCS should be provided to prisoners as in the community were announced before any inmate had GCS. It was based on compassion and the fear that these trans-identified women would castrate themselves or commit suicide, neither of which has occurred since prisons instituted hormonal and social treatments of this group. Critical reviews of the 7th (2012) and 8th (2022) versions of WPATH's clinical guidelines have concluded WPATH's guidelines are of low scientific quality. While entitled "Standards of Care," they actually do not meet the higher standards required to employ this scientific phrase; they are guidelines only. While WPATH has long insisted that inmates have access, and immediate access, to all the treatments available to people diagnosed with gender dysphoria living free in the community, prisoners with profoundly adverse backgrounds, chronic psychiatric symptom burdens, and recent consolidation of a trans identity pose ethical management problems that are more fraught than those in the community because of their compromised capacities to cope with life challenges.

8.    **Opinion 5:**  Given the uncertainties and controversies that abound in the field of transgender medicine and concerns about the long-term mental health,

functional capacities, and limited life spans of individuals operated upon in the community, there should be far more caution among prisoners, many of whom, like Plaintiff here, have serious mental and physical illnesses.

9.    **Opinion 6:**  The number of trans women inmates in the U.S. who have been provided GCS is likely to be very small, as they are dispersed in various states without any systematic summary available of their post-operative adjustment in prison or after their release.  Providing GCS to an inmate with bipolar and borderline personality disorders whose only psychiatric stability has been brought about from incarceration, time to mature, and ongoing psychotherapy constitutes an experiment of one.

10.    **Opinion 7:**  So-called "social-transitioning items" are not medically necessary items.  These items might be psychologically helpful or psychologically pleasing to transgender individuals, but that does not make access to these items medically necessary.  In the correctional context, provision of these items must also be balanced against the evident security concerns of an inmate having these items.

## II.    **Credentials**

11.    I am Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  I maintain an active private outpatient clinical practice treating adolescents and adults.  I received my M.D. from Case Western Reserve University in 1967 and completed a psychiatric residency at the University

Hospitals of Cleveland in 1973. I became an Assistant Professor of Psychiatry at Case Western in 1973, became a Full Professor in 1985, and in 2021, was honored to be inducted into the Department of Psychiatry's "Hall of Fame."

12.    Since July 1973, my specialties have included psychological problems and conditions relating to individuals' sexuality and sexual relations, therapies for sexual problems, and the relationship between love, intimate relationships, and wider mental health. In 2005, I received the Masters' and Johnson Lifetime achievement Award from the Society of Sex Therapy and Research. I am a Distinguished Life Fellow of the American Psychiatric Association.

13.    I have served as a book and manuscript reviewer for numerous professional publications. I have been the Senior Editor of the first (2003), second (2010), and third (2016) editions of the *Handbook of Clinical Sexuality for Mental Health Professionals*. In addition to five previously solo-authored books for professionals, I have published *Psychotherapeutic Approaches to Sexual Problems* (2020). The book has a chapter titled "The Gender Revolution."

14.    In total, I have authored or co-authored over 180 journal articles and book chapters, 27 of which deal with the issue of gender dysphoria. I was an invited member of a Cochrane Collaboration subcommittee that sought to publish a review of the scientific literature on the effectiveness of puberty blocking hormones and cross-sex hormones for adolescents with gender dysphoria. Cochrane Reviews are

a well-respected cornerstone of evidence-based practice, comprising a systematic review that aims to identify, appraise, and synthesize all the empirical evidence that meets pre-specified eligibility criteria in response to a particular research question.

15.    I first encountered a patient suffering what is now labeled gender dysphoria in July 1973.  In 1974, I founded the Case Western Reserve University Gender Identity Clinic.  I have served as co-director or director of that clinic since that time.  Across the years, our Clinic treated hundreds of patients who were experiencing a transgender identity.  An occasional child was seen during this era.  I was the primary psychiatric caregiver for several dozen of our patients and supervisor of the work of other therapists.  In 1993 the Case Western Reserve University Gender Identity Clinic was renamed, moved to a new location, and became independent of the University.  I continue to serve as Co-Director. Currently, I host a monthly conference with professionals from multiple cities who share an interest in understanding transgender identities.  For the last several years, I have supervised out of town psychotherapists in their work with transgender individuals.  I was an early member of the Harry Benjamin International Gender Dysphoria Association (in 2007 it became WPATH) and served as the Chairman of the committee that developed the 5th version of its Standards of Care.

16.    In the course of my five decades of practice treating patients who suffered from gender dysphoria, I have recommended or supported social transition,

cross-sex hormones, and surgery for particular patients, but only after extensive diagnostic and psychotherapeutic work.

17.     In 2006, Judge Mark Wolf of the Eastern District of Massachusetts asked me to serve as an independent, court-appointed expert in a litigation involving the treatment of a transgender inmate within the Massachusetts prison system.  In that litigation, the U.S. Court of Appeals for the First Circuit in a 2014 (en banc) opinion cited and relied on my expert testimony.  *Kosilek v. Spencer*, 774 F.3d 63 (1st Cir. 2014) (en banc).  I have been continuously retained by the Massachusetts Department of Corrections as a consultant on the treatment of transgender inmates since 2007.  During these years, I helped to establish a gender program, have developed the expertise of its changing leadership, been called upon to evaluate particularly difficult clinical challenges, and generally provide educative commentary during its monthly meetings.

18.     In 2016, I provided an expert opinion regarding the treatment of a transgender inmate within the Florida prison system.  In that litigation, the U.S. Court of Appeals for the Eleventh Circuit in a 2020 decision credited my expert determination.  *Keohane v. Fla. Dep't of Corr. Sec'y*, 952 F.3d 1257 (11th Cir. 2020).

19.     In 2019, I was qualified as an expert and testified concerning the diagnosis, understanding, developmental paths and outcomes, and therapeutic

treatment of transgenderism and gender dysphoria, particularly as it relates to children, in the matter of *In the Interest of J.A.D.Y. and J.U.D.Y.*, Case No. DF-15-09887-S, 255th Judicial District, Dallas County, TX (the "Younger litigation").

20.    In 2019, I provided written expert testimony in the landmark case in the *United Kingdom, Bell v. The Tavistock and Portman NHS Foundation Trust*.  I have provided expert testimony in other litigation as listed in my curriculum vitae.

21.    I am regularly requested to speak on the topic of gender dysphoria and have given countless presentations to academic conferences and Departments of Psychiatry around the country. In May 2022, I organized and co-presented a symposium on the management of adolescent-onset transgender identity at the American Psychiatric Association's Annual Meeting.  In the fall of 2023, I provided lectures at two international conferences on gender dysphoria held in the United States. On November 14, 2023, I spoke to a health subcommittee of the French Parliament about gender dysphoria.  Since March 2022, I and co-authors have published four papers on gender dysphoria that have cumulatively been downloaded over 200,000 times throughout the world.

22.    A fuller review of my professional experience, publications, and awards is provided in my curriculum vitae, a copy of which is attached hereto as Exhibit "A."

23.    I am being compensated for my time spent in connection with this case at a rate of $400.00 per hour for preparation of this report, and $500 per hour for my time related to deposition or court testimony.  My compensation does not depend on the outcome of this litigation or the substance of my opinions.

# III.    Background on the Field

## A.    The Biological Baseline of the Binary Sexes

24.    Biological sex is very well defined in all biological sciences including medicine.  It is pervasively important in human development throughout the lifecycle.

25.    Sex is not "assigned at birth" by humans visualizing the genitals of a newborn; it is not imprecise. Rather, it is clear, binary, and determined at conception. The sex of a human individual at its core structures the individual's biological reproductive capabilities—to produce ova and bear children as a mother, or to produce semen and beget children as a father.  As physicians know, sex determination occurs at the instant of conception, depending on whether a sperm's X or Y chromosome fertilizes the egg.  A publication of the federal government's National Institute of Health accurately summarizes the scientific facts:  "Sex is a biological classification, encoded in our DNA. Males have XY chromosomes, and females have XX chromosomes.  Sex makes us male or female. Every cell in your body has a sex—making up tissues and organs, like your skin, brain, heart, and

stomach. Each cell is either male or female depending on whether you are a man or a woman." (NIH 2022.)

26. The binary of biological sex is so fundamental and wide-ranging in its effects on human (and mammal) development and physiology that since 2014 the NIH has required all funded research on humans or vertebrate animals to include "sex as a biological variable" and give "adequate consideration of both sexes in experiments." (NIH 2015.) In 2021, the Endocrine Society issued a position paper elaborating on the application of the NIH requirement. The Endocrine Society correctly stated that "Sex is a biological concept ... all mammals have 2 distinct sexes"; that "biological sex is ... a fundamental source of intraspecific variation in anatomy and physiology"; and that "[i]n mammals, numerous sexual traits (gonads, genitalia, etc.) that typically differ in males and females are tightly linked to each other because one characteristic leads to sex differences in other traits." (Bhargava et al. 2021 at 221, 229.)

27. The Endocrine Society emphasized that "[t]he terms sex and gender should not be used interchangeably," and noted that even in the case of those "rare" individuals who suffer from some defect such that they "possess a combination of male- and female-typical characteristics, those clusters of traits are sufficient to classify most individuals as either biologically male or female." They concluded, "Sex is *an essential part of vertebrate biology*, but gender is a human phenomenon.

Sex often influences gender, but *gender cannot influence sex*."  (Bhargava et al. 2021 at 220-221, 228.)

28.    As these statements and the NIH requirement suggest, biological sex pervasively influences human anatomy, its development and physiology.   This includes, of course, the development of the human brain, in which many sexually dimorphic characteristics have now been identified.   In particular, the Endocrine Society and countless other researchers have determined that human brains undergo particular sex-specific developmental stages during puberty.   This predictable developmental process is a genetically controlled coordinated endocrine response that begins with pituitary influences leading to increases in circulating sex hormones. (Bhargava et al. 2021 at 225, 229; Blakemore et al. 2010 at 926-27, 929; NIH 2001.).

29.    Humans have viewed themselves in terms of binary sexes since the earliest historical records.  Recognizing a concept of "gender identity" as something distinct from sex is a rather recent innovation whose earliest manifestations likely began in the late 1940s.  Its usage became common in medicine in the 1980s and subsequently in the larger culture.  Definitions of gender have been evolving and remain individual-centric and subjective.  In a statement on "Gender and Health," the World Health Organization defines "gender" as "the characteristics of women, men, girls and boys that are socially constructed" and that "var[y] from society to society and can change over time," and "gender identity" as referring to "a person's

deeply felt, internal and individual experience of gender." (WHO Gender and Health.) As these definitions indicate, a person's "felt" "experience of gender" is inextricably bound up with and affected by societal gender roles and stereotypes—or, more precisely, by the affected individual's perception of societal gender roles and stereotypes and their personal idiosyncratic meanings. Typically, gendered persons also have subtly different, often idiosyncratic, reactions to societal gender roles and stereotypes without preoccupation with changing their anatomy.

30. Thus, the self-perceived gender of a child begins to develop along with the early stages of identity formation generally, influenced in part from how others label the infant: "I love you, son (daughter)." This designation occurs thousands of times in the first two years of life when a child begins to show awareness of the two possibilities. As acceptance of the designated gender corresponding to the child's sex is the outcome in >99% of children everywhere, anomalous gender identity formation begs for understanding. Is it biologically shaped? Is it biologically determined? Is it the product of how the child was privately regarded and treated? Is it a product of the quality of early life caregiver attachments? Does it stem from trauma-based rejection of maleness or femaleness, and if so, flowing from what trauma? Does it derive from a tense, chaotic interpersonal parental relationship without physical or sexual abuse? Is it a symptom of another, as of yet, unrevealed, emotional disturbance or neuropsychiatric condition (autism)? The answers to these

14

relevant questions are not scientifically known but are not likely to be the same for every trans-identified child, adolescent, or adult.

31.     Under the influence of hormones secreted by the testes or ovaries, numerous additional sex-specific differences between male and female bodies continuously develop postnatally, culminating in the dramatic maturation of the primary and secondary sex characteristics with puberty.  These include differences in hormone levels, height, weight, bone mass, shape, musculature, internal organ size, body fat levels and distribution, and hair patterns, as well as physiological differences such as menstruation and ejaculation.  These are genetically programmed biological consequences of sex—the actual meaning of sex over time.  Among the consequences of sex is the evolution and consolidation of gender identity during childhood, adolescence, and adulthood.

32.     Despite the increasing ability of hormones and various surgical procedures to reconfigure some male bodies to visually pass as female, or vice versa, the biology of the person remains as defined by his (XY) or her (XX) chromosomes, including cellular, anatomic, and physiologic characteristics and the particular disease vulnerabilities associated with that chromosomally defined sex.  For instance, the XX (genetically female) individual who takes testosterone to stimulate certain male secondary sex characteristics will nevertheless remain unable to produce sperm and father children.  Contrary to assertions and hopes that medicine

and society can fulfill the aspiration of the trans individual to become "a complete man" or "a complete woman," this is not biologically attainable. (Levine 2018 at 6; Levine 2016 at 238.)  It is possible for some adolescents and adults to pass unnoticed—that is, to be perceived by most individuals as a member of the gender that they aspire to be—but with limitations, costs, and risks.

## B.    Definition and Diagnosis of Gender Dysphoria

33.    Specialists have used a variety of terms over time, with somewhat shifting definitions, to identify and speak about a distressing incongruence between an individual's genetically determined sex and the gender with which they identify or to which they aspire.  Today's American Psychiatric Association Diagnostic and Statistical Manual of Mental Disorders (DSM-5-TR) employs the term Gender Dysphoria and defines it with separate sets of criteria for adolescents and adults on the one hand, and children on the other.

34.    There are at least five distinct pathways to gender dysphoria: early childhood onset; onset near or after puberty with no prior cross gender patterns; onset after defining oneself as gay for several or more years and participating in a homosexual lifestyle; adult onset after years of heterosexual transvestism; and onset in later adulthood with few or no prior indications of cross-gender tendencies or identity.  (Levine 2021.)

35.    Gender dysphoria has very different characteristics depending on age and sex at onset.  Young children who are living a transgender identity commonly suffer materially fewer symptoms of concurrent mental distress than do older patients.  (Zucker 2018 at 10.)  The developmental and mental health patterns for each of these groups are sufficiently different that data developed in connection with one of these populations cannot be assumed to be applicable to another.  This is particularly true for long term inmates who typically have had highly disturbed and multiply adverse developmental experiences resulting in highly aggressive coping styles.

36.    The criteria used in DSM-5-TR to identify Gender Dysphoria include a number of signs of discomfort with one's natal sex and vary somewhat depending on the age of the patient, but in all cases require "clinically significant distress or impairment in … important areas of functioning" such as social, school, or occupational settings.  The symptoms must persist for at least six months.

# IV.    Transgender identity is not biologically based.

37.    There is no medical consensus that transgender identity has any biological basis. Furthermore, there is considerable well-documented evidence that is inconsistent with the hypothesis of a biological basis for gender identity—at least in the large majority of currently presenting patients.

## A. No theory of biological basis has been scientifically validated.

38.    At the outset, the attempt to identify a single, biological cause for psychiatric conditions (including gender dysphoria) has been strongly criticized as "out of step with the rest of medicine" and as a lingering "ghost" of an understanding of the nature of psychiatric conditions that is now broadly disproven. (Kendler 2019 at 1088-89.) Gender dysphoria is defined and diagnosed only as a psychiatric, not a medical, condition. Courts need to have clarified that just because some physicians use medication and surgery to treat gender dysphoria does not make it a "medical condition" or that the psychological identity has been determined by a biological mechanism.

39.    While some have pointed to very small brain scan studies as evidence of a biological basis, no studies of brain structure of individuals identifying as transgender have found any statistically significant correlation between any distinct structure or pattern and transgender identification, after controlling for sexual orientation and exposure to exogenous hormones. (Sarawat et al. 2015 at 202; Frigerio et al. 2021.)

40.    Indeed, the Endocrine Society 2017 Guidelines recognizes: "With current knowledge, we cannot predict the psychosexual outcome for any specific child" and "there are currently no criteria to identify the GD/gender-incongruent children to whom this applies. At the present time, clinical experience suggests that

persistence of GD/gender incongruence can only be reliably assessed after the first signs of puberty." (Hembree et al. 2017 at 3876.)

41.     In short, no biological test or measurement has been identified that provides any ability to predict which persons will exhibit, and which persons will persist in, gender dysphoria or a transgender identification. Unless and until such a test is identified, the theory of a biological basis is a hypothesis still searching for support. A hypothesis is not a fact, and responsible scientists and clinicians will not confuse the two.   In this case, Plaintiff's lawyers repeatedly argue that gender dysphoria is biologically caused, but they do not have support for such a notion.

**B.    Large changes across time and geography in the epidemiology of transgender identification are inconsistent with the hypothesis of a biological basis for transgender identity.**

42.     In fact, there is substantial evidence that the "biological basis" theory is incorrect, at least with respect to the large majority of patients presenting with gender dysphoria today.

43.     **Vast changes in incidence:**  historically, there were very low reported rates of gender dysphoria or transgender identification.   In 2013, the DSM-5 estimated the incidence of gender dysphoria in adults to be at 2-14 per 100,000, or between 0.002% and 0.014%.   (APA 2013 at 454.)   Recently however, these numbers have increased dramatically, particularly in adolescent populations.  Recent

surveys estimate that between 2-9% of high school students self-identify as transgender or "gender non-conforming," with a significantly large increase in adolescents claiming "nonbinary" gender identity as well. (Johns et al. 2019; Kidd et al. 2021.) Consistent with these surveys, gender clinics around the world have seen numbers of referrals increase rapidly in the last decade, with the Tavistock clinic in London seeing a 30-fold increase in the last decade (GIDS 2019), and similar increases being observed in Finland (Kaltiala-Heino et al. 2018), the Netherlands (de Vries 2020), Australia, and Canada (Zucker 2019). The rapid change in the number of individuals experiencing gender dysphoria points to social and cultural, not biological, causes.

44.    **Large change in sex ratio:**  In recent years there has been a marked shift in the sex ratio of patients presenting with gender dysphoria or transgender identification.   The Tavistock clinic in London saw a ratio of 4 biological females(F):5 biological males(M) shift to essentially 11F:4M in a decade. (GIDS 2019.) One researcher summarizing multiple sources documented a swing of 1F:2M or 1F: 1.4M through 2005 to 2F: 1M generally (but as high as 7F: 1M) in more recent samples. (Zucker 2019 at 2.)  This phenomenon has been noted by Dr. Erica Anderson, who said: "The data are very clear that adolescent girls are coming to gender clinics in greater proportion than adolescent boys. And this is a change in the last couple of years.  And it's an open question:  What do we make of that?  We

don't really know what's going on.  And we should be concerned about it."  (Davis 2022.)  Again, this large and rapid change in who is experiencing gender dysphoria points to social, not biological, causes.

45.    **Clustering:**  Dr. Littman's recent study documented "clustering" of new presentations of gender dysphoria among natal females in specific schools and among specific friend groups.  This again points strongly to social causes for gender dysphoria at least among the adolescent female population. (Littman 2018.)

46.    **Desistance and Detransition:**  There are very high levels of desistance among children diagnosed with gender dysphoria (Cantor 2020), as well as increasing (or at least increasingly vocal) numbers of individuals who first asserted a transgender identity during or after adolescence, underwent substantial medical interventions to "affirm" that trans-identity, and then detransitioned and reverted to a gender identity congruent with their sex (Littman 2024).  These narratives, too, point to a social and/or psychological cause, rather than a biological one.

47.    **"Fluid" gender identification:**    Advocates and some practitioners assert that gender identity is not binary but can span an almost endless range of gender identity self-labels, which a given individual may try on, inhabit, and often discard.  (A recent article identifies 72.5%.[1])  I have not heard any theory offered for

---

[1]  Allarakha, What Are the 72 Other Genders?, MedicineNet, available at: https://www.medicinenet.com/what_are_the_72_other_genders/article.html.

how there is or could be a biological basis for gender identity as now expansively defined.

48.    I frequently read attempts to explain away the above points.  They include:  these problems always existed, but children are now learning that there are effective treatments for their dilemma and are simply seeking them.  And children have hidden their trans identity throughout childhood and now that trans people are recognized and accepted, they are presenting themselves.  And now pediatricians realize that girls can have gender dysphoria and are referring them to gender clinics. But these are all mere hypotheses unsupported by concrete evidence.  One set of unproven hypotheses cannot provide support for the unproven hypothesis of biological basis.  And none of these hypotheses could even potentially explain the failure of science thus far to identify any predictive biological marker of transgender identification despite searching for decades.

