IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jane Doe,

        Plaintiff,

Case No. 1:23-cv-5578-MLB

v.

Georgia Department of
Corrections, et al.,

        Defendants.

_____/

## **ORDER**

**IT IS HEREBY ORDERED** that Jeffrey M. Harris, Rachael C. Tucker, Thomas S. Vaseliou, Chris Olson, Tiffiny Montenegro, and Kristopher E. Kaliebe be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of presentation of evidence at a preliminary injunction hearing to take place on Monday, February 12, 2024, at 10:00 a.m.:

1. Smartphones with video capability
2. Wifi hotspots
3. Laptops

4. Computer monitors

5. Electronic tablets

6. External hard drives

7. Flash drives and/or thumb drives

8. Printer

9. Projector

10. Laser pointers

11. Office supplies

12. Physical exhibits and other documents (including boxes), and associated cables

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshal Service.

This Order shall be effective until the conclusion of the hearing.

**SO ORDERED** this 7th day of February, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE