# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | |
| GEORGIA DEPARTMENT OF CORRECTIONS; *et al.*, | Civ. Case No. 1:23-cv-5578-MLB |
| Defendants. | |

## PLAINTIFF'S MOTION TO STRIKE R. DOC. 126 AND SUBTITUTE CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Jane Doe, through her undersigned attorneys, respectfully moves this Court to Strike R. Doc. 126, Plaintiff's Notice of Supplemental Authority. The submitted notice inadvertently contains an error in a sentence on page 6. Plaintiff further requests that this Court substituted the Corrected Notice of Supplemental Authority submitted with this motion in place of what is presently R. Doc. 126.

Respectfully submitted this 10th day of April, 2024.

| | |
|---|---|
| */s/Nicholas F. Palmieri* | D Dangaran * |
| Nicholas F. Palmieri * | Miriam R. Nemeth * |
| BAKER BOTTS, L.L.P. | RIGHTS BEHIND BARS |
| 30 Rockefeller Plaza | 416 Florida Avenue N.W. #26152 |
| New York, New York 10112 | Washington, D.C. 20001-0506 |

1

(212) 408-2640
nick.palmieri@bakerbotts.com

Sterling Marchand *
Scott Novak *
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Katherine Jeffress *
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Hannah Roskey *
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
hannah.roskey@bakerbotts.com

(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

David J. Utter
Georgia Bar Number: 723144
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

***Admitted** *pro hac vice*

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing motion conforms to the requirements of L.R. 5.1 and 7.1. The motion is prepared as double-spaced between lines and in 14-point Times New Roman font.

*/s/Nicholas F. Palmieri*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on April 10, 2024, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsels of record are registered ECF users.

<em>/s/Nicholas F. Palmieri</em>