# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR SHARON LEWIS, in her official and individual capacities; PHILLIPS STATE PRISON WARDEN DESHAWN JONES, in his official and individual capacities; SERGEANT JAMAL KINTE ROBERTS, in his individual capacity; MHM CORRECTIONAL SERVICES, INC., d.b.a. MHM SERVICES, INC.; STATEWIDE MENTAL HEALTH DIRECTOR CHAD I. LOHMAN, in his official capacity; PHILLIPS STATE PRISON MENTAL HEALTH DIRECTOR RHONDA BILLINGS, in her official and individual capacities; DR. SKIBINSKI, in her official and individual capacities; DR. CLEARY, in her individual capacity; DR. BOWLING, in his individual capacity; NURSE PRACTITIONER SIDNEY MOORE, in his individual capacity; | **CIVIL ACTION FILE NUMBER:**<br><br>**1:23-cv-05578** |

| | |
|---|---|
| DR. W. AUSBORN, in his individual capacity; JEREMY LANE, in his individual capacity; WELLPATH LLC; PHILLIPS STATE PRISON MEDICAL DIRECTOR LATONYA JAMES, in her official and individual capacities; DR. ANTHONY MULLOY, in his official and individual capacities; WELLPATH HEALTH SERVICES ADMINISTRATOR JEWELLANN CLARKE, in her official and individual capacities,<br><br>Defendants. | |

## STATUS REPORT

COME NOW Wellpath, LLC, by and through its undersigned counsel, and pursuant to the Court's Order entered on April 17, 2024 (Dkt. 131), file this Status Report, respectfully showing the Court as follows:

The Wellpath Gender Dysphoria Committee convened on February 20, 2024, and again on April 16, 2024, to discuss Plaintiff John Doe.[1] In accordance with the Court's directive at the hearing on February 13, 2024, to "provide [the Court] at the end of the month an update" (Dkt. 125 at 418), Defendant Wellpath, LLC, filed a

---

[1] The Wellpath Gender Dysphoria Committee is scheduled to meet monthly however the March 2024 Committee meeting was canceled due to provider unavailability.

timely Status Report on February 29, 2024, in which they informed the Court of the February meeting of the Committee and the Committee's resulting recommendations (Dkt. 114).

The Committee met again on April 16, 2024, and reports that they have asked Dr. Daniel Miller of Wellpath to locate an appropriate surgeon to schedule an evaluation for Jane Doe. Dr. Miller is in the process of locating a surgeon that could handle this type of surgery to schedule an evaluation.

Defendant Wellpath, LLC, will again update this Court in the next 30 days as ordered on April 17, 2024.

Respectfully submitted, this 24th day of April, 2024.

Hall Booth Smith, PC

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
F: (912) 554-1973
bboone@hallboothsmith.com
tmontenegro@hallboothsmith.com

*/s/ Tiffiny Montenegro*
BETH BOONE
Georgia Bar No. 130300
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendants Wellpath, LLC, Jewellann Clarke, NP, and Latoya James, MD*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1 (D), the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Northern District of Georgia in LR 5.1(B) and LR 5.1(C).

This 24th day of April, 2024.

Hall Booth Smith, PC

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
F: (912) 554-1973
bboone@hallboothsmith.com
tmontenegro@hallboothsmith.com

/s/ Tiffiny Montenegro
BETH BOONE
Georgia Bar No. 130300
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendants Wellpath, LLC, Jewellann Clarke, NP, Latoya James, MD*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing **STATUS REPORT** upon all parties to this matter via the CM/ECF system which will automatically send electronic notifications to the following:

<table>
<tr><td>

David J. Utter, Esq.
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
david@claibornefirm.com
*Counsel for Plaintiff*

</td><td>

Christopher J. Murell, Esq.
Meghan K. Matt, Esq.
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
chris@murell.law
meghan@murell.law
*Counsel for Plaintiff*

</td></tr>
<tr><td>

D Dangaran, Esq.
Miriam R. Nemeth, Esq.
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
d@rightsbehindbars.org
miriam@rightsbehindbars.org
*Counsel for Plaintiff*

</td><td>

Sterling A. Marchand, Esq.
R. Scott Novak, Jr., Esq.
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com
*Counsel for Plaintiff*

</td></tr>
<tr><td>

Francesca Eick, Esq.
Katherine E. Jeffress, Esq.
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
francesca.eick@bakerbotts.com
katie.jeffress@bakerbotts.com
*Counsel for Plaintiff*

</td><td>

Hannah Roskey, Esq.
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, Texas 77002
hannah.roskey@bakerbotts.com
*Counsel for Plaintiff*

</td></tr>
</table>

<div style="column-count:2">

Nicholas F. Palmieri, III, Esq.
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Nick.palmieri@bakerbotts.com
*Counsel for Plaintiff*

Jeffrey M. Harris, Esq.
Rachael Tucker, Esq.
Thomas Samuel Vaseliou, Esq.
Consovoy McCarthy, PLLC – VA
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
Jeff@consovoymccarthy.com
rachael@consovoymccarthy.com
tvaseliou@consovoymccarthy.com
*Counsel for Defendants Georgia Department of Corrections, Commissioner Tyrone Oliver, Randy Sauls, Sharon Lewis, DeShawn Jones, and Chad I. Lohman*

Roger A. Chalmers, Esq.
Stephen J. Petrany, Esq.
Georgia Department of Law
Office of the Attorney General
40 Capito Square, SW
Atlanta, Georgia 30334-1300
rchalmers@law.ga.gov
spetrany@law.ga.gov
*Counsel for Defendants Georgia Department of Corrections, Commissioner Tyrone Oliver, Randy Sauls, and Sharon Lewis, DeShawn Jones, and Chad I. Lohman*

Lindsey Cassimus, Esq.
Michael G. Frankson, Esq.
Alexander C. Vey, Esq.
Nora M. Jackson, Esq.
Huff Powell Bailey, LLC
999 Peachtree Street NE, Suite 950
Atlanta, Georgia 30309
lcostakos@huffpowellbailey.com
mfrankson@huffpowellbailey.com
avey@huffpowellbailey.com
mjackson@huffpowellbailey.com
*Counsel for Defendants Rhonda Billings, Dr. Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn and Jeremy Lane*

</div>

<div style="display: flex;">

Aileen Bell Hughes, Esq.
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Aileen.bell.huges@usdoj.gov
*Counsel for Amicus United States*

Lindsey Cassimus, Esq.
Huff Powell Bailey, LLC
999 Peachtree Street NE, Suite 950
Atlanta, Georgia 30309
lcostakos@huffpowellbailey.com
*Counsel for Defendants MHM Correctional Services, Inc., Rhonda Billings, Dr. Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn and Jeremy Lane*

Melissa Lorraine Fox, Esq.
Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta, Georgia 30309
melissafox@eversheds-sutherland.com
*Counsel for Amicus Network for Victim Recovery of DC (NVRDC)*

Brian Spielman, Esq.
Robert C. Khayat, Jr., Esq.
The Khayat Law Firm
75 Fourteenth Street NE
Suite 2750
Atlanta, Georgia 30309
bspielman@hkayatlawfirm.com
rkhayat@hayatlawfirm.com
*Counsel for Amicus ACLU of Georgia*

</div>

This 24th day of April, 2024.

Hall Booth Smith, PC

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
tmontenegro@hallboothsmith.com

*/s/ Tiffiny Montenegro*
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendants Wellpath, LLC, Jewellann Clarke, NP, and Latoya James, MD*