**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

DOCKETING SECTION
404-215-1655

April 26, 2024

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

  **U.S.D.C. No.:** 1:23-cv-5578-MLB
  **U.S.C.A. No.:** 00-00000-00
  **In re:**  Jane Doe v. Georgia Department of Corrections et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporters are Keisha Crump & Jana B. Colter.** |
| **X** | **There is sealed material as described below: Various pleadings.** |
| | Other: . |
| **X** | **USCA Appeal fees HAVE been paid. (Receipt# AGANDC-13391824)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Michael L. Brown.** |
| | This is a **DEATH PENALTY** appeal. |

         Sincerely,

         Kevin P. Weimer
         District Court Executive
         and Clerk of Court

      By: /s/P. McClam
         Deputy Clerk