# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| Jane Doe,<br><br>                    Plaintiff,<br><br>    v.<br><br>Georgia Department<br>of Corrections, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:23-cv-5578-MLB |

## ORDER

Before the Court is Defendants' motion to extend the deadlines to file responsive pleadings to Plaintiff's amended complaint to June 17, 2024. Having considered the motion and for the reasons stated therein,

**IT IS ORDERED** that Defendants' motion is **GRANTED**. The deadline for all Defendants to file responsive pleadings to Plaintiff's amended complaint shall be extended to June 17, 2024.

**SO ORDERED** this 2nd day of May, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE