# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; COMMISSIONER TYRONE OLIVER, in his official capacity; ASSISTANT COMMISSIONER RANDY SAULS, in his official capacity; STATEWIDE MEDICAL DIRECTOR SHARON LEWIS, in her official and individual capacities; PHILLIPS STATE PRISON WARDEN DESHAWN JONES, in his official and individual capacities; SERGEANT JAMAL KINTE ROBERTS, in his individual capacity; MHM CORRECTIONAL SERVICES, INC., d.b.a. MHM SERVICES, INC.; STATEWIDE MENTAL HEALTH DIRECTOR CHAD I. LOHMAN, in his official capacity; PHILLIPS STATE PRISON MENTAL HEALTH DIRECTOR RHONDA BILLINGS, in her official and individual capacities; DR. SKIBINSKI, in her official and individual capacities; DR. CLEARY, in her individual capacity; DR. BOWLING, in his individual capacity; NURSE PRACTITIONER SIDNEY MOORE, in his individual capacity; | **CIVIL ACTION FILE NUMBER:**<br><br>**1:23-cv-05578** |

| | |
|---|---|
| DR. W. AUSBORN, in his individual capacity; JEREMY LANE, in his individual capacity; WELLPATH LLC; PHILLIPS STATE PRISON MEDICAL DIRECTOR LATONYA JAMES, in her official and individual capacities; DR. ANTHONY MULLOY, in his official and individual capacities; WELLPATH HEALTH SERVICES ADMINISTRATOR JEWELLANN CLARKE, in her official and individual capacities,<br><br>                    Defendants. | |

## SECOND STATUS REPORT

COME NOW Wellpath, LLC, by and through its undersigned counsel, and pursuant to the Court's Order entered on April 17, 2024 (Dkt. 131), file this Second Status Report, respectfully showing the Court as follows:

Jane Doe was scheduled to have an appointment with a Plastics Reconstructive Surgeon for an evaluation on May 2, 2024. Although the Gender Dysphoria Committee was unable to meet on May 21, 2024, due to several members being unavailable, there was a case discussion with regional medical directors and individuals from the Gender Dysphoria Committee on May 9. During that discussion, it was recommended that a cardiology consultation be scheduled for Jane

Doe to see if Jane Doe will be able to tolerate post operative hormones therapy. A consultation is being sought currently.

Defendant Wellpath, LLC, will again update this Court in the next 30 days as ordered on April 17, 2024.

Respectfully submitted, this 24th day of May, 2024.

Hall Booth Smith, PC

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
F: (912) 554-1973
bboone@hallboothsmith.com
tmontenegro@hallboothsmith.com

*/s/ Tiffiny Montenegro*
BETH BOONE
Georgia Bar No. 130300
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendants Wellpath, LLC, Jewellann Clarke, NP, and Latoya James, MD*

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1 (D), the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Northern District of Georgia in LR 5.1(B) and LR 5.1(C).

This 24th day of May, 2024.

Hall Booth Smith, PC

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
F: (912) 554-1973
bboone@hallboothsmith.com
tmontenegro@hallboothsmith.com

/s/ Tiffiny Montenegro
BETH BOONE
Georgia Bar No. 130300
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendants Wellpath, LLC, Jewellann Clarke, NP, Latoya James, MD*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing **SECOND STATUS REPORT** upon all parties to this matter via the CM/ECF system which will automatically send electronic notifications to the following:

David J. Utter, Esq.
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
david@claibornefirm.com
*Counsel for Plaintiff*

Christopher J. Murell, Esq.
Meghan K. Matt, Esq.
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
chris@murell.law
meghan@murell.law
*Counsel for Plaintiff*

D Dangaran, Esq.
Miriam R. Nemeth, Esq.
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
d@rightsbehindbars.org
miriam@rightsbehindbars.org
*Counsel for Plaintiff*

Sterling A. Marchand, Esq.
R. Scott Novak, Jr., Esq.
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com
*Counsel for Plaintiff*

Francesca Eick, Esq.
Katherine E. Jeffress, Esq.
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
francesca.eick@bakerbotts.com
katie.jeffress@bakerbotts.com
*Counsel for Plaintiff*

Hannah Roskey, Esq.
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, Texas 77002
hannah.roskey@bakerbotts.com
*Counsel for Plaintiff*

| | |
|---|---|
| Nicholas F. Palmieri, III, Esq.<br>BAKER BOTTS, L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Nick.palmieri@bakerbotts.com<br>*Counsel for Plaintiff* | Roger A. Chalmers, Esq.<br>Stephen J. Petrany, Esq.<br>Georgia Department of Law<br>Office of the Attorney General<br>40 Capito Square, SW<br>Atlanta, Georgia 30334-1300<br>rchalmers@law.ga.gov<br>spetrany@law.ga.gov<br>*Counsel for Defendants Georgia Department of Corrections, Commissioner Tyrone Oliver, Randy Sauls, and Sharon Lewis, DeShawn Jones, and Chad I. Lohman* |
| Jeffrey M. Harris, Esq.<br>Rachael Tucker, Esq.<br>Thomas Samuel Vaseliou, Esq.<br>Consovoy McCarthy, PLLC – VA<br>1600 Wilson Boulevard, Suite 700<br>Arlington, Virginia 22209<br>Jeff@consovoymccarthy.com<br>rachael@consovoymccarthy.com<br>tvaseliou@consovoymccarthy.com<br>*Counsel for Defendants Georgia Department of Corrections, Commissioner Tyrone Oliver, Randy Sauls, Sharon Lewis, DeShawn Jones, and Chad I. Lohman* | Lindsey Cassimus, Esq.<br>Michael G. Frankson, Esq.<br>Alexander C. Vey, Esq.<br>Nora M. Jackson, Esq.<br>Huff Powell Bailey, LLC<br>999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>lcostakos@huffpowellbailey.com<br>mfrankson@huffpowellbailey.com<br>avey@huffpowellbailey.com<br>mjackson@huffpowellbailey.com<br>*Counsel for Defendants Rhonda Billings, Dr. Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn and Jeremy Lane* |

| | |
|---|---|
| Aileen Bell Hughes, Esq.<br>Office of the United States Attorney-ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia 30303<br>Aileen.bell.huges@usdoi.gov<br>*Counsel for Amicus United States* | Lindsey Cassimus, Esq.<br>Huff Powell Bailey, LLC<br>999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>lcostakos@huffpowellbailey.com<br>*Counsel for Defendants MHM Correctional Services, Inc., Rhonda Billings, Dr. Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn and Jeremy Lane* |
| Melissa Lorraine Fox, Esq.<br>Eversheds Sutherland (US) LLP<br>999 Peachtree Street NE<br>Suite 2300<br>Atlanta, Georgia 30309<br>melissafox@eversheds-sutherland.com<br>*Counsel for Amicus Network for Victim Recovery of DC (NVRDC)* | Brian Spielman, Esq.<br>Robert C. Khayat, Jr., Esq.<br>The Khayat Law Firm<br>75 Fourteenth Street NE<br>Suite 2750<br>Atlanta, Georgia 30309<br>bspielman@hkayatlawfirm.com<br>rkhayat@hayatlawfirm.com<br>*Counsel for Amicus ACLU of Georgia* |

This 24th day of May, 2024.

Hall Booth Smith, PC

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
tmontenegro@hallboothsmith.com

*/s/ Tiffiny Montenegro*
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendants Wellpath, LLC, Jewellann Clarke, NP, and Latoya James, MD*