UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE, <br><br>     Plaintiff, <br><br> v. <br><br> GEORGIA DEPARTMENT OF CORRECTIONS; *et al.*, <br><br>     Defendants. | Civ. Case No. 1:23-cv-5578-MLB |

## ORDER GRANTING PLAINTIFF'S MOTION TO RENEW PRELIMINARY INJUNCTION

Before the Court is Plaintiff Jane Doe's Unopposed Motion to Renew Preliminary-Injunction Order (Doc. #151). Having reviewed the motion and applicable law, the Court **GRANTS** Plaintiff's Motion to Renew the Preliminary-Injunction Order for 90 days. Accordingly, it is hereby **ORDERED** that the Order entered by the Court on April 17, 2024, shall be extended through October 20, 2024. The Court further **ORDERS** that Defendants continue to provide status updates about Plaintiff's surgical consultation every thirty (30) days.

**SO ORDERED** this 15th day of July, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE