# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Jane Doe,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>Georgia Department<br>of Corrections, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 1:23-cv-5578-MLB |

## ORDER

Before the Court is State Defendants' unopposed motion for leave to file a reply brief not to exceed 20 pages. Having considered the motion and for the reasons stated therein,

**IT IS ORDERED** that State Defendants' motion is **GRANTED**.

**SO ORDERED** this 5th day of August, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE