# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      *Plaintiff*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>      *Defendants*. | Case No. 1:23-cv-5578-MLB |

## DEFENDANTS' MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES & TECHNOLOGY INTO THE COURTROOM

Counsel for Defendants requests the Court issue an order allowing Defendants' counsel (listed below) to bring cellular phones, smart phones, tablets, laptop computers, and other devices that may contain cameras into the United States Courthouse on Tuesday, August 27, 2024 for use at the status conference before the Court in Courtroom 1906 of the Richard B. Russell Federal Building at 11:15 a.m. *See* Local Rule 83.4l. A proposed order is attached.

    Jeffrey M. Harris

    Rachael C. Tucker

    Thomas S. Vaseliou

    Tiffiny Montenegro

1

Dated: August 23, 2024

Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Stephen J. Petrany
  *Solicitor General*
  Georgia Bar No. 718981
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
spetrany@law.ga.gov

*Attorneys for Defendants Georgia Department of Corrections, DeShawn Jones, Sharon Lewis, Chad I. Lohman, Tyrone Oliver, Randy Sauls, Jamal Kinte Roberts, and Dr. Mulloy*

Respectfully submitted,

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Rachael C. Tucker*
Thomas S. Vaseliou*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
rachael@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

**pro hac vice*

*Special Assistant Attorneys General and Attorneys for Defendants Georgia Department of Corrections, DeShawn Jones, Sharon Lewis, Chad I. Lohman, Tyrone Oliver, Randy Sauls, Jamal Kinte Roberts, and Dr. Mulloy*

*/s/ Tiffiny Montenegro*
Beth Boone
  Georgia Bar No. 130300
Tiffiny Montenegro
  Georgia Bar No. 223997
HALL BOOTH SMITH, P.C.
3528 Darien Highway, Suite 300
Brunswick, GA 31525
912-554-0093
bboone@hallboothsmith.com
tmontenegro@hallboothsmith.com

*Attorneys for Wellpath, LLC*

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing brief conforms to the requirements of L.R. 5.1C and this Court's subsequent orders. The brief is prepared in 14-point Times New Roman font.

*/s/ Jeffrey M. Harris*

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2024, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

s/ *Jeffrey M. Harris*