# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JANE DOE,

      *Plaintiff*,

v.

GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,

      *Defendants*.

Case No. 1:23-cv-5578-MLB

## ORDER

For good cause shown, the Court **GRANTS** Defendants' Motion for Permission to Bring Electronic Devices and Technology into Courtroom. The Court hereby **PERMITS** the individuals listed below to bring cellular phones, smart phones, tablets, laptop computers, and other devices that may contain cameras into the United States Courthouse on Tuesday, August 27, 2024, for use at the status conference in Courtroom 1906 of the Richard B. Russell Federal Building at 11:15 a.m.

    Jeffrey M. Harris
    Rachael C. Tucker
    Thomas S. Vaseliou
    Tiffiny Montenegro

**SO ORDERED** this 23rd day of August, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE