

Rights Behind Bars
416 Florida Ave NW, #26152
Washington, DC 20001
**202-455-4399**

Jessica Kelley
Courtroom Deputy Clerk, Judge Michael L. Brown
1942 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

  Re: *Doe v. Georgia Department of Corrections, et al.*, No. 1:23-cv-5578

Dear Courtroom Deputy Clerk Kelley:

Pursuant to N.D. Ga. Local Rule 83.1(E)(4), I, D Dangaran, lead counsel for Jane Doe in *Doe v. Georgia Department of Corrections, et al.*, No. 1:23-cv-5578, hereby request the Court grant: a leave of absence of five (5) days, from September 19, 2024 through September 23, 2024; a leave of absence of eleven (11) days from November 5, 2024 through November 15, 2024; and a leave of absence of thirteen (13) days from November 21, 2024 through December 3, 2024.

I request that no hearing or deadline in the case be calendared during the period of absence.

Best regards,

D Dangaran
Lead Attorney for Plaintiff Jane Doe

Director of Gender Justice
Rights Behind Bars
www.rightsbehindbars.org
416 Florida Avenue NW, #26152 Washington, DC 20001
Office: (202) 455-4399 | d@rightsbehindbars.org