IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## MOTION TO STRIKE SECOND AMENDED COMPLAINT

Plaintiff Jane Doe filed a Second Amended Complaint on December 12, 2024, Dkt. 200, after this Court granted Plaintiff's Motion to Amend. Dkt. 199. In an attempt to substitute Centurion of Georgia, LLC for Wellpath with minimal changes to the body of the Complaint, Plaintiff inadvertently kept Wellpath in the case as a Defendant. Per this Court's docket-only order on December 17, 2024, Plaintiff has filed a new Second Amended Complaint—which is filed within the 5-day window provided by the Court's Order, Dkt. 199—and concurrently submits this motion to strike the erroneous Second Amended Complaint at Dkt. 200.

For these reasons, Plaintiff respectfully requests that the Court strike the Complaint filed at Docket 200.

1

Respectfully submitted,

/s/ D Dangaran
D Dangaran *
Miriam R. Nemeth *
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

David J. Utter
Georgia Bar Number: 723144
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

Katherine E. Jeffress *
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Nicholas F. Palmieri *
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
Nick.palmieri@bakerbotts.com

Sterling Marchand *
Scott Novak *
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Hannah Roskey *
BAKER BOTTS, L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
hannah.roskey@bakerbotts.com

Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

*Admitted *pro hac vice*

Date: December 17, 2024

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1 because it uses 14-point Times New Roman.

<u><i>/s/ D Dangaran</i></u>