# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jane Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Georgia Department of Corrections, et al.,<br><br>    Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion to Strike her Second Amended Complaint. Dkt. 200. The Second Amended Complaint, Dkt. 200, is **STRICKEN**.

**SO ORDERED** this ___ day of _____, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE