# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jane Doe,<br><br>　　Plaintiff,<br><br>v.<br><br>Georgia Department of Corrections, et al.,<br><br>　　Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## ORDER STRIKING R. DOC. 171 AND SETTING ASIDE ANSWER DEADLINE FOR CENTURION OF GEORGIA, LLC

Considering Plaintiff's Motion to Strike (Dkt. 180), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Clerk is hereby directed to strike Docket Entry 171 and set aside the answer deadline for Centurion of Georgia, LLC.

SO ORDERED this 6th day of January, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE