IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   *Plaintiff*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>   *Defendants*. | Case No. 1:23-cv-5578-MLB |

**DEFENDANTS' MOTION FOR PERMISSION TO BRING
ELECTRONIC DEVICES & TECHNOLOGY INTO THE COURTROOM**

Counsel for Defendants requests the Court issue an order allowing Rachael C.T. Wyrick to bring cellular phones, smart phones, tablets, laptop computers, and other devices that may contain cameras into the United States Courthouse on Wednesday, February 12, 2025, for use at the hearing before the Court in Courtroom 1906 of the Richard B. Russell Federal Building at 10:00 a.m. *See* Local Rule 83.4l. A proposed order is attached.

1

| | |
|---|---|
| Dated: February 11, 2025 | Respectfully submitted, |
| | |
| Christopher M. Carr | */s/ Rachael C.T. Wyrick* |
|   *Attorney General* | Jeffrey M. Harris* |
|   Georgia Bar No. 112505 | Rachael C.T. Wyrick* |
| Stephen J. Petrany | Thomas S. Vaseliou* |
|   *Solicitor General* | CONSOVOY MCCARTHY PLLC |
|   Georgia Bar No. 718981 | 1600 Wilson Blvd., Suite 700 |
| Georgia Department of Law | Arlington, VA 22209 |
| 40 Capitol Square SW | (703) 243-9423 |
| Atlanta, Georgia, 30334 | jeff@consovoymccarthy.com |
| 404-458-3408 | rachael@consovoymccarthy.com |
| spetrany@law.ga.gov | tvaseliou@consovoymccarthy.com |
| | |
| *Attorneys for Defendants Georgia Department of Corrections, Tyrone Oliver, Randy Sauls, Chad I. Lohman, Sharon Lewis, Marlah Mardis, DeShawn Jones, Aaron Pineiro, Jamal Kinte Roberts, and Anthony Mulloy* | **pro hac vice*<br><br>*Special Assistant Attorneys General and Attorneys for Defendants Georgia Department of Corrections, Tyrone Oliver, Randy Sauls, Chad I. Lohman, Sharon Lewis, Marlah Mardis, DeShawn Jones, Aaron Pineiro, Jamal Kinte Roberts, and Anthony Mulloy* |

**CERTIFICATE OF COMPLIANCE**

    I certify that the foregoing brief conforms to the requirements of L.R. 5.1C and this Court's subsequent orders. The brief is prepared in 14-point Times New Roman font.

                                                    */s/ Rachael C.T. Wyrick*

**CERTIFICATE OF SERVICE**

I certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

s/ *Rachael C.T. Wyrick*