IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jane Doe,

        Plaintiff,

                      Case No. 1:23-cv-5578-MLB

v.

Georgia Department of
Corrections, et al.,

        Defendants.

_____/

## ORDER

**IT IS HEREBY ORDERED** that attorney Rachael C.T. Wyrick, who represents Defendants in this matter, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of a hearing to take place on Wednesday, February 12, 2025, at 10:00 a.m.:

1. Cellular phones
2. Smart phones
3. Tablets
4. Laptop computers

5. Other devices that may contain cameras

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshals Service.

This Order shall be effective until the conclusion of the hearing.

**SO ORDERED** this 11th day of February, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE