## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS; *et al.*,<br><br>     Defendants. | Civ. Case No. 1:23-cv-5578-MLB |

## PLAINTIFF'S MOTION FOR AUTHORIZATION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

The undersigned counsel for Plaintiff respectfully requests that the Court grant Plaintiff's counsel permission to bring electronic equipment into the Federal Courthouse, located at 75 Ted Turner Drive, SW, Atlanta, GA 30303 for the emergency hearing currently scheduled to occur in Courtroom 1906 at 10:00 AM on February 12, 2025.

The following counsel who plans to attend the status conference does not have a blue attorney ID card issued through the U.S. Marshals Service: Shelby Saxon. Ms. Saxon requests permission to bring cellphones, laptops, or other smart telephones and/or personal digital assistants, all of which may have a camera function, into the courtroom for use during the scheduled hearing and to notify the

U.S. Marshals Service of her permission to do so.  A proposed order is filed herewith.

Respectfully submitted this 11th day of February 2025.

/s/ *D Dangaran*

D Dangaran *
Miriam R. Nemeth *
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
(202) 455-4399
d@rightsbehindbars.org
miriam@rightsbehindbars.org

Katherine E. Jeffress *
BAKER BOTTS, L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Sterling Marchand *
Scott Novak *
BAKER BOTTS, L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Shelby Saxon*
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Ste. 900
Dallas, Texas 75201
(214) 953-6455
shelby.saxon@bakerbotts.com

Nicholas F. Palmieri *
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640

nick.palmieri@bakerbotts.com

David J. Utter
Georgia Bar Number: 723144
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

**Admitted *pro hac vice***
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1 because it uses 14-point Times New Roman.

_/s/ D Dangaran_

D Dangaran