# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; *et al.*,<br><br>    Defendants. | Civ. Case No. 1:23-cv-5578-MLB |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

**IT IS HEREBY ORDERED** that attorney Shelby Saxon, who represents Plaintiff in this matter, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of fully responding to the Court's inquiries at an emergency hearing to take place on Wednesday, February 12, 2025, at 10:00 a.m.:

   1. Cellular telephones
   2. Laptops
   3. Other smart telephones and/or personal digital assistants, all of which may have a camera function.

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshal Service. This

order shall be effective until the conclusion of the hearing.

**SO ORDERED this \_\_\_ day of _____, 2025.**

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE