IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      *Plaintiff*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>      *Defendants*. | Case No. 1:23-cv-5578-MLB |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES & TECHNOLOGY INTO THE COURTOOM

For good cause shown, the Court **GRANTS** Defendants' Motion for Permission to Bring Electronic Devices and Technology into Courtroom. The Court hereby **PERMITS** Rachael C.T. Wyrick to cellular phones, smart phones, tablets, laptop computers, and other devices that may contain cameras on Wednesday, April 30, 2025, for use at the hearing before the Court in Courtroom 1906 of the Richard B. Russell Federal Building.

**IT IS ORDERED** that Defendants' motion is **GRANTED**.

**SO ORDERED** this __ day of _____, 20__.

                                                          _____
                                                          Michael L. Brown
                                       United States District Court Judge