UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| JANE DOE, | |
|---|---|
| Plaintiff, | |
| v. | Civ. Case No. 1:23-cv-05578-MLB |
| GEORGIA DEPARTMENT OF CORRECTIONS *et al.*, | |
| Defendants. | |

**PLAINTIFF'S EXHIBIT LIST FOR MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| EX. # | EXHIBIT DESCRIPTION | SEALED/ BASIS |
|---|---|---|
| 1 | Expert Declaration of Dr. Isabel S. Lowell, M.D., M.B.A. | No |
| 1(A) | Exhibit A attached to Expert Declaration of Dr. Isabel S. Lowell, M.D., M.B.A. (Ex. 1); Curriculum Vitae of Dr. Isabel S. Lowell, M.D., M.B.A. | No |
| 1(B) | Exhibit B attached to Expert Declaration of Dr. Isabel S. Lowell, M.D., M.B.A. (Ex. 1); Rubicon Endocrinology eConsult (November 4, 2024) | No |
| 1(C) | Exhibit C attached to Expert Declaration of Dr. Isabel S. Lowell, M.D., M.B.A. (Ex. 1); Rubicon Endocrinology eConsult (November 13, 2024) | No |
| 2 | Second Affidavit of Jane Doe (March 3, 2026) | No |

| 3 | Preliminary Injunction Order and Opinion, *Isis Benjamin et al. v. Commissioner Oliver*, Case No. 1:25-cv-04470-VMC, 2025 WL 2542072 (N.D. Ga., Sept. 4, 2025) | No |
|---|---|---|
| 4 | Dr. Rachel Lynn Golden, Ph.D., Psychological Evaluation of Ms. Doe (October 31, 2025) | No |
| 5 | GDC Provider Treatment Order by Gina Feriola (June 18, 2024) | Yes / Anonymity |
| 6 | GDC Provider Order for Spironolactone by Gina Feriola (September 9, 2024) | Yes / Anonymity |
| 7 | GDC Provider Order for Spironolactone by Renita Strickland (February 7, 2025) | Yes / Anonymity |
| 8 | GDC Provider Order for Spironolactone by Gina Feriola (October 23, 2024) | Yes / Anonymity |
| 9 | First Affidavit of Jane Doe | No |
| 10 | Compilation of Email Exchanges between Ms. Doe's Counsel and Counsel for GDC & MHM documenting withheld medications | No |
| 11 | Declaration of Nicholas F. Palmieri | No |