# EXHIBIT 1A

# ISABEL S. LOWELL, MD, MBA

izzylowell@gmail.com
www.linkedin.com/in/izzylowell
(917) 620-1991

___

## FAMILY PHYSICIAN

| | |
|---|---|
| FOUNDER, QMED, *DECATUR, GA* | 7/17-CURRENT |

- Telemedicine clinic providing care to transgender patients across the US

| | |
|---|---|
| ATTENDING HOSPITALIST, MAINE MEDICAL CENTER/FAMILY MEDICINE RESIDENCY | 12/21-CURRENT |
| HOSPITALIST, PIEDMONT HOSPITAL, *ATLANTA, GA,* provide fill-in coverage as needed | 6/18-6/21 |
| HOSPITALIST, *EMORY MIDTOWN HOSPITAL* | 11/16-7/17 |
| ASSISTANT PROFESSOR, *EMORY UNIVERSITY* | 9/13-7/17 |

- Assistant Program Director: administrative, curriculum development, teaching responsibilities
- Attending Physician: supervise residents and students in clinic and hospital settings
- Started The Gender Clinic at Emory to care for Transgender patients

| | |
|---|---|
| ICU HOSPITALIST, *LAWRENCE GENERAL HOSPITAL* | 7/13-8/13 |
| INTERN & RESIDENT PHYSICIAN, *GREATER LAWRENCE FAMILY MEDICINE RESIDENCY* | 7/11-6/13 |

___

## LEADERSHIP

| | |
|---|---|
| FOUNDER, QMED, LLC (QUEERMED.COM) | 7/17-CURRENT |

- Sole owner and founder of telemedicine practice serving transgender and nonbinary people in 46 states

| | |
|---|---|
| PATIENT-CENTERED MEDICAL HOME, TEAM LEADER | 1/14-1/15 |

- Led clinical team to achieve Level 3 NCQA Medical Home recognition

| | |
|---|---|
| CHIEF RESIDENT, *GREATER LAWRENCE FAMILY MEDICINE RESIDENCY* | 7/12-6/13 |

- Addressed Resident and Faculty needs, liaison between Administration and Residents

| | |
|---|---|
| MEMBERSHIPS: | CURRENT |

- American Academy of Family Physicians & Georgia Academy of Family Physicians
- Gay and Lesbian Medical Association
- World Professional Association for Transgender Health

___

## PRESENTATIONS AND RESEARCH

| | |
|---|---|
| FMEC CONFERENCE KEYNOTE SPEAKER | 2023 |
| TRANSGENDER MEDICINE PRESENTATIONS TO MEDICAL SCHOOLS/RESIDENCY PROGRAMS | 2016-CURRENT |
| LAVENDER LAW EXPERT PANEL | 2020 |
| AAFP NATIONAL CONFERENCE, MAIN STAGE PRESENTER | 2019 |
| TRANSGENDER MEDICINE, UNIVERSITY OF CONNECTICUT SCHOOL OF MEDICINE | 2019-CURRENT |
| TRANSGENDER MEDICINE, NATIONAL WEBINAR, AAFP | 2019 |
| TRANSGENDER MEDICINE SEMINAR FOR GA TECH FACULTY & STAFF | 2018 |
| TRANSGENDER MEDICINE TRACK, GAFP, ORGANIZER | 2016 |
| TRANSGENDER MEDICINE FOR THE NON-ENDOCRINOLOGIST, EMORY GRAND ROUNDS | 2016 |
| PRACTICE TRANSFORMATION: PCMH LEADERSHIP CURRICULUM | 2014 |
| QUANTIFICATION OF NORMAL POSTPARTUM BLEEDING, NAPCRG CONFERENCE | 2011-2012 |

___

Updated October, 2025

## AWARDS

| | |
|---|---|
| AFMRD/NAPCRG/CFPC Family Medicine Resident Award for Scholarship | 2012 |
| Outstanding Teaching Resident Award | 2013 |
| STFM 2013 Resident Teacher Award | 2013 |
| Teaching Award for Excellence in Inpatient Faculty Teaching | 2014 |
| Teaching Award for Excellence in Advising Family Medicine Residents | 2014 |
| Teaching Award for Excellence in Inpatient Faculty Teaching | 2015 |
| Teaching Award for Excellence in Advising Family Medicine Residents | 2015 |
| Teaching Award for Excellence in Inpatient Faculty Teaching | 2016 |
| Teaching Award for Excellence in Inpatient Faculty Teaching | 2017 |
| Dean's List, Goizueta Business School | 2015 |
| Honor Council Award for Promoting Diversity, Goizueta Business School | 2015 |
| "Hidden Gem" Award for Leadership and Patient Advocacy | 2015 |
| National Who's Who Among American Business Schools | 2016 |
| Beta Gamma Sigma | 2016 |
| Award for Community Service, Goizueta Business School | 2016 |
| Core Value Award for Rigor, Goizueta Business School | 2016 |
| Highest Academic Achievement Award, Goizueta Business School | 2016 |
| "Poets and Quants," Best and Brightest EMBA's, Class of 2016 | 2016 |
| Goizueta Business School Centennial Honoree | 2019 |

https://www.goizuetabeyond.com/story/when-family-medicine-becomes-lifesaving-work/

| | |
|---|---|
| Dan Bradley Humanitarian Award, Human Rights Campaign | 2020 |
| GLMA National Achievement Award | 2022 |
| DGALA Vanguard Award *recognizes and honors individuals whose pioneering work advances equality, visibility, and protections for LGBTQIA people* | 2025 |

---

## EDUCATION

| | |
|---|---|
| Goizueta Business School, Emory University (MBA), *Atlanta, GA* | 9/14-5/16 |
|     Graduated first in class | |
| University of Connecticut School of Medicine (MD), *Farmington, CT* | 8/06-6/10 |
| Columbia University (Post-Baccalaureate), *New York, NY* | 9/03-6/05 |
| Williams College (BA, Art History & English), *Williamstown, MA* | 9/98-6/02 |
|     All-American Rower & Scholar Athlete (1999, 2000, 2001, 2002) | |

---

| Selected Long-Distance Races | Ongoing |
|---|---|
| • Boston Marathon, 1998, 2011, 2012 | • Wakefield 12-Hour Ultra (62 miles) 2012 (1st place) |
| • New York Marathon, 1998, 1999, 2004 (top 100) | • Coastal 50K Ultramarathon, 2012 |
| • Florence, Italy Marathon, 2000 | • NE Challenge: 5 Marathons/5 days, 2013 (1st place) |
| • Appalachian Hut Traverse (56 miles), 2001 | • Harbison 50K Ultramarathon, 2014 |
| • Skate-athon (84 miles, current record holder) 2005 | • Black Toe 12-hour Ultramarathon, 2015 |
| • Hartford Marathon, 2007, x2 (52 miles) 2008, 2009 | • Coyote Ridge 50K Ultramarathon, 2015 (1st place) |
| • Pemigewasset Wilderness Loop (32 miles), 2009 | • Tortoise and Hare 50K, 2016 (1st place), 2017, 2018 |
| • New Hampshire Marathon, 2010 & 2011 | • Stroll in the Park, 8-hour race, 41 miles, 2019 |
| • Rhode Island 6-Hour Ultramarathon, 2010 (3rd place) | • COVID by myself at home marathon, 2020 (1st place) |
| • JFK 50 Mile Ultramarathon, 2011 | • Maine Marathon, 2021 |

Updated October, 2025