# EXHIBIT 1B

RubiconMD

# eConsult A-DdQpp

Patient Information

Sex: Male   ·   DOB: 08/04/1968   ·   Age: 56

Patient Background

Co-Morbid Conditions: HTN, Asthma/COPD, Cervical Spinal Stenosis with Radiculopathy

MEDS: Spironolactone 100mg + 50mg tab (total 150mg/d), Delestrogen 20mg/mL: 0.5mL (10mg) IM q2wks, Verapamil ER/SR 240mg qd, Norco5/325mg bid prn, Lyrica 75mg/d, Albuterol prn, Alvesco Inhaler, Singulair, Naproxen prn, Effexor XR 75mg 3qpm, Trileptal 300mg bid,

My Assessment / Plan
• Fluctuations in Estradiol levels: despite increasing med dose, levels have dropped back down to 200's>>any idea what could cause this? We routinely draw labs 7-9d after Injection as directed by Previous Endo Doc, but should we change this?
• Transgender Status on HRT w/o any Noticeable Feminization Features noted on body: Patient requesting higher doses of HRT>>please assist with dosing of HRT Med.

# Discussion

PCP   ·   11/04/24 at 9:32 pm
Need Assistance with Transgender HRT Med Management

56yo Incarcerated Transgender patient (born as male) receiving HRT Injections for past 3yrs. She is receiving Delestrogen 20mg/ml : 0.5mL (10mg) IM q2wk. She is frustrated due to still having facial hair (using depillatory creams), no breast tissue increase, and no decrease in size of testicles. She'd like to increase to higher dosage. Dose of HRT recently increased 9/5/24 from 7mg to 10mg and levels have been fluctuating (Estradiol went up to 300's after 1st injection of 10mg dose, then plummeted to 181). Labs being drawn 7-9d after Injection as directed by Previous Endocrinologist (TeleMed).
Several yrs ago, she'd experienced elevated in BP while on HRT so she decided to stop meds; no problems with BP (known HTN & on meds) which has been controlled. She as been counseled on CV Risks of HRT and expresses understanding.
Ultimately, she would like Gender re-affirming Surgery, which is being evaluated with the Transgender Committee.

Specialist ID: VPda   ·   Endocrinology   ·   11/05/24 at 9:56 pm
Thanks for the consult. I will suggest to initiate spironolactone 25 mg twice daily regimen at this point to exert anti androgen effect and also for breast augmentation. Pt needs to be evaluated for hyperkalemia first in 4-6 wks then every 3 months while on spironolactone rx. If this is not getting pt the desired effect, then bicalutamide can be started in lieu of spironolactone.

PCP   ·   11/05/24 at 3:47 pm
She is on Spironolactone 150mg/day already.

Specialist ID: VPda   ·   Endocrinology   ·   11/05/24 at 10:05 pm
in that case ,consider bicalutamide in lieu of spironolactone for better testosterone blocking effect. The starting dose can be 50 mg once daily. Bicalutamide blocks the effects of androgens like testosterone and dihydrotestosterone (DHT). This can lead to demasculinization and feminization, including breast development, reduced body and facial hair, decreased muscle mass, and

This eConsult is based on the clinical data readily available to and/or shared with me and is furnished without benefit of a comprehensive evaluation or physical examination. This eConsult is provisional and will need to be interpreted by your physician in light of any clinical issues, or changes in patient status. I confirm that I am electronically signing this clinical note and can attest to its authenticity and accuracy. This clinical note will be added to the patient's official medical record.
RubiconMD is an information service and does not provide medical diagnosis or treatment.