# EXHIBIT 1C


changes in fat distribution. Bicalutamide prevents testosterone from binding to the androgen receptor, which increases the conversion of testosterone to estrogen. It can be used with pts prescribed estrogen

**PCP** · 11/05/24 at 10:16 pm
We cannot get this non-formulary med in the correctional healthcare setting. Please address the question about increasing the dose of Delestrogen from 10mg. What doses are usually required to positively impact breast development/decrease in body hair/decrease in testicle size?

Specialist ID: VPda · Endocrinology · 11/13/24 at 8:24 am
You can keep delestrogen same dose and add prometrium 100 mg capsule (oral progesterone) to help with breast development but needs careful monitoring for prevention of thromboembolism

## Attachments

[Clinical Report image showing lab results including Triglycerides 320 H, HDL CHOL. DIRECT 39 L, Non-HDL Cholesterol 148 H, VLDL Calculated 64 H, MCV 100.2 H, MCH 33.2 H, RDW 12.1 L, Sex Horm.Bind.Glob. 121.0 H, Prolactin Serum 31.3 H, Estradiol 222.00 H, and chemistry panel with Total Protein 7.1, Albumin 4.6, Globulin 2.5, A/G Ratio 1.8, Glucose 98, Sodium 139, Potassium 4.4, Chloride 102, CO2 24, BUN 11, Creatinine 1.07, e-GFR 81, all dated 11/01/24, plus GFR categories in CKD table]

This eConsult is based on the clinical data readily available to and/or shared with me and is furnished without benefit of a comprehensive evaluation or physical examination. This eConsult is provisional and will need to be interpreted by your physician in light of any clinical issues, or changes in patient status. I confirm that I am electronically signing this clinical note and can attest to its authenticity and accuracy. This clinical note will be added to the patient's official medical record.
RubiconMD is an information service and does not provide medical diagnosis or treatment.