# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

JANE DOE,

      Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; COMMISSIONER
TYRONE OLIVER, in his official
capacity; ASSISTANT
COMMISSIONER RANDY SAULS, in
his official capacity; STATEWIDE
MEDICAL DIRECTOR SHARON
LEWIS, in her official and individual
capacities; PHILLIPS STATE PRISON
WARDEN DESHAWN JONES, in his
official and individual capacities;
SERGEANT JAMAL KINTE
ROBERTS, in his individual capacity;
MHM CORRECTIONAL SERVICES,
INC., d.b.a. MHM SERVICES, INC.;
CENTURION HEALTH; STATEWIDE
MENTAL HEALTH DIRECTOR
CHAD I. LOHMAN, in his official
capacity; PHILLIPS STATE PRISON
MENTAL HEALTH DIRECTOR
RHONDA BILLINGS, in her official
and individual capacities; DR.
SKIBINSKI, in her official and
individual capacities; DR. CLEARY, in
her individual capacity; DR.
BOWLING, in his individual capacity;
NURSE PRACTITIONER SIDNEY
MOORE, in his individual capacity;
DR. W. AUSBORN, in his individual

Civ. Case No. _____

**AFFIDAVIT OF JANE DOE IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION**

1
**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION**

capacity; JEREMY LANE, in his
individual capacity; WELLPATH LLC;
PHILLIPS STATE PRISON MEDICAL
DIRECTOR LATONYA JAMES, in her
official and individual capacities; DR.
ANTHONY MULLOY, in his official
and individual capacities; WELLPATH
HEALTH SERVICES
ADMINISTRATOR JEWELLANN
CLARKE, in her official and individual
capacities,

      Defendants.

## <u>AFFIDAVIT OF JANE DOE</u>

I, Jane Doe, hereby declare under penalty of perjury pursuant to 28 U.S.C. §
1746 that the foregoing is true and correct:

1.     I am a 55-year-old transgender woman.  My date of birth is August 4,
1968.

2.     I have identified as a woman since childhood—around six or seven
years old.  From that very young age, I became upset when my family and the
broader community forced me to live as a boy on a daily basis.  My distress led to
low self-esteem; throughout my adolescence, I suffered from depression, anxiety,
and frustration from living as a boy even though I felt like I was a girl.  I dressed in
my mother's clothing when no one was around to feel at peace.  I always looked
forward to Halloween, when I would be able to dress as a female with minimal

resistance.

3.    In 1988, when I was around 20 years old, I began living and expressing myself as a woman publicly. I worked as a limousine driver and dressed in women's clothing. Some of my passengers saw me and treated me as a woman, and I began to finally feel accepted. I wanted to complete my transition through surgical reassignment.

4.    When I think of what it means to be transgender, I think of both my physical transition and my social transition. Physical transition might include bodily changes that are caused by HRT or surgical interventions. And my social transition means being seen and treated by others around me as a woman.

5.    My incarceration in 1992 put a halt to my efforts to fully transition, both physically and socially.

6.    I have been in the custody of the Georgia Department of Corrections (GDC) for over thirty years. For that entire period, I have been housed only in men's facilities.

7.    I do not have a clear recollection of each of my dates of transfer, but I have been incarcerated in about ten facilities, sometimes going back to a facility I had previously been detained in. My previous facilities include: Valdosta State Prison, Rutledge State Prison, Lee State Prison, Central State Prison, Baldwin State Prison, Georgia Diagnostic and Classification Prison, Johnson State Prison, Georgia

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

State Prison, Ware State Prison, Wheeler State Prison, and Autry State Prison. I have tried in this affidavit to provide the name of the facility where I was located when a particular event occurred. Since 1996, when I was raped in Georgia State Prison, my housing has been limited to facilities that serve people with a Level III Mental Health status. The rape markedly exacerbated my mental health conditions, which caused the change in my mental health status.

8.      I am currently being detained in Phillips State Prison, where I have been housed since around April 11, 2022.

9.      From my understanding, Georgia contracts with two different companies to provide medical services for people in GDC custody: Wellpath LLC (Wellpath) provides medical care, including surgical care and primary care; and MHM Services, Inc. (MHM) provides mental health care. MHM's parent company is called Centurion Health. The primary care physicians, psychiatrists, psychologists, and counselors I have interacted with while in GDC custody, even when they are GDC medical staff, are employed by one of these third-party contractors, to the best of my knowledge at this time.

## My Gender Dysphoria Diagnosis and GDC's Responses

10.      In January 1992, when I was out on parole following a previous period of incarceration, I attempted to castrate myself by removing my testicles, in an effort to complete my transition. I was seeing a psychologist, Dr. Dean Black, who refused

to write me a referral for gender-affirming surgery because of his religious beliefs. I couldn't switch psychologists; I was required to see him because of parole. I experienced so much anguish by Dr. Black's outright refusal that I lacerated my scrotum. When I was at work, I went to the bathroom and I took a razor blade and cut my scrotum sack and it bled profusely. A friend of mine—an administrative assistant who worked for me who has since died—saw me bleeding and took me to Gwinnett Medical, where I received sutures for the cuts.

11. I was diagnosed with a gender identity disorder in 1993 by the clinical director at Valdosta State Prison. *See* Sealed Exhibit 12, Jane Doe Excerpted Medical Records ("Exhibit 12"), at 17–19. In September 1994, another psychiatrist found that I had a history of "transsexualism." *Id.* at 20–21. I was uncomfortable being assigned the male sex and felt a strong need to change my body parts to align them with my identity as a woman.

12. I received individual and group psychotherapy to support my anxiety and depression related to this discomfort with my body throughout my stints in different facilities in the GDC through 2022. From 1992 through 2015, I did not receive any gender-affirming care besides this mental health care. As I describe below, I also received HRT from late 2015 through 2019, before my medical care providers stopped my treatment. My regular access to psychotherapy care stopped in December 2022 when I filed a *pro se* complaint regarding my HRT cessation.

5

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

13.    Despite receiving mental health care, at times, the stress and unease about my body has caused me to self-harm.  In 1994, I made lacerations to my face. On July 8, 1998, I attempted suicide by asphyxiation. *Id.* at 11–12.  I wrote a suicide letter to my mother saying I feared for my life living with men in prison and that all I wanted was to be transferred from the Lee State Prison.  And later in 1998 or 1999, I attempted suicide by making lacerations to my wrists during my first stay in Phillips State Prison.

14.    GDC medical staff also diagnosed me with hypertension, COPD, and asthma in 2009.  GDC medical staff were aware of these diagnoses and their severity. They even prescribed me with an oxygen tank for about seven years.  In 2009, when I was in Augusta State Medical Prison, Dr. Blanchard said I needed to be housed in a pulmonary dorm that was air conditioned to get away from secondhand smoke in most prisons.  *See id.* at 22–23.  I was transferred to Hays State Prison instead of receiving an internal transfer.  Dr. Blanchard reiterated in 2013 that, on her recommendation, I needed an environmentally controlled housing assignment. *See id.* at 24–25.  Physician Assistant Rosemary Johnson wrote an order in my medical record when I was at Reedsville in 2013 stating that I must be housed in a unit with central heating and air.  But I have not been housed in compliance with these orders or recommendations.

15.    On October 19, 2015, my treating psychologist, Dr. Duane Harris,

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

diagnosed me with gender dysphoria while I was in Johnson State Prison.  *See id.* at 26–27.

