# EXHIBIT 10

| | |
|---|---|
| **From:** | Lindsey Cassimus <lcassimus@huffpowellbailey.com> |
| **Sent:** | Tuesday, January 27, 2026 12:41 PM |
| **To:** | Palmieri, Nick; Ext Luster, Derrick; Novak, Scott |
| **Cc:** | rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson; Marchand, Sterling; EXT Wright, Lydia; Karian Chard |
| **Subject:** | RE: Concerns Regarding Ms. Doe's Medical Needs |

**[EXTERNAL EMAIL]**

Nick, responses to your specific medical questions are addressed here. Please let me know if I missed anything.

- Issue: MHM still has not provided Ms. Doe with consistent access to a steroid inhaler.
    - ***Response: Over the last 30 days, she received 24 out of 30 morning doses and 28 out of 30 evening doses. The active component of her Alvesco has a ½ life of 6-7 hours, which means the medication remains in her body for 18-21 hours. If she misses a single dose, there is minimal risk of her having an inflammatory event.***
- Issue: MHM missed her evening steroid inhaler dose on January 16, 2026 and did not provide a steroid inhaler at all between January 17 and 18, 2026.
    - ***Response: She received both doses of steroid inhaler (Alvesco) on January 16, the evening dose on January 17, and both morning and evening doses on January 18.***
- Issue: She was not given any medication to manage her blood pressure on January 21
    - ***Response: This is correct and we are looking into this.***
- Issue: She was not given any pain medication on numerous occasions.
    - ***Response: She is not ordered any pain medications. On January 20, 2026, she was seen by a provider for weekly check and voiced no complaints. She has not placed any Health Service Request forms for pain medication.***
- Issue: She has not received a dose of spironolactone since January 16, 2026.
    - ***Response: She received a dose on January 18, 2026. She missed January 19-21 because the medication was refilled and was delayed in arriving by a few days. She received her doses on January 22 and January 23. I believe we have addressed your issues with the dosage on previous occasions, but she is only prescribed one dose per day.***

**Lindsey Cassimus | HPB**
**D: 404.875.8868 | C: 414.791.4849**

---

**From:** Palmieri, Nick <nick.palmieri@bakerbotts.com>
**Sent:** Tuesday, January 27, 2026 11:45 AM
**To:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>; Ext Luster, Derrick <Derrick@rightsbehindbars.org>; Novak, Scott <scott.novak@bakerbotts.com>
**Cc:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson <mfrankson@huffpowellbailey.com>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Karian Chard <KChard@huffpowellbailey.com>; Karian Chard <KChard@huffpowellbailey.com>
**Subject:** RE: Concerns Regarding Ms. Doe's Medical Needs

Dear counsel,

Following up on the below, and in view of the ongoing issues facing Ms. Doe, Plaintiff plans to file a Motion to Expedite Review of her motion to file a third amended complaint. Please let us know as soon as possible whether you would oppose such a motion.

Best,

Nick

**Nick Palmieri** | Senior Associate, Intellectual Property | Baker Botts L.L.P. | T:+1.212.408.2640 M:+1.917.376.0250

**From:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>
**Sent:** Friday, January 23, 2026 11:15 AM
**To:** Ext Luster, Derrick <Derrick@rightsbehindbars.org>; Novak, Scott <scott.novak@bakerbotts.com>
**Cc:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson <mfrankson@huffpowellbailey.com>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>; Karian Chard <KChard@huffpowellbailey.com>; Karian Chard <KChard@huffpowellbailey.com>
**Subject:** RE: Concerns Regarding Ms. Doe's Medical Needs

**[EXTERNAL EMAIL]**

Hi Derrick,

Thanks for reaching out. I will look into the medication issues and let you know what I find out.

