# EXHIBIT 11

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS *et al.*,<br><br>       Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## DECLARATION OF NICHOLAS F. PALMIERI

1. I am an attorney at the law firm Baker Botts L.L.P. and counsel for Plaintiff Jane Doe.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. The following materials attached as exhibits are true and accurate copies:

    a. Exhibit 5 is a provider treatment order dated June 18, 2024.

    b. Exhibit 6 is a provider treatment order dated September 9, 2024.

    c. Exhibit 7 is a provider treatment order dated February 7, 2025.

    d. Exhibit 8 is a provider treatment order dated October 23, 2024.

1

e.  Exhibit 10 is a compilation of email exchanges between Ms. Doe's counsel and counsel for GDC and MHM documenting Ms. Doe's withheld medications.

Executed this 4th day of March, 2026.

*/s/ Nicholas F. Palmieri*
Nicholas F. Palmieri
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500
nick.palmieri@bakerbotts.com