UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS *et al.*,<br><br>      Defendants. | Civ. Case No. 1:23-cv-5578-MLB |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Motion to File Under Seal Certain Exhibits to Plaintiff's Second Motion for Temporary Restraining Order and Preliminary Injunction. Having considered the motion,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**. The Court **DIRECTS** the Clerk to **PERMANENTLY SEAL** Exhibits 5, 6, 7, and 8 to Plaintiff's Motion.

**SO ORDERED** this ___ day of _____, 2026

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

1