# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>　　　Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS *et al.*,<br><br>　　　Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## PLAINTIFF'S MOTION TO FILE APPLICATION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM* UNDER SEAL

　　Pursuant to the Court's previous order regarding pseudonymity, Dkt. No. 75, Plaintiff, through undersigned counsel, moves to file her Application for Writ of Habeas Corpus *Ad Testificandum* (the "Application") and accompanying proposed Writ under seal. The Application and proposed Writ (attached to this motion under provisional seal) contains personal identifying information for Plaintiff Jane Doe, who is proceeding in this lawsuit under a pseudonym. GDC's counsel opposes this motion, and Plaintiff's counsel has not heard back from MHM's counsel as of the time of filing.

　　Respectfully submitted this 9th Day of March, 2026,

*/s/ Scott Novak*

Lydia Wright
Derrick Luster
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C. 20033
(202) 455-4399
lydia@rightsbehindbars.org
derrick@rightsbehindbars.org

Will Claiborne
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

Katherine E. Jeffress *
BAKER BOTTS L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Nicholas F. Palmieri *
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
 (212) 408-2640
nick.palmieri@bakerbotts.com

Sterling Marchand *
Scott Novak *
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Shelby Saxon *
BAKER BOTTS L.L.P.
2001 Ross Avenue
Suite 600
Dallas, TX 75201-2980
shelby.saxon@bakerbotts.com

Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law
***Admitted** *pro hac vice*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing conforms to the requirements of L.R. 5.1 and 7.1. The above motion is prepared as double-spaced between lines and in 14-point Times New Roman font.

*/s/ Scott Novak*

## **CERTIFICATE OF SERVICE**

I certify that, on March 9, 2026, I electronically filed the forgoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All the counsel of record are registered ECF users

*/s/ Scott Novak*