IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS; *et al.*,<br><br>    Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM UNDER SEAL

Before the Court is Plaintiff's Motion to File Application for Writ of Habeas Corpus Ad Testificandum Under Seal (Dkt. #__), in which Plaintiff Jane Doe requests that this Court file Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum (Dkt. #__) submitted March 9, 2026, under seal.

Having reviewed the motion, the Court determines that this Order is sought in good faith and no prejudice will accrue to any party if such motion is granted. Because Plaintiff has demonstrated good cause and necessity, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. The Court **DIRECTS** the Clerk to **PERMANENTLY SEAL** Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum.

**SO ORDERED** this \_\_\_\_ day of _____, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE