UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS *et al.*,<br><br>          Defendants. | Civ. Case No. 1:23-cv-5578-MLB |

**PLAINTIFF'S MOTION FOR EXPEDITED CONSIDERATION OF PENDING APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND PLAINTIFF'S MOTION TO FILE WRIT OF HABEAS CORPUS AD TESTIFICANDUM UNDER SEAL**

Plaintiff respectfully requests that the Court consider the Plaintiff's *Application for Writ of Habeas Corpus Ad Testificandum*, filed on March 9, 2026, and Plaintiff's *Motion to File Application for Writ of Habeas Corpus Ad Testificandum Under Seal*, filed on March 9, 2026, on an expedited basis as soon as the Court's docket may allow in advance of the Court's scheduled hearing on March 17, 2026. GDC's counsel opposes this motion, and Plaintiff's counsel has not heard back from MHM's counsel as of the time of filing.

Plaintiff is spurred to file this Motion for Expedited Consideration of the underlying habeas motions because of the necessity of swift determination of her requests in the context of her upcoming hearing before this Court on March 17, 2026.

1

Such expedited review is warranted here because of the urgency of the circumstances and the time-sensitive nature of the continuing harm endured by Plaintiff, much of which has occurred in recent weeks. The opportunity to have Ms. Doe in the Courtroom for the hearing will grant the Court the ability to gain direct testimony from Ms. Doe, if it so wishes, on the factual circumstances pertinent to awarding her injunctive relief.

Accordingly, Plaintiff respectfully requests that the Court enter an order ruling on Plaintiff's *Application for Writ of Habeas Corpus Ad Testificandum*, and Plaintiff's *Motion to File Application for Writ of Habeas Corpus Ad Testificandum Under Seal* on an expedited basis and grant such further relief as is just and proper, at least so that Plaintiff may promptly appear for her upcoming hearing on her Motion for Temporary Restraining Order and Preliminary Injunction to prevent further inadequate or negligent medical care.

Respectfully submitted this 9th day of March, 2026,

*/s/ Scott Novak*

| | |
|---|---|
| Lydia Wright<br>Derrick Luster<br>RIGHTS BEHIND BARS<br>1800 M Street NW Front 1 #33821<br>Washington, D.C. 20033<br>(202) 455-4399<br>lydia@rightsbehindbars.org<br>derrick@rightsbehindbars.org | Sterling Marchand *<br>Scott Novak *<br>BAKER BOTTS L.L.P.<br>700 K St NW<br>Washington, DC 20001<br>(202) 639-1316<br>sterling.marchand@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Will Claiborne<br>THE CLAIBORNE FIRM, P.C.<br>410 East Bay Street<br>Savannah, Georgia 31401<br>(912) 236-9559 Telephone<br>(912) 236-1884 Facsimile<br>david@claibornefirm.com | Shelby Saxon *<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Suite 600<br>Dallas, TX 75201-2980<br>shelby.saxon@bakerbotts.com |
| Katherine E. Jeffress *<br>BAKER BOTTS L.L.P.<br>401 S 1st Street Suite 1300<br>Austin, Texas 78704<br>(512) 322-2672<br>katie.jeffress@bakerbotts.com | Christopher J. Murell<br>Georgia Bar Number: 195116<br>Meghan Matt*<br>MURELL LAW FIRM<br>2831 St. Claude Avenue<br>New Orleans, Louisiana 70117<br>(504) 717-1297 Telephone<br>(504) 233-6691 Facsimile<br>chris@murell.law<br>meghan@murell.law<br>***Admitted** pro hac vice* |
| Nicholas F. Palmieri *<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 408-2640<br>nick.palmieri@bakerbotts.com | |

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing conforms to the requirements of L.R. 5.1 and 7.1. The above motion is prepared as double-spaced between lines and in 14-point Times New Roman font.

*/s/ Scott Novak*

## **CERTIFICATE OF SERVICE**

I certify that, on March 9, 2026, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsels of record are registered ECF users.

*/s/ Scott Novak*
