IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jane Doe,

        Plaintiff,

v.                                                  Case No. 1:23-cv-5578-MLB

Georgia Department of Corrections
et al.,

        Defendants.

_____/

## ORDER

The Court **DENIES** Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum (Dkt. 303) because the purpose of the March 17, 2026 hearing is not to hear live testimony but to discuss the status of the case and determine appropriate next steps for the processing of Plaintiff's motions (Dkts. 287; 297; 299). The Court **DENIES** as moot Plaintiff's motion (Dkt. 305) for expedited consideration of her writ application (Dkt. 303) and **DENIES** as meritless Plaintiff's motion (Dkt. 305) for expedited consideration of her motion to seal (Dkt. 304).

**SO ORDERED** this 10th day of March, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE