IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

**PLAINTIFF'S MOTION FOR AUTHORIZATION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

The undersigned counsel for Plaintiff respectfully request the Court to grant counsel permission to bring electronic equipment into the Federal Courthouse located at 75 Ted Turner Drive, SW, Atlanta, GA 30303 for the status conference currently scheduled to occur in Courtroom 1906 at 3:00 PM on March 17, 2026.

The following counsel who plan to attend the status conference do not have blue attorney ID cards issued through the U.S. Marshals Service: Scott Novak and Derrick Lester. We request to be granted permission to bring cellphones, laptops, or other smart telephones and/or personal digital assistants, all of which may have a camera function, into the courtroom for use during the scheduled status conference, and to notify the U.S. Marshals Service of our permission.  A proposed Order is filed herewith.

1

Respectfully Submitted this 16th day of March 2026,

*/s/ Scott Novak*

Lydia Wright*
Derrick Lester *
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C. 20033
(202) 455-4399
lydia@rightsbehindbars.org
derrick@rightsbehindbars.org

Sterling Marchand *
Scott Novak *
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

David J. Utter
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

Katherine E. Jeffress *
BAKER BOTTS L.L.P.
401 S 1st Street Suite 1300
Austin, Texas 78704
(512) 322-2672
katie.jeffress@bakerbotts.com

Nicholas F. Palmieri *
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
Nick.palmieri@bakerbotts.com

Shelby Saxon *
BAKER BOTTS L.L.P.
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
shelby.saxon@bakerbotts.com

Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

**Admitted *pro hac vice***

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing motion conforms to the requirements of L.R. 5.1 and 7.1. The motion is prepared as double-spaced between lines and in 14-point Times New Roman font.

*/s/ Scott Novak*

## **CERTIFICATE OF SERVICE**

I certify that, on March 16, 2026, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsels of record are registered ECF users.

*/s/ Scott Novak*