IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   *Plaintiff*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>   *Defendants*. | Case No. 1:23-cv-5578-MLB |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES & TECHNOLOGY INTO THE COURTOOM

For good cause shown, the Court **GRANTS** Defendants' Motion for Permission to Bring Electronic Devices and Technology into Courtroom. The Court hereby **PERMITS** Jeffrey M. Harris to bring cellular phones, smart phones, tablets, laptop computers, and other devices that may contain cameras on Tuesday, March 17, 2026, for use at the hearing before the Court in Courtroom 1906 of the Richard B. Russell Federal Building.

**IT IS ORDERED** that Defendants' motion is **GRANTED**.

**SO ORDERED** this ___ day of _____, 20___.

                 _____
                 Michael L. Brown
                 United States District Court Judge