IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>      Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## ORDER

**IT IS HEREBY ORDERED** that attorneys Scott Novak and Derrick Luster, who represent Plaintiff in this matter, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of fully responding to the Court's inquiries at a status conference to take place on Tuesday, March 17, 2026, at 3:00 p.m.:

1. Cellular telephones
2. Laptops
3. Other smart telephones and/or personal digital assistants, all of which may have a camera function.

Proper identification will be required upon entering the security station. The equipment shall be subject to inspection by the United States Marshal Service.

1

**SO ORDERED** this 16th day of March, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE