IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Jane Doe,

        Plaintiff,

v.     Case No. 1:23-cv-5578-MLB

Georgia Department of
Corrections, et al.,

        Defendants.

_____/

## ORDER

**IT IS HEREBY ORDERED** that attorney Jeffrey M. Harris, who represents Defendants in this matter, be allowed to bring the following equipment to the United States Courthouse, Atlanta, GA, Courtroom 1906, for the purpose of a hearing to take place on Tuesday, March 17, 2026, at 3:00 p.m.:

1. Cellular phones/smart phones

2. Tablets

3. Laptop computers

Proper identification will be required upon entering the security

station. The equipment shall be subject to inspection by the United States Marshal Service.

This Order shall be effective until the conclusion of the hearing.

**SO ORDERED** this 16th day of March, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE