# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-05578-MLB
### Doe v. Georgia Department of Corrections et al
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 03/17/2026.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 4:00 P.M.   COURT REPORTER: Jana Colter
TIME IN COURT: 00:45   DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Lindsey Cassimus representing MHM Correctional Services, LLC
Lindsey Cassimus representing Cathleen Cleary
Lindsey Cassimus representing Donald Bowling
Lindsey Cassimus representing Jeremy Lane
Lindsey Cassimus representing Rhonda Billings
Lindsey Cassimus representing Sherri Skibinski
Lindsey Cassimus representing Sidney Moore
Lindsey Cassimus representing Wil Ausborn
Karian Chard representing MHM Correctional Services, LLC
Karian Chard representing Cathleen Cleary
Karian Chard representing Donald Bowling
Karian Chard representing Jeremy Lane
Karian Chard representing Rhonda Billings
Karian Chard representing Sherri Skibinski
Karian Chard representing Sidney Moore
Karian Chard representing Wil Ausborn
Jeffrey Harris representing Georgia Department of Corrections
Jeffrey Harris representing Aaron Pineiro
Jeffrey Harris representing Anthony Mulloy
Jeffrey Harris representing DeShawn Jones
Jeffrey Harris representing Jamal Kinte Roberts
Jeffrey Harris representing Marlah Mardis
Jeffrey Harris representing Sharon Lewis
Derrick Luster representing Jane Doe
Ronald Novak representing Jane Doe

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: Motion hearing held. The following exhibit was admitted: Plaintiff's exhibit 1. The Court ORDERS Plaintiff to file a final amended complaint

within the next 30 days, DENIES AS MOOT Plaintiff's [287] Motion for Leave to File Third Amended Complaint, DENIES AS MOOT Plaintiff's [297] Motion for Expedited Consideration, and DENIES Plaintiff's [299] Motion for Temporary Restraining Order and Preliminary Injunction. The Court further DENIES AS MOOT Defendants' [278], [280], and [281] motions in the light of the forthcoming amended complaint.

HEARING STATUS:    Hearing Concluded

EXHIBIT STATUS:    Exhibits retained by the Court to be forwarded to the Clerks Office.