**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Jane Doe,

                 Plaintiff,

     v.

Georgia Department
of Corrections, *et al.*,

               Defendants.

Civil Action No. 1:23-cv-5578-MLB

**STATE DEFENDANTS' MOTION
TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S FINAL
AMENDED COMPLAINT AND FOR LEAVE TO FILE EXCESS PAGES**

Defendant Georgia Department of Corrections (GDC), along with all individually named State Defendants, respectfully request an extension of time to file responsive pleadings to Plaintiff's Final Amended Complaint (Dkt. 315) by 30 days, to June 1, 2026. Due to the lengthy factual allegations and six separate claims for relief, State Defendants also move for leave to file an oversized forty-page brief in support of their motion to dismiss. Plaintiff does not oppose this motion to the extent it seeks leave to file a forty-page brief, but opposes an extension of time for State Defendants to file a motion to dismiss.

In support of this motion, State Defendants state the following:

1.      On March 17, 2026, the Court granted Plaintiff leave to file a final amended complaint within 30 days (Dkt. 312).

2.      On April 16, 2026, Plaintiff filed the Final Amended Complaint (Dkt. 315).

3.      Under Federal Rule of Civil Procedure 15(a)(3), State Defendants' current deadline to respond to the Final Amended Complaint is April 30, 2026.

4.      There is good cause to grant a 30-day extension of time to respond. The Final Amended Complaint is 44 pages long with 178 paragraphs of allegations and 6 separate counts against 15 different defendants. The Final Amended Complaint also contains claims based on new factual allegations, set forth in lengthy "Current [C]onditions" and "Administrative Segregation" sections. (Dkt. 315 at ¶¶86-113). The claims are brought under the Eighth Amendment, the Americans with Disabilities Act, and the Rehabilitation Act. Several of the defendants (the private medical providers) are also represented by different counsel. This extension will ensure that Defendants can coordinate as much as possible to avoid redundancy and ensure a streamlined presentation of the issues.

5.      State Defendants' counsel also have significant case-related obligations over the next few weeks in other matters. Defendants' counsel Jeffrey Harris will be arguing before the Eleventh Circuit on April 21st in *Bear Warriors v. Lambert*, No. 25-11612. And Defendants' counsel John Henry Thompson will be arguing before

the Eleventh Circuit in *Benjamin v. Georgia Department of Corrections*, No. 25-14263, on April 24th. State Defendants' other counsel will also be assisting in the preparation for the *Benjamin* argument, which implicates many of the same issues as this case regarding whether the Eighth Amendment compels certain interventions for gender dysphoria.

6.    A 30-day extension through June 1, 2026 will accommodate Defendants' additional obligations and ensure adequate opportunity to research and respond to the serious allegations in this case.

7.    Additionally, the length and complexity of Plaintiff's Final Amended Complaint warrants leave to file excess pages. Under Local Rule 7.1, "[a]bsent prior permission of the Court, briefs filed … in response to a motion are limited in length to twenty-five (25) pages." Local Rule 7.1(D). The complexity of the claims at issue, the addition of new factual allegations that were not contained in Plaintiff's previous complaints, and the sheer number of parties and items that require a response warrant leave to file a 40-page brief in support of State Defendants' motion to dismiss. This Court previously granted leave to file a 40-page brief for Defendants' previous motions to dismiss. *See* Dkts. 267, 269.

8.    State Defendants can represent that Plaintiff consents to the request for leave to file a 40-page brief, but opposes the request for an extension of time to file a motion to dismiss.

3

**CONCLUSION**

For all these reasons, State Defendants respectfully request that the Court grant this motion to extend the time for filing State Defendants' motion to dismiss the Final Amended Complaint by 30 days, to June 1, 2026. State Defendants also respectfully request that the Court grant leave for State Defendants to file a forty-page brief.

Respectfully submitted this 20th day of April, 2026.

Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
John Henry Thompson
  *Solicitor General*
  Georgia Bar No. 603321
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
jhtompson@law.ga.gov

*Attorneys for Defendants Georgia Department of Corrections, DeShawn Jones, Sharon Lewis, Anthony Mulloy, Marlah Mardis, and Aaron Pineiro*

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Rachael C. T. Wyrick*
Julius Kairey*
Zachary P. Grouev*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
rachael@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

*pro hac vice

*Special Assistant Attorneys General and Attorneys for Defendants Georgia Department of Corrections, DeShawn Jones, Sharon Lewis, Anthony Mulloy, Marlah Mardis, and Aaron Pineiro*

4

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the foregoing brief conforms to the requirements of L.R. 5.1C.

The brief is prepared in 14-point Times New Roman font.

<u>*/s/ Jeffrey M. Harris*</u>

## CERTIFICATE OF SERVICE

I certify that, on April 20, 2026, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsels of record are registered ECF users.

*/s/ Jeffrey M. Harris*

6