**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Jane Doe,<br><br>               Plaintiff,<br><br>    v.<br><br><br>Georgia Department<br>of Corrections, *et al.*,<br><br><br>               Defendants. | Civil Action No. 1:23-cv-5578-MLB |

**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S FINAL AMENDED COMPLAINT AND FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is State Defendants' motion to extend the deadline to file a motion to dismiss Plaintiff's Final Amended Complaint to June 1, 2026, and for leave to file a brief in support of their motion to dismiss not to exceed forty pages. Having considered the motion,

**IT IS ORDERED** that State Defendants' motion is **GRANTED**.

**SO ORDERED** this ___ day of _____, 20___.

_____
Michael L. Brown
United States District Court Judge