# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-5578-MLB |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

## MHM DEFENDANTS' JOINDER OF STATE DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S FINAL AMENDED COMPLAINT AND FOR LEAVE TO FILE EXCESS PAGES

The MHM Defendants hereby join the State Defendants' Motion to Extend the Deadline to Respond to Plaintiff's Final Amended Complaint and for Leave to File Excess Pages.  [Doc. 316.]  The MHM Defendants adopt by reference paragraphs 1, 2, 3, 4, 6, 7, and 8 of the State Defendants' Motion and also request an additional 30 days to respond to Plaintiff's Final Amended Complaint and for additional pages.

Respectfully submitted this 21st day of April, 2026.

HUFF, POWELL & BAILEY, LLC

s/ *Lindsey Cassimus*
MICHAEL G. FRANKSON
Ga. Bar No. 173835

LINDSEY L. CASSIMUS
Ga. Bar No. 301862

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
mfrankson@huffpowellbailey.com
lcassimus@huffpowellbailey.com

*Counsel for Defendants MHM Correctional Services, LLC, Rhonda Billings, Dr. Sherri Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn, and Jeremy Lane*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

**HUFF, POWELL & BAILEY, LLC**

s/ *Lindsey Cassimus*
MICHAEL G. FRANKSON
Ga. Bar No. 173835
LINDSEY L. CASSIMUS
Ga. Bar No. 301862
KARIAN CHARD
Ga. Bar No. 954576

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
mfrankson@huffpowellbailey.com
lcassimus@huffpowellbailey.com
kchard@huffpowellbailey.com

*Counsel for Defendants MHM Correctional Services, LLC, Centurion of Georgia, LLC, Rhonda Billings, Dr. Sherri Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn, and Jeremy Lane*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

**HUFF, POWELL & BAILEY, LLC**

s/ *Lindsey Cassimus*
MICHAEL G. FRANKSON
Ga. Bar No. 173835
LINDSEY L. CASSIMUS
Ga. Bar No. 301862
KARIAN CHARD
Ga. Bar No. 954576

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
mfrankson@huffpowellbailey.com
lcassimus@huffpowellbailey.com
kchard@huffpowellbailey.com

*Counsel for Defendants MHM Correctional Services, LLC Rhonda Billings, Dr. Sherri Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn, and Jeremy Lane*