# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>     Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## CERTIFICATE OF CONSENT TO WITHDRAW LYDIA WRIGHT AS COUNSEL FOR PLAINTIFF JANE DOE

Pursuant to Rule 83.1(E)(3) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, Lydia Wright hereby files this Certificate of Consent to withdraw as counsel for Plaintiff Jane Doe in this action. All other counsel of record will remain the same.

Plaintiff consents to the requested withdrawal of counsel. As required by Rule LR 83.1(E)(2), Plaintiff has been advised of all items listed in Rule 83.1(E)(2)(b)(B) through (H).  On April 1, 2026,  Ms. Wright met with Ms. Doe virtually and obtained her consent:

> I, Jane Doe, declare that Lydia Wright spoke with me on April 1, 2026, and advised me of all items listed in Rule 83.1(E)(2)(b)(B) through (H). Because I am incarcerated, I could not personally sign this declaration. I authorize Ms. Wright to sign this certificate on my behalf.

Respectfully submitted this April 27, 2026.

Signed,

*/s/ Lydia Wright*
Lydia Wright (PHV)
RIGHTS BEHIND BARS
1800 M Street NW Front 1
#33821
Washington, D.C. 20033
(202) 455-4399
lydia@rightsbehindbars.org

*/s/ Jane Doe*
Plaintiff Jane Doe

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, a copy of the foregoing Certificate of Consent to Withdraw as Counsel for Plaintiff Jane Doe was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Lydia Wright*
Lydia Wright