# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-5578-MLB |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

## MHM DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FINAL AMENDED COMPLAINT

MHM Correctional Services, LLC ("MHM"), Centurion of Georgia, LLC, Rhonda Billings, Dr. Sherri Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn, and Jeremy Lane (collectively, "the MHM Defendants"), Defendants in the above-styled action, by and through their undersigned counsel, respectfully file this Motion to Dismiss Plaintiff's Final Amended Complaint based on Plaintiff's failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), as set forth in the accompanying brief.

WHEREFORE, the MHM Defendants ask that the Court dismiss all claims in Plaintiff's Final Amended Complaint asserted against the MHM Defendants.

Respectfully submitted this 1st day of June, 2026.

HUFF, POWELL & BAILEY, LLC

s/ *Lindsey Cassimus*
MICHAEL G. FRANKSON
Ga. Bar No. 173835
LINDSEY L. CASSIMUS
Ga. Bar No. 301862
KARIAN N. CHARD
Ga. Bar No. 954576

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
mfrankson@huffpowellbailey.com
lcassimus@huffpowellbailey.com
kchard@huffpowellbailey.com

*Counsel for Defendants MHM Correctional Services, LLC, Centurion of Georgia, LLC, Rhonda Billings, Dr. Sherri Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn, and Jeremy Lane*

2

## CERTIFICATE OF SERVICE

I certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

HUFF, POWELL & BAILEY, LLC

s/ *Lindsey Cassimus*
MICHAEL G. FRANKSON
Ga. Bar No. 173835
LINDSEY L. CASSIMUS
Ga. Bar No. 301862
KARIAN N. CHARD
Ga. Bar No. 954576

999 Peachtree Street
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
(404) 892-4033 (Fax)
mfrankson@huffpowellbailey.com
lcassimus@huffpowellbailey.com
kchard@huffpowellbailey.com

*Counsel for Defendants MHM Correctional Services, LLC, Centurion of Georgia, LLC, Rhonda Billings, Dr. Sherri Skibinski, Dr. Cathleen Cleary, Dr. Donald Bowling, Sidney Moore, Dr. Wil Ausborn, and Jeremy Lane*