# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, | |
| *Plaintiff*, | |
| v. | Case No. 1:23-cv-5578-MLB |
| GEORGIA DEPARTMENT OF COR-RECTIONS, *et al.*, | |
| *Defendants.* | |

## STATE DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FINAL AMENDED COMPLAINT

Under Federal Rule of Civil Procedure 12(b), State Defendants—Georgia Department of Corrections, DeShawn Jones, Aaron Pineiro, Sharon Lewis, Marlah Mardis, and Anthony Mulloy—respectfully move to dismiss Plaintiff's Final Amended Complaint in its entirety. In support of this motion, State Defendants rely on their Memorandum in Support of Their Motion to Dismiss Plaintiff's Final Amended Complaint, which is filed with this motion.

1

Dated: June 1, 2026

Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
John Henry Thompson
  *Solicitor General*
  Georgia Bar No. 603321
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
jhthompson@law.ga.gov

*Attorneys for Defendants Georgia De-
partment of Corrections, DeShawn
Jones, Aaron Pineiro, Sharon Lewis,
Marlah Mardis, and Anthony Mulloy*

Respectfully submitted,

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Rachael C.T. Wyrick*
Julius Kairey*
Zachary P. Grouev*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
rachael@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

*pro hac vice

*Special Assistant Attorneys General
and Attorneys for Defendants Georgia
Department of Corrections, DeShawn
Jones, Aaron Pineiro, Sharon Lewis,
Marlah Mardis, and Anthony Mulloy*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing conforms to the requirements of L.R. 5.1C and this Court's subsequent orders. The foregoing is prepared in 14-point Times New Roman font.

*/s/ Jeffrey M. Harris*

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will automatically send email notification to all counsel of record.

*/s/ Jeffrey M. Harris*