**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JANE DOE,

*Plaintiff*,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS, *et al.*,

*Defendants*.

Case No. 1:23-cv-5578-MLB

**DECLARATION OF JULIUS KAIREY**

1.      I am an attorney at the law firm Consovoy McCarthy PLLC and counsel

for Defendants Georgia Department of Corrections, Sharon Lewis, Marlah Mardis,

DeShawn Jones, Aaron Pineiro, and Anthony Mulloy.

2.      I am over the age of eighteen and under no mental disability or

impairment. I have personal knowledge of the following facts and, if called as a

witness, I would competently testify to them.

3.      The following materials attached as exhibits are true and accurate

copies:

      a.  Exhibit A is a copy of a webpage of the Georgia Department of

Corrections Standard Operating Procedures, Policy 507.01.01, entitled

"Philosophy and Right to Treatment," which is available at

https://perma.cc/K3HJ-34A3 and was last accessed on June 1, 2026.

1

b.  Exhibit B is a copy of a webpage of the Georgia Department of Corrections Standard Operating Procedures, Policy 209.03, entitled "Disciplinary Isolation," which is available at https://perma.cc/ESZ3-NVL9 and was last accessed on June 1, 2026.

c.  Exhibit C is a copy of a webpage of the Georgia Department of Corrections Standard Operating Procedures, Policy 209.06, entitled "Administrative Segregation," which is available at https://perma.cc/J3UJ-EKBS and was last accessed on June 1, 2026.

d.  Exhibit D is the 8th edition of World Professional Association for Transgender Health's (WPATH's) "Standards of Care for the Health of Transgender and Gender Diverse People," which is available at https://www.tandfonline.com/doi/full/10.1080/26895269.2022.2100644 and was last accessed on June 1, 2026.

e.  Exhibit E is a court record of Plaintiff's convictions in 1989 for aggravated sodomy.

f.  Exhibit F is a court record of Plaintiff's convictions in 2022 for violations of the Street Gang Terrorism and Prevention Act.

g.  Exhibit G is a court record of the amended 2024 criminal indictment of Plaintiff.

2

h. Exhibit H is a court record of Plaintiff's agreement to plead guilty to the 2024 indictment.

i. Exhibit I is a court record of Plaintiff's conviction and sentence related to the 2024 indictment.

j. Exhibit J is a public webpage from the Georgia Department of Corrections containing Plaintiff's "Find an Offender" entry.

k. Exhibit K is a disciplinary report for Plaintiff regarding making and mailing explosive packages, dated February 3, 2020.

l. Exhibit L is a court record of Plaintiff's convictions in 1992.

m. Exhibit M is an evaluation of Plaintiff by Dr. Frady, dated July 28, 2022.

n. Exhibit N is an evaluation of Plaintiff by Dr. Howard, dated September 6, 2022.

o. Exhibit O is an evaluation of Plaintiff by Dr. Howard, dated October 21, 2022.

p. Exhibit P is an evaluation of Plaintiff by Dr. Ausborn, dated July 6, 2016.

q. Exhibit Q is a Statement of Interest filed by the United States in *Fuller v. Georgia Department of Corrections, et al.*, No. 1:25-cv-246-TRJ-CCB (N.D. Ga.), dated April 25, 2025.

Executed this 1st day of June, 2026

/s/ *Julius Kairey*
Julius Kairey
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
julius@consovoymccarthy.com
