# Exhibit A

GEORGIA DEPARTMENT OF CORRECTIONS



**Standard Operating Procedures**

| | | |
|---|---|---|
| **Policy Name:** Philosophy and Right to Treatment | | |
| **Policy Number:** 507.01.01 | **Effective Date:** 6/14/2023 | **Page Number:** 1 of 2 |
| **Authority:** Commissioner | **Originating Division:** Health Services Division (Physical Health) | **Access Listing:** Level II: Required Offender Access |

I.    **Introduction and Summary:**

Adequate health care is a basic right to which every offender is entitled. Offenders who are recipients of health care within correctional facilities will be treated with dignity and with respect for privacy. This policy is applicable to all facilities that house Georgia Department of Corrections (GDC) offenders to include private and county prisons.

II.    **Authority:**

A.  Ga. Comp. R. & Regs. R. 125-4-4-.01.

B.  GDC Standard Operating Procedure (SOP): 507.01.02 Medical Autonomy.

C.  NCCHC Adult Standards: P-A-01, P-A-03, and P-A-07.

D.  ACA Standards: 5-ACI-6A-02 and 5-ACI-6C-10; and

E.  GDC Summary of Health Care Benefits.

III.    **Definitions:** None.

IV.    **Statement of Policy and Applicable Procedures:**

A.  Delivery of Health Care to Offenders:

1.  It is the intent of the Georgia Department of Corrections (GDC) to deliver health care to offenders in a manner that meets contemporary standards in the community.  Provision of health care services will follow the GDC Summary of Health Care Benefits.

2.  All employees, including contract personnel, providing health care within the correctional system will treat all offenders with professional consideration while practicing within the fullest extent of their knowledge and expertise.

3.  Health care delivery in the correctional environment is unique.

GEORGIA DEPARTMENT OF CORRECTIONS



**Standard Operating Procedures**

| | | |
|---|---|---|
| **Policy Name:** Philosophy and Right to Treatment | | |
| **Policy Number:** 507.01.01 | **Effective Date:** 6/14/2023 | **Page Number:** 2 of 2 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Health Services Division<br>(Physical Health) | **Access Listing:**<br>Level II: Required<br>Offender Access |

4. While professional autonomy must be preserved, this must be carried out with regard to administrative and security practices that serve to guide an effective correctional system.

5. Professional medical and dental judgment can be exercised freely, and the requirements of security can be maintained, when each works in conjunction with the other to bring about an orderly system.

6. Health care will be provided with consideration of the offender's dignity and feelings.

7. Clinical encounters will be conducted in private and not observed by security personnel unless the offender poses a probable security risk or risk to the safety of the health care provider or other staff.

B. Copay Fees for Health Care Services:

1. When copay fees are imposed, the program ensures that all offenders are provided a notice in writing of the copay program.

2. Needed offender health care is not denied due to the lack of funds. Copay fees are charged to the offenders account until such a time, if ever, funds are available.

3. Offenders shall receive appropriate health care based on need without regard to financial status.

V. <u>**Attachments**</u>**:** None.

VI. <u>**Record Retention of Forms Relevant to this Policy**</u>**:** None.