# Exhibit B

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 1 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

I.    **Introduction and Summary:**

It shall be the policy of the Georgia Department of Corrections (GDC) that an offender may be placed in Disciplinary Isolation after other methods of disciplinary action have proved ineffective or when it is clearly obvious that maximum control is essential. The procedures and restrictions of Disciplinary Isolation are outlined in GDC Rule 125-302-.10 and in the procedures section of this operating procedure. This policy applies to all State and County facilities, Probation Detention Centers, and Private Prisons.

II.    **Authority:**

A.  GDC Rules: 125-3-2-.08, 125-3-2-.09, 125-3-2-.10, 125-3-5-.06, 125-4-2-.08 and 125-4-4-.08;

B.  GDC Standard Operating Procedures (SOPs): 103.06, Investigations of Allegations of Sexual Contact, Sexual Abuse and Sexual Harassment of Offenders; 203.02, Document Flow; 205.07, Post Orders; 226.01, Searches Security Inspections and Use of Permanent Logs; 214.02, Performance and Incentive Credit Program; 209.01, Offender Discipline; 227.06, Offender Receipt of Mail; 227.02, Statewide Grievance Procedure; 206.02, Management of Offender Property/Contraband; 209.05, Stripped Cells and Temporary Confiscation of Personal Property; 209.06, Administrative Segregation; 210.01, Probation Boot Camp; 409.04.07, Emergency Feeding Plan; 104.71.03, Salary Supplement-SMU; 106.04, Chaplaincy Services; 106.11, Special Religious Request; 107.02, Access to Services/Programs; 501.01, Library Services Administration; 507.04.07, Scope of Treatment Services; 507.04.34, Health Evaluation of Offender in Segregation/Disciplinary; and 507.04.43, Medication Distribution System; and

C.  ACA Standards: 4-4140, 4-4249, 4-4252, 4-4255, 4-4257, 4-4258, 4-4259, 4-4260, 4-4261, 4-4262, 4-4263, 4-4264, 4-4265, 4-4266, 4-4267, 4-4268, 4-4269, 4-4270, 4-42724-4273 4-4281 (Mandatory), and 4-4400 (Mandatory).

III.    **Definitions:** None.

IV.    **Statement of Policy and Applicable Procedures:**

A.  An offender may be placed in Disciplinary Isolation upon the recommendation of the Disciplinary Hearing Officer at the completion of the Disciplinary Hearing and

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 2 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

with approval of the Warden/Superintendent, or designee. No offender shall be placed in Disciplinary Isolation for more than thirty (30) days and Disciplinary Isolation shall not be utilized as corporal punishment. Refer to SOP 209.01, Offender Discipline, for specific guidelines to be followed.  Prior to placement of an offender into Disciplinary Isolation, the Disciplinary Hearing Officer or the Investigator will notify a licensed health care provider as soon as possible. Refer to SOP 507.04.34, Health Evaluation of Offender in Segregation/Disciplinary, for specific guidelines to be followed by the licensed health care provider.

**NOTE: Attachment 1, Administrative Segregation Assignment Memorandum (Form 1), of SOP 209.06, Administrative Segregation, shall be completed, reflecting the Offender's Assignment to Disciplinary Isolation. The Assistant Superintendent, Deputy Warden of Security, or Unit Supervisor, shall review and sign within 72 hours, of the Offender's placement.  The offender shall be given a copy of Attachment 1.**

B. Conditions of Disciplinary Isolation: In addition to the procedures and restrictions outlined in GDC Rule 125-3-2-.10 the following procedures shall also apply to Disciplinary Isolation:

1. Before placing an offender in a cell, the offender will be strip searched and then his/her property shall be inventoried and stored in accordance with SOP 206.02, Management of Offender Property. Offenders shall be authorized the following property while in Disciplinary Isolation:

   a. One (1) pair of coveralls or applicable clothing;

   b. One (1) pair of shower shoes (state issued);

   c. One (1) pillow;

   d. One (1) pillow case;

   e. One (1) blanket (summer), Two (2) blankets (winter);

   f. Two (2) sheets;

