**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

|  |  |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>        Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS AND FOR LEAVE TO FILE EXCESS PAGES

Plaintiff Jane Doe respectfully moves for an order extending the time to oppose to Defendants' motions to dismiss (Dkt. Nos. 319, 321) by thirty (30) days, and extending Plaintiff's page limit by fifteen (15) pages for a total of forty (40) pages. In support of this motion, Ms. Doe states the following:

1.     On April 20, 2026, State Defendants moved this court for an order extending their deadlines to file motions to dismiss and for leave to file excess pages not to exceed forty (40) pages in length. *See* Dkt. No. 316. On April 21, 2026, MHM Defendants moved to join State Defendants' motion to extend the deadline and for leave to file excess pages. *See* Dkt. No. 317. On April 22, 2026, the Court granted Defendants' motions.

1

2.    On June 1, 2026, Defendants filed two motions to dismiss the Final Amended Complaint. *See* Dkt. Nos. 319, 321. Ms. Doe's responses are currently due on Monday, June 15, 2026.

3.    There is good cause to grant Plaintiff a 30-day extension of time to respond and leave to file excess pages. Defendants filed lengthy motions to dismiss raising the new arguments therein. Due to the length of Defendants' motions, the complexity of the legal issues at dispute, and other obligations of Plaintiff's counsel, Plaintiff requires more time to prepare arguments in response to Defendants' motions.

4.    Plaintiff represents that Defendants do not oppose this motion.

5.    Considering the foregoing, and in the interests of judicial economy, Ms. Doe respectfully asks this Court to extend the June 15, 2026 deadline to oppose both motions to dismiss (Dkt. Nos. 319, 321) by thirty (30) days, so that it will now fall on July 15, 2026.

## CONCLUSION

For all these reasons, Ms. Doe respectfully requests that the Court grant her motion to extend her deadline to oppose both motions to dismiss by thirty (30) days and to extend Plaintiff's page limit by fifteen (15) pages, for a total of forty pages.

Respectfully submitted this 9th day of June, 2026,

*/s/ Derrick L. Luster*

Derrick L. Luster *
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C. 20033
(202) 455-4399
derrick@rightsbehindbars.org

Will Claiborne
THE CLAIBORNE FIRM, P.C.
410 East Bay Street
Savannah, Georgia 31401
(912) 236-9559 Telephone
(912) 236-1884 Facsimile
david@claibornefirm.com

Nicholas F. Palmieri *
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2640
nick.palmieri@bakerbotts.com

Sterling Marchand *
Scott Novak *
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
(202) 639-1316
sterling.marchand@bakerbotts.com
scott.novak@bakerbotts.com

Christopher J. Murell
Georgia Bar Number: 195116
Meghan Matt*
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70117
(504) 717-1297 Telephone
(504) 233-6691 Facsimile
chris@murell.law
meghan@murell.law

**Admitted *pro hac vice***

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing brief conforms to the requirements of L.R. 5.1C. This brief is prepared in 14-point Times New Roman font.

*/s/ Derrick L. Luster*

## CERTIFICATE OF SERVICE

I certify that, on June 9, 2026, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsels of record are registered ECF users.

*/s/ Derrick L. Luster*