## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>    Defendants. | Civ. Case No. 1:23-cv-05578-MLB |

## [PROPOSED] ORDER

Considering Plaintiff Jane Doe's Unopposed Motion For Extension of Time to File Response to Defendants' Motions to Dismiss and For Leave to File Excess Pages, it is hereby ORDERED that the Motion is **GRANTED**.

Plaintiff's deadline to respond to the Motions to Dismiss, Dkt. Nos. 319 and 321, is **EXTENDED** by thirty (30) days to July 15, 2026. Plaintiff's response page limit is **EXTENDED** by fifteen (15) pages for a total of no more than forty (40) pages.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2026.

_____
United States District Judge