**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Jane Doe,

Plaintiff,

Case No. 1:23-cv-5578-MLB

v.

Georgia Department of
Corrections, et al.,

Defendants.

________________________________/

# ORDER

The Court **ORDERS** Plaintiff and Defendant Mulloy to each file on or before November 30, 2026 a supplemental brief explaining whether the complaint adequately alleges Plaintiff has standing to seek HRT-related injunctive relief against Defendant Mulloy in Count 1 (and, if Plaintiff does have standing, whether an injunction would otherwise make sense, assuming Plaintiff has adequately stated a claim for deliberate indifference against Defendant Mulloy). As the Court reads the complaint, Plaintiff does not allege Defendant Mulloy is currently involved in her HRT treatment. (*See, e.g.*, Dkt. 315 ¶¶ 8e (alleging

Defendant Mulloy "treated" Plaintiff, using only the past tense), 72–73 (alleging other healthcare providers took over Plaintiff's HRT treatment and departed from Defendant Mulloy's plan in September 2024), 83 (alleging federal authorities took over Plaintiff's HRT treatment from March 2025 to September 2025), 90 (alleging only generally that "GDC and Centurion Defendants have failed to consistently provide Ms. Doe with her required estradiol injections" during four periods since September 2025), 93 (alleging "a pharmacist" cut Plaintiff's HRT dosage in September 2025), 95 (alleging Plaintiff "has not been evaluated in person by a medical doctor" since "a health assessment at intake" in September 2025).) And, even if Defendant Mulloy was currently involved in Plaintiff's HRT treatment, the complaint suggests his involvement might be limited to prescribing Plaintiff's estradiol dosage (a dosage to which Plaintiff does not clearly object) rather than administering Plaintiff's prescribed estradiol dosage or handling her spironolactone treatment (issues about which Plaintiff does object). (*See, e.g.*, Dkt. 315 ¶¶ 23 (Defendant Mulloy "prescribed" HRT), 66 (same), 67 (Defendant Mulloy "reduced" Plaintiff's HRT), 69–72 (Defendant Mulloy established a "treatment plan" with a specific "estradiol dosage"), 90 (alleging

inconsistent estradiol administration), 93 (alleging "a pharmacist" improperly cut Plaintiff's spironolactone).)[1]

**SO ORDERED** this 18th day of November, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

[1] The parties need not file supplemental briefs if, on or before November 30, 2026, Plaintiff explicitly abandons her request for HRT-related injunctive relief against Defendant Mulloy in Count 1.