49.    **Therapies affect gender identity outcomes:**  Finally, the evidence shows that therapeutic choices can have a powerful effect on whether and how gender identity does change, or gender dysphoria desists.  Social transition of juveniles, for instance, strongly influences gender identity outcomes to such an extent that it has been described a "unique predictor of persistence."  Again, this observation cuts against the hypothesis of biological origin.

## C.    Disorders of sexual development (or DSDs) and gender identity are very different phenomena, and it is an error to conflate the two.

50.    Some have pointed individuals who suffer from disorders of sexual development (DSDs) as evidence that sex is not binary or clearly defined, or as somehow supporting the idea that transgender identification has a biological basis. Above, I extensively detailed that sex is clear, binary, and determined at conception. Here, I explain that gender dysphoria is an entirely different phenomenon than DSDs—which unlike transgender identity are indeed biological phenomena. It is an error to conflate the two distinct concepts.

51.    Every DSD reflects a genetic enzymatic defect with negative anatomic and physiological consequences. Each has a definable verifiable cause. As the Endocrine Society recognized in a 2021 statement: "Given the complexities of the biology of sexual determination and differentiation, it is not surprising that there are dozens of examples of variations or errors in these pathways associated with genetic mutations that are now well known to endocrinologists and geneticists; in medicine, these situations are generally termed disorders of sexual development (DSD) or differences in sexual development." Gender Identity on the other hand is uniformly defined as a subjective "sense" of being, a feeling or state of mind.

52.    The vast majority of those who experience gender dysphoria, or a transgender identity, do not suffer from any DSD, nor from any definable genetic

enzymatic disorder at all.  Conversely, many who suffer from a DSD do not experience a gender identity different from their chromosomal sex (although some may).  In short, those who suffer from gender dysphoria are not a subset of those who suffer from a DSD, nor are those who suffer from a DSD a subset of those who suffer from gender dysphoria.  The two are simply different phenomena, one physical with psychological effects, the other mental with physical effects only if treated medically or surgically.  The issue here is not whether biological forces play a role in personality development; it is whether there is strong evidence that it is determinative.  Science has come too far to revert to single explanations for gender dysphoria or any psychiatric diagnosis.

53.    The importance of this distinction is evident from the scientific literature.  For example, in a recent study of clinical outcomes for gender dysphoric patients, Tavistock Clinic researchers excluded from their analysis any patients who did not have "normal endocrine function and karyotype consistent with birth registered sex." (Carmichael et al. 2021 at 4.)  In other words, the researchers specifically excluded from their study anyone who suffered from genetic-based DSD, or a DSD comprising any serious defect in hormonal use pathways, to ensure the study was focused only on individuals experiencing the psychological effects of what we might call "ordinary" gender dysphoria.

**D.    Studies of individuals born with DSDs suggest that there may be a biological predisposition toward *typical* gender identifications, but they provide no support for a biological basis for *trans*gender identification.**

54.    Studies of individuals born with serious DSDs have been pointed to as evidence of a biological basis for transgender identification.  They provide no such support.

55.    One well-known study by Meyer-Bahlburg reviewed the case histories of a number of XY (i.e., biologically male) individuals born with severe DSDs who were surgically "feminized" in infancy and raised as girls.  (Meyer-Bahlburg 2005.) Most of these individuals still later adopted male gender identity—suggesting a strong biological predisposition toward identification aligned with genetic sex, even in the face of feminized genitalia from earliest childhood, and parental "affirmation" in a transgender identity.  But at the same time, the fact that some of these genetically male individuals did not later adopt male gender identity serves as evidence that medical and social influences can indeed encourage and sustain transgender identification.

56.    Importantly, the Meyer-Bahlburg study did not include any individuals who were assigned a gender identity congruent with their genetic sex who subsequently adopted a transgender identity.  Therefore, the study can provide no evidence of any kind that supports the hypothesis of a biological basis for transgender identity.  A second study in this area (Reiner & Gearhart 2004) likewise

considered exclusively XY subjects, and similarly provides evidence only for a biological bias toward a gender identity congruent with one's genetic sex, even in the face of medical and social "transition" interventions. None of this provides any evidence of a biological basis for transgender identity.

# V.    Scientific Methodologic Problems Concerning Gender Conforming Surgery for Community Dwelling Trans Women Throughout the World

57.    After 60 years of increasingly frequent GCS, most surgeon authors begin and end their contributions by highlighting the significant gaps of knowledge that remain concerning anatomic, physiologic, and mental health outcomes of the operation. As explained below, six parameters of evaluation in combination should be used to assess the efficacy of this operation. The current gaps of knowledge derive from three categories of deficiencies: (1) the absence of repeated measures over time (inadequate follow-up data); (2) the failure to agree on valid measurement instruments; and (3) inadequate monitoring of long-term anatomic and functional consequences. As a result, an objective risk/benefit ratio for patients is not yet established. What has been established is a 15-year pattern of increasing performance of vaginoplasties and large wait times for individual patients. (Wright et al. 2023.) The demand for GCS makes it seem that the value of these surgeries is well established. Patients blindly believe the mantra that the operations are "safe

and effective." They believe this because their doctors, having been so taught, believe it. While patients are led to trust this widespread cultural belief, physicians who do not know about the complication data consider this to be a scientifically proven fact. It provides an example of fashion-based medicine rather than the more trustworthy standard of evidence-based medicine (EBM). Surgery advances by innovative techniques that are reported in the literature. These technical advances should not be confused with the long-term psychosocial outcomes of the well-done operations. Positive outcomes are published more commonly than negative ones.

58.    Patients, clinicians, researchers, and the courts should focus on six outcome parameters when assessing the safety and effectiveness of GCS. These parameters should be measured at logical intervals employing scientifically validated measurement instruments and honest descriptions of lasting consequences. The six parameters of evaluation of GCS are:

a.  impact on *genital* dysphoria;

b.  impact on *gender* dysphoria;

c.  impact on mental health;

d.  impact on social and vocational function;

e.  impact on sexual and urinary function; and

f.  all-cause mortality.

27

59.    All may presume that anatomic results are better today than a generation ago because surgical techniques generally improve over time.  Three basic GCS techniques are used to create female-appearing genital structures: penile inversion, penile scrotal grafting, and intestinal grafting.  Complication rates decrease after surgeons have performed ~50 operations (Ferrando 2020); they also vary with the technique.  There have been over 11,000 papers published on the topic of male to female genital surgery, but most address only a single outcome parameter. A coordinated national effort would be required to achieve an EBM high-quality multifaceted outcome study of GCS in this country.  What exists are reports from individual surgical groups in the U.S. and elsewhere.  Most centers do not publish their outcomes, however.  I will now examine each of the six parameters referencing relatively recent articles.

60.    **Parameter One:  The impact on <u>genital</u> dysphoria,** that is, distress over the presence of the penis, scrotum, and testes, is expected to be universally positive since GCS has been elected by the patient after at least months of consideration.  I presume that published satisfaction rates refer to pleasure in the new genital structures and happiness about the absence of male genitalia.  Satisfaction rates range from 72% to 92%.  Initial dissatisfaction primarily reflects surgical complications.  In a 2018 study of 330 patients, the complication rate was 28.9%. (Gaither et al. 2018.)  Dissatisfaction occurred when the anatomic result was

disappointing (rare) or problematic in terms of urinary, sensory, vaginal depth, or sexual function. They reported a reoperation rate of 9%. Most complications appeared within four months. Dreher et al. reported complications in 32.5% and a reoperation rate was 21.7%. (Dreher et al. 2018.) In Manrique et al.'s meta-analysis of 46 studies, the average complication rate was 21%; 87% were satisfied with the functional outcomes; 92% were satisfied with the aesthetic outcomes. Each of these numbers summarize a range. For instance, between 54% and 84% of patients were able to have an orgasm. (Manrique et al. 2018.) Based on these three 2018 studies, it is apparent that no patient, surgeon, institution, or clinician should expect GCS to remove distress over existing genital structures in every patient. Initial relief of *genital* dysphoria from the operation over time may evolve into dissatisfaction first based on post-operative complications and transient discomfort and later based on the physiological limitations of the new structures. Surgical complication rates are incidence counts rather than descriptions of genital distress over time. Some patients undergo genital surgery to eradicate distress only to be distressed over the appearance or function of their new genitals. The rate of this phenomenon cannot be discerned with certainty but can be approximated by looking at complications in three time frames:

a. **In the immediate and early post-operative period:** injury to bladder, urethra, or rectum, abscess, surgical-site infection, flap loss, failure of skin

graft to take, insufficient vaginal cavity depth, urinary stream abnormalities, hematoma, and dehiscence (wound coming apart) have been repeatedly described by many authors. Such studies do not include levels of pain and required opioid relief.

b. **In the three- to six-month post-operative period:** other problems are recognized, such as spraying of urinary stream (1/3 of patients in one report), urethral strictures, bladder infection, rectal injuries (4.5%), fistulas and inadequate vaginal depth. The latter is determined both by the original length achieved during the operation and by the dilatation routine practiced by the patient.

c. **At one year or more:** sensory and sexual function problems become apparent. These are reflected in the inability to have masturbatory or partner-related orgasms. In 2020, an Italian group reported that 40 of 45 patients reported orgasms and 34 were able to experience penile penetration with a partner at their 12-month follow-up. (Ongaro et al. 2020.) Most papers that address orgasm potential only ask the question, "Are you able to attain orgasm?" They do not ask how orgasm is attained, at what percentage frequency, or whether it is a masturbatory or partner-related orgasm. Minor surgical revisions are sometimes necessary to correct vaginal opening scarring (4.1%) for protuberant clitoris, or labia that do not come together. Other

complications include flap necrosis, rectal and urethral injuries, rectal fistula, vaginal stenosis, and urethral fistula. (Drinaine & Santucci 2020.) Sensory and sexual patterns require repeated measurements over several years because nerves heal slowly, if at all, partner availability and partner-related mutual behaviors vary, and over time neovaginal spaces shrink, become stenotic, or develop a stricture. Each of these complications preclude penetration. Continuing dilatation may be necessary in those who do not have regular intercourse. Rectovaginal fistulae and pelvic floor complications can be complications in ensuing years.

61.    In most centers, the use of intestinal grafting is a rescue operation for patients whose initial surgical results were unsatisfactory. But in other centers, it is the first operation done. A Stanford group reported on 83 patients done by one surgeon over 22 years. They provided follow-up by phone that averaged of 2.2 years. 58% had complications of which 83.3% were considered minor. (One of their patients, Walter Heyer, detransitioned after 8 unhappy post-operative years and has devoted his life to helping those with regret.) The Stanford patients' problems included introital stricture and excessive protuberance of the new clitoris. Excessive mucus production occurred in 28.6% but resolved after the first year. (Morrison et al. 2015.) Di Summa's group used intestinal grafting in rescuing 30.2% of their patients who first had penile inversion surgery. The aesthetic and functional

outcomes in the successful penile inversion and rectosigmoid groups were the same at 32-month follow-up, but the latter group had significantly reduced pain on penetration. (di Summa et al. 2019.) The latter symptom is often not commented on when closing of the neovagina is reported.

62.    The results of a 2020 study by Loree et al. found that 3 of the 30 patients undergoing penile inversion vaginoplasty required transfusion. There were 6 (20%) additional complications. Three complications (10%) required reoperation: 1 patient for wound dehiscence on post-operative day 7, 1 for rectal perforation identified on post-operative day 10, and 1 for urethrovaginal fistula. All complications were addressed without sequalae. Twenty of the 30 (66%) patients ultimately underwent revision surgery. Indications for revision were prolapse correction/deepening, labiaplasty, clitoral hood construction/revision, meatal asymmetry, urinary fistula repair, and posterior vaginal flap revision. Twenty-one of 28 (75%) revisions were outpatient surgeries. There were no complications from these revision procedures. Overall satisfaction via survey of 24 patients was 92%. (Loree et al. 2020.)

63.    As GCS or vaginoplasty is typically described as safe and effective with a low complication rate by surgeon authors, recommending physicians, and mental health professionals, one can only wonder how familiar these individuals are with such data. There was no meaningful mention of complications in the declarations by Drs. Lowell, Haw, and Berli. This raises the ethical and legal question of whether

patients' consent for GCS meets the standard of informed consent. Signing a form that lists the possible complications the morning of surgery or after one visit to the surgeon may not suffice. When considerable psychiatric diagnoses are present— such as, depression, anxiety, bipolar disorder, and borderline personality disorder— reasonable clinicians wonder whether inmates or free-living patients can be thought to be truly informed when consenting. This issue has been repeatedly raised with adolescents; adults who can speak cogently are assumed to be able to consent. But desperation or any strong reason to achieve GCS raises this concern. Individuals naturally are expected to have fears, worries, or concerns before any major surgical procedure. Psychotherapists recognize the ordinariness of such ambivalence. Involvement in a lawsuit to obtain a particular result tends to obscure this fundamental human tendency.

64. **Parameter Two: the impact on <u>gender</u> dysphoria.** Originally GCS was assumed to be a surgical cure of gender dysphoria. This is no longer widely claimed; instead, GCS is simply a patient-requested treatment that is presumed to be ameliorative. The persistence of gender dysphoria after vaginoplasty has not been systematically studied in the same patient at various intervals. Information, however, does exist at various one-time measurements—for example, at one, two, and five years, in many studies. Many reports found diminished or absent gender dysphoria. Plaintiff's expert and the many studies that they reference do not share

how improved gender dysphoria was measured. Since long wait lists for GCS exist in the community, surgeons believe that the gender dysphoria will diminish from the operation. One can see this reflected in many articles that begin and end with the idea that GCS improves gender dysphoria, even though these papers did not measure the comfort with the self as gendered woman. This literature simply assumes that GCS is effective at eradicating gender dysphoria and therefore is medically necessary. The field lacks a valid measurement instrument to assess the evolution of gender dysphoria or knowledge whether discomfort with the gendered self subjectively changes over time. Surgeons are likely to assume they have either cured or improved distress associated with the original diagnosis of gender dysphoria. This is typically based on patient answers to "How are you doing?" at post-operative visits. The sensibilities of the surgeon are primarily on anatomic healing and physiological processes rather than in depth subjective psychological and social processes that might reflect continuing gender dysphoria other than genital dysphoria. Gender dysphoria is a subjective intrapsychic state that fluctuates over time. When patients tell their surgeons how they are doing at an early post-op visit or after-a-repair-of-a-complication visit, they are responding to what is most relevant: healing or functioning of the genital tract rather than providing an in-depth exploration of their new sense of womanly self.

65.    There are five types of observations that suggest that gender dysphoria persists after GCS for an unknown number of patients.  (1) Some seek or obtain additional surgery—augmentation mammoplasty, facial feminization, vocal cord surgery, and other cosmetic enhancements—in hopes of feeling more feminine.  The surgeon who performed GCS may not know of these subsequent operations. (2) Some detransition after vaginoplasty, a small number of whom ask the surgeon to recreate the appearance of male genitalia (Djordjevic et al. 2016).  (3) Some with persistent gender dysphoria who state that they are not the woman they thought they would become.  Their initial ambition to be a complete woman morphs into a sad recognition that they are neither a man nor a woman but exist in a third category. (4) Some file lawsuits against the treatment teams that moved them quickly into surgical care.  (5) Some make suicide attempts and other commit suicide—most commonly years after GCS at rates much higher than age-matched individuals of either sex.

66.    These considerations are rhetorically masked by repeated claims that the regret rate after GCS is 2% or less.  (McNamara et al. 2022.)  Criticisms of this figure have repeatedly been offered, but this low regret rate after surgery continues to be promulgated.  One illuminating criticism, for example, is that to qualify as "regret" a person has had to tell the surgeon this at a follow-up visit, even though it is known that at least 75% of de-transitioned patients do not return to the surgeon

and that suicides are not considered to be "regret." (Littman 2021.) The advertised regret rate of 2% or less does not appear to be reasonable by any human standard. Its promulgation raises important questions: who is asking? how is it asked? when it is asked? what is it that is not regretted (Levine & Abbruzzese 2023)? One can imagine that this statement does not qualify as regret: "GCS was necessary for my transformation to living as a complete woman, my former driving ambition. The experience and the results were far from what I expected, but at least I tried. Knowing what I know now, I might have done something different. I must live for the present and future. I accept that I am doing the best that I can. I'm older now and understand things differently. What good is dwelling on my periodic regrets?"

67. In a 2011 study of all patients who had surgery (both trans men and trans women) the suicide rate was 19.1 times the rate among control Swedish population. (Dhejne et al. 2011.) Subsequent studies also recognize the risk of post-GCS suicide. They note the elevated rates compared with the non-transgendered in their countries. More recent rates, perhaps reflecting the greater acceptance of transgendered persons, range from 3.5 to 6 times higher. Certainly, those who continue to promulgate the supposed 2% regret rate need to reveal the basis for this claim and cease giving the impression that the vast majority have no regrets.

68. A prospective pre-1-, 3-, and 5-years' post-surgery survey of 190 Swedish patients who had undergone genital surgery was published in 2017. Using

the Short Form-36 Health Survey (SF-36), which measures Quality of Life (QoL) across 8 domains, the patients had a lower QoL than general population on most items at every interval. QoL improved at 1-year post-surgery and then declined to the preoperative level by 5 years. (Lindqvist et al. 2017.) Despite these findings, the article's title was "Quality of life improves early after gender reassignment surgery." This is a typical form of distortion: the title reflects only the positive finding. Many readers do not read beyond the title and abstract, which also emphasizes the positive results. It is important to realize that access to most articles require a payment so that readers only have access to the abstracts unless they have a subscription to the journal. The QoL is employed as surrogate marker for gender dysphoria, yet it is not specific or focused on gender dysphoria per se.

69.    Few biological male inmates in the U.S. have undergone GCS. No study of them has appeared. Is it reasonable to assume, as Plaintiff's experts argue, that every inmate who desires this surgery should be expeditiously provided with it because it will ameliorate or cure their gender dysphoria? Prudence suggests that it is not reasonable.

70.    **Parameter Three:  impact on mental health of GCS** has proven particularly problematic for several reasons.

a.  First, to provide evidence how GCS affects mental health, preoperative mental health needs be compared with post-operative mental health using

37

the same objective instruments.  This has not been consistently recognized by evaluators.  Numerous individual studies and meta-analysis of multiple studies involve small sample sizes, are cross-sectional, and uncontrolled. In 2010, Murad reviewed 28 studies.  They concluded "low quality evidence" for positive mental health outcomes.  (Murad et al. 2010.) Recent studies (Bränström & Pachankis 2020; Almazon & Keuroghian, 2021), recognizing the uncertainty of the mental health benefits of GCS, concluded that genital surgery improves mental health.  The first study's conclusions were retracted (Kalin 2020) and the second found both positive and negative indicators.  The latter authors failed to mention that over half of the 27,715 subjects rated their mental health as poor/severe. (Miller et al. 2023.)  An accompanying editorial was far less certain than the original authors.  (Marano et al. 2021.)  (While medicine relies on peer review for reassurance that the study's conclusions are likely to be correct, the Bränström & Pachankis retraction is a reminder that those who are considered experts in gender dysphoria treatment may be either biased in favor of the conclusions or not sufficiently methodologically sophisticated to detect flaws in study's methods.  This is one of the reasons that systematic studies reject most of the peer-reviewed literature in the field.)

b. Second, it is a considerable challenge to decide how to measure mental health. Researchers could measure psychiatric symptoms such as anxiety, depression, self-harming behaviors, substance abuse, eating disorders, suicidality, quality of life measures, and/or the use of psychiatric care. They may also assess the ability to consistently work and participate in a long-term love relationship.

    i. Compared to non-trans women, mental QoL was significantly impaired in trans women, whereas no differences in physical QoL were found. (Brieidenstein, et al. 2019.) This finding emerged from a 42% response rate of a survey of 577 who received GCS at one center. Poor response rates are typical of such studies raising the question why so few are willing to participate. The suspicion is that some cannot be located but others, who are still alive, may not be thriving.

c. Third, such research requires professionals who have inclination, the time, the funding, and the awareness of the need to demonstrate that GCS improves mental health. At this point, American medicine has just assumed GCS improves mental health. Transgendered adult communities are known, through numerous cross-sectional studies, to have significant mental health problems here and in Europe. (Liszewski et al. 2018; Henry

et al. 2021; Dhejne et al. 2016.)  For example, in a survey of various transgender persons in Sweden, a fifth of the respondents reported poor self-rated health, 53% reported a disability, and 44% reported quality of life scores below the median cut-off value of 6 (out of 10).  (Zeluf et al. 2016.)  A related issue, the medical transitioning of adolescents, is now receiving a great deal of attention.  Repeated systematic studies of the mental health benefits of hormones analyzed with the principles of EBM have agreed that the benefits are at best uncertain.  Nonetheless, providing hormones for youth is still the therapeutic fashion in 28 states.  GCS for adults has not been subjected to the same level of scrutiny as have interventions for transgender youth.

d. Fourth, when studies are done, it would be ideal if the follow-up examinations are done over several times periods—for example, at 1, 3, 5, and 10 years.  Current follow-up studies measure patient reported outcome only once.  "No-regret-today" does not guarantee the absence of future regret.  Having undergone genital restructuring, a patient may be initially reluctant to admit that she continues to have significant mental health challenges including gender dysphoria.  Surgical success in terms of aesthetics and urinary and orgasmic function is likely easier to attain than improved mental health because many of those who have undergone GCS

have had significant ongoing mental health challenges throughout their lives. These include preoperative psychiatric symptoms, impaired social function, substance use, and high use of psychiatric services. In many trans-identified inmates, aggression toward others needs to be added to this list.

e. Fifth, since population studies of mental health have indicated that most people with psychiatric symptoms do not seek mental health care, scholars of gender medicine cannot assume that those who do not seek psychiatric services after GCS have much better lives. Many of my patients accept their lives, however limited, with sentiments such as, "This is just me." Because of the above limitations, attempts to demonstrate the positive impact of GCS on mental health have used indirect methods, two of which will now be discussed.