16.     Gender dysphoria is the feeling of distress that might occur in people whose gender identity differs from their sex assigned at birth.  According to the American Psychiatric Association, it is a

> marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least two or more" of a few criteria, including:
>
> - A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics . . .
> - A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender . . .
> - A strong desire for the primary and/or secondary sex characteristics of the other gender
> - A strong desire to be of the other gender . . .
> - A strong desire to be treated as the other gender . . .
> - A strong conviction that one has the typical feelings and reactions of the other gender . . .
>
> The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Am. Psych Ass'n, *Diagnostic and Statistical Manual of Mental Disorders*, 1, 452–53 (5th ed. 2013).

17.     I notified medical staff of my desire to start hormone replacement

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

therapy (HRT) as soon as I received my gender dysphoria diagnosis. *See* Exhibit 12, at 28–29. In November 2015, medical staff referred me to see an endocrinologist. *Id.* at 30–33. I was able to begin some HRT right away, even before seeing the endocrinologist. *See id.* at 34–38.

18. On January 13, 2016, while I was housed in Johnson State Prison, I first met with Dr. Anthony Mulloy, an endocrinologist and Wellpath employee contracted to work across GDC facilities, who discussed and prescribed me my full regimen of HRT. *Id.* To the best of my memory, this was the first time I had seen an endocrinologist while in GDC, even though the Department had been aware of my gender dysphoria diagnosis and need for treatment for over two decades by that time.

19. Dr. Mulloy initially prescribed me with 2 mg of estradiol, taken orally each day, and 50 mg of spironolactone, also taken as oral medication each day. Estradiol is a feminizing hormone, and spironolactone is a testosterone blocker. I began taking spironolactone in November 2015, and I started estradiol in late January–early February 2016. These gender-affirming hormone treatments continued without interruption through May 2019. My dosage was gradually raised over that time to 10 mg of transdermal estradiol, which I received every other week, and a daily 200 mg dose of spironolactone, which I received as oral medication. *See id.* at 39–40.

8

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

20.     My care providers ran labs every three months or so to monitor my blood pressure and other health risks.  It seemed like my doctors didn't think my preexisting pulmonary conditions were an issue.  As of September 2018, Dr. Raymond Moody evaluated me and found that my hypertension was in good control. *Id.* at 41-42.

21.     In 2015 and 2016, my mental health counselors Buttler and Shivers in Johnson State Prison provided me with extensive information regarding gender-affirming interventions as discussed in the World Professional Association for Transgender Health (WPATH) Standards of Care, which recommends that prisons allow transgender people like myself to access medical care and to socially transition.

22.     According to the WPATH Standards of Care, "social transition" is the process of transgender people beginning and continuing to express our gender identity in ways that are authentic and socially perceptible.  E. Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 Int'l J. of Transgender Health S1, S104, S107 (2022).  Social transition for a transgender woman like myself in institutional settings includes having hairstyles that affirm my gender such as through wigs, grooming products like make-up, women's clothing and undergarments, and proper pronouns and chosen name used by others.  Social transition reduces gender dysphoria, depression, anxiety, self-

9

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

harm ideation and behavior, and suicidal ideation and attempts.

23.    I did not ever have access to make-up, nail polish, or other beauty products that would allow me to maintain a feminine look.  Instead, GDC officials punished me for expressing my gender through tailoring my clothes and using homemade nail polish I created out of floor wax.  They took the wax and colored pencils that I used to make nail polish.  They also seized clothing that I had tailored to fit my body contours.  Nonetheless, I still would like access to these items so that I can express my femininity.  I currently do not have access to make-up, women's clothing, women's hygiene products such as women's scented lotions and nail polish, or regular shaving products to keep my facial and body hair controlled.  I want to be able to access everything on the women's commissary item list.  I also want my family to be able to order women's items from the GDC's special package program on my behalf.  Finally, when my hair grew out and I refused to cut it, back in 2015, officers held me down and shaved it, saying, "we don't care if you're a woman or not, you're shaving your head."  They shaved my head bald even though I could have it as long as six inches.

24.    As a result of my HRT, I developed breasts; my baldness slowed; my facial and body hair was suppressed; fat redistributed around my thighs, hips, and buttocks; and my penis and testicles reduced in size.  Because my physical transition led me to develop breasts, GDC staff provided me with brassieres in 2016 while at

10

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Johnson State Prison.  GDC staff also gave me women's underwear.  As a result of this physical and social transition, my distress was reduced.

25.     Though I appreciated my feminine traits that developed while I began HRT, I still wanted gender-affirming surgery to remove my testicles.  I have requested gender-affirming surgery ever since receiving my gender dysphoria diagnosis in 2015.  *See* Exhibit 12, at 43–44.

26.     Two of my treating physicians at Johnson State Prison assessed me and discussed gender-affirming surgery with me.  By April 2016, Dr. McKinnon, a psychiatrist, stated that I would benefit from consideration for gender reassignment surgery because it would decrease the distress that I felt from being in the wrong body and hopefully decrease my recurrent self-injurious behavior and thoughts of self-mutilation.

27.     From April to May 2016, I informed a number of doctors and nurses that I was thinking about cutting off my penis and wanted vaginoplasty.  *Id.* at 43–46.  That same year, Dr. Ausborn, a psychologist at Johnson State Prison, said that I had a persistent need for gender-affirming care; Dr. Ausborn found specifically that I was a candidate for surgery.  *See id.* at 47–48.  Dr. McKinnon and Dr. Ausborn's assessments came while I was actively on HRT, and both doctors believed I needed more treatment than HRT offered.  But, even with these two recommendations, none of the Defendants provided me with the surgery I had been requesting and needed.

11
**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

28. This repeated denial for surgery frustrated me and made me feel desperate. In or around June 2016, I filed a grievance for consideration for gender-affirming surgery, but GDC administrative officials, namely Dr. Sharon Lewis, denied it. I filed the grievance and appeal while I was at Johnson State Prison. Because of the final denial, I attempted suicide by asphyxiation in February 2017 in Baldwin State Prison. *See id.* at 13–14. I felt like GDC would never allow me to access gender-affirming surgery, which I so desperately needed—and still need—in order to manage my gender dysphoria distress.

## My Distressing Experience in GDC Custody Since HRT Was Discontinued in June 2019

29. Things got even worse on or around June 4, 2019, when my primary care physician at Georgia State Prison suddenly—and as a total surprise to me—discontinued my feminizing hormone therapy, first ending my estradiol regimen, then ending my spironolactone. *Id.* at 49–50. Even though I had been getting tested in labs regularly, the primary care physician informed me that he believed my health risks (including my age, risk for blood clotting, and stroke) were too high to continue taking estradiol, which raised my blood pressure. I listened to his medical advice and very reluctantly accepted his recommendation that I discontinue HRT.

30. I did not request this change in my treatment status, as the doctor indicated in my medical records. That isn't accurate. I wanted to speak with my endocrinologist, Dr. Mulloy, about this change in my care, as the specialist on these

12

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

issues and the specialist that initially prescribed me the HRT I had been taking and thriving under for years. I filed somewhere between 15 and 25 sick call requests to the medical unit, asking to be seen by Dr. Mulloy. My mental health counselor, Ms. Henderson, even advocated on my behalf and asked the medical department to schedule an appointment for me to see Dr. Mulloy, but the medical department refused to send escorts to have me visit the medical unit from my cell. My requests lasted for about two years, from 2019 to 2021.