**Lindsey Cassimus | HPB**
D: 404.875.8868 | C: 414.791.4849

**From:** Derrick Luster <derrick@rightsbehindbars.org>
**Sent:** Friday, January 23, 2026 10:56 AM
**To:** Novak, Scott <scott.novak@bakerbotts.com>
**Cc:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>; rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Daniel Ficarrotta <dficarrotta@huffpowellbailey.com>; Michael G. Frankson <mfrankson@huffpowellbailey.com>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>
**Subject:** Re: Concerns Regarding Ms. Doe's Medical Needs

Counsel,

We write to address our client's unmet medical needs. In our last few messages, we raised several issues, including that Ms. Doe has not had consistent access to a steroid inhaler, that she had been forced to meet with her mental health counselor/psychiatrist from her cell rather than a private setting, and that she was deprived of spironolactone doses. Little has been done to rectify these concerns.

For example, Centurion/MHM still has not provided Ms. Doe with consistent access to a steroid inhaler. Centurion/MHM missed her evening steroid inhaler dose on January 16, 2026 and did not provide a steroid inhaler at all between January 17 and 18, 2026. Additionally, she was not given any medication to manage her blood pressure on January 21, and was not given any pain medication on numerous occasions.

Ms. Doe also informed us that she has not received a dose of spironolactone since January 16, 2026. She is supposed to receive two 150 mg doses of spironolactone *per day*. Centurion/MHM has withheld at least nine doses of spironolactone in the past week.

In addition to these medical concerns, GDC officers were directed to shave Ms. Doe's head again, despite her hair being well below the three-inch limit established in Ga. Comp. R. & Regs. R. 125-2-3-.04(6). As we have repeatedly communicated to GDC and MHM, diminishing Ms. Doe's feminizing features, such as her hair growth, and depriving her of medically-necessary hormone replacement therapy significantly exacerbates her gender dysphoria and depression. This conduct is egregious and cannot continue.

Even though most of these issues are medical, we have not received any response from Centurion/MHM on these issues since November. We have made many attempts to resolve these issues without involving the court. However, if these issues do not subside, we will have to seek judicial intervention. At your earliest convenience, please let us know what Centurion/MHM and GDC are doing to rectify these concerns and prevent them from continuing.

**Derrick Luster**
Director of Racial Justice Advocacy | Attorney
Rights Behind Bars | www.rightsbehindbars.org
1800 M Street NW FNT 1 #33821 Washington, DC 20033
Office: (202) 455-4399
*he/him*

*\*Operating in Eastern Standard Time*

On Wed, Dec 17, 2025 at 3:05 PM Derrick Luster <derrick@rightsbehindbars.org> wrote:
> Counsel,
>
> While we appreciate the efforts made to resolve this case over the past few weeks, we are writing to bring your attention to a few ongoing medical concerns for Ms. Doe.
>
> Firstly, Ms. Doe did not receive her doses of spironolactone on December 6th or 7th. She informed GDC staff about these instances. We hope this situation does not continue, since as GDC is aware, the health risks of fluctuations in one's hormone therapy dosages without medical reason can be severe.

Secondly, GDC is aware that Ms. Doe is supposed to have access to a steroid inhaler twice per day. However, on numerous occasions, she has only received one dose in a day. For example: on December 6th, 7th, and 16th, Ms. Doe did not have access to a steroid inhaler at night, and on December 8th, she was not provided her morning dose. Please ensure that Ms. Doe has access to a steroid inhaler twice per day and consistent access to a rescue inhaler, in case an emergency arises.

Additionally, GDC still has not allowed Ms. Doe to go outside for yard time, which she previously had for at least an hour per day. As we raised previously, GDC informed Ms. Doe that her disciplinary write-up did not include written sanctions suspending yard time. This lack of access to yard time has further negatively impacted her mental health.

Further, Ms. Doe used to have private counseling sessions with her mental health counselor, but GDC is now requiring her to meet with her counselor/ psychiatrist outside her cell door, a public setting where other inmates can hear what she discusses. We ask, again, that GDC permit Ms. Doe to meet with her mental health counselor in a private setting – either outside when no one else is around, or in a private room.