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 3 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

g.  One (1) mattress;

h.  One (1) toothbrush;

i.  One (1) container of shampoo;

j.  One (1) tube of toothpaste;

k.  One (1) bar of soap;

l.  One (1) applicator of deodorant;

m. One (1) towel;

n.  One (1) drinking cup;

o.  One (1) roll toilet tissue;

p.  One (1) approved religious text of choice (if requested by offender);

q.  One (1) pen or pencil (if requested by offender);

r.  Three (3) envelopes with stamps per week (if requested by offender);

s.  Three (3) sheets of paper;

t.  Legal materials; and

u.  Medication in blister packs in compliance with SOP 507.04.43, Medication Distribution System. If the offender's behavior demonstrates a high potential for self-harm, blister packed medication may be withheld at the discretion of the health care provider. If correctional staff have any questions regarding whether an offender should maintain blister packed medication in his/her possession, medical staff should be notified for proper verification.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 4 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

**NOTE: ALL OTHER ITEMS MUST BE APPROVED BY THE WARDEN/SUPERINTENDENT, OR DESIGNEE. NO EXCEPTIONS.**

2. Offenders shall not be allowed telephone or visitation privileges while in Disciplinary Isolation. However, offenders shall be allowed the opportunity to make phone calls to their Attorney of Record and PREA reporting calls. The Warden/Superintendent shall grant all other calls and visitation on a case by case basis.  These calls shall be logged in the post logbook, and visits recorded in the Visitation Queue of SCRIBE.

3. Offenders housed in Disciplinary Isolation shall receive mail privileges in the same manner as offenders in the general population, to include the writing of letters, unless the offender's mail privilege has been withdrawn as specified in SOP 227.06, Offender Receipt of Mail.

4. Isolation Units will provide living conditions that approximate those of the general offender population with all exceptions clearly documented. Cells permit the offenders assigned to them to converse with and be observed by staff members. Cells shall be well ventilated, adequately lighted, appropriately heated and maintained in a sanitary condition. All cells will be equipped with beds shall be securely fastened to the wall and floor.

5. Each offender shall be issued personal hygiene items in accordance with the established facility schedule. See paragraph B.1, for authorized items. Should there be a medical conflict with a state issued item or the offender exhausts their supply of a non-issued item, the offender will be allowed limited access to the Offender Commissary for purchasing the needed personal hygiene items only (i.e., allergic to state issued soap).

6. Each offender in Disciplinary Isolation will be offered out of cell recreation one (1) hour per day, five (5) days per week unless security or safety considerations dictate otherwise. This information shall be recorded on Attachment 3, Segregation/Isolation Checklist, of SOP 209.06, Administrative Segregation.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 5 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

7. Each offender in Disciplinary Isolation shall be afforded the opportunity to shower at least three (3) times per week as established by the Warden/Superintendent. This information shall be recorded on Attachment 3, Segregation/Isolation Checklist, of SOP 209.06, Administrative Segregation.

8. The Warden/Superintendent shall be responsible for establishing facility schedules for laundry/linen/bedding exchanges, barbering/shaving, and hair care services for offenders in Disciplinary Isolation on the same basis as offenders in general population.

9. Offenders in disciplinary isolation shall have access to legal materials as established in SOP 227.03, Access to Courts.

10. General library services shall be provided in accordance with SOP 501.01, Library Services Administration.

11. Offenders is disciplinary isolation, shall not be allowed store call (see IV.B.5. and 9. for the only allowed purchases).

12. Counseling services, shall be provided in the same manner as General Population Offender.

13. Educational and programming services, shall be provided on a case-by-case basis, as determined by the Counseling staff, and approved by the Warden/Superintendent.

14. The Warden/Superintendent or designee and the responsible health authority or designee shall have the authority to authorize the use paper plates, cups, etc., for an offender that utilize food service equipment, (trays, cups, etc.), in a manner that is hazardous to themselves and staff. This authorization shall be written and documented in the unit logbook, as well as in the comments on Attachment 3, Segregation/Isolation Checklist, of SOP 209.06, Administrative Segregation. This substitution shall not exceed seven (7) days.