71.    In 2014, Heylens et al. performed a prospective study of 57 individuals who were administered the validated SCL-90 (90 item symptom check list) at presentation, after hormone administration, and after GCS. This type of prospective study is ideal. Hormonal treatment, but not surgery, significantly increased the scores on the measure. The authors did not separate the trans men from the trans women. (Heylens et al. 2014.) Some subsequent individual studies could, and others could not, confirm this benefit. The most recent study of hormone

administration demonstrated that the most significant finding was that two years of hormone treatment improved satisfaction with appearance. The transgendered 18-year-old women had no mental health benefits. Two of 315 patients suicided during the two-year trial. (Chen et al. 2023.)

72.    Using the World Health Organization's QoL questionnaire with 100 questions, in 2016, a Brazilian group assessed 47 trans females before and at least one year after genital surgery, finding that psychological state and relationships improved, but physical health and independence deteriorated. QoL deteriorated when surgical complications existed. (Cardosa et al. 2016.)

73.    **Parameter Four: the impact on social and vocational function.** This parameter has been clarified by public health surveys and by transgender advocates. A limitation of these data is that all individual subjects who identify as transgendered are included without separating trans men from trans women and those who have undergone GCS and those who have not. These groups are described as socially discriminated against, marginalized, and vulnerable to various social ills. They are known to have higher rates of domestic violence victimization, substance abuse, unemployment, being unmarried, dependent on public transportation, having inadequate access to health care, dependent on disability income, engaging in prostitution, and incarceration. (Liszewski et al., 2018.) These patterns continue to be documented in numerous cross-sectional studies of trans adult mental health in

42

community surveys.  (Newcomb et al., 2020; Henry et al., 2021; Kattari et al., 2020.)

Social and vocational function, like other parameters, need to be repeatedly

measured as these can change with patients' circumstances.  The usual explanation

for these diverse social and vocational challenges is the minority stress theory—trans

individuals are victims of social discrimination and previously they have

incorporated society's prejudices against sexual minorities into their psyches.

(Lefevor et al., 2019.)  This hypothesis assumes that there are no inherent mental or

emotional problems with being transgendered, an idea that WPATH and the

American Psychiatric Association have asserted ipse dixit—without any evidence.

These declarations were intended to emotionally and socially support trans-

identified persons.  (Byne et al., 2012; Reed et al., 2016.)  This idea requires ignoring

the studies of the mental health problems of child, adolescents, and adults who first

present for psychiatric care.  (Dhejne et al., 2016.)  For instance, the incidence of

autism is seven-fold greater among trans adolescents and young adults than in the

general population.  (Strang et al., 2018.)  Autistic patterns, even without gender

dysphoria, are typically associated with social and vocational dysfunction.  The

separation of mental health issues from social and vocational function is important

for clarity's sake, although they overlap considerably.  It is broadly known in

psychiatric practice that that individuals with psychiatric diagnoses can function well

in the workplace, even though their symptoms and their relationship problems are

clinically significant. There is a greater degree of psychiatric problems when those diagnoses interfere with vocational function. This is typically seen among transgendered inmates prior to incarceration.

74. **Parameter Five: long term impact on sexual and urinary function.** This parameter is difficult to present accurately because of the privacy that surrounds these topics. Sexual function begins with the ability of the new genital structures to feel exquisite sensation leading to arousal as would be expected in a natal adult woman's clitoris, labia, introitus, and vagina. GCS rearranges neural innervation, and some complain of being satisfied with the external appearance of the genitalia but not the sensory capacities. For many years of the provision of GCS nothing was known about post-operative sexual function. This was not a concern. Now when figures are provided that most patients can have orgasm, how those orgasms are attained is not specified. The possibilities include masturbation via anal and rectal stimulation, vaginal penetration, or external structure stimulation and, of course, orgasmic attainment with a partner. No mention is made of vibrator dependence. The latter topic is less well known in part because questions are not asked, many patients do not have a partner, partners may need considerable time and experience together prior to learning how to stimulate an orgasm, and some are embarrassed to have genital activity with another person. This topic is important to consider prior to undergoing GCS because, despite what some transgendered persons may report,

many use their penis for their own and their partner's pleasure. Pre-operative discussions with mental health professionals, as part of the informed consent process, should thoroughly cover this topic. This is particularly fraught in prisons where inmates are loathe to discuss their sexual relationships because of PREA rules and mental health professionals are fearful of asking for fear of being thought to be too intimate with the inmate. I am unaware of Plaintiff's current orgasmic capacities or how the genitals are stimulated, if at all.

75.    Urinary problems can be expected as the urethra in the new female appearing genitalia is shortened. It may be that this makes recurrent urinary infections more common, causes more spraying of the urinary stream, and predisposes to fistula formation and stricture. It may be that these problems will be brought to local urologists rather than the GCS surgeon because many operations are done at center far from the patients' homes. Thus, the surgical literature may not accurately reflect the actual incidence of compromises to the urinary anatomy and function.

76.    **Parameter Six: all-cause mortality.** This parameter has been a worrisome concern based on retrospective studies. While death from suicide after GCS has received the most attention, the incidence of AIDS, cardiovascular disease, and cancer is also significantly elevated. In five studies from UK, U.S., Sweden, Denmark, and Holland, the transgendered, whether before or after GCS, have an

earlier average age at death when compared to their countrymen. (Jackson et al., 2023; Erlangsen et al., 2023.) This was originally demonstrated in Sweden among all patients who underwent GCS over a 30-year period. (Dhenje et al., 2011.) Ten years later, De Blok et al. demonstrated an almost double increase in mortality among trans women compared with the general male Dutch population. (de Blok et al. 2021.). This pattern in Holland has not changed in five decades. The study selected people on hormones, many of whom may have had GCS, but it did not provide information on GCS. The United States Veterans Health Administration has a large data base that also have demonstrated shorter life spans of those listed as transgendered. More recent studies from the UK and Denmark have documented the same increase in all-cause mortality. (Jackson et al. 2023; Erlangsen et al. 2023.)

# VI.     Considerations     When     Dealing     with Transgendered Women Inmates

77.     Routh et al. 2017 has aptly labeled the issues with this group of natal male inmates as a conundrum. The conundrum is best appreciated by two observations. First, the highest known prevalence of adults with gender dysphoria seems to exist among current prison inmates; the incidence of inmates declaring a trans identity has dramatically increased in the last 17 years among biological males and in the last seven years among female inmates facing long periods of incarceration. While this statement is based on my experience with the

Massachusetts DOC, this is likely to be true in many other states. Second, the developmental histories, educational attainments, and interpersonal relationships of many of inmates have been highly problematic—having endured far more egregious adversities than transgendered persons seeking services in the community. Inmates have endured parental bonding and attachment difficulties, physical, psychological, and sexual-abuse experiences, parental neglect, domestic violence, divorce, poverty, parental imprisonment, educational deficiencies, vocational instability, etc. They have high frequency of adolescent substance abuse, repeated criminality during their youth, and the failure to attain vocational skills.

78. Male inmates are generally unable to trust their assigned mental health professional: they resist discussing their developmental histories and prefer not to recognize their anger from their childhood and adolescent adversities. They are often manipulative, paranoid, and cannot be depended on to tell the full truth about their past or current life. They tend to externalize blame and act out, rather than recognize and process what they feel. Inmates end up feeling that no one in the DOC cares about them and their gender dysphoria. (Levine 2016.)

79. State prison systems' policies about trans inmates vary and evolve at different rates. Many of these DOC medical and mental health staff groups began with having little confidence in dealing with this population, limited knowledge about the existing literature, and more importantly, little awareness of controversies

in the field. This becomes relevant because the staff must help the inmates to have a cogent informed consent process for hormones and GCS. Although inmates are adults whose brain maturation is assumed to be complete (generally assumed to occur around age 25 years), it is difficult to ascertain whether they can think clearly about the benefits, risks, and social consequences of GCS while in custody and after release. Because of their age and their ability to recite some of the known dangers of genital surgery, the legal requirement for informed consent is assumed. Inmates who passionately desire GCS may not be able to think clearly about the pros and cons of this intervention or acknowledge their worries. I have repeatedly been told that the complications "will not happen to me," "that only happens with inexperienced surgeons," or "I don't' care, I just want to be put in that coffin as a woman." The other limitation to informed consent stems from professionals who do not have an in-depth knowledge of the limitations of GCS in terms of its safety and effectiveness. (Levine et al. 2022.) Regardless, informed consent should be processed over time, not a one-time interview with the surgeon.

80. Being a plaintiff in a lawsuit forces the transgendered inmate to present herself as being certain about the desire for and need for GCS, suppressing the ordinarily expected ambivalence, worries, and conflicts about undergoing this irreversible surgery. As discussed above, various considerations result in a failure to discuss the role of masturbation and partner sex plays in the inmate's life. This

leads to the danger of post-operative sexual incapacity that prevents the self-soothing emotion regulation function of solitary masturbation. Recognizing and honestly processing the personal wisdom of GCS requires considerable time. Long wait times are prudent in that they give the inmate a chance to reconsider what they have told their mental health professional that they want. Minds do change.

81.     Because of their recurrent problematic behaviors, many inmates would not qualify for GCS if they were in the community. (Levine 2016.) Plaintiff may be an example of someone who would be delayed in obtaining GCS until she could demonstrate a long period of stable mental health, vocational functioning, absence of substance abuse, absence of violence, and regular attendance with a mental health professional. Plaintiff's two psychiatric diagnoses (borderline personality disorder and bipolar disorder) and her repeated impulses to harm herself by head banging, asphyxiation, and autocastration should never be confidently considered to be no longer relevant even after obtaining her desired surgery. She has indicated that she wants more from surgery than GCS can offer. When WPATH began declaring in 1999 that all institutionalized persons should have the same opportunities for GCS as community dwellers, this committee-of-eight-derived policy did not consider the troubled compromised people who become long-term inmates. It focused on the diagnosis rather than the larger picture of the person with the diagnosis and motives for requesting GCS.

82.     That Plaintiff self-harmed while on hormonal therapy is being argued as a reason to provide immediate GCS, such as vaginoplasty.  Self-harm indicates self-hatred and is an indication of poor mental stability.  At times self-harm is a manipulative gesture to obtain some defined goal, but prison mental health professionals view it as a possible prelude to suicide and see it as an indication of more intense observation and psychiatric care.  It is not a prudent indication for GCS; rather, it is an indication of current emotional deterioration.  Neither does it imply that all will be well after surgery.  These periodic decompensations do not give one confidence that the inmate has the capacities to adequately cope with the rigors of anticipation of GCS, medically experiencing surgery, dealing with post-operative pain and dilations, and experiencing new challenges in a woman's prison.  This assumes that all would go well surgically, but what if it did not?  A better candidate for GCS would evidence considerable emotional stability.  A self-harming experience after surgery would indicate that Plaintiff's experts' certainty about the value of GCS for this inmate was naïve.  There is far more to Plaintiff's mental dysfunction than can be explained by Gender Dysphoria.

83.     In the diagnosis of Gender Dysphoria found in the DSM-5-TR or of Gender Incongruence in the ICD-11, there is no mention of degree of dysphoria.  Plaintiff's gender dysphoria is recurrently referred to as severe and this word is used to convey an urgency for surgery.  What is not being considered in this argument is

that the seeming desperateness for GCS, a desire that has existed for decades, is being produced by emotions, conflicts, or dilemmas that are not being recognized, discussed with the therapist, and ameliorated through their recurrent process together.    The inmate's solution is GCS rather than getting assistance in understanding her felt urgency.  Alternately, the "severity" of the gender dysphoria is merely a rhetorical device to influence the legal argument.  In the community individuals wait up to a year in some centers for therapy without desperateness. Some during that year, in my experience, decide not to have the operation.

84.    When the distress of gender dysphoria escalates in a person with this diagnosis, clinicians need to investigate its source.  Thoughts of suicide or a suicide attempt after being turned down for GCS is a sign of hopelessness, disappointment, helplessness, and frustration—that is, of reactive depression.  It is not a direct cause of increasing gender dysphoria.

85.    The DSM-5-TR, ICD-11, and WPATH's 8th version of its standards of care emphasize that a trans identity or incongruence between one's sex and gender identity is not a mental illness.  Qualifying as a mental illness in DSM-5-TR is distress over the incongruence.  Illness, per se, does not qualify for a disability.  The latter requires an unimprovable significant impairment in social, vocational, or other important areas of function.  Plaintiff has other significant psychiatric diagnoses that typically produce such dysfunctions.  It is not clear that it is the gender dysphoria

alone that is the source Plaintiff's chronic and periodic exacerbated emotional distress.

## VII.    Widespread medical uncertainty regarding GCS is evident given recent studies purporting to demonstrate mental health benefits for GCS.

86.    In 2020, Bränström and Pachankis introduced their work with: "Despite professional recommendations to consider gender-affirming hormone and surgical interventions for transgender individuals experiencing gender incongruence, the long-term effect of such interventions on mental health is largely unknown." In 2021, Almazan and Keuroghlian stated: "Requests for gender-affirming surgeries are rapidly increasing among transgendered and gender diverse people. However, there is limited evidence regarding the mental health benefits of these surgeries." Each of these studies concluded that GCS (not confined to biological males) improved mental health. Based on their other contributions to the literature, these four authors are strong advocates for GCS. Their articles instead suggest the lack of reliable systematic data and thus a widespread uncertainty as to the efficacy of GCS. Plaintiff's experts seem to disagree that uncertainty about the efficacy of GCS exists, or at least fail to acknowledge it.

87.    Bränström and Pachankis used data from the Swedish registry of individuals given hormones and surgery for Gender Dysphoria. They originally

concluded that "the longitudinal association between gender-affirming surgery and reduced likelihood of mental health treatment lends support to the decision to provide gender-affirming surgeries to transgender individuals who seek them." They claimed their research provided the *first* empirical evidence that gender transition surgeries had long-term mental health benefits, even though countless surgeons have previously claimed its benefits.

88.    Nine letters to the editor from MDs and PhDs were quickly submitted to the editor of the American Journal of Psychiatry after the paper's online appearance in 2019.    These letters meticulously illuminated the study's methodological limitations, blunders, and possible deceptions.  (The references to these letters can be found listed under the original article in PubMed or in the August 2020 Am. Journal of Psychiatry.)  These writers agreed that "[t]hese methodological shortcomings preclude any statement on the suitability of early surgery in persons seeking treatment for gender noncongruence based on the results presented in this article."  Some noted that these "errors" could well have been purposeful to support an ideological perspective when they noted, "people diagnosed with gender incongruence have a dramatically worse overall mental health outcome after 'transitioning' treatments than the general population, which is, in fact, the answer to their stated aim and research question, but this (essential) finding is not even referred to in the title or in the Conclusions of the article."

89.    Other critics asked, "For those whose last surgery was 10 or more years earlier, how many suicided, died of other causes, or left Sweden prior to study initiation?"  The authors failed to find out.  "A drop in hospitalizations for suicide attempts alone provides a very incomplete picture.  When the data for such findings are accessible in the Swedish national registers, this omission is glaring.  The lack of control subjects, the limited 1-year time frame, and the avoidance of examining completed suicides and psychiatric hospitalizations are substantial study shortfalls."  The study confirms the strong association between psychiatric morbidity and the experience of incongruity between gender identity and biological sex.  However, the study does not demonstrate that either hormonal treatment or surgery has **_any_** effect on this morbidity.  It seems that the main message of this article is that the incidence of mental health problems and suicide attempts are especially **_high_** in the year **_after_** the completion of gender-affirming surgery.

90.    Such criticism, including from two independent statisticians who reviewed the paper after its publication, found that the study's conclusions were not justified, and led to the authors admitting that more and different research was needed to reach the conclusion that surgical interventions improved mental health. (Kalin 2020.)

91.    Almazan and Keuroghlian used retrospective data from the 2015 U.S. Transgender Survey, a nonrepresentative convenience sample of 27,715 transgender

identified individuals recruited from transgender advocacy groups. (Almazan & Keuroghlian 2021.) 38% of the respondents identified as nonbinary, 32.5% were trans females, 12.8% of the entire sample had undergone at least one surgical procedure at least two years previously. The authors compared those who had a surgery to those who wanted to undergo surgery along five parameters: (1) past month psychological distress; (2) past month binge drinking; (3) past year tobacco use; (4) past year suicidal ideation; and (5) past year suicide attempt. The surgical group had lower scores for items 1, 3, and 4. They did not differentiate on binge drinking or suicide attempts. The authors called this a controlled study (it is not). They found that the benefits were greater in those who had undergone all the surgeries that they desired as opposed to those who had only one surgery. The authors recognized the data came from self-reports, was cross-sectional, and had no base-line mental health measures. They failed to recognize the absence of subjects who suicided, detransitioned, were not politically involved with advocacy, and those who declined to take the survey. An accompanied editorial in JAMA Surgery expressed pleasure in the conclusion that GCS improved some aspects of mental health but urged caution and additional studies. (Marano et al. 2021.) The finding that surgery did not improve suicide attempts but improved suicidal ideation calls into question the meaning of the findings. The 2015 U.S. Transgender Survey has been used in numerous studies, all of which have concluded that trans care improves

mental health.  This methodology and the positive conclusions have been seriously questioned by several authors.  (D'Angelo et al. 2021; Biggs 2020.)  It is important to recognize that it is a well-known scientific statistical principle that correlation does not indicate causation.  So many studies, such as Almazon & Keuroghlian, imply causation when the implication is not warranted.

92.    Health and Human Services (HHS) Medical Review of GCS (aka sex-reassignment surgery or SRS):  In 2016, HHS came under significant pressure to adopt the WPATH Standards of Care as the prevailing guideline for determining medical necessity considerations for gender-affirming surgeries.  After conducting a thorough evaluation of over 100 studies of surgery, HHS refused:  "Based on our review of the evidence and conversations with the experts and patient advocates, we are aware some providers consult the WPATH 'Standards of Care,' while others have created their own criteria and requirements for surgery, which they think best suit the needs of their patients.  As such and given that WPATH acknowledges the 'guidelines' should be flexible, we are not in the position to endorse exclusive use of WPATH for coverage.  The Medicare Advantage plans, and Medicare providers can use clinical guidelines they determine useful to inform their determination of whether an item or service is reasonable and necessary."  HHS refused to mandate coverage for transgender surgeries, leaving it up to the individual states to decide, due to lack of evidence of long-term benefits.