31. The primary care physician's decision to suddenly discontinue HRT—rather than tapering it off slowly to allow my body to adjust—threw my body into physical turmoil and caused me intense anguish and panic throughout that process, as I saw the feminine attributes that were so important to my sense of self disappear. Over a span of two months following the discontinuation of HRT, I experienced numerous masculinizing changes to my body that regressed my gender transition. My facial and chest hair grew back, my breasts reduced, my testicles and penis grew, and the fatty tissue around my thighs, hips, and buttocks abated. I also experienced vomiting as a result of the quick cessation of hormones.

32. When I saw these changes occur, I felt depressed and hopeless again. To make matters worse, GDC placed me in lockdown in July 2019. When I use the term lockdown, I mean a form of solitary confinement in which I am allowed to keep all of my property. We use it interchangeably with "segregation" or "involuntary

13

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

administrative protective custody" because they're all the same conditions of confinement despite having different statuses on the classification sheet. These are all akin to TIER I Status. This is different from TIER II status, in which all of your items are taken away from you. We also call that "isolation." I was placed in lockdown because my ex-lover, incarcerated in Valdosta State Prison, killed a boy who may have been involved in orchestrating my rape in 2018 (described below). I have remained in lockdown at different facilities continuously since then. GDC guards would not let me out of my cell for anything. They did not take me to call outs. I therefore missed any opportunities to see my endocrinologist that medical might have scheduled during that time. According to my medical records, I refused an opportunity to see my endocrinologist in late July 2019 and on August 16, 2019. But I did not refuse; GDC guards would not let me leave my cell, so I was prevented from attending the appointments.

33. From within the solitary confinement cell, my hormones reversed fully. I couldn't deal with it. My depression plummeted because I was not getting proper mental health care. I tried to escape from the painful future I could see for myself in a more masculine body by attempting suicide again through asphyxiation, in December 2019. I had thought about suicide for a long time, including since my last attempt in 2017, but had held on to hope for long enough that I didn't try again. This time when I tried to hang myself, I thought it was my best option. I receive

14

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

psychotropic medications daily to reduce symptoms of this distress and coexisting mental health concerns.

34.     GDC didn't change anything after my suicide attempt. They left me in the same cell; I was not taken to a crisis stabilization unit. This only exacerbated my feelings of hopelessness and devastation about my future. Since that suicide attempt, I have had serious pain in my neck that requires Narco to treat and that doctors tell me will manifest as arthritis as I continue to age.[1]

35.     Following my 2019 suicide attempt, I regained some hope with the loving phone calls, letters, and visits from my Mom, who has been one of my main supports throughout my transition. I picked up the resolve to try again. On March 27, 2020, still in solitary confinement at Georgia State Prison, I petitioned to restart my feminizing hormone therapy. I figured that the risks were worth it if it could help me stay alive and abate my suicidal thoughts and attempts.

---

[1] I first informed Dr. James that I had neck pain in June 2023. She scheduled an X-Ray and an MRI by August 2023. Dr. James said, "I'm not a specialist, but it looks like you'll need surgery." She also said, "Now *this* is a serious medical need," which I took to mean she found my need for gender-affirming surgery was not. By September I had appointments with three specialists. This experience shows me exactly how irregular it is for GDC to have drawn out my gender-affirming surgery and other gender-affirming care requests as long as they have (as I continue to detail below).

In September 2023, two neurologists, Dr. Christopher Edwards and Dr. Kinchen, told me I need to have neck surgery because I have a herniated bulging disk. But when I was brought into the hospital on October 23, 2023, they told me my body was healing on my own and that I would not need surgery anymore.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

36.     But on May 19, 2020, a nurse practitioner in Georgia State Prison evaluated me, then denied my request and instead vaguely said only that HRT was "not recommended due to health."  *See* Exhibit 12, at 51–52.  Though I do not remember his name, this male nurse practitioner had seen me for my pulmonary cardiac issues a lot before.  He was my regular physician for those issues. Specifically, my physician gave me this contraindication to restarting my hormone therapy because he believed that my history of hypertension and pulmonary issues meant that taking hormones could increase to some extent (though he did not say how much) the risk of stroke, heart attack, or blood clots.  I advocated for myself against this contraindication and even stated that I would consent to take on any additional risks because I wanted to restart HRT.  Yet this primary care physician prevented me from continuing HRT despite my clear request and consent.

37.     That denial threw me into a deep depression.  It was, and continues to be, a dark time for me.  My emotions began to spiral out of control.  I felt like I was on the verge of an emotional collapse.  My gender dysphoria got much worse when I was removed from HRT and then even worse when I was forced to stay off it.  I haven't been myself.  I feel a deep sense of self-loathing.  Seeing my body change back to a masculine form has caused me despair, hopelessness, panic attacks, episodes of hysteria, suicidal ideation and attempts, sleep deprivation, loss of appetite, fatigue, and self-injurious behavior.  I can't connect with my peers because

of how sad I feel. I get upset looking at myself in the mirror because I look so different than I did while on HRT and I look so far from the woman I am. I struggle when bathing, combing my hair, brushing my teeth, washing my clothes, and doing other simple daily activities that most people take for granted, because doing these activities constantly reminds me of my discordant physique.

38.     I had used various coping mechanisms to manage the intense feelings of self-loathing and need to correct my body using my own methods (i.e., to self-harm) since I first attempted self-castration in 1992. I turned back to those old coping methods again in 2020, after processing the news that I would not be able to get back onto HRT based on my medical providers' contraindication and refusal. To stave off thoughts of hurting myself, including with a targeted attack of my gonads, I slam my head against the wall frequently. I do so repeatedly, until blood trickled from my forehead. I once knocked my tooth out from doing it forcefully. I self-harm because it helps me to refocus my thinking when I have suicidal thoughts. I still self-harm in various ways today; I have bruises on my arms from trying to restructure my thinking. I would estimate that I self-harm daily at this point. I don't think I would self-harm to this extent if my gender dysphoria were properly treated.

39.     Before I stopped taking HRT in 2019, I felt more comfortable in my body, more pretty, and more feminine. I felt closer to myself than I have for the rest of my time in GDC custody. I yearn for that feeling again, but I don't know if it will

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

come without surgical changes.

### Pursuing Gender-Affirming Surgeries to Remedy My Gender Dysphoria

40.     Once I received a contraindication for HRT, I doubled down in my efforts to obtain gender-affirming surgeries in an attempt to maintain my feminine gender expression.  From mid-2019 into early 2022, I was in solitary confinement in Georgia State Prison.  The GDC staff there did not allow me access to forms to make formal requests for gender-affirming care.  I was able to speak with mental health counselors who visited my cell, and I told them that I wanted to be back on HRT and to talk with doctors about gender-affirming surgery, but they didn't create any medical appointments for me.  Georgia State Prison was horrible for many reasons, and this lack of care was one of them.  I was transferred out about a month before the facility was shut down.

41.     After GDC officials transferred me to Ware State Prison in January 2022, and subsequently to Phillips State Prison in April 2022, I submitted medical requests for surgeries to help my outward appearance return to what it looked like when I was on HRT, since my doctors had indicated that the hormonal option was no longer available to me.