As we've raised in our ongoing settlement discussions, these are exactly the scenarios we would anticipate seeking to lift the stay - especially if Ms. Doe misses further spironolactone doses. We hope that we are able to resolve these issues quickly and without involving the court. Please let us know as soon as possible if you have any updates on resolving these issues and the ones raised in the previous emails.

Best,

**Derrick Luster**
Attorney
Rights Behind Bars | www.rightsbehindbars.org
1800 M Street NW FNT 1 #33821 Washington, DC 20033
Office: (202) 455-4399
*he/him*

*Operating in Eastern Standard Time*

On Wed, Dec 3, 2025 at 2:50 PM Novak, Scott <scott.novak@bakerbotts.com> wrote:

> Lindsey,

4

Thank you again for the updates.

Regarding the Spironolactone, attached are three provider orders showing Ms. Doe was previously prescribed 150 mg/twice daily while in GDC custody. Ms. Doe also received this dosage in federal custody. However, her Spironolactone dosage has since been cut in half and continues to remain at this level despite the increased masculinizing impacts she has experienced.

As a reminder, the Court has previously emphasized testimony from our medical experts that "the efficacy of HRT should be measured, not only by lab testing, but also by meeting with the patient and determining if the treatment is relieving her symptoms." Dkt. No. 131 at 18. The Court found "Plaintiff's experts 'very credible,' particularly their opinions that to monitor properly the efficacy of Plaintiff's HRT, her treating physician must conduct both lab testing and a physical examination." *Id.* at 19. Relying on lab tests alone and not considering the patient's individual experience is not consistent with the standards of care.

Relatedly, Ms. Doe has consistently felt worse during the second week after her Estradiol injection, which indicates that weekly doses would be more appropriate in her particular situation.

Regarding the inhaler, to clarify, Ms. Doe has been prescribed both a steroid inhaler to help prevent asthma attacks and a rescue inhaler to assist when she is experiencing an asthma attack. In my previous email, I was referring to her lack of access to the rescue inhaler. As of November 25, since that email, she now has access to the rescue inhaler.

Regarding the steroid inhaler, Ms. Doe has never refused access to that inhaler. Her signature is not on the November 20, 2025 refusal form. She also reports that when Nurse Goose is on duty, he only brings her steroid inhaler once a day instead of twice a day as prescribed. Can MHM/Centurion take action to ensure that nurses know that access to the steroid inhaler must be given twice per day?

We appreciate any further updates you can provide on these issues.

Best,

Scott

**Scott Novak**
Associate | **Baker Botts L.L.P.**

scott.novak@bakerbotts.com | M +1.202.304.5099

---

**From:** Novak, Scott
**Sent:** Wednesday, November 26, 2025 2:12 PM
**To:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>; rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Daniel Ficarrotta <dficarrotta@huffpowellbailey.com>; Michael G. Frankson <mfrankson@huffpowellbailey.com>
**Cc:** Ext Luster, Derrick <Derrick@rightsbehindbars.org>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>
**Subject:** RE: Concerns Regarding Ms. Doe's Medical Needs

Thank you for the update, Lindsey. If you could send her most recent medical records since November 10, 2025, that would also be helpful.

Best,

Scott

**Scott Novak**
Associate | **Baker Botts L.L.P.**

scott.novak@bakerbotts.com | M +1.202.304.5099

---

**From:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>
**Sent:** Wednesday, November 26, 2025 1:46 PM

**To:** Novak, Scott <scott.novak@bakerbotts.com>; rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Daniel Ficarrotta <dficarrotta@huffpowellbailey.com>; Michael G. Frankson <mfrankson@huffpowellbailey.com>
**Cc:** Ext Luster, Derrick <Derrick@rightsbehindbars.org>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>
**Subject:** RE: Concerns Regarding Ms. Doe's Medical Needs

**[EXTERNAL EMAIL]**

Hi Scott,

We have inquired with Centurion/MHM about your client's concerns. Obviously, most of this is outside of MHM's purview, but there are a few things we can address.