15. In accordance with SOP 209.05, Stripped Cell and Temporary Confiscation of Property, any item(s) removed from an offender's cell shall be authorized by

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 6 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

the Warden/Superintendent or Unit Supervisor and an Incident Report shall be completed and forwarded to the Chief of Security.

C. Staff Assignments: The Warden/Superintendent shall ensure staff assigned to this unit are provided a special orientation and training as to the function of the unit, rules governing its operation and the needs and problems typical of offenders in the unit. Such orientation and training will be documented in the employee's training file and made available to his/her supervisor. Staff assigned to this unit should be periodically rotated (see SOP 205.07, Post Orders).

D. Records:

1. Permanent logs shall be maintained by the correctional officer on duty. The record shall include:

   a. A record of all admissions and releases including:

      1) Date of action;

      2) Time of action;

      3) Reason for admission or release; and

      4) Authorizing official or committee.

   b. A record of visitors, including all official visits from staff, notations of unusual observations and time, date, and signature of visitors.

   c. Unusual occurrences or behavior including comments.

   d. Cite medical observations/visits and the medical officer conducting the visit.

2. Individual records shall be maintained for each offender in Disciplinary Isolation on Attachment 3, Segregation/Isolation Checklist of SOP 209.06,

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 7 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

Admin Segregation, to provide a document listing daily activities. This record shall:

   a.  Be completed by the correctional officer on duty with thirty (30) minute documented checks. Each check should be documented by the officer when the check is made (no gang entries).

   b.  Contain a record of all activity such as bathing, exercise, medical visits, program participation and religious visits.

   c.  Be signed by the officer in charge of each shift.

   d.  Cite medical observations/visits.

   e.  Include comments of unusual occurrences or behavior.

   f.  Be kept for the entire period the offender remains in Disciplinary Isolation, then reviewed, dated, and signed by the Warden/Superintendent or designee, then placed and maintained in the offender's institutional file.

E.  Unit Inspection: Monitoring of the unit shall be conducted on a regular basis. This monitoring enables responsible officials to observe and evaluate conditions of confinement and discuss with confined offenders. These monitoring visits shall be recorded on Attachment 3, Segregation/Isolation Checklist, of SOP 209.06, Administrative Segregation, and conducted as follows:

   1.  Correctional shift supervisor in charge shall visit once (1) each shift.

   2.  Licensed health care official: An initial round or visit will be made within the first 24-hours after placement unless medical attention is needed more frequently. Each offender in Disciplinary Isolation will receive a daily visit from a health care provider. The assigned correctional officer will announce the health care provider and ensure they are signed in and log the visit in the unit logbook.

| GEORGIA DEPARTMENT OF CORRECTIONS<br>**Standard Operating Procedures** | | |
|---|---|---|
| **Policy Name:** Disciplinary Isolation | | |
| **Policy Number:** 209.03 | **Effective Date:** 2/28/2018 | **Page Number:** 8 of 8 |
| **Authority:**<br>Commissioner | **Originating Division:**<br>Facilities Division | **Access Listing:**<br>Level I: All Access<br>Offender |

3. A Psychologist or Psychiatrist shall visit as requested by staff when the offender is a Mental Health offender.

4. Chief of Security - Daily, excluding weekends and holidays.

5. Counselor - Daily, excluding weekends and holidays.

6. Deputy Wardens - At least one (1) Deputy Warden each day, excluding weekends and holidays

7. Warden/Superintendent - At least twice (2) per week.

8. Facility Duty Officer - Daily.

9. Religious Guidance may be conducted by the Institutional Chaplain or volunteer. Religious Guidance is defined as delivery of religious materials (religious text, pamphlets, etc.), and/or religious counseling at least twice (2) per week or more frequently at the offender's request.

V.    **Attachments:** None.

VI.    **Record Retention of Forms Relevant to this Policy:** None.