# VIII. WPATH's "Standards of Care" are simply guidelines.

93.    Standards of Care must be based on unbiased objective appraisal of the scientific literature.  The current 8th version, the product of a prolonged overdue effort, is more than twice the length of its previous version published in 2012.  Both versions have come under EBM scrutiny and have been recognized as biased, inherently contradictory, consensus-based, and erroneously claiming to be evidence-based.  The writers of various sections far exceeded the 30% maximum requirement to have those who earn their living by being involved in trans care.  (Dahlen et al. 2021; Dahlen et al. 2023.)  Their recommendations do not correspond to their own systematic reviews and the reviews of others.  In U.S. prisons, unlike in other countries, these guidelines seem to have been uncritically accepted.  Prisons have long looked for guidance about prescribing hormones, social transition, electrolysis, facial feminization surgery, use of names, orchiectomy, mammoplasty, mastectomies, and GCS.  WPATH's 8th version makes these inmate requests to be medically necessary.  (Coleman et al. 2022.)  Obviously, prison policy must draw the line in this dogma of, "everything is medically necessary that an individual patient desires."  The 8th version makes nine recommendations for inmates most of which had been implemented in U.S. prisons prior to its publication.  However, here is the one that is most salient to Plaintiff:  "We recommend staff and professionals charged with providing health care to TGD individuals living in institutions

recommend and support gender-affirming surgical treatments in accordance with the SOC-8 when sought by the individual, without undue delay."

94.    What is the basis for WPATH's nine recommendations that generally ask prison personnel to think about the treatment of gender dysphoria as it does? Among these suggestions are: make no distinction between the never incarcerated and the currently incarcerated, assume that GCS has well-established benefits, deliver GCS fast or risk terrible inmate consequences, and presume that there is a great experience underpinning their recommendations (pp. S104-109)?[2]   In fact,

---

[2] The nine recommendations are:  (1) "We recommend health care professionals responsible for providing gender-affirming care to individuals residing in institutions (or associated with institutions or agencies) recognize the entire list of recommendations of the SOC-8, apply equally to TGD people living in institutions." (2) "We suggest institutions provide all staff with training on gender diversity." (3) "We recommend medical professional charged with prescribing and monitoring hormones for TGD individuals living in institutions who need gender-affirming hormone therapy do so without undue delay and in accordance with the SOC-8." (4) "We recommend staff and professionals charged with providing health care to TGD individuals living in institutions recommend and support gender-affirming surgical treatments in accordance with SOC-8, when sought by the individual, without undue delay."  (5) "We recommend administrators health care professions, and all other working in institutions charged with the responsibility of caring for TGD individuals allow those individuals who request appropriate clothing and grooming items to obtain such items concordant with their gender expressions." (6) "We recommend all institutional staff address TGD individuals by their chosen names and pronouns at all times."  (7) "We recommend institutional administrators health care professionals, and other officials responsible for making housing decisions for TGD residents consider the individual's housing preference, gender identity and expression, and safety considerations, rather than solely their anatomy or sex assignment at birth."  (8) "We recommend institutional personnel establish housing policies that ensure that the safety of transgender and gender diverse residents without segregating or isolating these individuals."  (9) "We recommend

when the 8th version was published in September 2022, few inmates in the U.S. had ever received GCS. What others had written about the special challenges of this population were ignored. (Levine, 2016; Osborne & Lawrence, 2018.) The 5th edition of the SOC published in 1999 had one paragraph on the topic with the similar recommendations for same treatment in and outside of institutions at a time when prisons were just beginning programs for trans-identified male inmates. Similar to the pronouncements in other sections, the section applied to the institutionalized is also not based on anything resembling EBM.

95. Given WPATH's flaws, conflicts of interest, and its non-EBM grounding, its influence in transgender medicine is outsized and unwarranted. As Dr. Lowell points out on pages 8-9, several organizations, including the American Medical Association, the Endocrine Society, and the American Psychological Association, have relied on WPATH's SOC. Of these associations, the Endocrine Society and WPATH guidelines on endocrine treatment are largely written by the same individuals. In the arena of standards of care in medicine, the generation of recommendations ideally are not done entirely by those who prescribe these treatments. Methodological experts are required to evaluate the reliability of supportive studies. The listing of American health institutions that support surgical

---

institutional personnel allow transgender and gender diverse residents the private use of shower and toilet facilities, upon request." (SOC at 104-09.)

services does not mean that they have based their endorsement upon systematic reviews of the relevant literature. In fact, they have not! In the hierarchy of EBM, systematic reviews are the high point and expert opinion the low point of reliability of conclusions.

96.    When a draft of the WPATH's SOC appeared in the summer of 2022, the minimum age for bilateral mastectomies was written as 15. By September when the final version was officially accepted by WPATH after the period of public comment, there was no minimum age for this increasingly common surgery for adolescents. There was much concern about this change especially among those who felt that age 15 was too young to undergo bilateral mastectomies. In January 2023 WPATH listed 4,119 members worldwide. One year later, the official count was 1,234. While many things occurred in 2023 to cast doubt on WPATH's hegemony in this field, some have observed that this 60% drop may be evidence that there is no longer a broad consensus of support for WPATH's authority within the relevant medical community. (Holliday 2024.)

97.    This Plaintiff illustrates the reasons for caution about blindly following WPATH's recommendations because the patient population that they are based upon are so profoundly different. In the community, for instance, known rapists and attempted terrorists are not seen. While the specific crime per se does not influence medical care, certain crimes correlate with past life adversities which in turn produce

poor coping patterns.  The knowledge of Plaintiff's crimes speaks to the inmate's lack of impulse control, imprudence, dishonesty, and grossly impaired interpersonal relationship capacities.  It is my understanding that the inmate has been convicted of an aggravated sodomy of a 14-year-old boy.  One might wonder if the inmate's intense desire to be rid of "his" male genitalia partially reflect a desire not to have pedophilic attractions or sexual aggressive desires.  One can only hope that time, maturation, psychotherapy, and knowledge of other inmates' lives have combined to dampen these destructive tendencies.  A more recent crime accomplished while in prison was for making a potentially fatality-inducing bomb.  Perhaps there is something to the idea that the Plaintiff desires to be free of her aggressive thoughts and imagery.  Gender dysphoria inmates deserve to have their motivations thoroughly explored prior to undergoing any irreversible intervention.

98.    After reviewing the family medicine, endocrinologist, and plastic surgeon experts' reasoning for the inmate's desired medical and surgical treatment, I appreciate their knowledge of endocrine and surgical care.  But they evidence no interest in how the inmate came to the understanding of her sexual identity and conspicuously troubled life.  With a chart review and a one-hour video interview, they clearly saw the need for better endocrine and future surgical management.  No doubts were expressed about the future efficacy of their recommendations for this unique prisoner.  They share the idea that this is a medical condition—although they

know it is listed in the nosology of psychiatric conditions. In science, expertise is characterized by the knowledge of what is known and more importantly, what is not known. The philosophical soul of science is skepticism. There is plenty of doubt about the ability of these treatments to cure suicidal temptations such as this inmate has had for at least thirty years. The fashion-based field of trans care is characterized by the lack of good follow-up data. This is true in free communities all over the world. There is no systematic follow-up data to be had in the treatment of inmates.

# IX.    The Concept of Medical Necessity

99.    Defining medical necessity is an essential matter for medical insurance companies. This policy distinguishes for providers and enrollees the treatments that will and will not be covered. Medical necessity begins with a judgment that is made by a licensed qualified health professional who evaluates and treats the patient. This judgment is then affirmed by an insurance company that decides whether the intervention is to be covered. State and federal laws may mandate specific coverage and who may make diagnoses. Courts weigh in when disputes exist. The attitude of government and insurance providers for trans care is rapidly evolving in the U.S. and Europe. An increasing number of corporate plans, insurance providers, and states are extending coverage to carefully diagnosed and prepared patients with Gender Dysphoria. (Stroumsa & Kirkland 2020.) GCS is being covered because of the belief that it can meaningfully help the patient psychologically, if not cure the

problem.[3]  To transgender advocates, this represents one of many gains in minority rights.  Other states have passed laws prohibiting or limiting hormonal and surgical treatment for minors and young adults despite the strong recommendations found in WPATH's guidelines.    They view hormonal and surgical treatments as "experimental" despite its years of being performed.    Other gender affirming surgeries are judged to be cosmetic in nature and therefore not medically necessary.

100.   Patient belief alone does not justify medical necessity, but many advocates and patients believe GCS is "safe and effective" and feel that doubting this constitutes illegal discrimination or cruel and unusual punishment under the 8th and 14th Amendments to the U.S. Constitution.  They often repeat that the science is settled.  (McNamara et al. 2022.)  The history of this issue was reviewed six years ago (Baker 2017), before any of the states restricted GCS for minors.

101.   WPATH's new version, which encourages medical and surgical interventions for those who are diagnosed with gender dysphoria, stands in stark contrast to many European countries who have rejected its authority.  There, these early medical and surgical interventions are now limited by national policy.  UK, Sweden, Norway, Denmark, and Finland have done so, and it appears that Germany, Holland, and France are debating changing their previous endorsement of medical

---

[3] There is no cure for gender dysphoria.  Rather, gender dysphoria is a psychological diagnosis that can be treated.  No matter the treatment, the patient remains aware of his or her biological origins and continues to deny those origins.

necessity using WPATH guidelines.  All of this is based on growing concerns that quickly accessible affirmative treatments have poor long-term results and that numerous systematic reviews of hormone treatment have found the data unconvincing.

102.   GCS was deemed "medically necessary" in the late 1970s as a policy of the Harry Benjamin International Gender Dysphoria Association (now WPATH) at a biennial meeting.  This term was adopted to ease the ethical qualms of endocrinologists and surgeons who recognized that their interventions went against the principle of nonmaleficence—*Above All, Do No Harm*.  These physicians were changing normal physiology and anatomy in the absence of disease, a clearly prohibited activity throughout 2500 years of medicine.  The justification employed was to listen to the anguish of these people to know this was not simply cosmetic; it was to remove the pain of their incongruent anatomy and sense of self.  The use of the term "medically necessary" meant that the ethical principle of beneficence—*Act in the Best Interests of the Patient*—was more important than a narrow interpretation of nonmaleficence.  For the last decade, however, the ethical principle, *Respect for Patient Autonomy*, has been privileged over other considerations.  This means that if a person wants GCS, she should have it, if the doctor thinks it is medically safe for her.

103.   I have argued that if the phrase "psychologically beneficial" were substituted for medically necessary there may be less confusion and contention and more honesty about the hoped-for benefit of the requested interventions.  (Levine 2016.)  For example, in addition to surgery, Plaintiff is requesting access to a wig, brassieres, panties, buttock pads, breast pads, hair removal cream, makeup, and other gender affirming commissary items.  Plaintiff's experts opine that such access is "medically necessary" without much explanation.  It is unsurprising that these experts fail to meaningfully explain why such items, individually or collectively, are "medically necessary."  But if one replaces the term "medical necessity" with "psychologically helpful to the inmate" or "psychologically pleasing to the inmate," Plaintiff's experts' assertion becomes clear.

104.   Take, for example, Plaintiff's request for a wig.  There is nothing medically necessary about hair length; after all, many women have short hair.  A padded bra or buttock pads are also not medically necessary (as women have a wide range of body shapes and sizes), but might well lessen the frustration a gender dysphoric biological male experiences from not being perceived by others as a woman.  The same is true with the other requested items.  Of course, prison officials must determine what items or interventions for transgendered inmates are risk neutral and risk enhancing to their safety.  In my experience, many of the requested items do raise security risk.  For example, allowing padding of a bra or buttock pads

65

risks an inmate hiding contraband or other items without easy detection.  And any of the items that increase Plaintiff's feminization might increase the risk of Plaintiff being attacked, requiring prison officials to be more vigilant.

105.  **Criteria for Medical Necessity:**  To qualify for medical necessity, a physician recommends a data-supported (individual and groups of physicians and psychologists interpret the data differently) procedure that can accomplish one of four goals:

- **Prevent death.**  Individuals with Gender Dysphoria are well known to suicide before and after GCS.  (de Blok et al. 2021; Dhejne et al. 2011.)  GCS is not now conceived as lifesaving but as potentially life enhancing.  When patients declare they will suicide without GCS, their desperation and manipulation are separately addressed.  In the community, they are hospitalized if the threat seems to be imminent.  Inmates are transferred to special watch units where suicide risk is closely monitored.  When experts declare a prisoner is likely to suicide without GCS, they overlook psychiatry's poor track record at prediction of suicide, and what else can be done to deal with their depression.  Gender dysphoria does not equal death without GCS.  Many trans female adults do not desire GCS.  There is no systematic evidence that GCS prevents suicide, even though patients after it sometimes say, "This operation saved my life."

- **Prevent complications.** Disappointment, despair, depression, and suicidal ideation are likely to follow the rejection of a request for GCS as an inmate comes to grips with the obstacles in her chosen path. Some have argued that GCS will prevent genital self-mutilation. Mutilation is far more often considered than attempted. It often is a response to the inmate's sense that her identity is being ignored. Mutilations are desperate manipulations that are signs of poor mental health—often at a psychotic level.

- **Relieve pain.** Gender dysphoria is a form of psychological pain. As represented in court, gender dysphoria is a steady state of distress, often described as suffering. GCS is assumed to relieve the dysphoria caused by the presence of male genitalia and to please because of the new female genital appearance. It is anticipated that the inmate will feel more like a natal woman and have less gender dysphoria as a result. It is difficult to quantify or compare the pain of genital and gender dysphoria to other forms of psychological distress. Most pre-operative trans females have learned to ignore their penis most of the time even though its two functions remind them of their maleness. Many, in fact, have a history of fathering children, being married to a woman, and regularly masturbating with a pleasurable orgasm with the organ they now want removed. In legal proceedings, the pain of gender dysphoria is (mis)represented as intense, unrelenting, and interfering

with the ability to function well. All psychiatric conditions have their own forms of pain. What is unique about the pain of gender dysphoria is the clinical experience that every form of increased feminization—electrolysis, female canteen items, wearing make-up, showering alone, hormones—can at least temporarily ameliorate it, even though none eradicates gender dysphoria. Each may, in fact, intensify the need for a next step. There is no way to compare the subjective pain of gender dysphoria with the pain and distress that accompanies other psychiatric problems such as depression, anxiety disorders, substance abuse, and psychosis. In fact, they overlap, making unclear how much is due to gender dysphoria and how much has other sources.

- **Improved capacity to function.** Many court experts do not find medical necessity and readiness for GCS to be difficult judgments to make. WPATH's guidelines, however, leave much room for case-by-case judgments and state that they are intended to be flexible. In prisons, ascertaining medical necessity and readiness for surgery are complicated processes. Clinicians are asked to articulate why they feel their patient is ready and whether they have worked through their ambivalence about GCS. "I have no ambivalence" is a sign that the inmate is either not being honest, is dangerously without insight, or is in litigation. Post-operative transsexuals in the community report the

arduousness of translating their concept of the self as a woman into living successfully in this new role.  Their adaptations leave them vulnerable to psychiatric decompensations and long-term physical disease risks, some of which shorten their expected life span.  In prison, the ability to function well usually is only reflected in the absence of disciplinary actions, continuation of work, and maintenance of other privileges.  Punishments, acts of aggression, loss of jobs, and transfer to special units cause concern about the wisdom of GCS.  Being happy after GCS is not to be equated with improving function. Assessing improved social and vocational function among inmates is complicated because prisoners often did not function well prior to incarceration, and they have limited vocational challenges in prison. Moreover, prisons enable an institutional cure of substance abuse, which may quickly return upon release from custody.  For those in custody for life, improved capacity to function means only the absence of "tickets" and steady employment and this varies with the age and temperament of the inmate. Many corrections professionals have speculated that some inmates violate their probation to get returned to prison because they fail to function well upon returning to the community.  This includes those with gender dysphoria.

# X.    Final Thoughts

106.    The complex circumstances of inmates, including the ethical concern about their ability to provide a legal informed consent, contrast with the simplicity of WPATH instructions for these individuals.  Dahlen et al. in 2021 pointed out the low quality of evidence underlying WPATH's guidelines.    When WPATH's Standards of Care write, "The SOC in their entirety apply to all transsexual, transgender, and gender nonconforming people, irrespective of their housing situation," it is based on compassion, which in turn is predicated on the belief that GCS will meaningfully and lastingly improve mental health and function.  Those who declare GCS to be medically necessary often also state that Gender Dysphoria is a serious, biologically caused *medical* disorder.  They assert that it is never an indication of any psychiatric condition.  These assumptions alone are reasons enough to doubt their recommended clinical judgments.  Certainly, these assumptions do not characterize this Plaintiff's life course.

107.    Assumptions, beliefs, preferred ways of thinking are not to be equated with medical facts.   Gender dysphoria has never been proved to be prenatally determined; it has been classified as a psychiatric problem continuously since the DSM began.   The clinical approach to transgendered inmates privileges the diagnosis of Gender Dysphoria over all other considerations concerning the person's

mental health and previous functional capacities. This prioritization carries with it

dangers that Plaintiff's experts do not discuss.

# XI.    References

1.  Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, *156*(7), 611–618. https://doi.org/10.1001/jamasurg.2021.0952.

2.  American Psychiatric Association. (2013). Diagnostic and statistical manual of mental disorders (5th ed.). https://doi.org/10.1176/appi.books.9780890425596.

3.  Baker K. E. (2017). The Future of Transgender Coverage. *The New England journal of medicine*, *376*(19), 1801–1804. https://doi.org/10.1056/NEJMp1702427.

4.  Benjamin, H. (1966). The Transsexual Phenomenon, New York, The Julien Press of Crown Publishing Group, pp. 296.

5.  Bhargava, A., et al. (2021). Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement. Endocrine Reviews 42(3) 219-158.

6.  Biggs M. (2020). Puberty Blockers and Suicidality in Adolescents Suffering from Gender Dysphoria. *Archives of sexual behavior*, *49*(7), 2227–2229. https://doi.org/10.1007/s10508-020-01743-6.

7.  Blakemore, S., Burnett, S., and Dahl, R. (2010). The Role of Puberty in the Developing Adolescent Brain. Human Brain Mapping 31:926.933.

8.  Bränström, R., & Pachankis, J. E. (2020). Reduction in Mental Health Treatment Utilization Among Transgender Individuals After Gender-Affirming Surgeries: A Total Population Study. *The American journal of psychiatry*, *177*(8), 727–734. https://doi.org/10.1176/appi.ajp.2019.19010080.

9.  Breidenstein, A., Hess, J., Hadaschik, B., Teufel, M., & Tagay, S. (2019). Psychosocial Resources and Quality of Life in Transgender Women following Gender-Affirming Surgery. *The journal of sexual medicine*, *16*(10), 1672–1680. https://doi.org/10.1016/j.jsxm.2019.08.007.

10.    Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., Meyer-Bahlburg, H. F. L., Pleak, R. R., & Tompkins, D. A. (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. *Archives of Sexual Behavior, 41*(4), 759–796. https://doi.org/10.1007/s10508-012-9975-x PMID: 22736225.

11.    Cantor J. M. (2020). Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy. *Journal of Sex & Marital Therapy*, *46*(4), 307–313. https://doi.org/10.1080/0092623X.2019.1698481.

12.    Cardoso da Silva, D., Schwarz, K., Fontanari, A. M., Costa, A. B., Massuda, R., Henriques, A. A., Salvador, J., Silveira, E., Elias Rosito, T., & Lobato, M. I. (2016). WHOQOL-100 Before and After Sex Reassignment Surgery in Brazilian Male-to-Female Transsexual Individuals. *The journal of sexual medicine*, *13*(6), 988–993. https://doi.org/10.1016/j.jsxm.2016.03.370--47.

13.    Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., & Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12- to 15-year-old young people with persistent gender dysphoria in the UK. PLOS ONE, 16(2), e0243894.

14.    Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., Rosenthal, S. M., Tishelman, A. C., & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *The New England journal of medicine*, *388*(3), 240–250. https://doi.org/10.1056/NEJMoa2206297.

15.    Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259. https://doi.org/10.1080/26895269.2022.2100644.

16.    D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Archives of sexual behavior*, *50*(1), 7–16. https://doi.org/10.1007/s10508-020-01844-2.

17.    D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One Size Does Not Fit All: In Support of Psychotherapy for Gender Dysphoria. *Archives of sexual behavior*, *50*(1), 7–16. https://doi.org/10.1007/s10508-020-01844-2.

18.    Dahlen, S., Connolly, D., Arif, I., Junejo, M. H., Bewley, S., & Meads, C. (2021). International clinical pr---tice guidelines for gender minority/trans people: systematic review and quality assessment. *BMJ open*, *11*(4), e048943. https://doi.org/10.1136/bmjopen-2021-048943.

19.    Davis, L. (2022). A Trans Pioneer Explains Her Resignation from the US Professional Association for Transgender Health. QUILETTE. https://quillette.com/2022/01/06/a-transgender-pioneer-explains-why-she-stepped-down- from-uspath-and-wpath/.