42.     Specifically, I submitted medical requests for the following gender-affirming surgeries: an orchiectomy, voice feminization surgery, facial feminization surgery, laser hair removal, breast augmentation surgery, liposuction at the waist,

18

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

and buttock augmentation.  The orchiectomy would minimize the testosterone in my body by removing my testicles, while the other surgeries would help to restore my body shape to what it looked like when feminizing hormones redistributed weight across my body.

43.    I also made requests for non-surgical gender-affirming commissary items that I thought could help me express myself and be perceived as a woman: breast pads, buttock pads, hair removal cream, and a wig.  I felt these items could help me look closer to how I looked when I was on my full dosage of feminizing hormones.  Hair removal cream would help me remove my facial and body hair, possibly permanently, which would remedy some of my gender dysphoria.

44.    There was some movement after I filed the requests at Ware State Prison.  I was evaluated by a psychiatrist named Dr. Cleary, an MHM employee, on February 17, 2022.  She referred me to an endocrinologist, but GDC did not properly schedule me to see Dr. Mulloy.  I would go up to see him, but he would not evaluate me because he would say I wasn't scheduled.  Other times, when I did have an appointment scheduled, I was not brought up in time.  This continued until April 2023, over a year later.

45.    This delay—again—raised real fears in me that GDC and my treating physicians would not move quickly enough to help me get the care I needed.  I had already waited so long to remove my testicles so I could feel like my body is a

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

woman's body.  I was exhausted from all of the fighting I had to do.  And I hated how my face and body looked.  Soon all of the thoughts filled my head like a whirlwind and took up all of my attention.  My days were filled with thinking about how much I couldn't stand my own body.  That's what gender dysphoria feels like. I was so desperate to make the awful feelings go away.  As these feelings built, I knew that it meant my distress from my gender dysphoria was getting worse.

46.    I wanted to prevent myself from hurting myself in ways I would regret, so, on March 1, 2022, I slammed my head against the wall.  I think that was the time I slammed my head so hard that I knocked one of my teeth out.

47.    On March 9, I wrote a message to the mental health unit manager, Jeremy Lane, saying my emotional pain from my gender dysphoria distress caused me to take self-injurious behavior and have thoughts of self-castration again.  I didn't receive a response.

48.    I again wrote to Mr. Lane and Dr. Cleary on March 21, 2022, requesting a psychological assessment for emasculation surgery and breast augmentation surgery.  I had a tele-psych meeting in my cell with Dr. Cleary on March 24, 2022 and learned from Dr. Cleary that she had received my letters and my request for surgery.

49.    On March 30, 2022, a virtual treatment team meeting with Dr. Ausborn, Mr. Lane, Dr. Cleary, and Nurse Practitioner Sidney Moore was held.  I was not in

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

attendance. My understanding is that most of these doctors work at multiple facilities across Georgia. I believe this treatment meeting only happened because of my March 21st letter to Dr. Cleary and Mr. Lane. Following this treatment team meeting, Dr. Cleary told me that she could not conduct a clinical assessment and referral for the surgeries I had requested because the higher ups at MHM forbid them from performing psychological assessments for gender-affirming surgery. Dr. Cleary stated that when she challenged her MHM superiors as to why conducting such an evaluation was impermissible, she was told, "You must follow our rules or find somewhere else to work."

50.    As a result of this update, I became suicidal because I believed I would never be able to get the surgery or other medical care I needed to live in a gender-affirming way. I knew I wasn't doing well and I tried to manage my feelings the only way I knew how. That's when I slammed my head against the wall for the second time in 2022, sometime at the end of March or beginning of April.

51.    After this incident, on or around April 6, 2022, GDC mental health staff evaluated my mental health and enhanced my level of mental health services to Level III, "inpatient, supportive living," pursuant to GDC Standard Operating Procedure (SOP) 508.16. GDC staff put me in a suicide safety vest and placed me on strip cell observation status.

52.    About five days later, on April 11, 2022, I was transferred to Phillips

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

State Prison, where I was admitted to their medical crisis stabilization unit and placed on long-term suicide prevention status in solitary confinement conditions.

53. While at Phillips, I continued to advocate for myself, to no avail. On May 6, 2022, I sent a message to my new mental health counselor, Mr. Teale, explaining my severe gender dysphoria and thoughts of self-castration and emphasizing my need for gender-affirming surgery. I didn't hear back from him.

54. On May 13, 2022, I met with Nurse Moore in person when he visited Phillips State Prison and once again requested an evaluation for emasculation surgery and breast augmentation. Nurse Moore told me that GDC is unwilling to permit these types of surgeries, so they could not provide me with an assessment. Nurse Moore also said that if I were willing to pay for these surgical procedures, then they could do the assessment and get the surgery approved. I didn't know if Nurse Moore was serious or not, but I told Nurse Moore that I could not afford to pay. I begged Nurse Moore to do something to help me, because Nurse Moore, of all people, witnessed my anguish and saw my transition and regression. His words upset me even more, though, because I knew I needed the surgeries, and now, according to Nurse Moore, it seemed there was no reason why GDC wouldn't provide me with an assessment except the cost.

55. On May 22, 2022, I wrote to Dr. Bowling, a psychologist and clinical director at Phillips State Prison, requesting assessment for the surgeries. He did not

respond.  On May 27, 2022, I met with Dr. Skibinski, the attending psychologist at Phillips State Prison, and stated my need for the surgeries.  She claimed that she was not qualified to evaluate me for such procedures.  She told me that GDC had directed her and MHM not to conduct evaluations for surgery, but instead to work closely with me and other incarcerated trans individuals to develop coping skills.  I remember thinking that she clearly did not understand how gender dysphoria felt or my urgent need for some sort of medical care to help me cope.  Dr. Skibinski said she had no control over the policies established between the GDC and MHM senior executives.

56.    After we met, I wrote to Dr. Skibinski on May 29, 2022 and reemphasized my need for surgery.  I did not receive a response.

57.    Frustrated by these fruitless attempts, I filed a grievance with the Warden of Phillips State Prison, DeShawn Jones, on May 31, 2022, addressing the unwillingness of Drs. Cleary, Skibinski, and Bowling and Nurse Moore to assess me for gender-affirming surgery.  Prison staff denied this grievance on July 19; I appealed the same day, arguing that the decisions to deny me a psychological evaluation for emasculation surgery and breast augmentation were based on a blanket ban.  Prison staff denied my appeal on August 5, 2022.  *See* Exhibit 8, Jane Doe Partial Grievance Documents ("Exhibit 8"), at 2–6.

58.    On June 1, 2022, I sent letters and health service requests to GDC

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Commissioner Ward and GDC Medical Director Sharon Lewis asking for facial feminization surgery, laser hair removal treatments, liposuction of my waist, buttocks augmentation, and surgical hair reconstruction. I filed a grievance on June 21, 2022 (Grievance No. 340235) when the GDC medical department ignored these requests. *See id.* at 7–9. Warden Jones denied this grievance on July 15, 2022 because, in his words, GDC did not have a contract to provide "cosmetic surgery." *Id.* at 10. I appealed this denial on July 28, and prison staff denied my appeal on August 5, 2022. *See id.* at 11.