As for the dosages of Spironolactone and Estradiol, it is our understanding that the Spironolactone dosage is the same therapy as provided by Dr. Mulloy (endocrinologist) in 2024 and is in accordance with the HRT guidelines. Her testosterone levels are undetectable on this dosage. For reference, even a biological female would have detectible testosterone levels. The last 3 scheduled injections of estradiol were as follows:

- 23OCT2025: Injection given
- 06NOV2025: Injection missed: No documentation on reason
- 20NOV2025: Injection given

We have requested that someone reach out to the site to ensure all patients get their medications as ordered unless the injections are refused, which then requires a refusal form to be signed.

Regarding the inhaler, we understand that she has been offered and refused the inhaler on multiple occasions: Oct. 6, 10, 11, 13, and most recently Nov. 20. I have attached the most recent refusal form. Let me know if you would like me to send you her most recent medical records as well.

Please let me know if you see any other issues that need to be discussed and I will let GDC speak to the other issues that would come within their control.

**Lindsey Cassimus | HPB**

D: 404.875.8868 | C: 414.791.4849

**From:** Novak, Scott <scott.novak@bakerbotts.com>
**Sent:** Friday, November 21, 2025 3:40 PM
**To:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Lindsey Cassimus <lcassimus@huffpowellbailey.com>; Daniel Ficarrotta <dficarrotta@huffpowellbailey.com>; Michael G. Frankson <mfrankson@huffpowellbailey.com>
**Cc:** Ext Luster, Derrick <Derrick@rightsbehindbars.org>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>
**Subject:** RE: Concerns Regarding Ms. Doe's Medical Needs
**Importance:** High

Dear Counsel,

We are writing to update you that Ms. Doe received her Estradiol shot yesterday. Concerningly, she submitted multiple sick calls about this that she was informed GDC has no record of when she got her shot. Prior to receiving the shot, Ms. Doe experienced severe headaches and vomiting. We hope this situation will not be repeated in the future, since as GDC is aware, the health risks of suddenly altering one's hormone therapy dosages without medical reason can be severe.

The same day Ms. Doe received her Estradiol, GDC shaved off all of her head hair, even though her hair was less than half an inch long – well below the three-inch limit established in Ga. Comp. R. & Regs. R. 125-2-3-.04(6). As GDC knows, diminishing the feminizing features of hair growth on Ms. Doe's head significantly exacerbates her gender dysphoria. Ms. Doe asked why GDC was shaving all of her head hair off, but no one she spoke to gave her a reason. Without more information as to why this occurred, this appears to be a brazen act of retaliation against Ms. Doe for trying to communicate her urgent medical needs.

Additionally, GDC has not allowed Ms. Doe to go outside since November 10. Before this, GDC permitted her yard time for at least an hour per day. GDC informed Ms. Doe that her disciplinary writeup for having a wig (that federal custody allowed her) is the reason she is no longer allowed outside, even though her written sanctions do not include suspending yard time. This lack of access to yard time has further negatively impacted her mental health.

Relatedly, while Ms. Doe used to go outside (where no one was around) to have private counseling sessions with her mental health counselor, GDC is no longer allowing this. Instead, she has to meet with her counselor outside her cell door, a public setting where other inmates can hear what she discusses. We ask that GDC permit Ms. Doe to meet with her mental health counselor in a private setting – either outside when no one else is around, or in a private room.

Please let us know as soon as possible if you have any updates on these issues and the ones raised in the previous email.