20.    de Blok, C. J., Wiepjes, C. M., van Velzen, D. M., Staphorsius, A. S., Nota, N. M., Gooren, L. J., Kreukels, B. P., & den Heijer, M. (2021). Mortality trends over five decades in adult transgender people receiving hormone treatment: a report from the Amsterdam cohort of gender dysphoria. *The lancet. Diabetes & endocrinology*, *9*(10), 663–670. https://doi.org/10.1016/S2213-8587(21)00185-6.

21.    de Blok, CJM, Wiepjes, CM, van Velzen, DM, Staphorsius, AS, Nota, NM, Gooren, LJG et al, (2021). Mortality trends over five decades in adult transgender people receiving hormone treatment: a report from the Amsterdam cohort of gender dysphoria. Lancet Diabetes Endocrinology. 9doi.org/10.1016/52213=8587(21)00185-6.

22.    Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS one*, *6*(2), e16885. https://doi.org/10.1371/journal.pone.0016885.

23.    Dhejne, C., Van Vlerken, R., Heylens, G., & Arcelus, J. (2016). Mental health and gender dysphoria: A review of the literature. *International review of psychiatry (Abingdon, England)*, *28*(1), 44–57. https://doi.org/10.3109/09540261.2015.1115753.

24.    di Summa, P. G., Watfa, W., Krähenbühl, S., Schaffer, C., Raffoul, W., & Bauquis, O. (2019). Colic-Based Transplant in Sexual Reassignment Surgery: Functional Outcomes and Complications in 43 Consecutive Patients. *The journal of sexual medicine*, *16*(12), 2030–2037. https://doi.org/10.1016/j.jsxm.2019.09.007.

25.   Dreher, P. C., Edwards, D., Hager, S., Dennis, M., Belkoff, A., Mora, J., Tarry, S., & Rumer, K. L. (2018). Complications of the neovagina in male-to-female transgender surgery: A systematic review and meta-analysis with discussion of management. *Clinical anatomy (New York, N.Y.)*, *31*(2), 191–199. https://doi.org/10.1002/ca.23001.

26.   Drinane, J. J., & Santucci, R. (2020). What urologists need to know about male to female genital confirmation surgery (vaginoplasty): techniques, complications and how to deal with them. *Minerva urologica e nefrologica = The Italian journal of urology and nephrology*, *72*(2), 162–172. https://doi.org/10.23736/S0393-2249.20.03618-8.

27.   Dunford, C., Bell, K., & Rashid, T. (2021). Genital Reconstructive Surgery in Male to Female Transgender Patients: A Systematic Review of Primary Surgical Techniques, Complication Profiles, and Functional Outcomes from 1950 to Present Day. *European urology focus*, *7*(2), 464–471. https://doi.org/10.1016/j.euf.2020.01.004.

28.   Erlangsen, A., Jacobsen, A. L., Ranning, A., Delamare, A. L., Nordentoft, M., & Frisch, M. (2023). Transgender Identity and Suicide Attempts and Mortality in Denmark. *JAMA*, *329*(24), 2145–2153. https://doi.org/10.1001/jama.2023.8627.

29.   Frigerio, A. et al. (2021). Structural, Functional, and Metabolic Brain Differences as a Function of Gender Identity or Sexual Orientation: A Systematic Review of the Human Neuroimaging Literature. Archives of Sexual Behavior 50:3329-3352.

30.   Gaither, T. W., Awad, M. A., Osterberg, E. C., Murphy, G. P., Romero, A., Bowers, M. L., & Breyer, B. N. (2018). Postoperative Complications following Primary Penile Inversion Vaginoplasty among 330 Male-to-Female Transgender Patients. *The Journal of urology*, *199*(3), 760–765. https://doi.org/10.1016/j.juro.2017.10.013.

31.   Gender Identity Development Service of the NHS (2019). Referrals to the Gender Identity Development Service (GIDS) Level Off in 2018-19. https://tavistockandportman.nhg.uk/about-us/news/stories/referrals-gender-identity- development-service-gids-level-2018-19.

32.   Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society* Clinical

Practice Guideline. The Journal of Clinical Endocrinology & Metabolism 102(11), 3869–3903.

33.  Henry, R. S., Perrin, P. B., Coston, B. M., & Calton, J. M. (2021). Intimate Partner Violence and Mental Health Among Transgender/Gender Nonconforming Adults. *Journal of interpersonal violence*, *36*(7-8), 3374–3399. https://doi.org/10.1177/0886260518775148.

34.  Heylens, G., Verroken, C., De Cock, S., T'Sjoen, G., & De Cuypere, G. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119–126. https://doi.org/10.1111/jsm.12363.

35.  Holliday, S. (January 22, 2024). WPATH Lost Over 60% of Its Members. A Look at 2023 Could Explain Why. The Washington Stand. http://washingtonstand.com/commentary/wpath-lost-over-60%-of-its-members.

36.  Jackson, S. S., Brown, J., Pfeiffer, R. M., Shrewsbury, D., O'Callaghan, S., Berner, A. M., Gadalla, S. M., & Shiels, M. S. (2023). Analysis of Mortality Among Transgender and Gender Diverse Adults in England. *JAMA network open*, *6*(1), e2253687. https://doi.org/10.1001/jamanetworkopen.2022.53687.

37.  Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L., & Underwood, J. M. (2019). Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students—19 States and Large Urban School Districts, 2017. Morbidity and Mortality Weekly Report 68(3) 67–71.

38.  Kalin N. H. (2020). Reassessing Mental Health Treatment Utilization Reduction in Transgender Individuals After Gender-Affirming Surgeries: A Comment by the Editor on the Process. *The American journal of psychiatry*, *177*(8), 764. https://doi.org/10.1176/appi.ajp.2020.20060803.

39.  Kattari, S. K., Bakko, M., Langenderfer-Magruder, L., & Holloway, B. T. (2021). Transgender and Nonbinary Experiences of Victimization in Health care. *Journal of interpersonal violence*, *36*(23-24), NP13054–NP13076. https://doi.org/10.1177/0886260520905091.

40.  Kendler K. S. (2019). From Many to One to Many-the Search for Causes of Psychiatric Illness. JAMA Psychiatry, 76(10) 1085–1091.

41. Kidd, K. M., Sequeira, G. M., Douglas, C., Paglisotti, T., Inwards-Breland, D. J., Miller, E., & Coulter, R. W. S. (2021). Prevalence of Gender-Diverse Youth in an Urban School District. Pediatrics, 147(6) e2020049823.

42. Lefevor, G. T., Boyd-Rogers, C. C., Sprague, B. M., & Janis, R. A. (2019). Health disparities between genderqueer, transgender, and cisgender individuals: An extension of minority stress theory. *Journal of counseling psychology*, *66*(4), 385–395. https://doi.org/10.1037/cou0000339.

43. Levine SB, Abbruzzese E, (2023), Current concerns about gender affirming therapy in adolescents, Current Sexual Health Reports, 10.1007/s11930-023-00358-x.

44. Levine, S, et al. (2022). The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies – and research that has followed. Journal of Sex & Marital Therapy. https://doi.org/10.1080/0092623X.2022.2150346.

45. Levine, S. (2016). Reflections on the Legal Battles Over Prisoners with Gender Dysphoria. Journal of the American Academy of Psychiatry Law 44, 236.

46. Levine, S. (2017). Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria. Journal of Sex & Marital Therapy at 7. DOI: 10.1080/0092623X.2017.1309482.

47. Levine, S. (2019). Informed Consent for Transgender Patients, Journal of Sex & Marital Therapy 45(3):218-229.

48. Levine, S. (2021). Reflections on the Clinician's Role with Individuals Who Self-identify as Transgender. Archives of Sexual Behavior. https://doi.org/10.1007/s10508-021- 02142-1.

49. Lindqvist, E. K., Sigurjonsson, H., Möllermark, C., Rinder, J., Farnebo, F., & Lundgren, T. K. (2017). Quality of life improves early after gender reassignment surgery in transgender women. *European journal of plastic surgery*, *40*(3), 223–226. https://doi.org/10.1007/s00238-016-1252-0--190 m to f patients prospectively measured on QoL.

50. Liszewski, W., Peebles, J. K., Yeung, H., & Arron, S. (2018). Persons of Nonbinary Gender - Awareness, Visibility, and Health Disparities. *The New England journal of medicine*, *379*(25), 2391–2393. https://doi.org/10.1056/NEJMp1812005. Lists the evidence of social problems and vulnerabilities.

51. Liszewski, W., Peebles, J. K., Yeung, H., & Arron, S. (2018). Persons of Nonbinary Gender - Awareness, Visibility, and Health Disparities. *The New England journal of medicine*, *379*(25), 2391–2393. https://doi.org/10.1056/NEJMp1812005. Lists the evidence of social problems and vulnerabilities.

52. Littman L. (2021). Individuals Treated for Gender Dysphoria with Medical and/or Surgical Transition Who Subsequently Detransitioned: A Survey of 100 Detransitioners. *Archives of sexual behavior*, *50*(8), 3353–3369. https://doi.org/10.1007/s10508-021-02163-w.

53. Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS ONE 13(8): e0202330.

54. Littman, L., O'Malley, S., Kerschner, H., & Bailey, J. M. (2024). Detransition and Desistance Among Previously Trans-Identified Young Adults. *Archives of sexual behavior*, *53*(1), 57–76. https://doi.org/10.1007/s10508-023-02716-1.

55. Loree, J. T., Burke, M. S., Rippe, B., Clarke, S., Moore, S. H., & Loree, T. R. (2020). Transfeminine Gender Confirmation Surgery with Penile Inversion Vaginoplasty: An Initial Experience. *Plastic and reconstructive surgery. Global open*, *8*(5), e2873. https://doi.org/10.1097/GOX.0000000000002873--30 patients.

56. Manrique, O. J., Adabi, K., Martinez-Jorge, J., Ciudad, P., Nicoli, F., & Kiranantawat, K. (2018). Complications and Patient-Reported Outcomes in Male-to-Female Vaginoplasty-Where We Are Today: A Systematic Review and Meta-Analysis. *Annals of plastic surgery*, *80*(6), 684–691. https://doi.org/10.1097/SAP.0000000000001393.

57. Marano, A. A., Louis, M. R., & Coon, D. (2021). Gender-Affirming Surgeries and Improved Psychosocial Health Outcomes. *JAMA surgery*, *156*(7), 685–687. https://doi.org/10.1001/jamasurg.2021.0953.

58. McNamara M, Lepore C, Alstott A. Protecting Transgender Health and Challenging Science Denialism in Policy. *N Engl J Med*. 2022;387(21):1919-1921. doi:10.1056/NEJMp2213085.

59. Meyer-Bahlburg H. F. (2005). Gender identity outcome in female-raised 46, XY persons with penile agenesis, cloacal exstrophy of the bladder, or penile ablation. Archives of Sexual Behavior, 34(4), 423–438.

60. Miller, G. H., Marquez-Velarde, G., Mills, A. R., Hernandez, S. M., Brown, L. E., Mustafa, M., & Shircliff, J. E. (2023). Patient'' Perceived Level of Clinician Knowledge of Transgender Health Care, Self-rated Health, and Psychological Distress Among Transgender Adults. *JAMA network open*, *6*(5), e2315083. https://doi.org/10.1001/jamanetworkopen.2023.15083.

61. Morrison, S. D., Satterwhite, T., Grant, D. W., Kirby, J., Laub, D. R., Sr, & VanMaasdam, J. (2015). Long-Term Outcomes of Rectosigmoid Neocolporrhaphy in Male-to-Female Gender Reassignment Surgery. *Plastic and reconstructive surgery*, *136*(2), 386–394. https://doi.org/10.1097/PRS.0000000000001459.

62. Murad et al. (2010). Hormone therapy and sex reassignment: A systematic review and metanalysis of the quality of life and psychosocial outcomes. Clinical Endocrinology (Oxford). 72(2): 214-231.

63. National Institutes of Health, Office of Research on Women's Health. How Sex and Gender Influence Health and Disease. Downloaded 2-11-2022 https://orwh.od.nih.gov/sites/orwh/files/docs/SexGenderInfographic_11x1 7_508.pdf.

64. National Institutes of Health. Consideration of Sex as a Biological Variable in NIH-Funded Research. Notice Number NOT-OD-15-102 released 06-09-2015. https://grants.nih.gov/grants/guide/notice-files/NOT-OD-15-102.html.

65. National Institutes of Health. NIH Policy and Guidelines on The Inclusion of Women and Minorities as Subjects in Clinical Research. Notice Number NOT-OD-02-001 released 10-09-2001. https://grants.nih.gov/policy/inclusion/women-and-minorities/guidelines.htm.

66. Newcomb, M. E., Hill, R., Buehler, K., Ryan, D. T., Whitton, S. W., & Mustanski, B. (2020). High Burden of Mental Health Problems, Substance Use, Violence, and Related Psychosocial Factors in Transgender, Non-Binary, and Gender Diverse Youth and Young Adults. *Archives of sexual behavior*, *49*(2), 645–659. https://doi.org/10.1007/s10508-019-01533-9.

67. Ongaro, L., Garaffa, G., Migliozzi, F., Rizzo, M., Traunero, F., Falcone, M., Bucci, S., Cai, T., Palmieri, A., Trombetta, C., & Liguori, G. (2020). Vaginoplasty in Male to Female transgenders: single center experience and a narrative review. *International journal of impotence research*, *33*(7), 726–732. https://doi.org/10.1038/s41443-021-00470-3.

68. Osborne, C. S., & Lawrence, A. A. (2016). Male Prison Inmates With Gender Dysphoria: When Is Sex Reassignment Surgery Appropriate?. *Archives of sexual behavior*, *45*(7), 1649–1663. https://doi.org/10.1007/s10508-016-0700-z.

69. Reed, G. M., Drescher, J., Krueger, R. B., Atalla, E., Cochran, S. D., First, M. B., Cohen-Kettenis, P. T., Arango-de Montis, I., Parish, S. J., Cottler, S., Briken, P., & Saxena, S. (2016). Disorders related to sexuality and gender identity in the ICD-11: revising the ICD-10 classification based on current scientific evidence, best clinical practices, and human rights considerations. *World psychiatry: official journal of the World Psychiatric Association (WPA)*, *15*(3), 205–221. https://doi.org/10.1002/wps.20354.

70. Reiner, W. G., & Gearhart, J. P. (2004). Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. The New England Journal of Medicine 350(4), 333–341.

71. Routh, D., Abess, G., Makin, D., Stohr, M. K., Hemmens, C., & Yoo, J. (2017). Transgender Inmates in Prisons. *International journal of offender therapy and comparative criminology*, *61*(6), 645–666. https://doi.org/10.1177/0306624X15603745.

72. Strang, J. F., Janssen, A., Tishelman, A., Leibowitz, S. F., Kenworthy, L., McGuire, J. K., Edwards-Leeper, L., Mazefsky, C. A., Rofey, D., Bascom, J., Caplan, R., Gomez-Lobo, V., Berg, D., Zaks, Z., Wallace, G. L., Wimms, H., Pine-Twaddell, E., Shumer, D., Register-Brown, K., Sadikova, E., … Anthony, L. G. (2018). Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals. *Journal of the American Academy of Child and Adolescent Psychiatry*, *57*(11), 885–887. https://doi.org/10.1016/j.ja---.2018.04.023.

73. Stroumsa, D., & Kirkland, A. R. (2020). Health Coverage and Care for Transgender People - Threats and Opportunities. *The New England journal of medicine*, *383*(25), 2397–2399. https://doi.org/10.1056/NEJMp2032453.

74. Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., de Blok, C. J. M., Coumou, B. J. G., & Steensma, T. D. (2020). Trends in suicide death risk in transgender people: results from the Amsterdam Cohort of Gender Dysphoria study (1972-2017). Acta psychiatrica Scandinavica, 141(6), 486–491. https://doi.org/10.1111/acps.13164.

75.    World    Health    Organization.    Gender    and    Health.
https://www.who.int/health- topics/gender#tab=tab_1. Downloaded 2-11-2022.

76.    Wright, J. D., Chen, L., Suzuki, Y., Matsuo, K., & Hershman, D. L. (2023).
National Estimates of Gender-Affirming Surgery in the US. *JAMA network
open*,                6(8),                e2330348.
https://doi.org/10.1001/jamanetworkopen.2023.30348.

77.    Zeluf, G., Dhejne, C., Orre, C., Nilunger Mannheimer, L., Deogan, C.,
Höijer, J., & Ekéus Thorson, A. (2016). Health, disability and quality of
life among trans people in Sweden-a web-based survey. *BMC public health*,
*16*(1), 903. https://doi.org/10.1186/s12889-016-3560-5.

78.    Zucker, K. (2018). The myth of persistence: Response to "A critical
commentary on follow-up studies and 'desistance' theories about
transgender and gender non-conforming children" by Temple Newhook et
al. (2018). International Journal of Transgenderism 19(2) 231–245.

79.    Zucker, K. (2019). Adolescents with Gender Dysphoria: Reflections on
Some Contemporary Clinical and Research Issues. Archives Of Sexual
Behavior 48(7) 1983–1992.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2024.

/s/ *Stephen B. Levine*
Stephen B. Levine, M.D.

# Exhibit A

# Curriculum Vita
# Stephen B. Levine, M.D.

## I.    Brief Introduction

Dr. Levine is Clinical Professor of Psychiatry at Case Western Reserve University School of Medicine.  He is the solo author of five books, *Sex Is Not Simple* (1989) (translated to German in 1992 and reissued in English in (1997) as *Solving Common Sexual Problems*); *Sexual Life: A Clinician's Guide*1992; *Sexuality in Midlife* (1998); and *Demystifying Love: Plain Talk for the Mental Health Professional* (2006); *Barriers to Loving: A Clinician's Perspective* (2013); and *Psychotherapeutic Approaches to Sexual Problems: An Essential Guide for Mental Health Professionals* (2020).  He is the Senior Editor of the First (2003), Second (2010) and Third (2016) editions of the *Handbook of Clinical Sexuality for Mental Health Professionals*.  He has been teaching, providing clinical care, and writing since 1973 and has generated original research, invited papers, commentaries, chapters, and book reviews.  He has served as a journal manuscript and book prospectus reviewer for many years.  He was co-director of the Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc. in Beachwood, Ohio from 1992-2017.  He and two colleagues received a lifetime achievement Masters and Johnson's Award from the Society for Sex Therapy and Research in March 2005.  He was given his Department of Psychiatry's Hall of Fame Award in 2021.