59. On June 21, 2022, Dr. Bowling met with me and said he was not qualified to assess me for emasculation surgery and breast augmentation. I asked him in that same conversation if he had previously assessed, diagnosed, and referred other patients with gender dysphoria for treatment, and he said yes. I expressed my confusion as to why he would not be able to do the same for me, and he avoided giving me a clear response. Instead, I remember quite vividly the awfully transphobic words he told me: "If you were to attempt self-castration again, maybe while at the hospital, they'll just go ahead and cut your gonads out." I was, and remain, shocked that a medical professional would tell me something so violent, especially knowing how much anxiety and distress my gender dysphoria causes me and my history of attempting suicide and self-castration in desperate times. I am dismayed that this is the quality of medical care that GDC is willing to offer

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

transgender people behind bars.

60.    But I didn't let Dr. Bowling get me down.  I persevered in my self-advocacy and kept trying to reach someone who would do something to help me.  I wrote letters to those who I thought could review Dr. Bowling's statements.  I knew that, like Dr. Cleary, he was contracted to work at GDC, but employed by MHM.  Thus, I wrote to his MHM administrators on June 29, to Commissioner Ward and Medical Director Lewis on July 5, and to Centurion Health, the parent company of MHM, on July 14.  *See* Exhibit 9, Jane Doe Letter to Centurion Health.  But none of them got back to me.

61.    Things felt so futile that on July 17, 2022, I made a new self-castration attempt to remove my testicles.  I tied threads of nylon strings that I had intertwined around the base of my testicles as tightly as I could, with the hope that it would ultimately sever my testicles from my body.  *See* Exhibit 12, at 15–16.  My goal was to eliminate the source of my testosterone that causes my distress—to eliminate this organ from eyesight and from my body.  I knew this method of self-castration is extremely painful and dangerous; it restricts blood flow to the genitalia, causing my penis to gradually reduce in size, and possibly causes more serious health issues.  But I struggled to care about those issues—I just wanted so badly for my male genitalia to disintegrate.  As a result of the strings I tied onto my body, a bloody laceration developed around my scrotum, causing my testicles to become swollen

25

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

and infected.  A stench arose, and the pain was extremely intense.  *See id.*

62.     I was in agonizing pain for five days.  There would be times that the pain was so intense, the only way to describe it is if somebody took a crochet needle and stuck it in my testicles.  If I sat down for longer than about 30 seconds, I would get sharp sensations in the bottom portion of my testicles and was forced to stand.  I could not sleep due to intense throbbing in my testicles.

63.     Because of the immense pain I was in, during a routine visit by counselor Teale to my cell door, I told counselor Teale what I had done, and he called for a medical unit.  Officer Martin, a multi-functional correctional officer who worked with mental health, picked me up from my cell.  She brought me to the hospital floor of Phillips.

64.     At the hospital unit, I received emergency medical attention to remove the nylon strings.  Physician Assistant (PA) Karen B. Ivey said she didn't know how I could handle the pain for five days.  PA Ivey asked me to rate my pain on a scale of 1 to 10, and I said 100.  I had blood all over my underwear as the doctor removed it and tried to take the string off, but it was so unbearable that even touching my testicles sent searing pain across the area.  The doctors gave me a shot for the pain and had to surgically remove the nylon strings because they had embedded beneath my skin, which had begun to grow over it.

65.     After the surgery, my care plan required poultice changes, anti-

26
**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

inflammatory medication, and an extended placement in an acute care unit in the prison for a week. I also received daily pain medication. Even so, on several occasions for the next two weeks, the excruciating pain would be so significant that it would bring me to tears. Even up to a month afterwards, I would experience short, intense pain, almost like being electrocuted. This crippling pain would stop me in my tracks and prevent me from doing anything, including making quick or sustained movements.

66. My desperation at my ongoing situation led me to regress from the thirty years of progress I have made and hope to continue making. I felt the need to take this serious and horrifying step because I felt that the MHM and Wellpath medical professionals and GDC administrators were doing nothing to treat my gender dysphoria. Desperate to self-treat my gender dysphoria since the medical officials in charge of my care wouldn't and feeling like I had few other options after Dr. Bowling's statements, I took this extreme act and tried to endure the pain.

67. I was in excruciating pain for two weeks after that, followed by sensitivity and bouts of crippling pain for several months. I have a scar that is about six inches long at the base of my scrotum and lingering pain that prevents me from sitting on firm surfaces for a long period of time. Even today, the longest I can sit down without feeling any pain is about 10 to 15 minutes. There have been times during my callouts to medical or mental health that officers order me to sit down,

27

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

but I can't because of the excruciating pain from my self-castration attempt. The pain is not as intense as it was before, but it's significant enough to disrupt what I'm doing. When I'm seated, I have to turn my body a lot to shift weight from the area.

68.     Only after my self-castration attempt did the MHM medical staff at Phillips State Prison finally provide me with an assessment for gender-affirming surgery. In late 2022, I met with two psychiatrists employed by MHM, Dr. Jordan Howard and Dr. Frady, who provided me with evaluations for surgery. I met Dr. Frady first, on or around July 28, 2022. Then within a week or so of meeting him, I met Dr. Howard three times, first in August, then again in September and October.

69.     Dr. Howard conducted two evaluations. First, we discussed transfer to a women's facility. Dr. Howard found that I met the "criteria for gender dysphoria" and recommended: "affording her basic accommodations impacting her gender appearance may translate to a significant reduction in self-injurious behavior and minimize the patients notable distress related to her gender identity." *See* Exhibit 12, at 10.

70.     Dr. Howard's second evaluation focused on my readiness for surgery. Ultimately, Dr. Howard determined in his evaluation that: "I do believe she has capacity regarding the pursuit of gender affirming treatment" and that my "comorbid psychiatric issues . . . are not actively distracting her from appreciating the benefits, risks, and realities surrounding gender affirming treatment." *See id.* at 6–7. I told

Dr. Howard that my sole reason for pursuing gender-affirming surgery was to alleviate the distress I felt from my gender dysphoria. Dr. Howard said that Wellpath wanted him to ask me follow-up questions to see how I was feeling. Dr. Howard asked me some questions that seemed odd to me, such as whether I wanted to go to a women's prison so that I could have sex with women (which I denied).

71.     Dr. Howard misstated my feelings about non-surgical interventions in his written evaluation, however. He wrote: "Ms. Cassidy anticipates surgery will significantly diminish, if not fully resolve, her dysphoria. Acknowledges there are other feminization procedures she would love to have but suggests she is content with non-surgical solutions. Example provided was being given a wig versus having any sort of hair procedures. Denies any thoughts or intent in pursuing other feminization procedures but revisits the desire to have access to female toiletress [sic], bras, panties, and pads for her buttock and chest to convey a feminine build." *See id.* at 6. To be clear, I would not be content with non-surgical solutions. I tried to convey to Dr. Howard that I wanted to pursue the gender-affirming commissary items and my surgical transition simultaneously.

72.     During this second meeting, we again discussed the benefits of being in a female facility, where I could outwardly present and live as my true self. I felt that being in a female facility would be better for my mental and physical health, as I explain further below.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

73.     Finally, Dr. Frady, a psychologist employed by MHM, evaluated me and sent a recommendation for surgery to Wellpath, the medical service provider that I believe contracts with GDC for surgical care, and to my GDC gender dysphoria treatment committee.   Dr. Frady recommended that I (1) remain on suicide prevention status; (2) receive gender-affirming items like breast pads, buttock pads, and wigs; (3) receive gender-affirming surgery; and (4) receive ongoing support with medication management. *See* Exhibit 12, at 53–54.