Thank you,

Scott

**Scott Novak**
Associate | **Baker Botts L.L.P.**

scott.novak@bakerbotts.com | M +1.202.304.5099

---

**From:** Novak, Scott
**Sent:** Wednesday, November 19, 2025 4:36 PM
**To:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; lcassimus@huffpowellbailey.com; Daniel Ficarrotta <dficarrotta@huffpowellbailey.com>; Michael G. Frankson <mfrankson@huffpowellbailey.com>
**Cc:** Ext Luster, Derrick <Derrick@rightsbehindbars.org>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>
**Subject:** Concerns Regarding Ms. Doe's Medical Needs
**Importance:** High

Dear Counsel,

While we appreciate the efforts made to attempt to resolve this case over the past month and are open to continuing to explore that further, we are notifying you that we intend to file a motion for a temporary restraining order and/or a motion for preliminary injunctive relief the first week of December if GDC does not meet Ms. Doe's medical needs.

Most concerningly, Ms. Doe has not received her Estradiol injection in almost over a month. The nurses told her that they don't have a needle to administer the injection, and they never followed up about it. She's been suffering from withdrawals and vomiting as a result.

She also hasn't been able to see anyone regarding her other medical conditions (i.e., asthma and hypertension). She has been waking up in the middle of the night in a panic because she stopped breathing in her sleep. Nurses have not found tape to stabilize her breathing tube. She also does not have access to an inhaler until she has an asthma attack.

Furthermore, the "magic shave" GDC has given Ms. Doe to shave her face burns, and her facial hair is rapidly growing back ever since her Spironolactone dosage was cut in half. She continues to suffer significant distress from her gender dysphoria, which has increased substantially since moving back to state custody.

Finally, due in part to Ms. Doe's solitary confinement and GDC's retaliation against her for possessing a wig she was permitted to have in federal custody, our medical expert witness believes Ms. Doe is experiencing Acute Distress Disorder, which may turn into Post Traumatic Stress Disorder.

Ms. Doe seeks (1) access to the Estradiol injections she has been prescribed; (2) medical treatment for her breathing conditions, including access to an inhaler she can administer herself; (3) increased dosages of Spironolactone at 150 mg twice a day and Estradiol at 5 mg on a *weekly* basis (no matter the dosage levels, due to the half-lives of each medication, Spironolactone should be administered twice daily, and Estradiol should be administered weekly instead of biweekly); (4) gender-affirming social transition items, including a wig, facial and body hair removal cream, brassieres, breast and buttock padding; and (5) reclassification from administrative segregation to a general population unit with other transgender women, such as Building B1.

We are happy to find a time to discuss these concerns and appreciate your prompt inquiry into these troubling health matters.

Best,

Scott

**Scott Novak**
*Associate*
Baker Botts L.L.P.
scott.novak@bakerbotts.com
T +1.202.639.1316
M +1.202.304.5099

700 K St NW
Washington, DC 20001
USA

*Pronouns: he/him/his*



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact Savant CTS.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact Savant CTS.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact Savant CTS.

| | |
|---|---|
| **From:** | Lindsey Cassimus <lcassimus@huffpowellbailey.com> |
| **Sent:** | Tuesday, February 24, 2026 10:26 AM |
| **To:** | Novak, Scott |
| **Cc:** | rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson; Marchand, Sterling; Ext Luster, Derrick; EXT Wright, Lydia; Palmieri, Nick; Hairston, Ellis; Karian Chard |
| **Subject:** | RE: Urgent Concerns Regarding Ms. Doe's Medical Needs |

**[EXTERNAL EMAIL]**

I don't have an update at this time but will let you know as soon as I know anything.

**Lindsey Cassimus | HPB**
D: 404.875.8868 | C: 414.791.4849

---

**From:** Novak, Scott <scott.novak@bakerbotts.com>
**Sent:** Friday, February 20, 2026 4:24 PM
**To:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>
**Cc:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson <mfrankson@huffpowellbailey.com>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; Ext Luster, Derrick <Derrick@rightsbehindbars.org>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>; Hairston, Ellis <ellis.hairston@bakerbotts.com>; Karian Chard <KChard@huffpowellbailey.com>
**Subject:** RE: Urgent Concerns Regarding Ms. Doe's Medical Needs

Dear Counsel,

Can you please provide us an update on the serious medical concerns we have raised below?