## II.    Personal Information

Date of birth: January 14, 1942

    A.    Medical license no. Ohio 35-03-0234-L

    B.    Board Certification 6/76 American Board of Neurology and Psychiatry

    C.    Office-23425 Commerce Park, Beachwood, Ohio 44122-5402 phone 216-831-2900 x 13 fax 216-831-4306, direct dial 216-998-9905

## III.    Education

    A.    BA, Washington and Jefferson College (1963)

    B.    MD, Case Western Reserve University School of Medicine (1967)

C.   Internship, Internal Medicine University Hospitals of Cleveland (1967-68)

D.   Research Associate, National Institute of Arthritis and Metabolic Diseases; Epidemiology Field Studies Unit, United States Public Health Service, Phoenix, AZ (1968-70)

E.   Psychiatric Residency, University Hospitals of Cleveland (1970-73)

F.   Robert Wood Johnson Foundation Clinical Scholar (1974-77)

## IV.   Appointments at Case Western Reserve University School of Medicine

A.   Assistant Professor of Psychiatry (1973)

B.   Associate Professor (1979)

C.   Tenure (1982)

D.   Full Professor (1985)

E.   Clinical Professor (1993)

## V.   Honors

A.   Summa Cum Laude, Washington & Jefferson

B.   Teaching Excellence Award, Residency Program (1990 & 2010)

C.   Visiting Professorships

1.   Stanford University-Pfizer Professorship program, 3 days (1995)

2.   St. Elizabeth's Hospital, Washington, DC (1998)

3.   St. Elizabeth's Hospital, Washington, DC (2002)

D.   Named to America's Top Doctors consecutively since 2001

E.   Masters and Johnson Lifetime Achievement Award from the Society of Sex Therapy and Research, along with Candace Risen and Stanley Althof (April 2005)

F.   STAR Book Award for The Handbook of Clinical Sexuality for Mental Health Professionals:  Exceptional Merit (2006)

G.    Albert Marquis Lifetime Achievement Award from Marquis Who's Who (excelling in one's field for at least twenty years) (2018)

H.    Invitations to present various Grand Rounds at Departments of Psychiatry and Continuing Education Lectures and Workshops during 2019-2022

    1.    The Mental Health Professionals' Role with the Transgendered: Making the Controversies Clear, Grand Rounds University Hospitals of Cleveland (March 12, 2021)

    2.    Psychotherapeutic Approaches to Sexual Problems, Invited lecture to the American Psychiatric Association Annual Meeting (similar lecture) (May 1, 2021)

    3.    Seven years of Continuing Education Courses at the American Psychiatric Association Meetings on Love and Sexuality

    4.    Grand Rounds at Cleveland Clinic Foundation on Sexuality Education of Psychiatric Residents (June 25, 2020)

    5.    Grand Rounds at Cleveland Clinic Foundation, Transgenderism: Beware! Repeated by invitation at Akron General Hospital and at National meeting of American Association of Partial Hospitalization in (June 2019)

    6.    Three-hour workshop at Society of Sex Therapy and Research on Therapy for Sexual Problems (2020)

    7.    Workshop on Teaching Sexuality to residents at the American Association of Residency Training Directors (2020 Annual Meeting)

    8.    Three-hour continuing education seminar with Massachusetts Department of Corrections Gender Identity Staff (Fall 2019)

    9.    Four-hour seminar on Gender Dysphoria at Harvard Student Health Service Staff

    10.    Three Grand Rounds presentations at Henry Ford Hospital on Transgender Evaluation and Treatment of Children, Adolescents, and Adults

11. Symposium (90 minutes) at the American Psychiatric Association, The Management of Adolescent-Onset Transgender Identity: Should "Best Practices" Change? (2022)

## VI.    Professional Societies

A. American Psychiatric Association; fellow #19909 (1971)

B. American Psychiatric Association; Distinguished Life Fellow (2005)

C. Cleveland Psychiatric Society (1973)

D. Cleveland Medical Library Association (1973)

1. Life Fellow (1985)

2. Distinguished Life Fellow (2003)

E. Society for Sex Therapy and Research (1974)

1. President (1987-89)

F. International Academy of Sex Research (1983)

G. Harry Benjamin International Gender Dysphoria Association (1983)

1. Chairman, Standards of Care Committee (1997-98)

H. Society for Scientific Study of Sex (1994-99)

## VII.   Community Boards

A. Case Western Reserve University Medical Alumni Association (1999-2002)

B. Bellefaire Jewish Children's Bureau (1996-2001)

C. Physicians' Advisory Committee, The Gathering Place, Cancer Rehabilitation (1999-2001)

## VIII.  Editorial Boards

A. Book Review Editor Journal Sex and Marital Therapy (1978-80)

B. Manuscript Reviewer for:

1. Archives of Sexual Behavior*

2.    Annals of Internal Medicine

3.    British Journal of Obstetrics and Gynecology

4.    JAMA

5.    Diabetes Care

6.    American Journal of Psychiatry

7.    Maturitas

8.    Psychosomatic Medicine

9.    Sexuality and Disability

10.    Journal of Nervous and Mental Diseases

11.    Journal of Neuropsychiatry and Clinical Neurosciences

12.    Neurology

13.    Journal Sex and Marital Therapy*

14.    Journal Sex Education and Therapy

15.    Social Behavior and Personality: an international journal (New Zealand)

16.    International Journal of Psychoanalysis

17.    International Journal of Transgenderism

18.    Journal of Urology

19.    Journal of Sexual Medicine* (named Gold reviewer in 2021)

20.    Current Psychiatry

21.    International Journal of Impotence Research

22.    Postgraduate medical journal

23.    Academic Psychiatry

24.    Expert Opinion on Drug Safety

25.    Clinical Psychology Reviews

26.    Heliyon

27.    Andrologia

    28.    Children and Youth Services Review

    29.    Women and Criminal Justice

    30.    Children

    31.    European Journal of Child and Adolescent Psychiatry

    32.    International Journal of Environmental and Public Health

    33.    Journal of Controversial Ideas

    34.    Journal of Pediatric Nursing

    35.    Archives of Diseases of Childhood

    *frequent

C.    Book Prospectus Reviewer

    1.    Guilford

    2.    Oxford University Press

    3.    Brunner/Routledge

    4.    Routledge

## IX.   Administrative Responsibilities

A.    Co-director, Center for Marital and Sexual Health/ Levine, Risen & Associates, Inc. (until June 30, 2017)

B.    Principal Investigator of approximately 70 separate studies involving pharmacological interventions for sexual dysfunction (Since 1989)

C.    Co-leader of case conferences at DELR. LLC.com

D.    **Expert Witness Appearances in Depositions or at Trial**

    1.    U.S. District Court, Judge Mark L. Wolf's witness in Michelle Kosilek vs. Massachusetts Dept of Corrections et al. case (transsexual issue) in Boston. 2007

    2.    Deposition in the Battista vs. Massachusetts Dept of Corrections case (transsexual issue) in Cleveland. October 2009

    3.    Witness for Massachusetts Dept. of Corrections in their defense of a lawsuit brought by prisoner Katheena Soneeya.  March 22, 2011

Deposition in Boston and October 2018 in Cleveland and 2019 in Boston.

4.    Witness for State of Florida vs. Reyne Keohane July 2017

5.    Witness for State of North Carolina in 2021 Kadel et al v. Folwell et al No.1:19-cv-00272-LCB-LPA

## X.    Consultancy and Educational Contributions

A.    Massachusetts Department of Corrections—evaluation of 12 transsexual prisoners and the development of a Gender Identity Disorders Program for the state prison system.  Monthly consultation with the GID treatment team since February 2009 and the GID policy committee since February 2010. (Ongoing)

B.    California Department of Corrections and Rehabilitation; education, inmate evaluation, commentary on inmate circumstances, suggestions on future policies (2012-15)

C.    Virginia Department of Corrections, evaluation of an inmate for management purposes

D.    New Jersey Department of Corrections, evaluation of an inmate for management purposes

E.    Idaho Department of Corrections, Workshop (2016)

F.    Florida Department of Corrections, Workshop (2016 or 2017)

G.    Ohio, evaluation of a prisoner for management purposes (2015)

H.    Massachusetts, continuing education seminar for GID clinic staff (2019)

I.    Washington State, workshop on Gender Dysphoria for mental health professionals in DOC and evaluation of two women and one male transgender inmate (2018-19)

J.    Evaluation of trans inmate in Boston, Massachusetts (2022)

K.    New Jersey Department of Corrections: Four lectures, one week apart, (Jan.-Feb. 2023)

## XI.    Expert Witness Reports, Depositions, or Testimony

A.    Expert Witness report in Charlene Paige Fuller litigation against Massachusetts DOC. 2015

B.    NORSWORTHY, Plaintiff v. JEFFREY BEARD, et al., Defendants. United States District Court, Northern District of California, Case No. C14-00695JST. 2015

C.    SHILOH QUINE (a/k/a RODNEY JAMES QUINE), Plaintiff v. JEFFREY BEARD; S. PAJONG; D. BRIGHT; J. DUNLAP; J. LEWIS and DOES 1-30, Defendants.  California 2015

D.    Pennsylvania legislative testimony. Written submission and live testimony before a committee of the Pennsylvania legislature. March 2020. (Engaged by Pennsylvania Family Institute.)

E.    In the Interests of the Younger Children. Expert testimony by deposition and at trial in Dallas, TX. (Engaged by Texas counsel Odeneal & Odeneal.) (Dallas Cty. Dist. Ct. 2019). Testimony at trial

F.    Doe v. Madison Metropolitan School District. Expert declaration submitted February 19, 2020, rebuttal declaration submitted August 14, 2020.

G.    Hecox v. Idaho. Expert declaration submitted June 4, 2020

H.    Testimony to Subcommittee on Health to Pennsylvania legislature in March 2020

I.    Claire et al. v. DMS et al. November 16, 2020

J.    Kadel et al. vs. Folwell et al. North Carolina insurance case deposition September 2021

K.    Rhys & Lynn Crawford (Washington State). 3/30/2021

L.    Tingley v. Washington State. (W.D. Wa.)   2021

M.    Queen (Quincy Bell) vs. Tavistock and Portman Clinics and NHS in High Court of London, Decision handed down on December 1, 2020.

N.    IN THE HIGH COURT OF JUSTICE QUEEN'S BENCH DIVISION ADMINISTRATIVE COURT BETWEEN: THE QUEEN (on the application of) L and Hampshire County Council. 2021

O.    Hennessy-Waller v. Snyder, Case No. CV-20-00335-TUC-SHR, 2021 WL 1192842 (D. Ariz. Mar. 30, 2021). Supplemental report 2022 (court prevents access because it involves a minor).

P.    Fain v. PEIA. West Virginia Medicaid Case submitted Feb.18, 2022.

Q.    B.P.J. v. West Virginia Board of Education, et al., Case No. 2:21-cv-316 (S.D. W. Va.) (March 30, 2022—deposition)

R.    Dylan Brandt, et al., v. Leslie Rutledge, et al., No. 4:21-CV-00450-JM (E.D. Ark.) (deposition May 26, 2022; court testimony Nov., 28, 2022)

S.    L.E. v. Lee, No.3:21-cv-00835 (M.D. Tenn.) (deposition Aug. 18, 2022)

T.    Siefert v Hamilton County (deposition Jan. 19, 2023)

U.    AURORA REGINO v. KELLY STALEY, Chico United School District. (CASE NO: 2:23−CV−00032−JAM−DMC) (expert reported provided December 27, 2022)

V.    JESSICA KONEN and A.G., her minor child v. SPRECKELS UNION SCHOOL DISTRICT; CASE NO: 5:22-CV-05195-EJD); report not yet filed

W.    Dekker et al. v. Marsteller et al., Case No. 4:22-ev-00325-RH-MAF (expert opinion filed February 14, 2023; testimony May 17, 2023)

X.    Greenland v Greenland testimony March 21, 2023, Third District Circuit Madison County, Illinois Case no. 15D1070

Y.    Doe 1 et al. v Thornbury et al. and Commonwealth of Kentucky, Case No. 3:23-cv-00230-DJH (W.D. Ky.) (expert opinion submitted June 9, 2023)

Z.    Vivian Geraghty v. Jackson County Local School District Board of Education, Case No. 5:22-cv-2237 (expert opinion submitted July 2023)

AA.    L.W. et al. v. Jonathan Skrmetti et al., No. 3:23-cv-00376, Tennessee Law Challenge (expert opinion submitted July 2023)

BB.    Noe vs.Parson as Governor of Missouri expert witness testimony August 23, 2023 in Springfield, Missouri

CC.    Short v. N.J. Department of Education, Cherry Hill School District (expert declaration filed November 2023)

## XII.  Grant Support/Research Studies

A.   TAP: studies of Apomorphine sublingual in treatment of erectile dysfunction

B.   Pfizer: Sertraline for premature ejaculation

C.   Pfizer: Viagra and depression; Viagra and female sexual dysfunction; Viagra as a treatment for SSRI-induced erectile dysfunction

D.   NIH: Systemic lupus erythematosus and sexuality in women

E.   Sihler Mental Health Foundation

   1.   Program for Professionals

   2.   Setting up of Center for Marital and Sexual Health

   3.   Clomipramine and Premature ejaculation

   4.   Follow-up study of clergy accused of sexual impropriety

   5.   Establishment of services for women with breast cancer

F.   Alza: controlled study of a novel SSRI for rapid ejaculation

G.   Pfizer: Viagra and self-esteem

H.   Pfizer: double-blind placebo control studies of a compound for premature ejaculation

I.   Johnson & Johnson: controlled studies of Dapoxetine for rapid ejaculation

J.   Proctor and Gamble: multiple studies to test testosterone patch for post-menopausal sexual dysfunction for women on and off estrogen replacement

K.   Lilly-Icos: study of Cialis for erectile dysfunction

L.   VIVUS: study for premenopausal women with FSAD

M.   Palatin Technologies: studies of bremelanotide in female sexual dysfunction—first intranasal then subcutaneous administration

N.   Medtap: interview validation questionnaire studies

O.    HRA: quantitative debriefing study for Female partners of men with premature ejaculation, Validation of a New Distress Measure for FSD,

P.    Boehringer-Ingelheim: double blind and open label studies of a prosexual agent for hypoactive female sexual desire disorder

Q.    Biosante: studies of testosterone gel administration for post-menopausal women with HSDD

R.    Johnson & Johnson: a single-blind, multi-center, in home use study to evaluate sexual enhancement effects of a product in females.

S.    UBC: Content validity study of an electronic FSEP-R and FSDS-DAO and usability of study PRO measures in premenopausal women with FSAD, HSDD or Mixed FSAD/HSDD

T.    National registry trial for women with HSDD

U.    Endoceutics: two studies of DHEA for vaginal atrophy and dryness in post-menopausal women

V.    Palatin: study of SQ Bremelanotide for HSDD and FSAD

W.    Trimel: a double-blind, placebo-controlled study for women with acquired female orgasmic disorder.

X.    S1 Biopharma: a phase 1-B non-blinded study of safety, tolerability, and efficacy of Lorexys in premenopausal women with HSDD

Y.    HRA: qualitative and cognitive interview study for men experiencing PE

## XIII. Publications

A.    <u>Books</u>

    1.    Pariser SR, Levine SB, McDowell M (eds.), <u>Clinical Sexuality</u>, Marcel Dekker, New York, 1985

    2.    <u>Sex Is Not Simple</u>, Ohio Psychological Publishing Company, 1988

        a.    Translated into German as <u>Angstfreie Sexualitat: Gluck und Erfullung in der Liebe</u>, Wilhelm Heyne Verlag, Muchen, 1992

       b.    Reissued in paperback as: <u>Solving Common Sexual Problems: Toward a Problem Free Sexual Life</u>, Jason Aronson, Livingston, NJ. 1997

3.    <u>Sexual Life: A Clinician's Guide</u>. Plenum Publishing Corporation. New York, 1992

       a.    See review in Archives of Sexual Behavior 28(4): 361-363,1999

4.    <u>Sexuality in Midlife</u>. Plenum Publishing Corporation. New York, 1998

       a.    See review in Am Journal of Psychiatry 156((9):1468, 1999

       b.    See review in Contemporary Psychology APA Review of Books 44(4):293-295, 1999

       c.    See review J Sex Education and Therapy January, 2000

       d.    See review J Sex and Marital Therapy, Winter, 2000

5.    Editor. Clinical Sexuality. Psychiatric Clinics of North America, March 1995.

6.    Editor, (Candace Risen and Stanley Althof, associate editors) <u>Handbook of Clinical Sexuality for Mental Health Professionals</u>. Routledge, New York, 2003

       a.    see review American Journal of Psychiatry April, 2005

       b.    2006 SSTAR Book Award:  Exceptional Merit

       c.    see review in Archives of Sexual Behavior 35(6):757-758

       d.    see two reviews in Journal of Sex and Marital Therapy 33(3):272-276

7.    Demystifying Love:  Plain Talk For The Mental Health Professional. Routledge, New York, 2006

       a.    See review in Psychiatric Times, August 2008 by Leonore Tiefer

       b.    See review in Journal of Sex and Marital Therapy 34(5)-459-460.

8. Senior editor, (Candace B. Risen and Stanley E. Althof, Associate editors), Handbook of Clinical Sexuality for Mental Health Professionals. 2nd edition Routledge, New York, 2010. See review by Pega Ren, J. Sex & Marital Therapy

9. Barriers to Loving: A Clinician's Perspective. Routledge, New York, 2014.

10. Senior editor Candace B. Risen and Stanley E. Althof, Associate editors), Handbook of Clinical Sexuality for Mental Health Professionals. 3rd edition Routledge, New York, 2016

11. Psychotherapeutic Approaches to Sexual Problems: An essential guide for mental health professionals, 2020

   a. See review in J Sex and Marital Therapy

B. Research and Invited Papers: When his name is not listed in a citation, Dr. Levine is either the solo or the senior author

1. Sampliner R. Parotid enlargement in Pima Indians. Annals of Internal Medicine 1970; 73:571-73

2. Confrontation and residency activism: A technique for assisting residency change: World Journal of Psychosynthesis 1974; 6: 23-26

3. Activism and confrontation: A technique to spur reform. Resident and Intern Consultant 173; 2

4. Medicine and Sexuality. Case Western Reserve Medical Alumni Bulletin 1974:37:9-11.

5. Some thoughts on the pathogenesis of premature ejaculation. J. Sex & Marital Therapy 1975; 1:326-334

6. Marital Sexual Dysfunction: Introductory Concepts. Annals of Internal Medicine 1976; 84:448-453

7. Marital Sexual Dysfunction: Ejaculation Disturbances. Annals of Internal Medicine 1976; 84:575-579

8. Yost MA: Frequency of female sexual dysfunction in a gynecology clinic: An epidemiological approach. Archives of Sexual Behavior 1976; 5:229-238

Page 13 of 37

9.  Engel IM, Resnick PJ, Levine SB: Use of programmed patients and videotape in teaching medical students to take a sexual history. Journal of Medical Education 1976; 51:425-427

10. Marital Sexual Dysfunction: Erectile dysfunction. Annals of Internal Medicine 1976; 85:342-350

11. Articles in Medical Aspects of Human Sexuality

    a.  Treating the single impotent male. 1976; 10:123, 137

    b.  Do men enjoy being caressed during foreplay as much as women do? 1977; 11:9

    c.  Do men like women to be sexually assertive? 1977; 11:44

    d.  Absence of sexual desire in women: Do some women never experience sexual desire? Is this possibility genetically determined? 1977; 11:31

    e.  Barriers to the attainment of ejaculatory control. 1979; 13:32-56.

    f.  Commentary on sexual revenge.1979; 13:19-21

    g.  Prosthesis for psychogenic impotence? 1979; 13:7

    h.  Habits that infuriate mates. 1980; 14:8-19

    i.  Greenberger-Englander, Levine SB. Is an enema an erotic equivalent?1981; 15:116

    j.  Ford AB, Levine SB. Sexual Behavior and the Chronically Ill Patients. 1982; 16:138-150

    k.  Preoccupation with wife's sexual behavior in previous marriage 1982; 16:172

    l.  Co-existing organic and psychological impotence. 1985; 19:187-8

    m.  Althof SE, Turner LA, Kursh ED, Bodner D, Resnick MI, Risen CB. Benefits and Problems with Intracavernosal injections for the treatment of impotence. 1989;23(4):38-40

12. Male Sexual Problems. Resident and Staff Physician 1981:2:90-5

13. Female Sexual Problems. Resident and Staff Physician 1981:3:79-92

14. How can I determine whether a recent depression in a 40 year old married man is due to organic loss of erectile function or whether the depression is the source of the dysfunction? Sexual Medicine Today 1977; 1:13

15. Corradi RB, Resnick PJ Levine SB, Gold F. For chronic psychologic impotence: sex therapy or psychotherapy? I & II Roche Reports; 1977

16. Marital Sexual Dysfunction: Female dysfunctions 1977; 86:588-597

17. Current problems in the diagnosis and treatment of psychogenic impotence. Journal of Sex & Marital Therapy 1977; 3:177-186

18. Resnick PJ, Engel IM. Sexuality curriculum for gynecology residents. Journal of Medical Education 1978; 53:510-15

19. Agle DP. Effectiveness of sex therapy for chronic secondary psychological impotence Journal of Sex & Marital Therapy 1978; 4:235-258

20. DePalma RG, Levine SB, Feldman S. Preservation of erectile function after aortoiliac reconstruction. Archives of Surgery 1978;113-958-962

21. Conceptual suggestions for outcome research in sex therapy Journal of Sex & Marital Therapy 1981; 6:102-108

22. Lothstein LM. Transsexualism or the gender dysphoria syndrome. Journal of Sex & Marital Therapy 1982; 7:85-113

23. Lothstein LM, Levine SB. Expressive psychotherapy with gender dysphoria patients Archives General Psychiatry 1981; 38:924-929

24. Stern RG Sexual function in cystic fibrosis. Chest 1982; 81:422-8

25. Shumaker R. Increasingly Ruth: Towards understanding sex reassignment surgery Archives of Sexual Behavior 1983; 12:247-61

26. Psychiatric diagnosis of patients requesting sex reassignment surgery. Journal of Sex & Marital Therapy 1980; 6:164-173

27. Problem solving in sexual medicine I. British Journal of Sexual Medicine 1982; 9:21-28

28. A modern perspective on nymphomania. Journal of Sex & Marital Therapy 1982; 8:316-324

29. Nymphomania. Female Patient 1982; 7:47-54

30. Commentary on Beverly Mead's article: When your patient fears impotence. Patient Care 1982; 16:135-9

31. Relation of sexual problems to sexual enlightenment. Physician and Patient 1983 2:62

32. Clinical overview of impotence. Physician and Patient 1983; 8:52-55.

33. An analytical approach to problem-solving in sexual medicine: a clinical introduction to the psychological sexual dysfunctions. II. British Journal of Sexual Medicine

34. Coffman CB, Levine SB, Althof SE, Stern RG Sexual Adaptation among single young adults with cystic fibrosis. Chest 1984; 86:412-418

35. Althof SE, Coffman CB, Levine SB. The effects of coronary bypass in female sexual, psychological, and vocational adaptation. Journal of Sex & Marital Therapy 1984; 10:176-184

36. Letter to the editor: Follow-up on Increasingly Ruth. Archives of Sexual Behavior 1984; 13:287-9

37. Essay on the nature of sexual desire Journal of Sex & Marital Therapy 1984; 10:83-96

38. Introduction to the sexual consequences of hemophilia. Scandinavian Journal of Haematology 1984; 33 (supplement 40, 75)

39. Agle DP, Heine P. Hemophila and Acquired Immune Deficiency Syndrome: Intimacy and Sexual Behavior. National Hemophilia Foundation; July 1985

    a.    Translated into German

    b.    Translated into Spanish

40. Turner LA, Althof SE, Levine SB, Bodner DR, Kursh ED, Resnick MI. External vacuum devices in the treatment of erectile dysfunction: a one-year study of sexual and psychosocial impact. Journal of Sex & Marital Therapy

41. Schein M, Zyzanski SJ, Levine SB, Medalie JH, Dickman RL, Alemagno SA. The frequency of sexual problems among family practice patients. Family Practice Research Journal 1988; 7:122-134

42. More on the nature of sexual desire. Journal of Sex & Marital Therapy 1987; 13:35-44

43. Waltz G, Risen CB, Levine SB. Antiandrogen treatment of male sex offenders. Health Matrix 1987; V.51-55.

44. Let's talk about sex. National Hemophilia Foundation January 1988

45. Sexuality, Intimacy, and Hemophilia: questions and answers. National Hemophilia Foundation January 1988

46. Prevalence of sexual problems. Journal Clinical Practice in Sexuality 1988; 4:14-16.

47. Kursh E, Bodner D, Resnick MI, Althof SE, Turner L, Risen CB, Levine SB. Injection Therapy for Impotence. Urologic Clinics of North America 1988; 15(4):625-630

48. Bradley SJ, Blanchard R, Coates S, Green R, Levine S, Meyer-Bahlburg H, Pauly I, Zucker KJ. Interim report of the DSM-IV Subcommittee for Gender Identity Disorders. Archives of Sexual Behavior 1991; 20(4):333-43.