74.     Dr. Frady read his recommendation aloud to me on January 3, 2023 during a virtual appointment.  Dr. Skibinski was also present.  He told me that his evaluation was in my mental health records.  *See id.*

75.     That same day, I met with my GDC gender dysphoria treatment committee: Warden Jones, Dr. Skibinski (the attending psychologist at Phillips State Prison), Ms. Rhonda Billings (Mental Health Director at Phillips State Prison), and Ms. Jewellann Clarke (the Health Services Administrator of Wellpath).  The group had gathered to discuss my request for surgery.  Although Dr. Frady and Dr. Howard had recommended that I receive this surgery, my GDC gender dysphoria treatment committee denied the surgery for non-medical reasons.

76.     First, Dr. Skibinski noted that I had recommendations from Drs. Howard and Frady for gender-affirming treatment.  Warden Jones said that the group had discussed it amongst themselves and determined that nothing in the policy

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

allows me to have surgery. They said it was over their heads—that the GDC higher ups would not provide these clinically indicated surgeries because GDC doesn't do gender-affirming surgeries. When I contested the decision, Warden Jones and Ms. Billings said, "Why can't you accept the status quo?"

77.     Frustrated by the result, I filed a grievance on January 5, 2023 challenging the GDC gender dysphoria treatment committee's failure to provide me with a definitive answer regarding the specific surgeries recommended by Dr. Frady. *See* Exhibit 8, at 14–17. I received the denial of my grievance from Warden Jones on March 3 and appealed the same day; the GDC Office of Health Services denied my appeal on April 13, 2023. *See id.* at 18–20.

78.     The GDC gender dysphoria treatment committee also hindered my social transition. I requested gender-affirming items that would help to restore my physical appearance to what it looked like while I was taking feminizing hormones. Specifically, on January 3, 2023, I asked my GDC gender dysphoria treatment committee for buttock pads, breast pads, hair removal cream, and a synthetic wig (because my balding head made me feel really dysphoric) following Dr. Frady's recommendations that I receive all these items. The committee denied these requests, too.

79.     I filed a grievance on January 12, 2023 regarding the GDC gender dysphoria treatment committee's denial of breast and buttock pads, hair removal

cream, and a wig. *See id.* at 21–23. Warden Jones denied this grievance on February 16; I appealed it on February 23, and the GDC Office of Professional Standards (OPS) denied the appeal on April 13. *See id.* at 24–27.

80.     At long last and due to my tireless self-advocacy since my primary care physician at Georgia State Prison removed me from HRT nearly four years earlier, I met once again with my endocrinologist, Dr. Mulloy, on or around April 26, 2023. Dr. Mulloy reiterated that the combination of my age, hypertension, and cardiac and pulmonary issues put me at higher risk when taking hormones, but this was just a generalized concern that he advanced. He did not specifically say how high my risk might be or provide other information to help me make an informed choice about my medical care.

81.     I pushed Dr. Mulloy to put me back on HRT, in hopes that some gender-affirming medical care would lessen my consuming and damaging gender dysphoria. Dr. Mulloy said that he would put me back on spironolactone, at a lower dose (100mg compared to the 200mg dose I was on previously). He told me, "Don't expect any feminine changes." He told me that although spironolactone blocks testosterone, it is not a feminizing hormone. I restarted the dose on April 28, 2023, but to this day I have not experienced any significant changes from it in the same way I did on the previous dose—my sex parts have not reduced in size like they did before.

32

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

82.     Dr. Mulloy also said that he would be willing to consider prescribing me 1mg of estradiol.  But he pointed out that it would not be a high enough dosage to make any changes; it would take about 20mg of estradiol to see feminizing effects.

83.     After my attorneys submitted a letter to GDC in July, I saw Dr. Mulloy again on July 26, 2023.  He told me he decided I should be put on 8mg of estradiol every two weeks.  He refused my request to increase my spironolactone dosage to 200mg, saying he would see me again in three months.

84.     During that consultation, Dr. Mulloy told me GDC "would never do these surgeries."  Dr. Latonya James, Medical Director at Phillips State Prison, was at this meeting too and agreed.  Dr. James said: "We know that the GDC would never provide those surgeries, so the lawyers will have to hash that out."  Dr. Mulloy agreed and said: "We do not have a contract for these types of surgeries and it has been the policy of GDC to not provide these surgeries."

85.     On August 23, 2023, Dr. James surprisingly removed me from HRT once again, preventing me from getting my estradiol shot, based on her reading of my blood pressure.  I felt depressed when she withheld the hormone dose.  I feel like self-castrating again because this feels like it will never end.  I'm tired of everything. I just wish something could get figured out so that I could move forward with my life instead of going backwards. Around September 13, 2023, Dr. Mulloy suddenly restarted my estradiol at a dosage of 8mg every two weeks.  I did not see any real

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

physical changes from this dosage. Hair continues to grow all over my body. I have not had any breast growth, and my testicles and penis have not reduced in size. It feels as though I am not taking any HRT at all. Nonetheless, Dr. Mulloy backtracked and reduced my dosage again around November 1, 2023. I am now receiving only 6mg of estradiol every two weeks and 100 mg of spironolactone every day. I asked for higher dosages, and Dr. Mulloy said that he "does not go above 20 mgs" for anyone, and that he gives the same dosage to all transgender patients in GDC. Dr. Mulloy reported that my estrogen level was around 300. He said, "Your estradiol level is way too high. It needs to be right at 100." He also discussed taking me off spironolactone, but he decided not to do that at the time. Since restarting hormone therapy in 2023, I have not seen any feminizing changes to my appearance. I continue to suffer from intense gender dysphoria symptoms every day. I have considered putting an end to this miserable existence. This is an ongoing nightmare I can never wake up from. I cry daily because none of my care is working and I feel so much self-loathing towards the way my body looks. I'm constantly reminded of my gender dysphoria throughout my day, especially when I shower. I'm struggling to get my anxious and racing thoughts under control.

## GDC Should Transfer Me to a Women's Facility for My Safety and Social Transition

86.     I no longer feel safe in men's facilities. I was repeatedly raped and physically assaulted by GDC guard ███████ at the Georgia Diagnostic and

Classification Prison, a men's facility, from October 2010 through October 2011 and April 14, 2012 until May 2012. I filed a *pro se* lawsuit against Officer ██, and I won in a trial by jury. *See* Sealed Exhibit 13, Prior Case. The state refused to pay the award, saying ██ acted outside of his discretionary authority.

87.     I am misgendered and treated with transphobic remarks multiple times a day by guards at Phillips State Prison. I have come to expect that I will be harassed about my gender as a daily occurrence. This damages my emotional and mental health even though I try to rise above it. It is impossible to describe how much these constant put-downs grate on my soul. I feel like the prison and its staff are denying my very existence. I try to be kind and respectful to everyone I interact with, but I am not given that courtesy in return. I live in constant fear that at any point, a rude remark will turn into something more aggressive and violent, as it did in the past with Officer ██.

88.     Another officer, Sgt. Kinte, makes transphobic and demeaning remarks to me and Aries Hinson, the other trans woman who was housed in the same area with me. He has actively refused to give Ms. Hinson her meal tray before.