Thank you,

Scott

**Scott Novak**
**Senior Associate | Baker Botts L.L.P.**
scott.novak@bakerbotts.com | M +1.202.304.5099

---

**From:** Novak, Scott
**Sent:** Tuesday, February 17, 2026 6:26 PM
**To:** 'Lindsey Cassimus' <lcassimus@huffpowellbailey.com>
**Cc:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson <mfrankson@huffpowellbailey.com>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; Ext Luster, Derrick <Derrick@rightsbehindbars.org>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>; Hairston, Ellis <ellis.hairston@bakerbotts.com>; Karian Chard

<KChard@huffpowellbailey.com>
**Subject:** RE: Urgent Concerns Regarding Ms. Doe's Medical Needs

Dear Counsel,

We are following up regarding the concerns raised below.

Thank you,

Scott

**Scott Novak**
Senior Associate | **Baker Botts L.L.P.**
scott.novak@bakerbotts.com | M +1.202.304.5099

---

**From:** Lindsey Cassimus <lcassimus@huffpowellbailey.com>
**Sent:** Wednesday, February 11, 2026 8:16 PM
**To:** Novak, Scott <scott.novak@bakerbotts.com>
**Cc:** rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson <mfrankson@huffpowellbailey.com>; Marchand, Sterling <sterling.marchand@bakerbotts.com>; Ext Luster, Derrick <Derrick@rightsbehindbars.org>; EXT Wright, Lydia <lydia@rightsbehindbars.org>; Palmieri, Nick <nick.palmieri@bakerbotts.com>; Hairston, Ellis <ellis.hairston@bakerbotts.com>; Karian Chard <KChard@huffpowellbailey.com>
**Subject:** Re: Urgent Concerns Regarding Ms. Doe's Medical Needs

[EXTERNAL EMAIL]

I have relayed your concerns to MHM and will report back.

-Lindsey

> On Feb 11, 2026, at 1:53 PM, Novak, Scott <scott.novak@bakerbotts.com> wrote:
>
> Counsel,
>
> We are once again writing to ask that the issues regarding numerous missed dosages of prescribed medications for Ms. Doe be resolved.
>
> As of today, Centurion/MHM has not given Ms. Doe an estradiol injection in over a month. This is the second time an unacceptable lapse with her estradiol injection has occurred. Ms. Doe has repeatedly raised this issue with providers of her care to no avail. Her gender dysphoria distress is significantly exacerbated, and she is experiencing nausea, dizziness, vomiting, fatigue, and depression. As defendants are aware, suddenly altering one's

hormone therapy regimen, especially when such an alteration is not prescribed, can cause serious medical health issues.

Additionally, Centurion/MHM did not provide Ms. Doe access to her inhaler on January 24, and on February 9, she received no medications or inhaler.

Ms. Doe is also often receiving medications and her inhaler at infrequent times that interferes with the timing of dosages. For example, she frequently (approximately three times a week) receives her medication/inhaler at 11:30 pm or later, and then again for the morning dosage very early in the morning between 3:00-4:00 am. In her previous experience in custody, she received her medications at regular intervals between 7:00-8:00 am for the morning dosage and 4:00-5:00 in the afternoon for the evening dosage.

Please take immediate action to ensure Ms. Doe receives her estradiol injection. We would also appreciate being informed of what, if any, steps are taken to ensure these serious medical lapses do not continue.

Best,

Scott


**Scott Novak**
*Senior Associate*
Baker Botts L.L.P.
scott.novak@bakerbotts.com
T +1.202.639.1316
M +1.202.304.5099

700 K St NW
Washington, DC 20001
USA

*Pronouns: he/him/his*



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact Savant CTS.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, please contact Savant CTS.

| | |
|---|---|
| **From:** | Novak, Scott |
| **Sent:** | Wednesday, February 25, 2026 6:34 PM |
| **To:** | lcassimus@huffpowellbailey.com; rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson; Karian Chard |
| **Cc:** | Marchand, Sterling; Ext Luster, Derrick; EXT Wright, Lydia; Palmieri, Nick; Hairston, Ellis |
| **Subject:** | Additional Improperly Withheld Medications / Notice of TRO Motion |

Counsel,

I write to inform you of additional instances of medications withheld from Ms. Doe, as well as other instances of improper treatment.