49. Sexual passion in mid-life. Journal of Clinical Practice in Sexuality 1991 6(8):13-19

50. Althof SE, Turner LA, Levine SB, Risen CB, Bodner DR, Resnick MI. Intracavernosal injections in the treatment of impotence: A prospective study of sexual, psychological, and

marital functioning. Journal of Sex & Marital Therapy 1987**;** 13:155-167

51. Althof SE, Turner LA, Risen CB, Bodner DR, Kursh ED, Resnick MI. Side effects of self-administration of intracavernosal injection of papaverine and phentolamine for treatment of impotence. Journal of Urology 1989; 141:54-7

52. Turner LA, Froman SL, Althof SE, Levine SB, Tobias TR, Kursh ED, Bodner DR. Intracavernous injection in the management of diabetic impotence. Journal of Sexual Education and Therapy 16(2):126-36, 1989

53. Is it time for sexual mental health centers? Journal of Sex & Marital Therapy 1989

54. Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Sexual, psychological, and marital impact of self-injection of papaverine and phentolamine: a long-term prospective study. Journal of Sex & Marital Therapy

55. Althof SE, Turner LA, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Why do so many men drop out of intracavernosal treatment? Journal of Sex & Marital Therapy. 1989; 15:121-9

56. Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Self injection of papaverine and phentolamine in the treatment of psychogenic impotence. Journal of Sex & Marital Therapy. 1989; 15(3):163-78

57. Turner LA, Althof SE, Levine SB, Risen CB, Bodner D, Kursh ED, Resnick MI. Treating erectile dysfunction with external vacuum devices: impact upon sexual, psychological, and marital functioning. Journal of Urology 1990;141(1):79-82

58. Risen CB, Althof SE. An essay on the diagnosis and nature of paraphilia Journal of Sex & Marital Therapy 1990; 16(2):89-102.

59. Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Through the eyes of women: the sexual and psychological responses of women to their partners' treatment

with self-injection or vacuum constriction therapy. International Journal of Impotence Research (supplement 2)1990;346-7.

60.    Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. A comparison of the effectiveness of two treatments for erectile dysfunction: self-injection vs. external vacuum devices. International Journal of Impotence Research (supplement 2)1990;289-90

61.    Kursh E, Turner L, Bodner D, Althof S, Levine S. A prospective study on the use of the vacuum pump for the treatment of impotence. International Journal of Impotence Research (supplement 2)1990;340-1.

62.    Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of intracavernous therapy in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991; 17(2):101-112

63.    Althof SE, Turner LA, Levine SB, Risen CB, Bodner DB, Kursh ED, Resnick MI. Long term use of vacuum pump devices in the treatment of erectile dysfunction in Journal of Sex & Marital Therapy 1991;17(2):81-93

64.    Turner LA, Althof SE, Levine SB, Bodner DB, Kursh ED, Resnick MI. A 12-month comparison of the effectiveness of two treatments for erectile dysfunction: self-injection vs. external vacuum devices. Urology 1992;39(2):139-44

65.    Althof SE, The pathogenesis of psychogenic impotence. J. Sex Education and Therapy. 1991; 17(4):251-66

66.    Mehta P, Bedell WH, Cumming W, Bussing R, Warner R, Levine SB. Letter to the editor. Reflections on hemophilia camp. Clinical Pediatrics 1991; 30(4):259-260

67.    Successful Sexuality. Belonging/Hemophilia. (Caremark Therapeutic Services), Autumn, 1991

68.    Psychological intimacy. Journal of Sex & Marital Therapy 1991; 17(4):259-68

69.    Male sexual problems and the general physician, Georgia State Medical Journal 1992; 81(5): 211-6

70. Althof SE, Turner LA, Levine SB, Bodner DB, Kursh E, Resnick MI. Through the eyes of women: The sexual and psychological responses of women to their partner's treatment with self-injection or vacuum constriction devices. Journal of Urology 1992; 147(4):1024-7

71. Curry SL, Levine SB, Jones PK, Kurit DM. Medical and Psychosocial predictors of sexual outcome among women with systemic lupus erythematosus. Arthritis Care and Research 1993; 6:23-30

72. Althof SE, Levine SB. Clinical approach to sexuality of patients with spinal cord injury. Urological Clinics of North America 1993; 20(3):527-34

73. Gender-disturbed males. Journal of Sex & Marital Therapy 19(2):131-141, 1993

74. Curry SL, Levine SB, Jones PK, Kurit DM. The impact of systemic lupus erythematosus on women's sexual functioning. Journal of Rheumatology 1994; 21(12):2254-60

75. Althof SE, Levine SB, Corty E, Risen CB, Stern EB, Kurit D. Clomipramine as a treatment for rapid ejaculation: a double-blind crossover trial of 15 couples. Journal of Clinical Psychiatry 1995;56(9):402-7

76. Risen CB, Althof SE. Professionals who sexually offend: evaluation procedures and preliminary findings. Journal of Sex & Marital Therapy 1994; 20(4):288-302

77. On Love, Journal of Sex & Marital Therapy 1995; 21(3):183-191

78. What is clinical sexuality? Psychiatric Clinics of North America 1995; 18(1):1-6

79. "Love" and the mental health professions: Towards an understanding of adult love. Journal of Sex & Marital Therapy 1996; 22(3)191-202

    a. Reprinted in Issues in Human Sexuality: Current & Controversial Readings with Links to Relevant Web Sites, 1998-9, Richard Blonna, Editor, Engelwood, Co. Morton Publishing Company, 1998

80.   The role of Psychiatry in erectile dysfunction: a cautionary essay on the emerging treatments. Medscape Mental Health 2(8):1997 on the Internet. September 1997.

81.   Discussion of Dr. Derek Polonsky's SSTAR presentation on Countertransference. Journal of Sex Education and Therapy 1998; 22(3):13-17

82.   Understanding the sexual consequences of the menopause. Women's Health in Primary Care, 1998

      a.   Reprinted in the International Menopause Newsletter

83.   Fones CSL, Levine SB. Psychological aspects at the interface of diabetes and erectile dysfunction. Diabetes Reviews 1998; 6(1):1-8

84.   Guay AT, Levine SB, Montague DK. New treatments for erectile dysfunction. Patient Care March 15, 1998

85.   Extramarital Affairs. Journal of Sex & Marital Therapy 1998; 24(3):207-216

86.   Levine SB (chairman), Brown G, Cohen-Kettenis P, Coleman E, Hage JJ, Petersen M, Pfäfflin F, Shaeffer L, vanMasdam J, Standards of Care of the Harry Benjamin International Gender Dysphoria Association, 5th revision, 1998. International Journal of Transgenderism at http://www.symposion.com/ijt

      a.   Reprinted by the Harry Benjamin International Gender Dysphoria Association, Minneapolis, Minnesota

87.   Althof SE, Corty E, Levine SB, Levine F, Burnett A, McVary K, Stecher V, Seftel. The EDITS: the development of questionnaires for evaluating satisfaction with treatments for erectile dysfunction. Urology 1999; 53:793-799

88.   Fones CSL, Levine SB, Althof SE, Risen CB. The sexual struggles of 23 clergymen: a follow-up study. Journal of Sex & Marital Therapy 1999

89.   Levine, S. B. (1999). The newly revised standards of care for gender identity disorders. Journal of Sex Education & Therapy, 24, 117-127.

90.    Melman A, Levine SB, Sachs B, Segraves RT, Van Driel MF. Psychological Issues in Diagnosis of Treatment (committee 11) in <u>Erectile Dysfunction</u> (A.Jarden, G.Wagner, S.Khoury, F. Guiliano, H.Padma-nathan, R. Rosen, eds.) Plymbridge Distributors Limited, London, 2000

91.    Pallas J, Levine SB, Althof SE, Risen CB. A study using Viagra in a mental health practice. J Sex. & Marital Therapy, 26(1):41-50, 2000

92.    Levine SB, Stagno S. Informed Consent for Case Reports: the ethical dilemma between right to privacy and pedagogical freedom. Journal of Psychotherapy: Practice and Research, 2001, 10 (3): 193-201.

93.    Alloggiamento T., Zipp C., Raxwal VK, Ashley E, Dey S. Levine SB, Froelicher VF. Sex, the Heart, and Sildenafil. Current Problems in Cardiology 26 June 2001(6):381-416

94.    Re-exploring The Nature of Sexual Desire. Journal of Sex and Marital Therapy 28(1):39-51, 2002.

95.    Understanding Male Heterosexuality and Its Disorders in Psychiatric Times XIX(2):13-14, February, 2002

96.    Erectile Dysfunction: Why drug therapy isn't always enough. (2003) Cleveland Clinic Journal of Medicine, 70(3): 241-246.

97.    The Nature of Sexual Desire: A Clinician's Perspective. Archives of Sexual Behavior 32(3):279-286, 2003.

98.    Laura Davis. What I Did For Love: Temporary Returns to the Male Gender Role. International Journal of Transgenderism, 6(4), 2002 and http://www.symposion.com/ijt

99.    Risen C.B., The Crisis in the Church: Dealing with the Many Faces of Cultural Hysteria in The International Journal of Applied Psychoanalytic Studies, 1(4):364-370, 2004

100.    Althof SE, Leiblum SR (chairpersons), Chevert-Measson M. Hartman U., Levine SB, McCabe M., Plaut M, Rodrigues O, Wylie K., Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction in World Health Organization

Conference Proceedings on Sexual Dysfunctions, Paris, 2003. Published in a book issued in 2004.

101. Commentary on Ejaculatory Restrictions as a Factor in the Treatment of Haredi (Ultra-Orthodox) Jewish Couples: How Does Therapy Work? Archives of Sexual Behavior, 33(3): June 2004

102. What is love anyway? J Sex & Marital Therapy 31(2):143-152,2005.

103. A Slightly Different Idea, Commentary on Y.M. Binik's Should Dyspareunia Be Retained as a Sexual Dysfunction in DSM-V? A Painful Classification Decision. Archives of Sexual Behavior 34(1):38-39, 2005. http://dx.doi.org/10.1007/s10508-005-7469-3

104. Commentary. Pharmacologic Treatment of Erectile Dysfunction: Not always a simple matter. BJM USA; Primary Care Medicine for the American Physician, 4(6):325-326, July 2004

105. Leading Comment: A Clinical Perspective on Infidelity. Journal of Sexual and Relationship Therapy, 20(2):143-153, May 2005.

106. Multiple authors. Efficacy and safety of sildenafil citrate (Viagra) in men with serotonergic antidepressant-associated erectile dysfunction: Results from a randomized, double-blind, placebo-controlled trial. Submitted to Journal of Clinical Psychiatry Feb 2005

107. Althof SE, Leiblum SR, Chevert-Measson M, Hartman U, Levine SB,McCabe M, Plaut M, Rodrigues O, Wylie K. Psychological and Interpersonal Dimensions of Sexual Function and Dysfunction. Journal of Sexual Medicine, 2(6): 793-800, November 2005

108. Shifren JL, Davis SR, Moreau M, Waldbaum A, Bouchard C., DeRogatis L., Derzko C., Bearnson P., Kakos N., O'Neill S., Levine S., Wekselman K., Buch A., Rodenberg C., Kroll R. Testosterone Patch for the Treatment of Hypoactive Sexual Desire Disorder in Naturally Menopausal Women: Results for the INTIMATE NM1 Study. Menopause: The Journal of the North American Menopause Society 13(5) 2006.

109.   Reintroduction to Clinical Sexuality. Focus: A Journal of Lifelong Learning in Psychiatry Fall 2005. III (4):526-531

110.   PDE-5 Inhibitors and Psychiatry in J Psychiatric Practice 12 (1): 46-49, 2006.

111.   Sexual Dysfunction: What does love have to do with it? Current Psychiatry 5(7):59-68, 2006.

112.   How to take a Sexual History (Without Blushing), Current Psychiatry 5(8): August, 2006.

113.   Linking Depression and ED:  Impact on sexual function and relationships in Sexual Function and Men's Health Through the Life Cycle under the auspices of the Consortium for Improvement of Erectile Function (CIEF),12-19, November 2006.

114.   The First Principle of Clinical Sexuality. Editorial. Journal of Sexual Medicine,4:853-854, 2007

115.   Commentary on David Rowland's editorial, "Will Medical Solutions to Sexual Problems Make Sexological Care and Science Obsolete?" Journal of Sex and Marital Therapy, 33(5), 2007

116.   Real-Life Test Experience: Recommendations for Revisions to the Standards of Care of the World Professional Association for Transgender Health International Journal of Transgenderism, Volume 11 Issue 3, 186-193, 2009

117.   Sexual Disorders: Psychiatrists and Clinical Sexuality. Psychiatric Times XXIV (9), 42-43, August 2007

118.   I am not a sex therapist! Commentary to I. Binik and M. Meana's article Sex Therapy: Is there a future in this outfit? Archives of Sexual Behavior, Volume 38, Issue 6 (2009), 1033-1034

119.   Solomon A (2009) Meanings and Political Implications of "Psychopathology"  in a Gender Identity Clinic: Report of 10 cases. Journal of Sex and Marital Therapy 35(1): 40-57.

120.   Perelman, MA., Levine SB, Fischkoff SA. Randomized, Placebo-Controlled, Crossover Study to Evaluate the Effects of Intranasal Bremelanotide on Perceptions of Desire and Arousal in

Postmenopausal Women with Sexual Arousal Disorder submitted to Journal of Sexual Medicine July 2009, rejected

121. What is Sexual Addiction? Journal of Sex and Marital Therapy. 2010 May;36(3):261-75

122. David Scott (2010), Sexual Education of Psychiatric Residents. Academic Psychiatry, 34(5) 349-352.

123. Chris G. McMahon, Stanley E. Althof, Joel M. Kaufman, Jacques Buvat, Stephen B. Levine, Joseph W. Aquilina, Fisseha Tesfaye, Margaret Rothman, David A. Rivas, Hartmut Porst. Efficacy and Safety of Dapoxetine for the Treatment of Premature Ejaculation: Integrated Analysis of Results From 5 Phase 3 Trials Journal of Sexual Medicine 2011 Feb;8(2):524-39.

124. Commentary on Consideration of Diagnostic Criteria for Erectile Dysfunction in DSM V.  Journal of Sexual Medicine July 2010

125. Hypoactive Sexual Desire Disorder in Men: Basic types, causes, and treatment.  Psychiatric Times 27(6)4-34. 2010

126. Male Sexual Dysfunctions, an audio lecture, American Physician Institute 2013

127. Fashions in Genital Fashion: Where is the line for physicians? Commentary on David Veale and Joe Daniels' Cosmetic Clitoridectomy in a 33-year-old woman.

128. Archives of Sexual Behavior, epub ahead of print Sept 24, Arch. Sex Behav. (2012) 41:735–736    DOI 10.1007/s10508-011-9849-7

129. Review: Problematic Sexual Excess.  Neuropsychiatry 2(1):1-12, 2012

130. The Essence of Psychotherapy.  Psychiatric Times 28 (2): August 2, 2012 translated into Portuguese and republished in Revista Latinoamericana de Psicopatologia Fundamental (latin-American Journal of Fundamental Psychopathology) in press 2012. Reprinted by Psychiatric Times on July 26, 2019, https://www.psychiatrictimes.com/articles/essence-psychotherapy

131. Parran TV, Pisman, AR, Youngner SJ, Levine SB, Evolution of remedial CME course in professionalism: Addressing learner needs, developing content, and evaluating outcomes. *Journal of Continuing Education in the Health Professions,* 33(3): 174-179, 2013.

132. Love and Psychiatry. Psychiatric Times November 2013

133. Orgasmic Disorders, Sexual Pain Disorders, and Sexual Dysfunction Due to a Medical Condition.  Board Review Psychiatry 2013-2014 Audio Digest CD 27.  Audio recording of a one-hour lecture available October 2013.

134. Towards a Compendium of the Psychopathologies of Love. Archives of Sexual Behavior Online First December 25, 2013 DOI 10.1007/s10508-0130242-6 43(1)213-220.

135. Flibanserin. (editorial) Archives of Sexual Behavior 44 (8), 2015 November 2015. DOI: 10.1007/s10508-015-0617-y

136. Martel C, Labrie F, Archer DF, Ke Y, Gonthier R, Simard JN, Lavoie L, Vaillancourt M, Montesino M, Balser J, Moyneur É; other participating members of the Prasterone Clinical Research Group. (2016) Serum steroid concentrations remain within normal postmenopausal values in women receiving daily 6.5mg intravaginal prasterone for 12 weeks. J. Steroid Biochem. Mol. Biol. 2016 May;159:142-53. doi: 10.1016/j.jsbmb.2016.03.016

137. Reflections of an Expert on the Legal Battles Over Prisoners with Gender Dysphoria.  J Am Acad Psychiatry Law 44:236–45, 2016

138. Cooper E, McBride J, Levine SB.  Does Flibanserin have a future Psychiatric Times accepted October 23, 2015.

139. Levine SB, Sheridan DL, Cooper EB. The Quest for a Prosexual Medication for Women, Current Sexual Health Reports (2016) 8: 129. doi:10.1007/s11930-016-0085-y

140. Why Sex Is Important: Background for Helping Patients with Their Sexual Lives., British Journal of Psychiatry Advances (2017), vol. 23(5) 300-306; DOI: 10.1192/apt.bp.116.016428

141. Flibanserin: Offene Forshungsfragen, Zeitschrift für Sexualforschung. 29:170-175, 2016.  (This is a translation of 134.)

142. Commentary on "Asexuality: Orientation, paraphilia, dysfunction, or none of the above? Archives Sexual Behavior, April 2017, Volume 46, Issue 3, pp 639–642 DOI: 10.1007/s10508-017-0947-z

143. Sexual Dysfunction in Clinical Psychiatry, Psychiatric Times, March 2017

144. Ethical Concerns About the Emerging Treatment of Gender Dysphoria.  Journal of Sex and Marital Therapy, 44(1):29-44. 2017. DOI 10.1080/0092623X.2017.1309482

145. The Psychiatrist's Role in Managing Transgender Youth: Navigating Today's Politicized Terrain. CMEtoGO® Audio Lecture Series, May 2017

146. Transitioning Back to Maleness, Archives of Sexual  Behavior, 2018 May;47(4):1295-1300. doi: 10.1007/s10508-017-1136-9.