89.     The harm in men's facilities unfortunately comes from other incarcerated people as well as officers. Valdosta was overrun with gang members. While at that prison, I tried to go to protective custody, but the Lieutenant—whose name I can't remember—refused my request because he assumed I owed money to

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

someone. I approached him on the sidewalk while I was at breakfast one morning. He told me, "Get your faggot ass back to the building." Sometime in April 2018, another trans woman, Joseph Pagen, was killed in that very facility by a gang member she was forced to live with. We were friends, and I was devastated and extremely worried for my safety after what happened to her.

90.     As I mentioned above, I was raped at knifepoint on April 20, 2018 by an incarcerated person in Valdosta State Prison. The man, who was a member of a gang, came into my cell holding a knife and forced me to have anal sex with him. The rape caused a laceration of about half an inch, tearing my rectum. The medical officials who did the original assessment referred me to a doctor, saying I needed to get stitches; their paperwork indicated that I had active bleeding. *See* Exhibit 12, at 55–56. But the GDC medical unit did not ever call me up to get treatment, so the pain continued. He violently slammed my face into the wall, and I had a laceration of about half an inch that required me to get stitches. The rape stopped when another incarcerated person and a close friend ran my rapist out of my cell.

91.     The rape affected me intensely. That day, I didn't want to come out of my cell and didn't want to eat. I even missed pill call. For a time afterwards, I lived in constant fear. I would sleep under the bed in fear of being raped again. I wouldn't enjoy television in the dorm room because I was anxious that another person might assault me. I was crying and upset about it constantly, and other incarcerated people

36

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

had to calm me down.  I finally decided to report it in a call-out form to the Valdosta State Prison medical unit on May 18, 2018.  Over a month later, my anus would still bleed sometimes from the injury.  *See id.*

92.     That traumatic experience was not my last; I was sexually assaulted again in August 2018.  Another incarcerated man came into my cell while I was asleep, threw a blanket over my face, disguised his voice, and raped me.  I was physically assaulted again in on January 12, 2019, also in Georgia State Prison.  This time, another incarcerated person grabbed my neck, pushed me against the wall, and attempted to pull my pants down.  I fought back, bruising my right knuckle, and was able to get him off of me. *See id.* at 57–58.

93.     I have been in solitary confinement since July 2019, but I have been living in a cell with no functioning lock since April 2022.  I have made Phillips State Prison officials aware of this security issue numerous times, including through a formal grievance and appeal. *See* Exhibit 8, at 12–13.  Phillips State Prison officials admitted that the lock is faulty or missing, but they did not acknowledge that I want it replaced, nor did they make any efforts to replace the lock until very recently. GDC staff put another padlock on my cell sometime around October 24, 2023.  I remain worried that this padlock is not strong enough to keep me safe.  I have seen men in Phillips State Prison beat padlocks off other doors with tools, and I remain worried every day that they will break my lock and leave me vulnerable again.  Other

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

people in Phillips State Prison carry knives and openly use drugs. I have seen some people light trash cans on fire. Some of these same men proposition me for sex, and I am scared of this looming threat to my safety.

94.     I have been robbed before because people know they can enter my cell. I was robbed once by another incarcerated person who brandished a knife while I was in my cell. I was so scared that the person would attack me that I didn't stand in his way. People have also taken my things twice while I was called out of my cell for medical or mental health visits. I sleep with all my property under my bed, covered with a blanket, in fear of being robbed again.

95.     I am afraid that, at any time, someone could come into my cell to attack and rape me, or even try to kill me. I am scared every day for my physical safety.

96.     The U.S. Department of Justice visited Phillips State Prison in May 2023. Their visit prompted Phillips officials to move me to a different unit. There, many locks also did not work. At least four men entered my cell and propositioned me for sex. I fought off their advances, but on May 21, 2023, one man who threatened me ended up violently assaulting Ms. Hinson in the cell next to me. Though that man has been transferred, I fear that because my cell has no lock on it, others may find a way to access me next.

97.     After Ms. Hinson's assault, Sgt. Kinte was taunting me and Ms. Hinson again. When I stood up for both of us, Sgt. Kinte told me I was going to hell and

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

said, "I've got something for you, you little bitch." I took this to mean that he would physically assault me, permit someone else to assault me, continue to harass me, or not feed me.

98. I tried to file a Prison Rape Elimination Act (PREA) complaint about Sgt. Kinte's behavior, but GDC officials did not support me through or allow me to complete the process. From my experience and understanding, usually the PREA process works this way: First, you file a verbal or written PREA complaint. You can file this by speaking with someone or by using a tablet, kiosk, or telephone. But in our unit, we don't have tablets, and someone tore the kiosk off the wall so it has been missing for about a year. And until very recently (well after I tried reporting the incident), we did not have telephone access for about nine months. Next, GDC staff calls you into the office to complete a PREA form and interview you about the situation. After that, a member of security interviews you, and finally OPS interviews you.

99. I completed the first step. Ms. Hinson and I reported Sgt. Kinte's behaviors to unit manager Edwards, Lieutenant Shields, and the counselors at Phillips State Prison. The unit manager asked us to write statements, which we did. We also sent a signed letter about it to Warden Jones. *See* Exhibit 12, at 59–62. Lt. Shields and unit manager Edwards told us they would call us back to do some paperwork—completing the second step in the PREA process—but they never did.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

We brought it up repeatedly. The counselors were making rounds in the housing unit when we told them about what happened. The counselors told us they would call us up to the mental health offices and start the process, but they never did. Finally, Warden Jones said he would handle it, but didn't ever speak with us extensively or conduct the full PREA process. Sgt. Kinte didn't come to our housing unit for four to five days, but he then returned. He is now a lieutenant. I don't think the Warden took any meaningful actions to address Sgt. Kinte's harassment of me.

100.   After Ms. Hinson was assaulted, Warden Jones ordered padlocks with keys to secure our two doors. After the padlocks were put on our doors, Sgt. Kinte removed both of them, putting me and the other trans woman here at great risk. He lied about removing the locks, but he was caught in the lie. Courtney McDay, Deputy Warden of Care and Treatment, investigated why the locks went missing. Deputy Warden McDay reviewed security cameras and saw Sgt. Kinte take the locks off. When she confronted him about it, he said he didn't do it. But Deputy Warden McDay had already seen the cameras, so she knew he was lying.

101.   When the DOJ visited in May 2023, Phillips officials made short-term changes to my living situation and my gender-affirming clothing items that would make it seem as if my social transition has been supported. Two days before their visit, I received two sets of panties and bras. Deputy Warden McDay at Phillips State Prison informed me that I was entitled to five, but the facility was allowed to

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

give me three minimum, so they were going to give me three. Yet I received only two pairs. I want the full amount of underwear that I am able to have—that all women can have. GDC officials also temporarily put up shower curtains, but then took them down after the DOJ visit.

102. I frequently go over a week without a shower. And when I do shower, the men I pass by yell at me with a flurry of transgender and homophobic slurs because I am not given private shower time. None of the staff in the segregation unit observe us during our showers or make sure we are safe from other people.

103. Further, none of the locks on the showers work, and there are no shower curtains. One incarcerated person who cleans up the unit touched my breast while standing at the shower door as I was waiting for an officer to escort me back to my cell from the showers. I complained about it, but Phillips guards did nothing. Other incarcerated people and officers can look at my body when I shower, and they often make fun of me and threaten me. People say transphobic and sexually suggestive things to me, such as, "Come here girl. Give me some head. Let me see them tits." They put me and Ms. Hinson in constant fear that they are going to do something to harm us. It feels like it's only a matter of time.