- February 15 – GDC/MHM withheld Ms. Doe's spironolactone and inhaler in the evening.

- February 16 – GDC/MHM withheld Ms. Doe's pill to treat her mental health.

- February 17 – Ms. Doe had a psychiatry appointment with a nurse practitioner, but it occurred via her talking through her cell door instead of face to face in a private environment.

- February 20 – Ms. Doe received only 50 mg of spironolactone and was incorrectly told that her dosage had been changed, which she told the provider is incorrect. She was also incorrectly brought the rescue inhaler instead of her steroid inhaler.

- February 21 – GDC/MHM withheld Ms. Doe's inhaler in the evening.

- Feburary 22 – Ms. Doe received only 50 mg of spironolactone.

- February 23 – Ms. Doe received her evening medication at 11:52 pm.

- February 24 – Ms. Doe received her evening medication at 9:30 pm.

Additionally, Ms. Doe is hypoglycemic and has a profile to receive 2,800 calories per day. On Fridays, Saturdays, and Sundays when no lunch is served, GDC brings a 2,800-calorie meal pack to her (three sandwiches and a piece of fruit). However, the kitchen has recently been bringing this down in the evening. Because Ms. Doe has low blood sugar levels, not receiving this meal pack in the morning or during lunch hours is a significant issue. It causes her to feel weak, nauseated, and dizzy. This happened all three days last weekend and two days the weekend before. Can GDC ensure that she receives the meal pack in the morning so that her blood sugar levels do not drop to dangerous levels?

Furthermore, Ms. Doe is now being forced to pay for her pain medication, Naprosyn. She has been regularly prescribed this to treat her spinal stenosis, but GDC has without explanation determined this medication is not one of the medications considered to be chronic care. Can you look into this issue to

ensure she is not being forced to pay for medication which she has been prescribed to treat a chronic condition?

Because this has clearly become an unacceptable pattern and we have not been informed of anything defendants are doing to prevent this from occurring in the future, we intend to file a motion for a temporary restraining order/preliminary injunction by no later than March 4 to seek consistent access to medications Ms. Doe has been prescribed, access to fulsome gender-affirming healthcare, and release from solitary confinement.

We have had previous discussions on these issues, but if you would like to discuss further or reconsider settlement, please call me at 202-304-5099.

Best,

Scott


**Scott Novak**
*Senior Associate*
Baker Botts L.L.P.
scott.novak@bakerbotts.com
T +1.202.639.1316
M +1.202.304.5099

700 K St NW
Washington, DC 20001
USA

*Pronouns: he/him/his*



| | |
|---|---|
| **From:** | Novak, Scott |
| **Sent:** | Tuesday, March 3, 2026 4:33 PM |
| **To:** | lcassimus@huffpowellbailey.com; rachael@consovoymccarthy.com; jeff@consovoymccarthy.com; julius@consovoymccarthy.com; Michael G. Frankson; Karian Chard |
| **Cc:** | Marchand, Sterling; Ext Luster, Derrick; EXT Wright, Lydia; Palmieri, Nick; Hairston, Ellis |
| **Subject:** | Additional Improperly Withheld Estradiol Injection |
| **Importance:** | High |

Counsel,

Ms. Doe has not received her estradiol injection since February 12, 2026. She was due for an injection on February 26 but still has not received it, despite her requests to medical staff.

Please take immediate action to ensure Ms. Doe receives her prescribed injection and let us know when she receives it.

Best,

Scott

**Scott Novak**
**Senior Associate** | **Baker Botts L.L.P.**
scott.novak@bakerbotts.com | M +1.202.304.5099

1