147. Informed Consent for Transgender Patients, Journal of Sex and Marital        Therapy,        2019;45(3):218-229.        doi: 10.1080/0092623X.2018.1518885

148. Life Processes are Illuminated by Sexual History.  (2019) Psychiatric Times, December Volume XXXVI. No.12

149. video made for Ohio State Medical Board on Duty to Report MD-patient        sexual        contact        2021 https://www.youtube.com/watch?v=cLBQnxqnZeM

150. Basic Concepts That Are Important for Clinicians to Understand About Sexuality (2022). Psychoanalysis and Psychotherapy in China.  Phoenix Publishing House, UK 5(1):55-66.

151. Levine S. B. (2021). Reflections on the Clinician's Role with Individuals Who Self-identify as Transgender. *Archives of sexual behavior*, *50*(8), 3527–3536. https://doi.org/10.1007/s10508-021-02142-1

152. Levine SB, Abbruzzese, E. & Mason, JW. (2022). Reconsideration of Informed Consent for Trans-identified Children, Adolescents, and Young Adults. J. Sex and Marital Therapy. DOI: 10.1080/0092623X.2022.2046221.  Online March

17, 2022 published at 48 (7);707-727. Translated into French on August 6, 2022.

153. Stephen B. Levine, E. Abbruzzese & Julia W. Mason (2022) What Are We Doing to These Children? Response to Drescher, Clayton, and Balon Commentaries on Levine et al., 2022, Journal of Sex & Marital Therapy, DOI: 10.1080/0092623X.2022.2136117

154. E. Abbruzzese, Stephen B. Levine & Julia W. Mason (2022). The Myth of "Reliable Research" in Pediatric Gender Medicine: A critical evaluation of the Dutch Studies—and research that has followed since. J. Sex Marital Ther. 2023 Jan 2:1-27. doi: 10.1080/0092623X.2022.2150346. Online ahead of print. PMID: 36593754https://doi.org/10.1080/0092623X.2022.2150346

155. Ayad S, D'Angelo R, Kenney D, Levine SB, Marchiano L, & O'Malley S. (2022) A Clinical Guide for Therapists Working with Gender-Questioning Youth, sponsored by Gender Exploratory Therapy Association (GETA) and Society for Evidence-Based Gender Medicine (SEGM). https://genderexploratory.com/clinical-guide/

156. Should Transgender Youth Care be Guided by Beliefs or Science? Psychology.net. January,2023

157. Levine SB, Abbruzzese E, (2023) Current concerns about gender affirming therapy in adolescents" Current Sexual Health Reports, 10.1007/s11930-023-00358-x (published April 14, 2023)

C.    Chapters

1. Overview of Sex Therapy. In Sholevar GP (ed) The Handbook of Marriage and Marital Therapy. New York. Spectrum Publications, 1981 pp. 417-41.

2. Why study sexual functioning in diabetes? In Hamburg BA, Lipsett LF, Inoff GE, Drash A (eds) Behavioral & Psychosocial Issues in Diabetes: Proceedings of a National conference. Washington, DC. US Dept. of Health & Human Services. PHS NIH, Pub. #80-1933.

3.    Sexual Problems in the Diabetic in Bleicher SJ, Brodoff B (eds) Diabetes Mellitus and Obesity. Williams and Wilkins, 1992.

4.    Clinical Introduction to Human Sexual Dysfunction. In Pariser SF, Levine SB, McDowell M (eds) Clinical Sexuality. New York, Marcel Dekker Publisher, 1983.

5.    Psychodynamically-oriented clinician's overview of psychogenic impotence. In RT Segraves (ed) Impotence. New York, Plenum, 1985

6.    Origins of sexual preferences. In Shelp EE (ed) Sexuality and Medicine. D. Reidel Publishing co. 1987. Pp. 39-54.

7.    Hypoactive Sexual Desire and Other Problems of Sexual Desire. In H. Lief (ed). The Treatment of Psychosexual Dysfunctions/ III. American Psychiatric Press, chapter 207.pp2264-79, 1989

8.    Psychological Sexual Dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

9.    Male sexual dysfunction. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

10.   Sexuality and Aging. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

11.   Homosexuality. In Sudak H (ed) Clinical Psychiatry. Warren H. Green. St. Louis, 1985

12.   Individual and intrapsychic factors in sexual desire. In Leiblum SR, Rosen RC (eds). Clinical Perspectives on Sexual Desire Disorders. Guilford Press, New York, 1988, pp. 21-44

13.   Gender Identity Disorders. In Sadock B, Kaplan H(eds). Comprehensive Textbook of Psychiatry, Baltimore, William and Wilkins, 1989, pp. 1061-69

14.   Intrapsychic and Interpersonal Aspects of Impotence: Psychogenic Erectile Dysfunction. In Leiblum SR, Rosen RC (eds). Erectile Disorders: Assessment and Treatment. Guilford Press, New York, 1992

15. Psychological Factors in Impotence.  In Resnick MI, Kursh ED, (eds.) Current Therapy in Genitourinary Surgery, 2nd edition. BC Decker, 1991, pp. 549-51

16. The Vagaries of Sexual Desire. In Leiblum SR, Rosen RC (eds). In Case Studies in Sex Therapy. Guilford Press, New York, 1995

17. Rosenblatt EA. Sexual Disorders (chapter 62). In Tasman A, Kay J, Liberman JA (eds). Psychiatry Volume II, W.B.Saunders, Philadelphia. 1997, pp. 1173-2000.

18. Althof SE. Psychological Evaluation and Sex Therapy.   In Mulcahy JJ (ed) Diagnosis and Management of Male Sexual Dysfunction Igaku-Shoin, New York, 1996, pp. 74-88

19. Althof SE, Levine SB. Psychological Aspects of Erectile Dysfunction. In Hellstrum WJG (ed) Male Infertility and Dysfunction. Springer-Verlag, New York, 1997. Pp. 468-73

20. Paraphilias. In Comprehensive Textbook of Psychiatry/VII. Sadock BJ, Sadock VA (eds.) Lippincott Williams & Wilkins, Baltimore, 1999, pp. 1631-1645.

21. Women's Sexual Capacities at Mid-Life in The Menopause: Comprehensive Management B. Eskind (ed). Parthenon Publishing, Carnforth, UK, 2000.

22. Male Heterosexuality in Masculinity and Sexuality:Selected Topics in the Psychology of Men, (Richard C. Friedman and Jennifer I. Downey, eds) Annual Review of Psychiatry, American Psychiatric Press, Washington, DC, W-18. Pp. 29-54.

23. R.T.Segraves. Introduction to section on Sexuality: Treatment of Psychiatric Disorders-III (G.O.Gabbard, ed), American Psychiatric Press, Washington, DC 2001

24. Sexual Disorders (2003) in Tasman A, Kay J, Liberman JA (eds). Psychiatry 2nd edition, Volume II, W.B. Saunders, Philadelphia. Chapter 74

25. What Patients Mean by Love, Psychological Intimacy, and Sexual Desire (2003) in SB Levine, CB Risen, SE Althof (eds) Handbook of Clinical Sexuality for Mental Health Professionals, Brunner-Routledge, New York, pp. 21-36.

26.    Infidelity (2003) in SB Levine, CB Risen, SE Althof (eds) *Handbook of Clinical Sexuality for Mental Health Professionals*, Brunner-Routledge, New York, pp. 57-74.

27.    Preface (2003) in SB Levine, CB Risen, SE Althof (eds) *Handbook of Clinical Sexuality for Mental Health Professionals*, Brunner-Routledge, New York, pp. xiii-xviii

28.    A Psychiatric Perspective on Psychogenic Erectile Dysfunction (2004) in T.F. Lue (ed) *Atlas of Male Sexual Dysfunction*, Current Medicine, Philadelphia Chapter 5

29.    Levine, SB., Seagraves, RT.  Introduction to Sexuality Section, *Treatment of Psychiatric Disorders*, 3rd edition (Gabbard GO, editor), American Psychiatric Press, 2007

30.    Risen CB, (2009), Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues* edited by Fabian M. Saleh, Albert J. Grudzinskas, Jr., and John M. Bradford, Oxford University Press, 2009

31.    What Patients Mean by Love, Intimacy, and Sexual Desire, in *Handbook of Clinical Sexuality for Mental Health Professionals* edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

32.    Infidelity in *Handbook of Clinical Sexuality for Mental Health Professionals* edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

33.    Scott DL, Levine, SB.  Understanding Gay and Lesbian Life in *Handbook of Clinical Sexuality for Mental Health Professionals* edited by Levine SB, Risen, CB, and Althof, SE, Routledge, New York, 2010

34.    Levine, SB, Hasan, S., Boraz M. (2009) Male Hypoactive Sexual Desire Disorder (HSDD) in *Clinical Manual of Sexual Disorders* (R. Balon and RT Segraves, eds), American Psychiatric Press, Washington, DC.

35.    Levine, SB. Sexual Disorders in *Fundamentals of Psychiatry* (by Allan    Tasman    and    Wanda    Mohr,    eds.)

http://eu.wiley.com/WileyCDA/WileyTitle/productCd-0470665777.html.

36.    Infidelity in Principles and Practices of Sex Therapy (I Binik, K. Hall, editors), 5th edition, Guilford Press, New York, 2014.

37.    Why is Sex Important? In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016, Chapter 1

38.    The Rich Ambiguity of Key Terms: Making Distinctions. In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016. Chapter 4

39.    The Mental Health Professional's Treatment of Erection Problems. In Handbook of Clinical Sexuality for Mental Health Professionals 3rd ed. [SB Levine, CB Risen, SE Althof, eds] New York. Routledge, 2016 Chapter 11

40.     Why is Sex Important? In Sexual Health in the Couple: Management of Sexual Dysfunction in Men and Women [L Lipshultz, A Pastuszak, M Perelman, A Giraldi, J Buster, eds.] New York, Springer, 2016.

41.    Sommers, B., Levine, S.B., Physician's Attitude Towards Sexuality Psychiatry and Sexual Medicine: A Comprehensive Guide for Clinical Practitioners, Springer, Heidelberg, Germany,2020

42.    42.   Levine, SB & Courtois, CA.  Boundaries and Ethics in Professional Conduct. In Sexual Boundary Violations in Psychotherapy: Facing Therapist indiscretions, transgressions, and misconduct.  A. Steinberg, J.L.Alpert, C A. Courtois (Eds.) (2021) American Psychological Association. Washington, DC.

43.    Levine, SB, Risen CB. (2021). Professionals Who Are Accused of Sexual Boundary Violations *In Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues*, 2nd edition, edited by Fabian M. Saleh, Oxford University Press.

44.    Forward to Evans M and Evans S. Psychotherapy of Gender Dysphoria of Children and Young Adults, Phoenix Publication, UK 2021.

D.    <u>Book Reviews</u>

1.    Homosexualities: A Study of Diversity Among Men and Women by Alan P. Bell and Martin S. Weinberg, Simon and Schuster, New York, 1978.  In Journal of Sex & Marital Therapy 1979; 5:

2.    Marriage and Marital Therapies: Psychoanalytic, Behavioral & System Theory Perspectives by TJ Paolino and BS McCrady. Brunner/Mazel, New York, 1978. In Journal of Sex & Marital Therapy 1979; 5:

3.    Management of Male Impotence. Volume 5 International Perspectives in Urology AH Bennett, (ed) Williams and Wilkins, Baltimore, 1992. In American Journal of Psychiatry, 1984

4.    The Sexual Relationship by DE Scharff, Routledge & Kegan Paul, 1982 in Family Process 1983;22:556-8

5.    Phenomenology and Treatment of Psychosexual Disorders, by WE Fann, I Karacan, AD Pokorny, RL Williams (eds). Spectrum Publications, New York, 1983. In American Journal of Psychiatry 1985;142:512-6

6.    The Treatment of Sexual Disorders: Concepts and Techniques of Couple Therapy, G Arentewicz and G Schmidt. Basic Books, New York, 1983. In American Journal of Psychiatry 1985;142:983-5

7.    Gender Dysphoria: Development, Research, Management. BN Steiner (ed). Plenum Press, 1985 in Contemporary Psychology 1986:31:421-2 [titled, The Limitations of Science, the Limitations of Understanding]

8.    Psychopharmacology of Sexual Disorders by M Segal (ed) John Libbey & Co Ltd, London, 1987 in American Journal of Psychiatry 1987;144:1093

9.    "The Sissy Boy Syndrome" and the Development of Homosexuality by R Green. Yale University Press, New Haven, 1987.  In American Journal of Psychiatry 1988;145:1028

10. Male Homosexuality: A contemporary psychoanalytic perspective by RC Friedman, Yale University Press, New Haven, 1988 in Journal of Clinical Psychiatry 1989;50:4, 149

11. Sexual Landscapes: Why we are what we are, why we love whom we love. By JD Weinrich, Charles Schribner's Sons, New York, 1987 in Archives of Sexual Behavior 21 (3):323-26, 1991

12. How to Overcome Premature Ejaculation by HS Kaplan, Brunner/Mazel, New York, 1989 in Journal of Clinical Psychiatry 51(3):130, 1990

13. Clinical Management of Gender Identity Disorders in Children and Adults R. Blanchard, BN Steiner (eds) American Psychiatry Press, Washington, DC, 1990. In Journal of Clinical Psychiatry 52(6):283, 1991

14. Psychiatric Aspects of Modern Reproductive Technologies. NL Stotland (ed) American Psychiatric Press, Washington DC, 1990. In Journal of Clinical Psychiatry 1991;52(9):390

15. Homosexualities: Reality, Fantasy, and the Arts. CW Socarides, VD Volkan (eds). International Universities Press, Madison, Connecticut, 1990. In Journal of Clinical Psychiatry 1992;(10)

16. Reparative Therapy of Male Homosexuality: A New Clinical Approach.  J Nicolosi, Jason Aronson, Northvale NJ, 1992. In Contemporary Psychology 38(2):165-6, 1993 [entitled Is Evidence Required?]

17. Male Victims of Sexual Assault, GC Mezey, MB King (eds) Oxford University Press, New York, 1992. In Journal of Clinical Psychiatry 1993;54(9):358,

18. AIDS and Sex: An Integrated Biomedical and Biobehavioral Approach. B Voeller, JM Reinisch, M Gottlieb, Oxford University Press, New York, 1990. In American Journal of Psychiatry

19. Porn: Myths for the Twentieth Century by RJ Stoller, Yale University Press, New Haven, 1991. In Archives of Sexual Behavior 1995;24(6):663-668

20.    Sexual Dysfunction: Neurologic, Urologic, and Gynecologic Aspects. R Lechtenberg, DA Ohl (eds) Lea & Febiger, Philadelphia, 1994. In Neurology

21.    The Sexual Desire Disorders: Dysfunctional Regulation of Sexual Motivation. HS Kaplan Brunner/Mazel, New York, 1995. In Neurology 1996; 47:316

22.    Femininities, Masculinities, Sexualities: Freud and Beyond. N. Chodorow. The University Press of Kentucky, Lexington, 1994. Archives of Sexual Behavior 28(5):397-400,1999

23.    Sexual Function in People with Disability and Chronic Illness: A Health Professional's Guide by ML Sipski, CJ Alexander. Aspen Publishers, Gaitersburg, Md, 1997. In Journal of Sex Education and Therapy, 1998;23(2):171-2

24.    Sexual Aggression by J Shaw (ed). American Psychiatric Press, Washington, DC, 1998. In American Journal of Psychiatry, May 1999

25.    The *Wounded* Healer: Addiction-Sensitive Approach to the Sexually Exploitative Professional by Richard Irons and Jennifer P. Schneider. Jason Aronson, Northvale, N.J., 1999 in American Journal of Psychiatry 157(5):8-9,2000.

26.    Culture of the Internet by Sara Kiesler (editor), Lawrence Erlbaum Associates, Mahway, New Jersey, 1997. 463pp in Journal of Sex Research in press, 2001

27.    Psychological Perspectives on Human Sexuality. Lenore T. Szuchman and Frank Muscarella (editors), Wiley and Sons, New York, American Journal of Psychiatry, April 2002

28.    "How Sexual Science Operates" a review of Sex, Love, and Health in America: Private Choices and Public Policies. EO Laumann and RT Michael, editors. Chicago, University of Chicago, 2001 in Second Opinion, The Park Ridge Center for the Study of Health, Faith, and Ethics, 11:82-3, April 2004.

29.    Sexual Orientation and Psychoanalysis: Sexual Science and Clinical Practice. R.C. Friedman and J.I. Downey (eds). New

York. Columbia University Press. in Archives of Sexual Behavior (2003) 31(5):473-474

30.     Prozac on the Couch:  Prescribing Gender in the Era of Wonder Drugs, Jonathon Michel Metzl.  Duke University Press, Durham, 2003 in American Journal of Psychiatry, November, 2004.

31.     Sex and Gender by M. Diamond and A.Yates Child Psychiatric Clinics of North America W. B. Saunders, Philadelphia, Pennsylvania, 2004, 268 pp in Archives of Sexual Behavior April 2007 on line publication in Dec.2006 at http://dx.doi.org/10.1007/s10508-006-9114-7

32.     Getting Past the Affair: A program to help you cope, heal, and move on—together or apart by Douglas K. Snyder, PhD, Donald H. Baucom, Ph.D, and Kristina Coop Gordon, Ph.D, New York, Guilford Press, 2007 in Journal of Sex and Marital Therapy,34:*1-3*, 2007

33.     Dancing with Science, Ideology and Technique. A review of Sexual Desire Disorders: A casebook Sandra R. Leiblum editor, Guilford Press, New York, 2010.  In Journal of Sex Research 2011.

34.     What is more bizarre: the transsexual or transsexual politics?  A review of Men Trapped in Men's Bodies: Narratives of Autogynephilic Transsexualism by Anne A. Lawrence, New York, Springer, 2014. In Sex Roles: a Journal of Research, 70, Issue 3 (2014), Page 158-160, 2014. DOI: 10.1007/s11199-013-0341-9

35.     There Are Different Ways of Knowing.  A review of: How Sexual Desire Works: The Enigmatic Urge by Frederick Toates, Cambridge, UK, Cambridge University Press, in Sexuality and Cu1ture (2015) 19:407–409 DOI 10.1007/s12119-015-9279-0

36.     The Dynamics of Infidelity: Applying Relationship Science to Clinical Practice by Lawrence Josephs, American Psychological Association, Washington, DC, 2018, pp. 287, $69.95  in Journal of Sex and Marital Therapy10.1080/0092623X.2018.1466954, 2018.                    For              free              access:

https://www.tandfonline.com/eprint/UgiIHbWbpdedbsXWXpNf/full

37.    Transgender Mental Health by Eric Yarbrough, American Psychiatric Association Publications, 2018, Journal and Marital & Sexual                                        Therapy, https://doi.org/10.1080/0092623X.2018.1563345.

38.    Seduced into Darkness: Transcending My Psychiatrist's Sexual Abuse by Carrie T. Ishee, Terra Nova Books, Santa Fe, in Journal of   Sex   and   Marital   Therapy,   in   press   2020. 10.1080/0092623X2020.175847

39.    Principles and Practices of Sex Therapy, 6th edition, (2020) KSK Hall, IM Binik (editors), Guilford Press, New York in Journal of Sex   and   Marital   Therapy   i47(4):      May   2021.   Doi 10.1080/0092623X2021.1920736

40.    The Existential Importance of the Penis: A guide to understanding male sexuality by Daniel N. Watter, (2023) Routledge, New York, Journal   of   Sex   and   Marital   Therapy   in   press 10.1080/0092623X.2023.2236495

E.    Podcasts

1.    Ayad & O'Malley, series: Gender: A wider lens. 2022 https://podcasts.apple.com/us/podcast/gender-a-wider-lens-podcast/id1542655295?i=1000549259922

2.    Physician                burnout                2022 https://drive.google.com/drive/folders/1O5ENno71IzKtYslhyZfqja4SrV5lQcic?usp=sharing

3.    Humanize   with   Wesley   Smith.   May   11,   2023. https://humanize.today/podcast/stephen-b-levine-m-d-on-the-science-of-gender-affirming-care/

4.    Gender a wider lens, with Ayad and O-Malley and Julia Mason, May 12, 2023