104. I have spoken with counselors in the past about transferring to a women's facility, including in 2021. I spoke about it with Dr. Skibinski and Dr. Howard more recently. And in the summer of 2023, I spoke about my strong interest

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

in being transferred to a women's facility with Warden Jones in Phillips State Prison.

105.   As I stated above, a pulmonologist had recommended I live in a unit with central heating and air in 2009 and reiterated it in my medical record in 2013. *See* Exhibit 12, at 22–25.  On June 8, 2023, Dr. James wrote a profile for me that mandates such a housing assignment because of my COPD and asthma.  The written profile from Dr. James is a message from Wellpath to GDC that I *must* be housed in a unit with central heating and air.  *Id.* at 22–23.

106.   I have discussed my housing needs with Warden Jones, who asked me to write a Witness Statement Form about it.  Sometime between June 8 and June 22, Counselor Cooper came to my cell and said I would need to provide a statement about being on protective custody.  Warden Jones and I spoke afterwards, and he advised me to include my desire for transfer to a women's facility in this form. Warden Jones said that he did not think Phillips is a good facility for me to come out of solitary confinement.  I submitted the form at some point between June 8 and June 22.  I did not receive a response until about five months later, on October 11, 2023. In that response, Deputy Warden McDay rejected my request flat out.  I have appealed that rejection and am waiting on a response to my appeal.

107.   Living in a women's facility will remove some of the daily oppression I feel living among men.  I will not feel out of place and vulnerable when using the shower.  I will be better able to socially transition surrounded by women, where I

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

will be called "she" like everyone else and will have access to female clothing and hygiene items. I do not want to live in terror every day. That should not be part of my sentence. I want to be able to live as the transgender woman I am without fear of retaliation or violence.

### Four Years of Solitary Confinement Has Deteriorated My Mental Health

108. I have been in solitary confinement consistently since July 2019. That means that January 2024 will mark four and a half years of consistent solitary confinement.

109. I first filed a grievance regarding my prolonged solitary confinement back in October 2020 when I was still in Georgia State Prison. I felt downtrodden, suicidal, and anxious. I watched seven people in that solitary confinement ward— out of the thirteen cells there—commit suicide. My feelings of depression were all-consuming, and I had thoughts of self-castration because I wasn't being treated for my gender dysphoria. I had given up. I thought that maybe if I filed the grievance, GDC officials would let me out. But my grievance and my appeal were denied. John Moore Jr., the OPS officer who answered the appeal to my grievance, said the record shows that I was placed on involuntary administrative protective custody for the safety of the prison and myself and that I would remain there until further notice. He did not explain the basis for this safety concern, and I certainly felt less emotionally safe in solitary confinement.

43

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

110. I filed another grievance on the week of May 30, 2023 in Phillips State Prison. I filed this because I was not receiving proper care for my gender dysphoria, and I noticed a number of other physical problems. My muscles have been deteriorating, as I have not been able to move around like before. I suffer severe joint pain in my neck, back, and hips. I am seeing things out of the corners of my eyes. I just recently, due to eyesight deterioration, started wearing required prescription glasses. My ability to communicate effectively with the staff has deteriorated because I don't have regular conversations with people. I have lost weight because GDC staff do not feed us reasonably adequate food. Being dead feels like it would be better than staying in this setting.

111. I do not think GDC staff have any reason to continue to hold me in solitary confinement. But I never received any responses from the Warden or GDC staff in response to my May 2023 grievance. GDC staff missed the deadline to respond, but they refused to let me appeal it, in accordance with SOP 227.02, saying they have not issued a response yet. I attempted to file an appeal, but they did not accept it; they sent it back to me. Deputy Warden McDay's grievance response on October 11, 2023 also rejected this request. I have appealed and await a response.

112. I have not had a segregation hearing in a very long time. GDC staff member Stan Sheppard made the last decision to keep me in solitary confinement in 2022 while I was in Ware State Prison, and I appealed that decision on or around

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

February or March 2022. Shepard used a two-year-old disciplinary report to place me on TIER status, which is effectively the same thing as solitary confinement, so nothing changed in my material living conditions. I recall that my appeal was upheld; Otis Stanton said that I would be returned to population. But I have not been, now over a year and a half later.

113. My mental health has deteriorated since I was placed in solitary confinement over four years ago. This is because I have very little ability to interact with other people on a daily basis, even to receive the basic services I need in the prison. I have no access to outdoor recreation, and no regular access to the yard. For a long time, about six to ten months, GDC staff did not allow us to access the yard because there were no locks on the 15 x 10 foot cage for us outdoors. They finally welded locks to the cage, but we did not go outside from around June 2023 through late September 2023 due to extreme heat. Before that, we went about ten months without going outside. Since GDC has put solid metal plates on the back windows of our cells, we cannot even see outside anymore. I do not see a sunrise or sunset. I sometimes sit inside in total darkness if another incarcerated person causes an electrical fuse to blow out from overloading the circuit with plug-in appliances, popping the sockets for lights. This happens about once a week. Between April 2022 and June 2023, it was happening every day.

114. These four years in solitary confinement have been demeaning: guards

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

harass me because I'm in solitary and because I'm transgender. GDC officials often do not feed me, making me bang on the door to get a tray. And when I do get food, it's often compromised. At the end of January 2023, for example, I begged Officer Johnson, the corrections officer working the second shift, to bring my breakfast tray. I had to beg, banging on the door for about ten to fifteen minutes, before he brought the tray. When he finally brought it to me, he told me, "Here's your tray, you fucking faggot." He then spat in it and threw it on the floor outside of my cell where I couldn't get it. After that, I told Deputy Warden of Security Crowder about it, and he said he would get me a tray, but I never got one. I didn't eat that morning.

115. I feel like I live every day in torture. Solitary confinement has made my suicidal thoughts get worse. I have thought about suicide a lot—particularly in the past year. Since my attempt to tie off my testicles in July 2022, I have continued to think about ways to castrate myself if I won't be able to access surgery.

116. Right now, I receive no meaningful psychotherapy. Since I filed my *pro se* complaint in December 2022, the psychologist, Dr. Skibinski, stopped seeing me. Dr. Skibinski said, "I can't do this anymore because you're talking about suing, so I can't see you anymore." I've missed call-outs for counselors because GDC staff refuse to schedule them properly.

117. I have only been provided two segregation hearings in four years, in stark contrast with GDC Standard Operating Procedure (SOP) 209.06(e), to reassess

46

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

my need for segregation.  I received a TIER status hearing, as well.

118.   Then-Acting Statewide Mental Health Director Ducklinger visited me in Phillips State Prison while I was in solitary in January or February 2023.  He said to me and counselor Teale that he would look at my situation and try to get me out of solitary confinement and that I had been on lockdown far too long.  He never followed up with me as he said he would after meeting with me once, and I have been in continued lockdown since.

### Conclusion

119.   If I can't access a consistent, higher dosage of estradiol, surgical changes, or both, I will continue to endure the painful existence in my masculine body.  I have suffered immense harm over a baseless policy banning access to surgical care.  I have already been fighting for four years for the medical care I need just to live on a daily basis, and it is so tiring to think of the decades more that I will have to fight for this senselessly hard-to-access and critical treatment until I die.

**AFFIDAVIT OF JANE DOE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**Respectfully,**



Dated: _____ November 18 _____, 2023